IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XAVIER WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20 CV 7209 |
| ) | |
| CITY OF CHICAGO, et al., ) | Judge GUZMAN |
| ) | |
| Defendants. ) | |

**ADDENDUM TO INDIVIDUAL CPD DEFENDANTS' STATEMENT OF
UNDISPUTED MATERIAL FACTS**

**Exhibit 1**: Plaintiff's First Amended Complaint

**Exhibit 2**: Plaintiff's Amended Answers to Wright's Interrogatories

**Exhibit 3**: General Offense Case Report

**Exhibit 4**: Case Supplementary Report: Field Investigation and Progress Report

**Exhibit 5**: Deposition of John Cruz

**Exhibit 6**: Case Supplementary Report: Pietryla and Brzezniak

**Exhibit 7**: Case Supplementary Report: Victim Co-Workers – Pietryla and Brzezniak

**Exhibit 8**: Case Supplementary Report: Victim Family – Pietryla and Brzezniak

**Exhibit 9**: Case Supplementary Report: Pietryla, Brzezniak, Sanders and Wright

**Exhibit 10**: Deposition of Michael Pietryla

**Exhibit 11**: Deposition of Xavier Walker

**Exhibit 12**: Case Supplementary Report: Hershula Byrd: Pietryla, Brzezniak, Sanders, and Wright

**Exhibit 13**: Case Supplementary Report: Cruz and Wolverton

**Exhibit 14**: Deposition of David Wright

**Exhibit 15**: Deposition of Hershula Byrd

**Exhibit 16**: 5/29/00 Maurice Wright Handwritten Statement

**Exhibit 17**: Maurice Wright Grand Jury Testimony 5/30/00

**Exhibit 18**: Mary Curry Grand Jury Testimony 5/30/00

**Exhibit 19**: Ashanti Wright Grand Jury Testimony 5/30/00

**Exhibit 20**: 10/14/03 Transcript of Trial Proceedings in *People v. Xavier Walker and Jovanie Long,* No. 00 CR 206

**Exhibit 21**: 11/4/03 Transcript of Trial Proceedings in *People v. Xavier Walker and Jovanie Long,* No. 00 CR 206

**Exhibit 22:** 2/19/04 Transcript of Trial Proceedings in *People v. Xavier Walker and Jovanie Long,* No. 00 CR 206

**Exhibit 23**: 6/22/04 Transcript of Trial Proceedings in *People v. Xavier Walker and Jovanie Long,* No. 00 CR 206

**Exhibit 24**: 5/28/00 Mary Curry Handwritten Statement

**Exhibit 25**: 5/28/00 Ashanti Wright Handwritten Statement

**Exhibit 26**: GPR: Maurice Wright – Cruz and Wolverton 5/27/00

**Exhibit 27:** GPR: Mary Curry – Cruz and Wolverton 5/28/00

**Exhibit 28**: GPR: Ashanti Wright -- Cruz and Wolverton 5/28/00

**Exhibit 29**: Purposefully left blank

**Exhibit 30**: GPR: Victim – Cruz and Wolverton 5/13/00

**Exhibit 31**: Case Supplementary Report: Cleared Open

**Exhibit 32**: 5/29/00 Transcript of Xavier Walker Video Statement

**Exhibit 33**: 5/29/00 Video Statement of Xavier Walker

**Exhibit 34**: Deposition of Joanna Leafblad

**Exhibit 35**: Deposition of Thomas Mahoney

**Exhibit 36**: 5/31/00 Transcript of Proceedings in *People v. Xavier Walker and Jovanie Long,* No. 00 CR 206

**Exhibit 37**: Case Supplementary Report: Cleared Closed

**Exhibit 38**: 2/19/03 Transcript of Proceedings in *People v. Xavier Walker & Jovanie Long*, No. 00 CR 206 (Pietryla)

**Exhibit 39**: 2/19/03 Transcript of Proceedings in *People v. Xavier Walker & Jovanie Long*, No. 00 CR 206 (Bartik)

**Exhibit 40**: 2/19/03 Transcript of Proceedings in *People v. Xavier Walker & Jovanie Long*, No. 00 CR 206 (Riordan)

**Exhibit 41**: 8/5/00 Transcript of Jovanie Long Video Statement

**Exhibit 42**: 8/5/00 Video Statement of Jovanie Long

**Exhibit 43**: 11/3/04 Impounding Order in *People v. Xavier Walker and Jovanie Long,* No. 00 CR 206

**Exhibit 44**: Report of Proceedings

**Exhibit 45**: Wilson Discovery Tender List

**Exhibit 46**: Deposition of Gregory Wilson

**Exhibit 47**: Deposition of Jovanie Long

**Exhibit 48**: 7/17/18 Transcript of Proceedings in *People v. Xavier Walker* No. 00 CR 206

**Exhibit 49**: 12/11/19 Transcript of Proceedings in *People v. Xavier Walker* No. 00 CR 206

**Exhibit 50**: Deposition of John Riordan

**Exhibit 51**: Deposition of Robert Bartik

**Exhibit 52**: Deposition of Bryan Holy

**Exhibit 53**: Deposition of Ashanti Wright

**Exhibit 54**: True Bill

**Exhibit 55**: Plaintiff's Answers to Pietryla's Interrogatories

**Exhibit 56**: 1/15/05 Transcript of Proceedings in *People v. Xavier Walker and Jovanie Long,* No. 00 CR 206

**Exhibit 57**: Certified Statement of Conviction of Jovanie Long in *People v. Jovanie Long,* No. 00 CR 206

**Exhibit 58:** Complaint Register 1002540

**Exhibit 59:** Complaint Register 301774

**Exhibit 60**: Investigative File Inventory for the Marek Majdak homicide investigation

**Exhibit 61**: 6/21/00 Transcript of Grand Jury #614 Proceedings, Case No. 00 CR 15722

**Exhibit 62:** 01/23/03 Motion To Suppress Statement in *People v. Jovanie Long*, No. 00 CR 206

**Exhibit 63**: 02/09/03 Transcript of Proceedings in in *People v. Xavier Walker and Jovanie Long*, No. 00 CR 206

**Exhibit 64**: Deposition of Anthony Brzezniak

**Exhibit 65:** Certified Statement of Conviction of Xavier Walker in *People v. Xavier Walker*, No. 00 CR 1572201

**Exhibit 66:** 05/29/00, Arrest Report of Xavier Walker

**Exhibit 67**: 08/05/00, Arrest Report of Jovanie Long

**Exhibit 68:** 05/25/11, Order in *Lopez v. City of Chicago et al.*, No. 08 L 7549

**Exhibit 69**: Photographs of David Wright, Stanley Sanders, Michael Pietryla, Donald Wolverton, John Cruz, John Riordan, Robert Bartik, and Brian Holy.

**Exhibit 70:** 12/12/13, Affidavit of Maurice Wright

**Exhibit 71**: 06/29/20, Affidavit of Maurice Wright

    Respectfully submitted,

    BORKAN & SCAHILL, LTD.

    By:/s/ Graham P. Miller
        Graham P. MIller

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller
Misha Itchhaporia
Special Assistants Corporation Counsel
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030