# EXHIBIT 3

# GENERAL OFFENSE CASE REPORT
## CHICAGO POLICE

**1. OFFENSE/INCIDENT – PRIMARY CLASSIFICATION:** HOMICIDE
**I-UCR OFF CODE:** 0110
**2. SECONDARY CLASSIFICATION:** First Degree Murder
**3. R.D. NO.:** F-282753

**4. ADDRESS OF OCCURRENCE:** 4721 W Ohio
**5. FIRE RELATED:** NO
**6. DATE OF OCCURRENCE – TIME:** 13 MAY 00 0100/0114
**7. BEAT OF OCCUR:** 1111
**8. BEAT/UNIT ASSIGN:** 1111

**9. TYPE OF LOCATION OR PREMISE:** Sidewalk
**10. LOCATION CODE:** 303
**11. DATE R.O. ARRIVED – TIME:** 13 MAY 00 0120
**12. ASSIGNED BY:** COS

MIGLORE 2/1/27
400

### VICTIMS
| # | NAME | ID VER | HOME ADDRESS | SEX-RACE-AGE | HOME PHONE | BUS PHONE | TIME AVAIL | OCCUPATION | INJ | VRC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EBYKMAJDAK, Marek | | 6952 W. Diversey | M / 2 / 29 | Unk | Unk | D-N-A | Unk | X | 24 |

DATA ENTERED DD AREA 4

### WITNESSES / REPORTING
| # | NAME | ADDRESS | SEX-R-AGE | PHONE | BUS PH |
|---|---|---|---|---|---|
| 1) | EDWARDS, Betty | 4717 W. Ohio | F / 1 / 62 | 626-3580 | None |
| 2) | POPE, Lisa | | F / 1 / 21 | None | None |
| 3) | EATON, Ken-Ken | | M / 1 / 18 | None | None |
| 4) | (Unk. Caller) | 4657 W. Erie | Unk | 626-3427 | Unk |

### OFFENDER
**41. OFFENDER'S NAME (OR DESCRIBE CLOTHING):** Black T-Shirt / Dk. Pants
**42. HOME ADDRESS:** Unk
**SEX/RACE/AGE:** M / 1 / 20s
**HEIGHT:** 5'08"
**WEIGHT:** Med
**EYES:** Unk
**HAIR:** Blk
**COMPL:** Unk
**MARKS/SCARS:** Unk
**C.B./I.R. NO:** Unk
**OFFENDER REL CODE:** 24

**51. OBJECT/WEAPON:** 01 HANDGUN (USED)
**52. FIREARM FEATURES:** 07 UNKNOWN
**53. POINT/ENTRY:** 09 DNA
**54. POINT/EXIT:** 08 UNKNOWN / 09 DNA
**55. BURGLAR ALARM:** (not applicable)

**PERMANENT RETENTION FILE**

**58. UNUSUAL CHARACTERISTICS OF OFFENSE:** See Narrative
**59. GANG RELATED AFFILIATION:** OFFENDER (Unk.)

### PROPERTY
POSS Vict's: 97 Dodge Mini-Van Green, VIN 2B4FP25B7VR129536, State License: Applied for

### NARRATIVE
Event # 01059. In summary, R/O's responded to above address for a "Person Down" dispatch and found the victim lying on the sidewalk with a possible gunshot wound to the head, apparently deceased. CFD Truck #117 responded to the scene and detected no vital signs from the victim. Witness #1 related that she heard 1-2 shots then observed Offender running E/B on Ohio. Witnesses #2 & 3 related that [continues]

**SOBRIETY OF VICTIM:** HBD

**92. OFFICER NOTIFYING:** Det. Ofc. LEWIS 14196 (CW7)
**UNIT:** A4VC
**PERSON NOTIFIED / ARRIVED:** Det. J. CRUZ 20887 (Bt. 5418) 13 MAY 00 0130
**OFFICER NOTIFYING:** Det. Ofc. LEWIS 14196 (CW7)
**Ops. Comm.:** GORMAN #5672  13 MAY 00 0135

**REPORTING OFFICER:** S. BURKE  #8940
**OFFICER:** M. JACKSON  #19284
**DATE INVEST COMPLETED:** 13 MAY 00  0500
**97. SUPERVISOR APPROVING:** MULLIGAN #791
**DATE APPROVED:** 13 MAY 00 @ 700

CPD-11.380 (Rev. 8/96)

CONTINUATION OF NARRATIVE

R.D. NO F-282753

they heard 2 shots but saw nothing. Witness #4 not on scene. Two .45 cal. shell casings were recovered near Vict. body. Above listed vehicle, possibly belonging to Vict., was found parked at approx. 4736 W. Ohio with a broken right front window, flashers activated, and keys on front floor.

Also On scene: BT. 1123, 1110, 1170, 1114, 1121
Additional Notifications: 011 Desk FABIAN 17699 @ 0138
Crime Lab GAHAGEAN 1434 @ 0140 - Unit 9602 responded TOVAR 12847/MORAN 7718
M.E. Office SANDERS #62 @ 0141

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

I-UCR OFFENSE CODE: 1 CORRECT / 2 REVISED
REV CODE
I-UCR METHOD CODE: 400
METHOD ASSIGNED: 1 FIELD / 2 ADMIN / 3 SUMMARY
UNIT NO: 640
OFFICER ASSIGNED STAR NO: 21127
DATE ASSIGNED: MAY 1 3 2000
SUPV STAR NO: 1341
INVESTIGATIVE FILE: YES / NO
REASSIGNED: YES / NO

PERMANENT RETENTION FILE