# EXHIBIT 4

CASR229

**CHICAGO POLICE DEPARTMENT**

Page 1 of 11

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

Cl.380(Rev.8-96)-C

| | |
|---|---|
| **Status:** DETECTIVE SUP. APPROVAL COMPLETE | |
| **Created By:** DONALD WOLVERTON | **Star No.:** 20014 |
| **Case Report ID:** 898552  **RD No.:** F282753 | **Date RO Arrived:** 13-MAY-2000 01:20 |
| **Sup. ID:** 222288  **Event No.:** 0013401059  **Occurrence Date From:** 13-MAY-2000 01:00 | **Occurrence Date To:** |
| **Unit Assigned:** 1111  **Fire Related?** N  **Domestic Related?** N | **Gang Related?** N |
| **IUCR Code:** 0110  HOMICIDE  **FIRST DEGREE MURDER** | |
| **Occurrence:** 4721 W OHIO ST CHICAGO IL | **Beat:** 1111 |
| **Location Code:** 303  SIDEWALK | |
| **Sec. Location Code:** | |

**VICTIM/COMPLAINANT/WITNESS/SUBJECT**

| | | | |
|---|---|---|---|
| **Role:** VICTIM | **Name:** ERYKMAJDAK, MAREK E | | |
| **DLN/ID No.:** | **State:** | **SSN:** | **Associated IUCR:** 0110 |
| **Birth Date:** | **Age:** 29 **Sex:** MALE | **Race:** WHITE | |
| **Occ:** LABORER | **Part Time?** N **Length:** 0 Year(s) 0 Month(s) 0 Day(s) | | |
| **Hospital/Removed to:** | **Injury Type:** SHOT | | **CPD Police Officer?** N |
| **Injury Descr:** DOA | | **Injury by Offender:** | **NONE** |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 570 W CLAVEY LANE HIGHLAND PARK,IL. IL 60035 | 8474320756 | 3100 |

| Phone No. Type | Phone Number |
|---|---|
| BUSINESS | 7732352500 |

| | | | |
|---|---|---|---|
| **Role:** WITNESS | **Name:** EDWARDS, BETTY | | |
| **DLN/ID No.:** | **State:** | **SSN:** | |
| **Birth Date:** | **Age:** 62 **Sex:** FEMALE | **Race:** BLACK | |
| **Occ:** RETIRED | **Part Time?** N **Length:** 0 Year(s) 0 Month(s) 0 Day(s) | | |
| **Hospital/Removed to:** | **Injury Type:** | | **CPD Police Officer?** N |
| **Injury Descr:** | | **Injury by Offender:** | **NONE** |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4717 W OHIO ST CHICAGO IL | 7736263580 | 1111 |

| | | | |
|---|---|---|---|
| **Role:** WITNESS | **Name:** POPE, LISA | | |
| **DLN/ID No.:** | **State:** | **SSN:** | |
| **Birth Date:** | **Age:** **Sex:** FEMALE | **Race:** BLACK | |
| **Occ:** | **Part Time?** N **Length:** 0 Year(s) 0 Month(s) 0 Day(s) | | |
| **Hospital/Removed to:** | **Injury Type:** | | **CPD Police Officer?** N |
| **Injury Descr:** | | **Injury by Offender:** | **NONE** |

| Address Type | Address | Phone | Beat |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Role:** WITNESS | **Name:** EATON, KEN-KEN | | |
| **DLN/ID No.:** | **State:** | **SSN:** | |
| **Birth Date:** | **Age:** **Sex:** MALE | **Race:** BLACK | |
| **Occ:** | **Part Time?** N **Length:** 0 Year(s) 0 Month(s) 0 Day(s) | | |
| **Hospital/Removed to:** | **Injury Type:** | | **CPD Police Officer?** N |
| **Injury Descr:** | | **Injury by Offender:** | **NONE** |

| Address Type | Address | Phone | Beat |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Role:** WITNESS | **Name:** UNK, CALLER | | |
| **DLN/ID No.:** | **State:** | **SSN:** | |
| **Birth Date:** | **Age:** **Sex:** | **Race:** | |
| **Occ:** | **Part Time?** N **Length:** 0 Year(s) 0 Month(s) 0 Day(s) | | |
| **Hospital/Removed to:** | **Injury Type:** | | **CPD Police Officer?** N |
| **Injury Descr:** | | **Injury by Offender:** | **NONE** |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4657 W ERIE ST CHICAGO IL | 7736263427 | 1111 |

**SUSPECT**

| | | | |
|---|---|---|---|
| **In Custody?** N **Name:** UNKNOWN, UNKNOWN | **Birth Date:** | **SSN:** | |
| **Clothing Descr.:** BLK T SHIRT | | | |
| **Sex:** MALE | **Race:** BLACK | | |
| **Hair Color:** BLACK | **Hair Style:** | | |
| **Age From:** **To:** 20 **Height From:** 506 **To:** 508 | **Weight From:** | **To:** | |

F282753

15-JUN-2000 18:19

Requested by: PC09692

City NK 000019

CASR229

**CHICAGO POLICE DEPARTMENT**

Page 2 of 11

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

C .380(Rev.8-96)-C

| | |
|---|---|
| Case Report ID: 898552 | RD No.: F282753   Sup. ID: 222288 |
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL | |

**INVOLVED PROPERTIES**

**VEHICLES**

| | | | |
|---|---|---|---|
| Make: DODGE | | Model: | UNKNOWN |
| Type: AUTOMOBILE | | Year: | 1997 |
| Style: VANETTE, (METRO,STEP VAN, HANDY VAN) | | | |
| Description: | | | |
| VIN No.: 2B4FP25B7VR129536 | | Owner: | |
| Desposition: | | | |
| Top Color: GREEN | | Bottom Color: | GREEN |
| Lic. Type: | | Lic. No.: | |
| Expiration: | | State: | |
| Other Ident. Marks: | | | |
| Pound Inv. No.: | | Pound No.: | |
| Towed? N | Reason for Towing: | | |
| Offender's? N | Stolen? N | Recovered? N   Damaged? Y | Theft From? N |

**IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER**

| IUCR | Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|---|
| 0110 | HOMICIDE | FIRST DEGREE MURDER | ERYKMAJDAK, MAREK | UNKNOWN, UNKNOWN |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | ERYKMAJDAK, MAREK | UNKNOWN, UNKNOWN |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | ERYKMAJDAK, MAREK | UNKNOWN, UNKNOWN |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | ERYKMAJDAK, MAREK | UNKNOWN, UNKNOWN |

**METHOD & CAU CODES**

Method Code      Cau Code

**PERSON(S) SHOT**

**INVOLVED EMPLOYEES**   Date Investigation Completed: 19-MAY-2000 06:21

| | | | |
|---|---|---|---|
| Role: REPORTING OFFICER | Outside Agency: | Star No.: 8940 | Emp. No.: |
| Emp. Name: BURKE, STEPHEN | | Beat: 1111 | Date: 13-MAY-2000 07:43 |
| Role: FIRST OFFICER ON SCENE | Outside Agency: | Star No.: 8940 | Emp. No.: |
| Emp. Name: BURKE, STEPHEN | | Beat: 1110 | Date: 13-MAY-2000 07:43 |
| Role: REPORTING OFFICER | Outside Agency: | Star No.: 19284 | Emp. No.: |
| Emp. Name: JACKSON, MICHAEL | | Beat: 1111 | Date: 13-MAY-2000 07:43 |
| Role: DETECTIVE/YOUTH INVESTIGATOR | Outside Agency: | Star No.: 21127 | Emp. No.: |
| Emp. Name: MIGLORE, THOMAS | | Beat: | Date: 13-MAY-2000 13:15 |

**HOMICIDE/DEATH**

**VICTIM**

| | |
|---|---|
| Name: ERYKMAJDAK, MAREK | Date of Injury: |
| Day of Injury:   Date of Death: | Narcotic Type: |
| Cause of Death: | Narcotic Involvement: |
| Criminality: | |
| Homicide File No.: | Medical Examiner No.: |
| Pronounced By: | Pronounced Date: |
| Intoxicant? N Autopsy Date: | |
| Doctor Performing Autopsy: | |
| Toxicology Results: | |

**SUSPECT**

| | | |
|---|---|---|
| Name: UNKNOWN, UNKNOWN   Surren.? N | On Scene Arrested? N | Ident. not on scene? N |
| Ident. through Invest.? N   Admiss.? N   In Custody By: | | |
| Motive: | Narcotic Type: | |
| Narcotic Involvement: | Intoxicant? N | |
| Weather: | Temperature: | |
| Lighting: | Light Source: | |
| Source Distance: | | |

F282753

15-JUN-2000 18:19          Requested by: PC09692

CASR229     **CHICAGO POLICE DEPARTMENT**     Page 3 of 11

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CI .380(Rev.8-96)-C

| Case Report ID: 898552 | | RD No.: F282753 | Sup. ID: 222288 |
|---|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL | | | |
| **SUPERVISOR APPROVING** | | | |
| Approval Complete Officer Name | Star | Unit Assigned | Complete Date |
| MAHON, GERALD | 1560 | DET DIV AREA 4 | 18:17 15-JUN-2000 |
| Review Complete Officer: | | Star: | Complete Date: |
| **CASE REPORT DISTRIBUTION** | | | |
| No. of Copies   Send Copy To: | | | |
| 0   NO DISTRIBUTION | | | |

15-JUN-2000 18:19      Requested by: PC09692

F282753

City NK 000021

CASR229            **CHICAGO POLICE DEPARTMENT**            Page 4 of 11

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 222288 |
|---|---|---|

Address of Occurrence: 4721 W OHIO ST CHICAGO IL

**NARRATIVE**

*Narrative Type:* **PROGRESS-VIOLENT(SCENE)**

THIS IS AN AREA FOUR VIOLENT CRIMES FIELD INVESTIGATION/ PROGRESS REPORT/ R.D. #F282753

DATE & TIME ASSIGNED:
13-May-2000/ 0140 hrs.

VICTIM:
MAJDAK, Marek Eryk
M/2/29 DOB
6'2," 203 lbs., brown hair, brown eyes
Wearing gray with light color striped long-sleeve shirt, white T-shirt, gray corduroy trousers, black belt, white socks with green stripe, white with blue trim athletic shoes, blue briefs
SSN
IL ID Card
570 Clavey Lane, Highland Park, IL 60035
Home phone: 847-432-0756
Work phone: 773-235-2500

WANTED:
Unknown person(s)

INJURIES:
Gunshot wound on upper cheek midway between left ear and left eye

Gunshot wound in left buttock

TAKEN TO:
Cook County Forensic Institute by Bt1171

DATE/ TIME PRONOUNCED:
13-May-2000/ 0335 hrs. by M.E. Anderson #51

M.E. NUMBER:
235May00

WEAPON:
Possibly .45 cal (not recovered)

LOCATION:
4721 W. Ohio (sidewalk)

F282753

15-JUN-2000 18:19            Requested by: PC09692

**City NK 000022**

CASR229          **CHICAGO POLICE DEPARTMENT**          Page 5 of 11

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653


CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 222288 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL | | |

**DATE & TIME:**
13-May-2000/ between 0100-0110 hrs.

**WEATHER/ LIGHTING:**
Cloudy, approx. 60 degrees, wet puddles on ground after an earlier rain/ artificial lighting from street pole lighting

**MANNER/ MOTIVE:**
Victim shot by offender(s) in buttock and in head/ possibly for personal monetary gain

**FAMILY MEMBER NOTIFIED:**
ROMANSKA, Joanne B. (sister of victim)
F/2/23 DOB ███
SSN ███
IL DLN R582-4227-7612
10483 W. Touhy, 2nd fl.
Rosemont, IL 60191
Home phone: 847-699-1844
Work phone: 773-202-5060 Ext. 114

**IDENTIFIED BY:**
#1-ROMANSKA, Joanne B. (sister)
At Cook County Medical Examiner's Office

#2-WEGLOWSKI, Lukasz (NMI)
By Illinois ID photo at 2500 N. Pulaski
M/2/23 DOB ███
SSN ███
10483 W. Touhy, 2nd fl.
Rosemont, IL 60191
Home phone: 847-699-1844
Work phone: 773-235-2500

**VEHICLE:**
1997 Dodge Caravan
Green minivan
VIN 2B4FP25B7VR129536
Illinois Temporary Registration #2345741
Recently purchased by victim
Towed to Pound #1 for investigation

**PROPERTY TAKEN:**
Unknown

15-JUN-2000 18:19          Requested by: PC09692

F282753

**City NK 000023**

CASR229            **CHICAGO POLICE DEPARTMENT**            Page 6 of 11

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653


CPD.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 222288 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL | | |

EVIDENCE:
Forensic Investigators' photos of crime scene and surrounding area, of cartridges casings on sidewalk, of blood and impressions on sidewalk, of wounds of victim, of green van (victim's), of blood on seat of van, and of wounds of victim at Forensic Institute.

Inventory #2321181/ 177/- Two cartridge casings

Inventory #2321182/ 177/- One box with two blood swabs from sidewalk

Inventory #2321183/ 177/- One box with two swabs from front seat of van

Inventory #2320783/ 177/- One M.E. blood card; one swab in swab box recovered from left arm

Inventory #2320784/ 177/- One sealed bullet envelope

Inventory #2320785/ 177/- One pair of gray pants; one black belt; 1 pair of blue briefs

Inventory #2320797/ 177/- One gray patterned T-shirt; one blue patterned long-sleeve shirt; one brown paper bag with M.E. info

NOTIFICATIONS:
Medical Examiner's Investigator Anderson #51
Other required notifications by Original Reporting Officers

PERSONNEL ASSIGNED:
Det. J. Cruz #20887 (Bt. 5418)
Det. D. Wolverton #20014 (Bt. 5415)

P.O. S. Burke #8940 (Bt. 1111) (Paper)
P.O. M. Jackson #19284

P.O. E. Leal #6818 (Bt. 1123) (Scene)
P.O. M. Glynn #19109

P.O. P. Huerta #13692 (Bt. 1121) (Scene)
P.O. G. Flores #19573
P.O. W. Wagner #15536 (Bt. 1114) (Scene)
P.O. K. Blakewell #10823

P.O. L. Alejo #10381 (Bt. 1115) (Scene)
P.O. M. Reyes #6496
P.O. W. Barkowitz #7156 (Bt. 1171) (Transport)

F282753

15-JUN-2000 18:19            Requested by: PC09692

City NK 000024

CASR229             **CHICAGO POLICE DEPARTMENT**             Page 7 of 11

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 222288 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL | | |

P.P.O. J. Felton #5968
Sgt. J. Lewison #1265 (Bt. 1110) (Supervisor)

Sgt. G. Murphy #924 (Bt. 1120) (Supervisor)

P.F.I. R. Tovar #12847 (Bt. 9602) (Mobile Crime Lab)
P.F.I. P. Moran #7718

WITNESSES:
#1-EDWARDS, Betty J. (circumstantial)
F/1/62 DOB
SSN
4717 W. Ohio (hse.)
Home phone: 773-626-3580
Retired press operator

#2-WALLACE, Jessie (circumstantial)
M/ /53
4657 W. Erie (hse.)
Home phone: 773-626-3427

#3-LANDOR, Thomas E. (circumstantial)
M/1/49 DOB
SSN
4657 W. Erie (hse.)
773-626-3427
Disabled

TO BE INTERVIEWED:
Unknown co-workers who were with the victim after work on 12-May-2000 to determine who he was last with.

Unknown female (Polish speaker) he met at the "Fantaja" bar on 11-May-2000

INVESTIGATION:
Reporting Detectives John Cruz and Donald Wolverton were assigned to investigate the Homicide which occurred this date, 13-May-2000 at approximately 0110 hrs. at 4721 W. Ohio on the sidewalk. Upon arrival at the scene, the officers assigned to Bt. 1111 said that they were assigned the job of, "A person beat-up on the street by a car at 4721 W. Ohio." Bt1123 arrived at the scene first and discovered the victim lying in a pool of blood on the sidewalk with a possible gun shot wound to the head. They requested an ambulance but did not find any vital signs. CFD truck #117 responded and confirmed that there were no vital signs. The scene was secured and Area Four Detective Unit and The Mobile Crime Lab were requested under the supervision of Bt. 1110.

F282753

CASR229

**CHICAGO POLICE DEPARTMENT**

Page 8 of 11

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653



CX 1.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 222288 |

Address of Occurrence: 4721 W OHIO ST CHICAGO IL

The body of a White male (NKA Marek Eryk MAJDAK) was lying face-up on the sidewalk with his head lying primarily to the East and his feet lying primarily to the West. His head was lying in a pool of blood with an apparent gunshot wound. He was wearing a gray with light stripes log-sleeve shirt, white T-shirt, gray corduroy trousers, white socks with a green stripe, and white gym shoes with blue trim. His right front trouser pocket was pulled inside-out with several coins visible.

The PFI's documented the scene, taking photos of the scene and surrounding area of 4721 W. Ohio. Photos were taken of cartridge casings found on the sidewalk, one at 4723 W. Ohio and the other at 4725 W. Ohio. Those casings were recovered and inventoried (inv. #2321181). Photos, including gauged photos, of blood and impressions from the sidewalk from 4721 to 4725 W. Ohio. The M.E. approved removal of the body. Photos were made of the victim's wounds. It was found that there was an additional apparent gunshot wound, that one being to the victim's left buttock. Two blood swabs were taken of the blood on the sidewalk at 4721 W. Ohio and inventoried (Inv. #2321182). Photos were taken of the victim's van parked at 4726 W. Ohio, including possible blood found on the passenger seat of the vehicle. Two swabs were taken of that substance and inventoried (inv. #2321182).

The above noted vehicle, a 1997 Dodge Caravan, was found on the street at 4726 W. Ohio with its emergency flashers on, its front passenger door open, and the window-glass of that door shattered. The vehicle's keys were on the floor of the vehicle. A copy of the victim's pay stub of 12-May-2000 was found in the vehicle and recovered. The vehicle is being held for investigation.

A canvas of the neighborhood was made with the following results:
4727 W. Ohio- high fence, gate locked- no response

4731 W. Ohio- high fence, gate locked- no response

4723 W. Ohio- BROOKINS, Danny M/1/32 DOB
    Home phone: 773-379-9175
    He said that he was not home at the time of the occurrence because
he was visiting with friends at 4706 W. Ohio.

    HOLMES, Diane F/1/38 DOB
    No phone.
    She said that she didn't see or hear anything.

    BROOKINS, Clarence E. M/1/38 DOB
    Home address: 4815 W. Huron (no phone)
    He said he heard a noise, which was possibly a single gunshot. He
didn't see anything.

4721 W. Ohio- high fence, gate locked- no response

F282753

15-JUN-2000 18:19

Requested by: PC09692

City NK 000026

CASR229             **CHICAGO POLICE DEPARTMENT**            Page 9 of 11

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 222288 |
| --- | --- | --- |
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL | | |

4717 W. Ohio- EDWARDS, Betty J. F/1/62 DOB
    Home phone: 773-626-3580
    She said that she was in her front room watching television when she heard what sounded like a single loud gunshot coming from what she thought was her gangway. She then heard two more possible gunshots, which sounded like they were farther away. She looked out of her front window and saw a Black male, in his twenties, running eastbound past her house towards Kilpatrick. He was wearing dark clothing, but without a jacket or hat. He glanced back over his right shoulder but she didn't see his face well. After a short while she stepped outside and looked around, but did not notice the body of the victim. She did see the victim's van with its lights flashing, but she thought that it might be someone buying dope.

4715 W. Ohio- no response

4711 W. Ohio- no response

4709 W. Ohio- no response

4707 W. Ohio- no response

 4703 W. Ohio- no response

4701 W. Ohio- no response

4704 W. Ohio- no response

4708 W. Ohio- vacant

4710 W. Ohio- vacant

4712 W. Ohio to 4740 W. Ohio- Ohio Play lot Park

Reporting Detectives observed shoe impressions with apparent blood on the sidewalk in a direction indicating that they were leaving the scene. One of the impressions was made with blood and mud and a gauged photo was made of it. A partial impression of a shoe mark near the body was also photographed.

Reporting Detectives then relocated to the Forensic Institute. Upon closer examination, an apparent bullet-hole was found approximately at midpoint between the victim's left eye and his left ear.

Reporting Detectives then went to the address on the victim's IL ID card, that address was 6952 W. Diversey Ave. At that address no one would respond or answer the door of any of the apartments. Reporting Detectives then proceeded to the Logan Square Aluminum Supply Co. Inc. at 2500 N. Pulaski, which was noted on the found pay stub. That location is the Remodelers Supply Center, which is a division of Logan Square Building Material Supply. Jon OSTOJA, an employee of the company, after extensive searching of records, advised Reporting

15-JUN-2000 18:19          Requested by: PC09692

F282753

City NK 000027

CASR229             **CHICAGO POLICE DEPARTMENT**             Page 10 of 1

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 222288 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL | | |

Detectives that Marek MAJDAK was a new employee of the company. He had only worked there for two weeks and had received his first paycheck on 12-May-2000. Another employee, Lukasz WEGLOWSKI, a salesman, was listed as a reference for MAJDAK and was scheduled to work today.

WEGLOWSKI arrived at work and he confirmed that he was a reference for MAJDAK and was the boyfriend of MAJDAK's sister. He was shown a picture of MAJDAK, which he identified as MAJDAK. He was then advised of MAJDAK's death. He was very upset by the news, but agreed to assist in notifying MAJDAK's sister. He accompanied Reporting Detectives to his residence in Rosemont where he lives with Joanna ROMANSKA, MAJDAK's sister. She was also notified of MAJDAK's death, which greatly upset her. She was advised of how to contact the Medical Examiner's office and was given a business card to contact Reporting Detectives. She said that she would notify her mother, Teresa ROMANSKA, 570 Clavey Lane, Highland Park, IL 60035, home phone: 847-432-0756. The victim lived with the mother.

Both she and WEGLOWSKI told Reporting Detectives that MAJDAK was a person of good character, that he was a hard worker, and that he was married and had four young children who are presently with their mother, his wife, in Poland. They said that he occasionally drank but did not use illegal drugs. He had told his mother on 11-May-2000 that he was going to go out with friends from work on the evening of 12-May-2000 after work.

Reporting Detectives then went to 4657 W. Erie to locate the person who had called the police to the scene. There had been no response when an attempt was made to make contact earlier. Thomas E. LANDOR said that he had called police after he was told by his brother-in-law, Jessie WALLACE, of that same address, that when he was on his way home from "Coleman's Restaurant" (on Cicero), he was on the North side of the street and saw a van with its window broken out and an unknown body on the sidewalk across the street from it. WALLACE was not at home and business card was left with a request to have him contact the Area.

Reporting Detectives returned to the Area and were contacted by Joanna ROMANSKA. She said that her mother told her that MAJDAK had told her that he had met a girl who works at the "Fantaj" bar (which is located in the vicinity of 2600 N. Pulaski) on Thursday night (11-May-2000). When he told his mother that he was going out with friends, she gave him fifty dollars and told him not to cash his paycheck because she wanted him to start a bank account with it. He agreed to abide by her wishes.

This investigation continues.

Report of:
Detective John Cruz #20887
Detective Donald Wolverton #20014
Area Four Detective Division



F282753

15-JUN-2000 18:19             Requested by: PC09692

**City NK 000028**

CASR229

**CHICAGO POLICE DEPARTMENT**

Page 11 of 1

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

C: .380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 222288 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL | | |

*** End of Record ***

F282753

15-JUN-2000 18:19

Requested by: PC09692

City NK 000029