# EXHIBIT 6

CASR229          **CHICAGO POLICE DEPARTMENT**          Page 1 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

*Status:* **DETECTIVE SUP. APPROVAL COMPLETE**
*Created By:* MICHAEL PIETRYLA      *Star No.:* 21209
*Case Report ID:* 898552    *RD No.:* F282753    *Date RO Arrived:* 13-MAY-2000 01:20
*Sup. ID:* 460320    *Event No.:* 0013401059    *Occurrence Date From:* 13-MAY-2000 01:00    *Occurrence Date To:*
*Unit Assigned:* 1111    *Fire Related?* N    *Domestic Related?* N    *Gang Related?* N
*IUCR Code:* 0110    **HOMICIDE**    **FIRST DEGREE MURDER**
*Occurrence:* 4721 W OHIO ST CHICAGO IL 60644    *Beat:* 1111
*Location Code:* 303    **SIDEWALK**
*Sec. Location Code:*

**VICTIM/COMPLAINANT/WITNESS/SUBJECT**

*Role:* VICTIM    *Name:* MAJDAK, MAREK E
*DLN/ID No.:*    *State:*    *SSN:* ▉▉▉    *Associated IUCR:* 0110
     *Associated IUCR:* 0110
     *Associated IUCR:* 0110
     *Associated IUCR:* 0110
     *Associated IUCR:* 0110
     *Associated IUCR:* 0110
     *Associated IUCR:* 0110
     *Associated IUCR:* 0110
*Birth Date:* ▉▉▉    *Age:* 29    *Sex:* MALE    *Race:* WHITE
*Occ:* LABORER    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:* MORGUE    *Injury Type:* SHOT    *CPD Police Officer?* N
*Injury Descr:* DOA    *Injury by Offender:* INJURED

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 570 W CLAVEY LANE HIGHLAND PARK,IL. IL 60035 | 8474320756 | 3100 |

*Phone No. Type*    *Phone Number*
BUSINESS    7732352500

*Role:* WITNESS    *Name:* EDWARDS, BETTY J
*DLN/ID No.:*    *State:*    *SSN:* ▉▉▉
*Birth Date:* ▉▉▉    *Age:* 62    *Sex:* FEMALE    *Race:* BLACK
*Occ:* RETIRED    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4717 W OHIO ST HSE CHICAGO IL 60644 | 7736263580 | 1111 |

*Role:* WITNESS    *Name:* POPE, LISA
*DLN/ID No.:*    *State:*    *SSN:*
*Birth Date:*    *Age:*    *Sex:* FEMALE    *Race:* BLACK
*Occ:*    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE
*Address Type*    *Address*    *Phone*    *Beat*

*Role:* WITNESS    *Name:* EATON, KEN-KEN
*DLN/ID No.:*    *State:*    *SSN:*
*Birth Date:*    *Age:*    *Sex:* MALE    *Race:* BLACK
*Occ:*    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE
*Address Type*    *Address*    *Phone*    *Beat*

*Role:* WITNESS    *Name:* LANDOR, THOMAS E
*DLN/ID No.:*    *State:*    *SSN:* ▉▉▉
*Birth Date:* ▉▉▉    *Age:* 49    *Sex:* MALE    *Race:* BLACK
*Occ:* DISABLED    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4657 W ERIE ST HSE CHICAGO IL 60644 | 7736263427 | 1111 |

F282753

02-NOV-2000 14:31          Requested by: PC09751

**City NK 000170**

CASR229            **CHICAGO POLICE DEPARTMENT**            Page 2 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | | | |
|---|---|---|---|---|
| Case Report ID: | 898552 | RD No.: F282753 | Sup. ID: | 460320 |
| Address of Occurrence: | 4721 W OHIO ST CHICAGO IL 60644 | | | |
| Role: | WITNESS | Name: WALLACE, JESSIE | | |
| DLN/ID No.: | | State: | SSN: | |
| Birth Date: | Age: 53 Sex: | Race: | | |
| Occ: | | Part Time? N Length: | 0 Year(s) 0 Month(s) 0 Day(s) | |
| Hospital/Removed to: | | Injury Type: | | CPD Police Officer? N |
| Injury Descr.: | | | Injury by Offender: | NONE |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4757 W ERIE ST HSE CHICAGO IL 60644 | 7736263427 | 1111 |

**SUSPECT**

| | | | | |
|---|---|---|---|---|
| In Custody? Y | Name: LONG, JOVANIE A | Birth Date: | SSN: | |
| Nick Name: VAN1 | | Driver's Lic. No.: | State: | |
| Clothing Descr.: BLK T SHIRT | | | | |
| Sex: MALE | | Race: BLACK | | |
| Eye Color: BROWN | | Glasses: | | |
| Hair Color: BLACK | | Hair Style: SHAVED | | |
| Complexion: DARK | | Mus./Beard: | | |
| Age From: 21 | To: | Height From: 507 To: | Weight From: 155 | To: |
| CB No.: 14549233 | | FBI No.: 37354DB3 | SID No.: 37640400 | |
| IR No.: 1165297 | | | | |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4231 W CRYSTAL ST CHICAGO IL 60644 | | 2534 |

| | | | | |
|---|---|---|---|---|
| In Custody? Y | Name: WALKER, XAVIER | Birth Date: | SSN: | |
| Nick Name: ZAV | | Driver's Lic. No.: | State: | |
| Sex: MALE | | Race: BLACK | | |
| Eye Color: BROWN | | Glasses: | | |
| Hair Color: BLACK | | Hair Style: SHORT | | |
| Complexion: MEDIUM | | Mus./Beard: | | |
| Age From: 19 | To: | Height From: 508 To: | Weight From: 150 | To: |
| CB No.: 14493760 | | FBI No.: 957317AB6 | SID No.: 36910280 | |
| IR No.: 1184879 | | | | |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 5431 W POTOMAC AV CHICAGO IL | | 2532 |

**INVOLVED PROPERTIES**

**VEHICLES**

| | | | |
|---|---|---|---|
| Make: | DODGE | Model: | CARAVAN |
| Type: | TRUCK | Year: | 1997 |
| Style: | VANETTE, (METRO,STEP VAN, HANDY VAN) | | |
| Description: | | | |
| VIN No.: | 2B4FP25B7VR129536 | Owner: | |
| Desposition: | TOWED | | |
| Top Color: | GREEN | Bottom Color: | GREEN |
| Lic. Type: | | Lic. No.: | |
| Expiration: | | State: | |
| Other Ident. Marks: | PASSENGER FRONT WINDOW SMASHED | | |
| Pound Inv. No.: | 410180/410486 | Pound No.: | 5555 W GRAND |
| Towed? | Y | Reason for Towing: HOMICIDE INVESTIGATION | |
| Offender's? N | Stolen? N | Recovered? N Damaged? Y | Theft From? N |

**OTHER**

| | | | |
|---|---|---|---|
| Description: | 2 FILA SPORT SHOES SIZE 10 | Owner: | |
| Serial No.: | | Model: | |
| Inv. No.: | 2323765 | Value: | |
| Damage Description: | | | |
| Damaged? N | Jewelry? N Weapon? N | Taken? N Recovered? Y | OAN? N |

F282753

02-NOV-2000 14:31            Requested by: PC09751

**City NK 000171**

CASR229

# CHICAGO POLICE DEPARTMENT

Page 3 of 9

## CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552  RD No.: F282753  Sup. ID: 460320
Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

### IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER

| IUCR | Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|---|
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |

### METHOD & CAU CODES

Method Code  Cau Code

### PERSON(S) SHOT
### RELATIONSHIPS

| Victim | Suspect / Offender | Relationship to Victim |
|---|---|---|
| MAJDAK, MAREK | LONG, JOVANIE | NO RELATIONSHIP |
| MAJDAK, MAREK | WALKER, XAVIER | NO RELATIONSHIP |

Role: Non-offender  Related Non-off. Role Related Non-offender  Relationship to Related Non-offender

### INVOLVED EMPLOYEES
Date Investigation Completed: 01-NOV-2000 20:40

Role: ASSISTING DETECTIVE/YOUTH INV.  Outside Agency:  Star No.: 20887  Emp. No.:
Emp. Name: CRUZ, JOHN  Beat: 5418  Date: 23-SEP-2000 11:36

Role: REPORTING OFFICER  Outside Agency:  Star No.: 8940  Emp. No.:
Emp. Name: BURKE, STEPHEN  Beat: 1111  Date: 13-MAY-2000 07:43

Role: FIRST OFFICER ON SCENE  Outside Agency:  Star No.: 8940  Emp. No.:
Emp. Name: BURKE, STEPHEN  Beat: 1110  Date: 13-MAY-2000 07:43

Role: REPORTING OFFICER  Outside Agency:  Star No.: 19284  Emp. No.:
Emp. Name: JACKSON, MICHAEL  Beat: 1111  Date: 13-MAY-2000 07:43

Role: DETECTIVE/YOUTH INVESTIGATOR  Outside Agency:  Star No.: 21127  Emp. No.:
Emp. Name: MIGLORE, THOMAS  Beat:  Date: 13-MAY-2000 13:15

Role: ASSISTING DETECTIVE/YOUTH INV.  Outside Agency:  Star No.: 20014  Emp. No.:
Emp. Name: WOLVERTON, DONALD  Beat: 5415  Date: 23-SEP-2000 11:36

### HOMICIDE/DEATH

#### VICTIM

Name: MAJDAK, MAREK  Date of Injury:
Day of Injury:  Date of Death:  Narcotic Type:
Cause of Death:  Narcotic Involvement:
Criminality:
Homicide File No.:  Medical Examiner No.:
Pronounced By:  Pronounced Date:
Intoxicant? N  Autopsy Date:
Doctor Performing Autopsy:
Toxicology Results:

#### SUSPECT

Name: LONG, JOVANIE  Surren.? N  On Scene Arrested? N  Ident. not on scene? N
Ident. through Invest.? N  Admiss.? N  In Custody By:
Motive:  Narcotic Type:
Narcotic Involvement:  Intoxicant? N

Name: WALKER, XAVIER  Surren.? N  On Scene Arrested? N  Ident. not on scene? N
Ident. through Invest.? N  Admiss.? N  In Custody By:
Motive:  Narcotic Type:
Narcotic Involvement:  Intoxicant? N
Weather:  Temperature:
Lighting:  Light Source:
Source Distance:

F282753

02-NOV-2000 14:31  Requested by: PC09751

CASR229                  **CHICAGO POLICE DEPARTMENT**                Page 4 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| *Case Report ID:* 898552 | | *RD No.:* F282753 | *Sup. ID:* 460320 |
|---|---|---|---|
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | | |
| **SUPERVISOR APPROVING** | | | |
| *Approval Complete Officer Name* | *Star* | *Unit Assigned* | *Complete Date* |
| FARRELL, JOHN | 382 | DET DIV AREA 4 | 14:26 02-NOV-2000 |
| *Review Complete Officer:* | | *Star:* | *Complete Date:* |

**CASE REPORT DISTRIBUTION**

| *No. of Copies* | *Send Copy To:* |
|---|---|
| 0 | NO DISTRIBUTION |

F282753

02-NOV-2000 14:31                Requested by: PC09751

**City NK 000173**

CASR229            **CHICAGO POLICE DEPARTMENT**            Page 5 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552     RD No.: F282753     Sup. ID: 460320
Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

**NARRATIVE**
Narrative Type: PROGRESS
**PROGRESS SUP NARRATIVE**

THIS IS AN AREA FOUR VIOLENT CRIMES FIELD INVESTIGATION/PROGRESS REPORT FOR F 282753.

DATE/TIME ASSIGNED:
19 May 2000, 1630 Hrs..

VICTIM:
MAJDAK, Marek, Eryk
M/2/29, DOB
SSAN
Il ID Card #
570 Clavey Lane, Highland Park, Il., 60035.
Home #: 847 432 0756.
Work #: 773 235 2500.

WANTED:
Unknown at this time.

ASSIGNED:
DET. M. PIETRYLA, 21209, Bt 5439.
CCSP A. BRZEZNIAK, 224, Bt. 5429.

INTERVIEWED:
CZESLAW, Pula, M/2/50, 2935 N Ridgeway, Chgo., Ill., 773 384 7766, victim's supervisor at Remodelers Supply, 773 235 2500.

SIEPROSKA, Barbara, F/2/24, DOB     W Eastwood, Chgo., Ill., SSAN     773 583 0350, Bartender at Fantazsja Club, 2559 N Pulaski.

KIERCUL, Andrew, M/2/41, DOB     4248 N Milwaukee, Chgo., Ill., SSAN     773 286 8604, Owner of Michella Terrace Club, 5215 W Irving Park, Chgo., Ill., 773 286 6710.

HRYNIEWICKI, Robert, M/2/23, DOB     2518 N Linder, Chgo., Ill., SSAN     773 836 8445, bouncer at Michella Terrace Club.

MACIEJCZYK, Slawdmir, M/2/35, DOB     SSAN     3525 N Nordica, Chgo., Ill., 773 205 8317, uncle of victim and keyboard musician at Michella Terrace Club.

F282753

02-NOV-2000 14:31            Requested by: PC09751

City NK 000174

CASR229                **CHICAGO POLICE DEPARTMENT**            Page 6 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460320 |

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

WOJCICKA, Marta, F/2/24, SSAN 2920 N Harlem, Chgo., Ill., no phone, bartender at Michella Terrace Club.

WLODZIMIERZ, Wander, M/2/61, DOB 436 Sandy Lane, Wilmette, Ill., 60091, 847 251 9931, Owner of Cardinal Club, 5155 W Belmont, Chgo., Ill..

ZARZYCKI, Urszula, F/2/37, DOB SSAN 9367 Bay Colony, Des Paines, Ill., 60016, apt 3S, 847 827 6028, door person at Cardinal Club.

WIDELKA, Bogumila, B., F/2/43, DOB 5700 W Montrose, Chgo., Ill., 773 777 9282, bartender at Cardinal Club.

SKIBICKI, Alicija, F/2/46, DOB SSAN 7111 Emerson, Morton Grove, Ill., 60053, 847 965 2015, singer at Cardinal Club.

ADAMSKI, Jacek, M/2/32, DOB , SSAN 2411 S Godbbert, Arlington Heights, Ill., 847 806 0966, singer at Cardinal Club.

OCZYNER, Donuta, F/2/46, DOB 2544 W Belmont, Chgo., Ill., patron at Cardinal Club.

**INVESTIGATION:**
RD's assigned follow up investigation of the homicide that occurred on 13 May 2000, at 4721 West Ohio, at approximately 0100 hrs.. RD's interviewed above listed individuals and the following is a summation, but not verbatim, of contents of stated interviews. Det. BRZEZNIAK translated from English to Polish and Polish to English as needed.

Pula CZESLAW stated that he was the victim's immediate supervisor at Remodelers Supply and that the victim had been employed for approximately three weeks. He stated that victim was well liked and performed his job well. He stated that all employees are required to punch in and out for arrival and departure from work. He stated that victim usually ate in the lunch room area. He stated victim had no problems with other employees and was well liked by same. He stated that on 12 May 2000, victim arrived on time for work at approximately 6:45 AM. Victim and co-workers, Damien VERETSKI and Stephan JANISZEWSKI, went to lunch at FANTAZSJA Club, located across the street and returned to finish their shift. He stated that victim punched out that day at approximately 5:30 PM. He stated that victim spoke very little English. He stated that victim was paid by check on 12 May 2000. RD's requested a photo copy of victim's time cards and canceled payroll check. CZESLAW provided same to RD's.

Barbara SIEPROSKA, bartender at FANTAZSJA Club, stated that victim and two others came in club at approximately 12:15 PM, on 12 May 2000, had a polish beer and shot of tequila with their lunch and left at approximately 12:45 PM. She further states that victim had been in club for lunch the previous two days. She further stated that victim did not speak any English and caused no problems. She also stated that she only seen victim during lunch hours.

F282753

02-NOV-2000 14:31          Requested by: PC09751

City NK 000175

CASR229

**CHICAGO POLICE DEPARTMENT**

Page 7 of 9

CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552　　　RD No.: F282753　　　Sup. ID: 460320
Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

Andrew KIERCUL, owner of Michella Terrace Club, stated that he did not see the victim on 12 May 2000 and did not know victim. He further stated that his keyboard musician, Slawdmir MACIEJCZYK, later informed him that the victim was in the club the evening of 12 May 2000 and that he had been killed.

Robert HRYNIEWICKI, bouncer at Michella Terrace Club, stated that on 12 May 2000, he started his shift at the door at approximately 10:00 PM and that he did not see victim.

Slawdmir MACIEJCZYK, keyboard musician at Michella Terrace Club and uncle of victim, stated that on 12 May 2000, at approximately 9:00-10:00 PM, he observed victim in the club dancing. He stated he motioned for victim to come to him. He stated that victim told him he was going to go to the Cardinal Club then made small talk with him. He stated that victim got his attention a little later and waved good-bye and left alone. He further stated that he has known victim all his life and that victim did not speak English nor did he know how to get around Chicago. He stated that victim spoke Greek and definitely did not use narcotics. He stated that victim did not return that evening and found out about his death the next day.

Marta WOJCICKA bartender at Michella Terrace Club, stated that on 12 May 2000, in the evening, victim approached her at the bar and asked her in Polish where he could find his uncle, Slawdmir MACIEJCZYK. She stated that she informed victim that he was in the next room playing the keyboard. She states that he did not order a drink but that he had been drinking. She states that she had seen him approximately four times before.

Wander WLODZIMIERZ, owner of the Cardinal Club, states that on 12 May 2000, he observed victim in the club drinking and dancing with other patrons. He stated that he had no idea of when he arrived or how long he had stayed. He further stated that he did observed victim leaving club and had asked door person for directions.

Urszula ZARZYCKI, door person at Cardinal Club, stated that on 12 May 2000, she arrived for work at approximately 9:45 PM. She stated that victim was already at the club alone when she arrived. She stated that she had seen him at before. She stated that victim was drinking and dancing with patrons of the club. She stated that she had a few conversations with the victim that evening. She stated that they talked about romance and relationships. She states that victim informed her that he had a girlfriend here in the United States. She stated that victim asked her to dance but she informed him that she could not dance with patrons while working. She stated that he spoke only Polish and knew he did not speak English. She further stated that victim had large bundle of money stuffed into his front shirt pocket. She stated that she told victim to put money away and he informed her that he had just received his first paycheck and was out celebrating with friends from work. She states that he did not put money elsewhere. She stated that victim asked her for directions to Michella Terrace Club, because he did not know the streets of Chicago well and left alone after midnight. She stated that she was worried that victim had too much to drink when he left. She stated that on the following Monday, 15 May 2000, she received a phone call from the victim's girlfriend, Marzena ORNACKI, who informed her of victim's death. She stated that girlfriend questioned her as to the circumstances of victim's activities on 12 May 2000.

F282753

02-NOV-2000 14:31　　　　　　　　　　　　　　　　　　　　　　　　　Requested by: PC09751

City NK 000176

CASR229

**CHICAGO POLICE DEPARTMENT**

Page 8 of 9

CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552  RD No.: F282753  Sup. ID: 460320
Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

Bogumila B. WIDELICA, bartender at Cardinal Club, states that on 12 May 2000, she observed victim come into the club alone for the first time. She stated that victim had talked with her about residing in Greece and that he had just received his first paycheck. She stated that he then ordered a drink and went to dance with other patrons. She stated that she observed him in the club for a few hours, talking g and dancing with various patrons. She stated that she observed victim leaving the club alone, well after midnight, and appeared to have been drinking too much. She further stated victim only spoke Polish and did not speak any English.

Alicija SKIBICKI, singer at Cardinal Club, states that on 12 May 2000, at approximately 10:00 PM she observed victim at the club and had a conversation with same in Polish. She stated that she knew the victim, through victim's mother, Teresa ROMANSKA, and family. She states that she had helped victim's family in a real estate transaction. She states that victim did not speak English. She states that she is a part-time real estate agent and singer. She states that victim appeared to have too much to drink. She states that victim had asked her to dance with him, but she refused. She asked him about the well being of his brother in Poland, who had a drug problem. She states that victim informed her that he was doing well. She stated that victim elaborated on his hatred for narcotics because of what happened to his brother. She states that she knows victim did not use narcotics because of what happened to his brother and took good care of himself. She stated that victim asked her for directions to Michella Terrace Club and she told him to go home and stop drinking. She also stated that she observed a large bundle of money in victim's front shirt pocket and told him to put the money away. She stated that victim was at Cardinal Club for at least three hours and left alone after midnight.

Jacek ADAMSKI, singer at Cardinal Club, states that on 12 May 2000, stated that he observed victim at the club at approximately 10:00 PM.. He states that he had met victim approximately five times before. He states that he had a conversation with victim in Polish about victim's plans to stay in the United States and about victim's employment. He stated that he observed victim dancing with other patrons in club and appeared to have too much to drink. He stated that he did not think victim to use narcotics nor frequent prostitutes. He further stated that victim did not speak any English and observed victim last in club at approximately midnight.

Donuta POCZYNEK, patron of the Cardinal Club, states that on 12 May 2000, she met victim for the first time. She states that victim did not appear to be drunk and was very polite. She states that she danced with victim at least two times. She states that victim only spoke Polish and did not speak much to her. She further states that victim did not make any advances towards her and did not know when victim left club.

THIS INVESTIGATION CONTINUES.

REPORTS OF:
DET. M. PIETRYLA, 21209.
CCSP A. BRZEZNIAK, 224.
AREA FOUR VIOLENT CRIMES.

F282753

02-NOV-2000 14:31                                          Requested by: PC09751

City NK 000177

Case: 1:20-cv-07209 Document #: 160-6 Filed: 05/16/23 Page 10 of 10 PageID #:1793

# CHICAGO POLICE DEPARTMENT

## CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460320 |

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

*** End of Record ***