# EXHIBIT 7

CASR229     **CHICAGO POLICE DEPARTMENT**     Page 1 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

*Status:* DETECTIVE SUP. APPROVAL COMPLETE
*Created By:* MICHAEL PIETRYLA     *Star No.:* 21209
*Case Report ID:* 898552    *RD No.:* F282753    *Date RO Arrived:* 13-MAY-2000 01:20
*Sup. ID:* 460312    *Event No.:* 0013401059    *Occurrence Date From:* 13-MAY-2000 01:00    *Occurrence Date To:*
*Unit Assigned:* 1111    *Fire Related?* N    *Domestic Related?* N    *Gang Related?* N
*IUCR Code:* 0110    HOMICIDE    FIRST DEGREE MURDER
*Occurrence:* 4721 W OHIO ST CHICAGO IL 60644     *Beat:* 1111
*Location Code:* 303    SIDEWALK
*Sec. Location Code:*

**VICTIM/COMPLAINANT/WITNESS/SUBJECT**

*Role:* VICTIM    *Name:* MAJDAK, MAREK E
*DLN/ID No.:*    *State:*    *SSN:*    *Associated IUCR:* 0110
    *Associated IUCR:* 0110
    *Associated IUCR:* 0110
    *Associated IUCR:* 0110
    *Associated IUCR:* 0110
    *Associated IUCR:* 0110
    *Associated IUCR:* 0110
*Birth Date:*    *Age:* 29    *Sex:* MALE    *Race:* WHITE
*Occ:* LABORER    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:* MORGUE    *Injury Type:* SHOT    *CPD Police Officer?* N
*Injury Descr:* DOA    *Injury by Offender:* INJURED
*Address Type*    *Address*    *Phone*    *Beat*
RESIDENCE    570 W CLAVEY LANE HIGHLAND PARK,IL. IL 60035    8474320756    3100
*Phone No. Type*    *Phone Number*
BUSINESS    7732352500

*Role:* WITNESS    *Name:* EDWARDS, BETTY J
*DLN/ID No.:*    *State:*    *SSN*
*Birth Date:*    *Age:* 62    *Sex:* FEMALE    *Race:* BLACK
*Occ:* RETIRED    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE
*Address Type*    *Address*    *Phone*    *Beat*
RESIDENCE    4717 W OHIO ST HSE CHICAGO IL 60644    7736263580    1111

*Role:* WITNESS    *Name:* POPE, LISA
*DLN/ID No.:*    *State:*    *SSN:*
*Birth Date:*    *Age:*    *Sex:* FEMALE    *Race:* BLACK
*Occ:*    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE
*Address Type*    *Address*    *Phone*    *Beat*

*Role:* WITNESS    *Name:* EATON, KEN-KEN
*DLN/ID No.:*    *State:*    *SSN:*
*Birth Date:*    *Age:*    *Sex:* MALE    *Race:* BLACK
*Occ:*    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE
*Address Type*    *Address*    *Phone*    *Beat*

*Role:* WITNESS    *Name:* LANDOR, THOMAS E
*DLN/ID No.:*    *State:*    *SSN:*
*Birth Date:*    *Age:* 49    *Sex:* MALE    *Race:* BLACK
*Occ:* DISABLED    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE
*Address Type*    *Address*    *Phone*    *Beat*
RESIDENCE    4657 W ERIE ST HSE CHICAGO IL 60644    7736263427    1111

*Role:* WITNESS    *Name:* WALLACE, JESSIE

F282753

02-NOV-2000 03:39     Requested by: PC09751

City NK 000188

CASR229            **CHICAGO POLICE DEPARTMENT**         Page 2 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | | |
|---|---|---|---|
| Case Report ID: 898552 | RD No.: F282753 | | Sup. ID: 460312 |
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | | |
| DLN/ID No.: | | State: | SSN: |
| Birth Date: | Age: 53   Sex: | Race: | |
| Occ: | | Part Time? N   Length: | 0 Year(s) 0 Month(s) 0 Day(s) |
| Hospital/Removed to: | Injury Type: | | CPD Police Officer? N |
| Injury Descr: | | | Injury by Offender: NONE |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4757 W ERIE ST HSE CHICAGO IL 60644 | 7736263427 | 1111 |

**SUSPECT**

| | | | |
|---|---|---|---|
| In Custody? Y   Name: LONG, JOVANIE A | | Birth Date: ▮ | SSN: ▮ |
| Nick Name: VANI | Driver's Lic. No.: | | State: |
| Clothing Descr.: BLK T SHIRT | | | |
| Sex: MALE | | Race: BLACK | |
| Eye Color: BROWN | | Glasses: | |
| Hair Color: BLACK | | Hair Style: SHAVED | |
| Complexion: DARK | | Mus./Beard: | |
| Age From: 21   To: | Height From: 507   To: | Weight From: 155 | To: |
| CB No.: 14549233 | FBI No.: 37354DB3 | SID No.: 37640400 | |
| IR No.: 1165297 | | | |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4231 W CRYSTAL ST CHICAGO IL 60644 | | 2534 |

| | | | |
|---|---|---|---|
| In Custody? Y   Name: WALKER, XAVIER | | Birth Date: ▮ | SSN: ▮ |
| Nick Name: ZAV | Driver's Lic. No.: | | State: |
| Sex: MALE | | Race: BLACK | |
| Eye Color: BROWN | | Glasses: | |
| Hair Color: BLACK | | Hair Style: SHORT | |
| Complexion: MEDIUM | | Mus./Beard: | |
| Age From: 19   To: | Height From: 508   To: | Weight From: 150 | To: |
| CB No.: 14493760 | FBI No.: 957317AB6 | SID No.: 36910280 | |
| IR No.: 1184879 | | | |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 5431 W POTOMAC AV CHICAGO IL | | 2532 |

**INVOLVED PROPERTIES**

**VEHICLES**

| | | | |
|---|---|---|---|
| Make: DODGE | | Model: CARAVAN | |
| Type: TRUCK | | Year: 1997 | |
| Style: VANETTE, (METRO,STEP VAN, HANDY VAN) | | | |
| Description: | | | |
| VIN No.: 2B4FP25B7VR129536 | | Owner: | |
| Desposition: TOWED | | | |
| Top Color: GREEN | | Bottom Color: GREEN | |
| Lic. Type: | | Lic. No.: | |
| Expiration: | | State: | |
| Other Ident. Marks: PASSENGER FRONT WINDOW SMASHED | | | |
| Pound Inv. No.: 410180/410486 | | Pound No.: 5555 W GRAND | |
| Towed? Y   Reason for Towing: HOMICIDE INVESTIGATION | | | |
| Offender's? N | Stolen? N | Recovered? N    Damaged? Y | Theft From? N |

**OTHER**

| | | | |
|---|---|---|---|
| Description: 2 FILA SPORT SHOES SIZE 10 | | Owner: | |
| Serial No.: | | Model: | |
| Inv. No.: 2323765 | | Value: | |
| Damage Description: | | | |
| Damaged? N | Jewelry? N   Weapon? N | Taken? N   Recovered? Y | OAN? N |

F282753

CASR229          **CHICAGO POLICE DEPARTMENT**          Page 3 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552     RD No.: F282753     Sup. ID: 460312
Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

**IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER**

| IUCR | Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|---|
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |

**METHOD & CAU CODES**
Method Code     Cau Code

**PERSON(S) SHOT**
**RELATIONSHIPS**

| Victim | Suspect / Offender | Relationship to Victim |
|---|---|---|
| MAJDAK, MAREK | LONG, JOVANIE | NO RELATIONSHIP |
| MAJDAK, MAREK | WALKER, XAVIER | NO RELATIONSHIP |

Role: Non-offender     Related Non-off. Role Related Non-offender     Relationship to Related Non-offender

**INVOLVED EMPLOYEES**     Date Investigation Completed: 01-NOV-2000 20:30

Role: ASSISTING DETECTIVE/YOUTH INV.     Outside Agency:     Star No.: 20887     Emp. No.:
Emp. Name: CRUZ, JOHN     Beat: 5418     Date: 23-SEP-2000 11:36

Role: REPORTING OFFICER     Outside Agency:     Star No.: 8940     Emp. No.:
Emp. Name: BURKE, STEPHEN     Beat: 1111     Date: 13-MAY-2000 07:43

Role: FIRST OFFICER ON SCENE     Outside Agency:     Star No.: 8940     Emp. No.:
Emp. Name: BURKE, STEPHEN     Beat: 1110     Date: 13-MAY-2000 07:43

Role: REPORTING OFFICER     Outside Agency:     Star No.: 19284     Emp. No.:
Emp. Name: JACKSON, MICHAEL     Beat: 1111     Date: 13-MAY-2000 07:43

Role: DETECTIVE/YOUTH INVESTIGATOR     Outside Agency:     Star No.: 21127     Emp. No.:
Emp. Name: MIGLORE, THOMAS     Beat:     Date: 13-MAY-2000 13:15

Role: ASSISTING DETECTIVE/YOUTH INV.     Outside Agency:     Star No.: 20014     Emp. No.:
Emp. Name: WOLVERTON, DONALD     Beat: 5415     Date: 23-SEP-2000 11:36

**HOMICIDE/DEATH**

**VICTIM**
Name: MAJDAK, MAREK     Date of Injury:
Day of Injury:     Date of Death:     Narcotic Type:
Cause of Death:     Narcotic Involvement:
Criminality:
Homicide File No.:     Medical Examiner No.:
Pronounced By:     Pronounced Date:
Intoxicant? N    Autopsy Date:
Doctor Performing Autopsy:
Toxicology Results:

**SUSPECT**
Name: LONG, JOVANIE     Surren.? N     On Scene Arrested? N     Ident. not on scene? N
Ident. through Invest.? N    Admiss.? N    In Custody By:
Motive:     Narcotic Type:
Narcotic Involvement:     Intoxicant? N

Name: WALKER, XAVIER     Surren.? N     On Scene Arrested? N     Ident. not on scene? N
Ident. through Invest.? N    Admiss.? N    In Custody By:
Motive:     Narcotic Type:
Narcotic Involvement:     Intoxicant? N

Weather:     Temperature:
Lighting:     Light Source:
Source Distance:

F282753

CASR229          **CHICAGO POLICE DEPARTMENT**          Page 4 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | | |
|---|---|---|---|
| *Case Report ID:* 898552 | *RD No.:* F282753 | *Sup. ID:* 460312 | |
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | | |

**SUPERVISOR APPROVING**

| *Approval Complete Officer Name* | *Star* | *Unit Assigned* | *Complete Date* |
|---|---|---|---|
| FARRELL, JOHN | 382 | DET DIV AREA 4 | 03:35 02-NOV-2000 |
| *Review Complete Officer:* | | *Star:*    *Complete Date:* | |

**CASE REPORT DISTRIBUTION**

| *No. of Copies* | *Send Copy To:* |
|---|---|
| 0 | NO DISTRIBUTION |

02-NOV-2000 03:39          Requested by: PC09751

F282753

City NK 000191

CASR229            **CHICAGO POLICE DEPARTMENT**          Page 5 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552      RD No.: F282753      Sup. ID: 460312
Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644
**NARRATIVE**
Narrative Type: PROGRESS
**PROGRESS SUP NARRATIVE**

THIS IS A AREA FOUR VIOLENT CRIMES FIELD INVESTIGATION/PROGRESS REPORT OF RD # F 282753.

DATE AND TIME ASSIGNED:
23 May 2000, 1630 hrs..

VICTIM:
MAJDAK, Marek, Eryk,
M/2/29, DOB
SSAN
570 Clavey Lane, Highland Park, Il., 60035,
Home/847 432 0756,
Work/773 235 2500.

WANTED:
Unknown at this time.

INTERVIEWED:
JANISZEWSKI, Stephan, M/2/49, DOB    SSAN    victim's co-worker, 3035 North Christiana, Chgo., Il., 2nd floor, 773 267 5731.

NERBICKI, Damien, M/2/23, DOB    unknown SSAN, victim's co-worker, 3057 N Elbridge, Chgo., Il., 773 235 4285.

ASSIGNED:
DET. M. PIETRYLA, 21209, Bt. 5429.
CCSP A. BRZEZNIAK, 224, Bt. 5429.

INVESTIGATION:
RD's assigned follow up investigation of the above listed homicide which occurred on 13 May 2000, at 4721 West Ohio, at approximately 0100 hrs.. RD's interviewed the above listed on 22 May 2000 and the following is a summation, but not verbatim, of the interviews conducted. RD BRZEZNIAK translated from English to Polish and Polish to English when needed to complete interviews.

INTERVIEWS:

Stephan JANISZEWSKI states that on 12 May 2000, he arrived at his place of employment, Remodelers Supply at approximately 6:45 AM.. He states that he is a co-worker of victim. He states that he observed victim at work in the morning and had a conversation as to where they would have lunch. He states that

F282753

CASR229                  **CHICAGO POLICE DEPARTMENT**            Page 6 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

D-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460312 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

he, along with victim and Damien NERBICKI, made arrangements to have lunch across the street at Fantazsja Club. He states that at approximately noon, he, the victim and Damien went to stated club and had lunch and a few beers, then went back to work at approximately 12:40 PM.. He stated that after work, approximately 5:30 PM, victim invited both he and Damien for a few drinks to celebrate his first paycheck. He stated victim asked him to cash his check at his bank, Mid America, located at Milwaukee and Belmont, and he complied. He stated that he also cashed his own check at the same time. He stated that the victim used his vehicle to transport the three to the bank and then to a bar, location unknown. He stated that the victim and Damian left the bar prior to his departure at approximately 7:30 PM.. He stated that the victim did not speak any English and did not use narcotics. He stated that the victim had planned to permanently reside in the United States and arrange to have his family relocate with him. He stated that the victim was a good person and felt terrible about his death.

Damian NERDICKI states that on 12 May 2000, he arrived at his place of employment, Remodelers Supply, at approximately 6:45 AM.. He states that he is a co-worker of the victim. He states he observed victim at work that morning and discussed where they would eat lunch. He states they decided to go across the street to Fantazsja Club. He states that at approximately noon, he, the victim and Stephan JANISZEWSKI went to stated club. He stated that they had lunch and a few beers, then returned at approximately 12:30 PM.. He stated that at approximately 5:30 PM, he along with victim and Stephan left Remodelers Supply in victim's vehicle. He stated that victim asked Stephan to cash his check and victim would buy drinks to celebrate his first paycheck. He states that Stephan and victim went into bank located at Belmont and Milwaukee then proceeded to a bar located at Milwaukee and Central Park. He stated that all three stayed at bar for approximately one hour. He stated that he and victim left bar and that he showed the victim where he had parked his vehicle located at Orbit parking facility. He stated that victim stated that he wanted to go to a bar called X-tasy. Damian stated that he decided to go home and left at approximately 7:30 PM.. He further stated that victim did not speak any English, nor did he know how to get around the city. He further stated that victim was a good person and did not use narcotics. He stated that he last saw the victim at 7:30 PM., when he directed him to his vehicle.

THIS INVESTIGATION CONTINUES.

REPORTS OF:
DET. M. PIETRYLA, 21209,
CCSP A. BRZEZNIAK, 224,
AREA FOUR VIOLENT CRIMES.

*** End of Record ***

F282753

02-NOV-2000 03:39                                                              Requested by: PC09751

City NK 000193