# EXHIBIT 8

CASR229           **CHICAGO POLICE DEPARTMENT**          Page 1 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

D-11.380(Rev.8-96)-C

*Status:* DETECTIVE SUP. APPROVAL COMPLETE
*Created By:* MICHAEL PIETRYLA       *Star No.:* 21209
*Case Report ID:* 898552    *RD No.:* F282753
*Sup. ID:* 460325    *Event No.:* 0013401059    *Occurrence Date From:* 13-MAY-2000 01:00    *Date RO Arrived:* 13-MAY-2000 01:20
*Unit Assigned:* 1111    *Occurrence Date To:*
*Fire Related?* N    *Domestic Related?* N    *Gang Related?* N
*IUCR Code:* 0110    **HOMICIDE**    **FIRST DEGREE MURDER**
*Occurrence:* 4721 W OHIO ST CHICAGO IL 60644    *Beat:* 1111
*Location Code:* 303    **SIDEWALK**
*Sec. Location Code:*

**VICTIM/COMPLAINANT/WITNESS/SUBJECT**

*Role:* VICTIM    *Name:* MAJDAK, MAREK E
*DLN/ID No.:*    *State:*    *SSN:* [REDACTED]
*Associated IUCR:* 0110 (×9)
*Birth Date:* [REDACTED]    *Age:* 29    *Sex:* MALE    *Race:* WHITE
*Occ:* LABORER    *Part Time?* N    *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:* MORGUE    *Injury Type:* SHOT    *CPD Police Officer?* N
*Injury Descr:* DOA    *Injury by Offender:* INJURED

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 570 W CLAVEY LANE HIGHLAND PARK,IL. IL 60035 | 8474320756 | 3100 |

| Phone No. Type | Phone Number |
|---|---|
| BUSINESS | 7732352500 |

*Role:* WITNESS    *Name:* EDWARDS, BETTY J
*DLN/ID No.:*    *State:*    *SSN:* [REDACTED]
*Birth Date:* [REDACTED]    *Age:* 62    *Sex:* FEMALE    *Race:* BLACK
*Occ:* RETIRED    *Part Time?* N    *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4717 W OHIO ST HSE CHICAGO IL 60644 | 7736263580 | 1111 |

*Role:* WITNESS    *Name:* POPE, LISA
*DLN/ID No.:*    *State:*    *SSN:*
*Birth Date:*    *Age:*    *Sex:* FEMALE    *Race:* BLACK
*Occ:*    *Part Time?* N    *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| | | | |

*Role:* WITNESS    *Name:* EATON, KEN-KEN
*DLN/ID No.:*    *State:*    *SSN:*
*Birth Date:*    *Age:*    *Sex:* MALE    *Race:* BLACK
*Occ:*    *Part Time?* N    *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| | | | |

*Role:* WITNESS    *Name:* LANDOR, THOMAS E
*DLN/ID No.:*    *State:*    *SSN:* [REDACTED]
*Birth Date:* [REDACTED]    *Age:* 49    *Sex:* MALE    *Race:* BLACK
*Occ:* DISABLED    *Part Time?* N    *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*    *Injury Type:*    *CPD Police Officer?* N
*Injury Descr:*    *Injury by Offender:* NONE

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| | | | |

F282753

02-NOV-2000 03:32             Requested by: PC09751

City NK 000194

CASR229           **CHICAGO POLICE DEPARTMENT**         Page 2 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | |
|---|---|---|
| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460325 |
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

**RESIDENCE**    4657 W ERIE ST HSE CHICAGO IL 60644    7736263427    1111

| | | |
|---|---|---|
| Role: WITNESS | Name: WALLACE, JESSIE | |
| DLN/ID No.: | State: | SSN: |
| Birth Date: | Age: 53 | Sex: | Race: | |
| Occ: | Part Time? N | Length: 0 Year(s) 0 Month(s) 0 Day(s) | |
| Hospital/Removed to: | Injury Type: | | CPD Police Officer? N |
| Injury Descr: | | Injury by Offender: | NONE |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4757 W ERIE ST HSE CHICAGO IL 60644 | 7736263427 | 1111 |

**SUSPECT**

| | | |
|---|---|---|
| In Custody? Y | Name: LONG, JOVANIE A | Birth Date: | SSN: |
| Nick Name: VANI | Driver's Lic. No.: | State: |
| Clothing Descr.: BLK T SHIRT | | |
| Sex: MALE | Race: BLACK | |
| Eye Color: BROWN | Glasses: | |
| Hair Color: BLACK | Hair Style: SHAVED | |
| Complexion: DARK | Mus./Beard: | |
| Age From: 21 | To: | Height From: 507 | To: | Weight From: 155 | To: |
| CB No.: 14549233 | FBI No.: 37354DB3 | SID No.: 37640400 |
| IR No.: 1165297 | | |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4231 W CRYSTAL ST CHICAGO IL 60644 | | 2534 |

| | | |
|---|---|---|
| In Custody? Y | Name: WALKER, XAVIER | Birth Date: | SSN: |
| Nick Name: ZAV | Driver's Lic. No.: | State: |
| Sex: MALE | Race: BLACK | |
| Eye Color: BROWN | Glasses: | |
| Hair Color: BLACK | Hair Style: SHORT | |
| Complexion: MEDIUM | Mus./Beard: | |
| Age From: 19 | To: | Height From: 508 | To: | Weight From: 150 | To: |
| CB No.: 14493760 | FBI No.: 957317AB6 | SID No.: 36910280 |
| IR No.: 1184879 | | |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 5431 W POTOMAC AV CHICAGO IL | | 2532 |

**INVOLVED PROPERTIES**

**VEHICLES**

| | | |
|---|---|---|
| Make: DODGE | Model: CARAVAN |
| Type: TRUCK | Year: 1997 |
| Style: VANETTE, (METRO,STEP VAN, HANDY VAN) | |
| Description: | |
| VIN No.: 2B4FP25B7VR129536 | Owner: |
| Desposition: TOWED | |
| Top Color: GREEN | Bottom Color: GREEN |
| Lic. Type: | Lic. No.: |
| Expiration: | State: |
| Other Ident. Marks: PASSENGER FRONT WINDOW SMASHED | |
| Pound Inv. No.: 410180/410486 | Pound No.: 5555 W GRAND |
| Towed? Y | Reason for Towing: HOMICIDE INVESTIGATION |
| Offender's? N | Stolen? N | Recovered? N | Damaged? Y | Theft From? N |

**OTHER**

| | | |
|---|---|---|
| Description: 2 FILA SPORT SHOES SIZE 10 | Owner: |
| Serial No.: | Model: |
| Inv. No.: 2323765 | Value: |
| Damage Description: | |
| Damaged? N | Jewelry? N | Weapon? N | Taken? N | Recovered? Y | OAN? N |

F282753

CASR229           **CHICAGO POLICE DEPARTMENT**           Page 3 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552     RD No.: F282753     Sup. ID: 460325
Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

**IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER**

| IUCR | Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|---|
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |

**METHOD & CAU CODES**
Method Code     Cau Code

**PERSON(S) SHOT**

**RELATIONSHIPS**

| Victim | Suspect / Offender | Relationship to Victim |
|---|---|---|
| MAJDAK, MAREK | LONG, JOVANIE | NO RELATIONSHIP |
| MAJDAK, MAREK | WALKER, XAVIER | NO RELATIONSHIP |

Role: Non-offender     Related Non-off. Role Related Non-offender     Relationship to Related Non-offender

**INVOLVED EMPLOYEES**     Date Investigation Completed: 01-NOV-2000 20:47

Role: ASSISTING DETECTIVE/YOUTH INV.    Outside Agency:    Star No.: 20887    Emp. No.:
Emp. Name: CRUZ, JOHN    Beat: 5418    Date: 23-SEP-2000 11:36

Role: REPORTING OFFICER    Outside Agency:    Star No.: 8940    Emp. No.:
Emp. Name: BURKE, STEPHEN    Beat: 1111    Date: 13-MAY-2000 07:43

Role: FIRST OFFICER ON SCENE    Outside Agency:    Star No.: 8940    Emp. No.:
Emp. Name: BURKE, STEPHEN    Beat: 1110    Date: 13-MAY-2000 07:43

Role: REPORTING OFFICER    Outside Agency:    Star No.: 19284    Emp. No.:
Emp. Name: JACKSON, MICHAEL    Beat: 1111    Date: 13-MAY-2000 07:43

Role: DETECTIVE/YOUTH INVESTIGATOR    Outside Agency:    Star No.: 21127    Emp. No.:
Emp. Name: MIGLORE, THOMAS    Beat:    Date: 13-MAY-2000 13:15

Role: ASSISTING DETECTIVE/YOUTH INV.    Outside Agency:    Star No.: 20014    Emp. No.:
Emp. Name: WOLVERTON, DONALD    Beat: 5415    Date: 23-SEP-2000 11:36

**HOMICIDE/DEATH**

**VICTIM**
Name: MAJDAK, MAREK     Date of Injury:
Day of Injury:    Date of Death:    Narcotic Type:
Cause of Death:    Narcotic Involvement:
Criminality:
Homicide File No.:    Medical Examiner No.:
Pronounced By:    Pronounced Date:
Intoxicant? N    Autopsy Date:
Doctor Performing Autopsy:
Toxicology Results:

**SUSPECT**
Name: LONG, JOVANIE    Surren.? N    On Scene Arrested? N    Ident. not on scene? N
Ident. through Invest.? N    Admiss.? N    In Custody By:
Motive:    Narcotic Type:
Narcotic Involvement:    Intoxicant? N

Name: WALKER, XAVIER    Surren.? N    On Scene Arrested? N    Ident. not on scene? N
Ident. through Invest.? N    Admiss.? N    In Custody By:
Motive:    Narcotic Type:
Narcotic Involvement:    Intoxicant? N
Weather:    Temperature:
Lighting:    Light Source:
Source Distance:

F282753

02-NOV-2000 03:32     Requested by: PC09751

**City NK 000196**

CASR229            **CHICAGO POLICE DEPARTMENT**            Page 4 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | | RD No.: F282753 | | Sup. ID: 460325 | |
|---|---|---|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | | | | |
| **SUPERVISOR APPROVING** | | | | | |
| Approval Complete Officer Name | Star | Unit Assigned | | | Complete Date |
| FARRELL, JOHN | 382 | DET DIV AREA 4 | | | 03:27 02-NOV-2000 |
| Review Complete Officer: | | | Star: | Complete Date: | |
| **CASE REPORT DISTRIBUTION** | | | | | |
| No. of Copies   Send Copy To: | | | | | |
| 0   NO DISTRIBUTION | | | | | |

02-NOV-2000 03:32            Requested by: PC09751

F282753

**City NK 000197**

CASR229     **CHICAGO POLICE DEPARTMENT**     Page 5 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552     RD No.: F282753     Sup. ID: 460325
Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

**NARRATIVE**
Narrative Type: PROGRESS
**PROGRESS SUP NARRATIVE**

THIS IS AN AREA FOUR VIOLENT CRIMES FIELD INVESTIGATION/PROGRESS REPORT OF F 282753.

DATE AND TIME ASSIGNED:
23 May 2000, 1630 hrs..

VICTIM:
MAJDAK, Marek, Eryk,
M/2/29, DOB ███
SSAN ███
570 Clavey Lane, Highland Park, Il., 60035,
Home: 847 432 0756,
Work: 773 235 2500.

WANTED:
Unknown at this time.

INTERVIEWED:
ROMANSKA, Teresa, mother of victim, 570 Clavey Lane, Highland Park, Il., 60075, 847 432 0756.
ROMANSKA, Joanna, sister of victim, 10485 West Touhy, 2nd floor, Rosemont, Il., 60191, 847 699 1844.
ROMANSKA, Daniel, brother of victim, 570 Clavey Lane, Highland Park, Il., 60075, 847 432 0756.

ASSIGNED:
DET. M. PIETRYLA, 21209, Bt. 5429,
CCSP A. BRZEZNIAK, 224, Bt. 5429.

INVESTIGATION:
RD's assigned follow up investigation, on 23 May 2000, of the above listed homicide which occurred on 13 May 2000, at 4721 West Ohio, at approximately 0100 hrs.. The following is a summation, but not verbatim, of the facts related during the interviews of the above listed individuals, which were conducted at 570 Clavey Lane, Highland Park, Il., 60075, residence of victim..

INTERVIEWED:
Teresa ROMANSKA, mother of victim, stated that on 12 May 2000, at approximately 6:15 AM., victim left residence at 570 Clavey Lane, to report for work at Remodelers Supply. She stated that she gave victim fifty dollars in the morning, prior to his departure.. She stated that victim slept at stated residence on 11 May 2000. She stated that she gave the victim the fifty dollars so he could celebrate receiving his first paycheck with his friends. She stated that she instructed the victim not to cash his check and she would

F282753

02-NOV-2000 03:32     Requested by: PC09751

City NK 000198

CASR229

**CHICAGO POLICE DEPARTMENT**

Page 6 of 6

CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460325 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

take him to a local bank and he could open an account with his check. She stated that she did not hear from victim during the day and victim did not return at his usual time.

She further stated that victim relocated to the United States approximately in April of this year. She stated that victim was married in Greece and had four children. She stated that victim was planning to seek permanent residency and planned to bring his family to relocate. She stated that victim was a social drinker and never used narcotics. She stated that another son, residing in Poland, became addicted to heroin while he stayed in the United States. She stated she sent this son back to Poland to seek help and reduce access to narcotics. She stated that victim would never use any narcotics after seeing how this addiction destroyed his brother and that victim was very vocal expressing his hatred of narcotic use. She stated that victim did have a female friend in this country by the name of Marzena ORNACKI.

Joanna ROMANSKA, sister of the victim, stated that the victim resided with their mother in Highland Park. She stated that victim was employed at Remodelers Supply in Chicago for the past 2-3 weeks. She stated that victim relocated to the United States with hopes of permanent residency and planned to relocate family after establishing himself. She further stated that victim was a social drinker but would never use narcotics based on his experience of their brothers addiction. She stated that she was contacted by Detectives WOLVERTON and CRUZ on 13 May 2000 who informed her of victim's death.

Daniel ROMANSKA, brother of victim, states that while on active duty in the armed services, he was notified of the victim's death and was granted leave for death in family. He stated basically the same, as stated by mother and sister, regarding victim's good character. He further stated that victim had on numerous occasions lectured him in regard to avoiding any experimentation with narcotics.

THIS INVESTIGATION CONTINUES.

REPORTS OF:
DET. M. PIETRYLA, 21209,
CCSP A. BRZEZNIAK, 224,
AREA FOUR VIOLENT CRIMES.

*** End of Record ***

F282753

02-NOV-2000 03:32

Requested by: PC09751

City NK 000199