# EXHIBIT 9

CASR229     **CHICAGO POLICE DEPARTMENT**     Page 1 of 6

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

*Status:* DETECTIVE SUP. APPROVAL COMPLETE
*Created By:* MICHAEL PIETRYLA    *Star No.:* 21209
*Case Report ID:* 898552   *RD No.:* F282753   *Date RO Arrived:* 13-MAY-2000 01:20
*Sup. ID:* 460352   *Event No.:* 0013401059   *Occurrence Date From:* 13-MAY-2000 1:00   *Occurrence Date To:*
*Unit Assigned:* 1111   *Fire Related?* N   *Domestic Related?* N   *Gang Related?* N
*IUCR Code:* 0110   HOMICIDE   FIRST DEGREE MURDER
*Occurrence:* 4721 W OHIO ST CHICAGO IL 60644   *Beat:* 1111
*Location Code:* 303   SIDEWALK
*Sec. Location Code:*

VICTIM/COMPLAINANT/WITNESS/SUBJECT

*Role:* VICTIM   *Name:* MAJDAK, MAREK E
*DLN/ID No.:*   *State:*   *SSN:*   Associated IUCR: 0110 (×11)
*Birth Date:*   *Age:* 29   *Sex:* MALE   *Race:* WHITE
*Occ:* LABORER   *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:* MORGUE   *Injury Type:* SHOT   *CPD Police Officer?* INJURED
*Injury Descr:* DOA   *Injury by Offender:* INJURED
*Address Type*   *Address*   *Phone*   *Beat*
RESIDENCE   570 W CLAVEY LANE HIGHLAND PARK,IL. IL 60035   8474320756   3100
*Phone No. Type*   *Phone Number*
BUSINESS   7732352500

*Role:* WITNESS   *Name:* EDWARDS, BETTY J
*DLN/ID No.:*   *State:*   *SSN:*
*Birth Date:*   *Age:* 62   *Sex:* FEMALE   *Race:* BLACK
*Occ:* RETIRED   *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*   *Injury Type:*   *CPD Police Officer?* N
*Injury Descr:*   *Injury by Offender:* NONE
*Address Type*   *Address*   *Phone*   *Beat*
RESIDENCE   4717 W OHIO ST HSE CHICAGO IL 60644   7736263580   1111

*Role:* WITNESS   *Name:* POPE, LISA
*DLN/ID No.:*   *State:*   *SSN:*
*Birth Date:*   *Age:*   *Sex:* FEMALE   *Race:* BLACK
*Occ:*   *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*   *Injury Type:*   *CPD Police Officer?* N
*Injury Descr:*   *Injury by Offender:* NONE
*Address Type*   *Address*   *Phone*   *Beat*

*Role:* WITNESS   *Name:* EATON, KEN-KEN
*DLN/ID No.:*   *State:*   *SSN:*
*Birth Date:*   *Age:*   *Sex:* MALE   *Race:* BLACK
*Occ:*   *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s)
*Hospital/Removed to:*   *Injury Type:*   *CPD Police Officer?* N
*Injury Descr:*   *Injury by Offender:* NONE
*Address Type*   *Address*   *Phone*   *Beat*

*Role:* WITNESS   *Name:* LANDOR, THOMAS E
*DLN/ID No.:*   *State:*   *SSN:*
*Birth Date:*   *Age:* 49   *Sex:* MALE   *Race:* BLACK
DISABLED   0 Year(s) 0 Month(s) 0 Day(s)

F282753

City NK 000279

CASR229        **CHICAGO POLICE DEPARTMENT**        Page 2 of 6

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | | |
|---|---|---|---|
| *Case Report ID:* 898552 | *RD No.:* F282753 | | *Sup. ID:* 460352 |
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | | |
| *Occ:* | | | |
| *Hospital/Removed to:* | *Injury Type:* | *Part Time?* N *Length:* | |
| *Injury Descr:* | | | *CPD Police Officer?* N |
| | | *Injury by Offender:* | NONE |
| *Address Type* | *Address* | *Phone* | *Beat* |
| RESIDENCE | 4657 W ERIE ST HSE CHICAGO IL 60644 | 7736263427 | 1111 |

| | | | |
|---|---|---|---|
| *Role:* WITNESS | *Name:* WALLACE, JESSIE | | |
| *DLN/ID No.:* | *State:* | *SSN:* | |
| *Birth Date:* | *Age:* 53 | *Sex:* | *Race:* |
| *Occ:* | | *Part Time?* N *Length:* | 0 Year(s) 0 Month(s) 0 Day(s) |
| *Hospital/Removed to:* | *Injury Type:* | | *CPD Police Officer?* N |
| *Injury Descr:* | | *Injury by Offender:* | NONE |
| *Address Type* | *Address* | *Phone* | *Beat* |
| RESIDENCE | 4757 W ERIE ST HSE CHICAGO IL 60644 | 7736263427 | 1111 |

**SUSPECT**

| | | | |
|---|---|---|---|
| *In Custody?* Y | *Name:* LONG, JOVANIE A | *Birth Date:* ███ | *SSN:* |
| *Nick Name:* VANI | | *Driver's Lic. No.:* | *State:* ███ |
| *Clothing Descr:* BLK T SHIRT | | | |
| *Sex:* MALE | | *Race:* BLACK | |
| *Eye Color:* BROWN | | *Glasses:* | |
| *Hair Color:* BLACK | | *Hair Style:* SHAVED | |
| *Complexion:* DARK | | *Mus./Beard:* | |
| *Age From:* 21 | *To:* | *Height From:* 507 *To:* | *Weight From:* 155 *To:* |
| *CB No.:* 14549233 | | *FBI No.:* 37354DB3 | *SID No.:* 37640400 |
| *IR No.:* 1165297 | | | |
| *Address Type* | *Address* | *Phone* | *Beat* |
| RESIDENCE | 4231 W CRYSTAL ST CHICAGO IL 60644 | | 2534 |

| | | | |
|---|---|---|---|
| *In Custody?* Y | *Name:* WALKER, XAVIER | *Birth Date:* ███ | *SSN:* |
| *Nick Name:* ZAV | | *Driver's Lic. No.:* | *State:* |
| *Sex:* MALE | | *Race:* BLACK | |
| *Eye Color:* BROWN | | *Glasses:* | |
| *Hair Color:* BLACK | | *Hair Style:* SHORT | |
| *Complexion:* MEDIUM | | *Mus./Beard:* | |
| *Age From:* 19 | *To:* | *Height From:* 508 *To:* | *Weight From:* 150 *To:* |
| *CB No.:* 14493760 | | *FBI No.:* 957317AB6 | *SID No.:* 36910280 |
| *IR No.:* 1184879 | | | |
| *Address Type* | *Address* | *Phone* | *Beat* |
| RESIDENCE | 5431 W POTOMAC AV CHICAGO IL | | 2532 |

**INVOLVED PROPERTIES**

**VEHICLES**

| | | | |
|---|---|---|---|
| *Make:* DODGE | | *Model:* CARAVAN | |
| *Type:* TRUCK | | *Year:* 1997 | |
| *Style:* VANETTE, (METRO,STEP VAN, HANDY VAN) | | | |
| *Description:* | | | |
| *VIN No.:* 2B4FP25B7VR129536 | | *Owner:* | |
| *Deposition:* TOWED | | | |
| *Top Color:* GREEN | | *Bottom Color:* GREEN | |
| *Lic. Type:* | | *Lic. No.:* | |
| *Expiration:* | | *State:* | |
| *Other Ident. Marks:* PASSENGER FRONT WINDOW SMASHED | | | |
| *Pound Inv. No.:* 410180/410486 | | *Pound No.:* 5555 W GRAND | |
| *Towed?* Y | *Reason for Towing:* HOMICIDE INVESTIGATION | | |
| *Offender's?* N | *Stolen?* N | *Recovered?* N | *Damaged?* Y | *Theft From?* N |

**OTHER**

| | |
|---|---|
| *Description:* 2 FILA SPORT SHOES SIZE 10 | *Owner:* |
| *Serial No.:* | *Model:* |

F282753

| | |
|---|---|
| 02-NOV-2000 14:49 | *Requested by:* PC09751 |

City NK 000280

CASR229     **CHICAGO POLICE DEPARTMENT**     Page 3 of 6

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552    RD No.: F282753    Sup. ID: 460352

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

**INVOLVED PROPERTIES**

**OTHER**

Inv. No.: 2323765    Value:

Damage Description:

Damaged? N   Jewelry? N   Weapon? N   Taken? N   Recovered? Y   OAN? N

**IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER**

| IUCR | Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|---|
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |

**METHOD & CAU CODES**

Method Code     Cau Code

**PERSON(S) SHOT**

**RELATIONSHIPS**

| Victim | Suspect / Offender | Relationship to Victim |
|---|---|---|
| MAJDAK, MAREK | LONG, JOVANIE | NO RELATIONSHIP |
| MAJDAK, MAREK | WALKER, XAVIER | NO RELATIONSHIP |

Role: Non-offender   Related Non-off. Role Related Non-offender   Relationship to Related Non-offender

**INVOLVED EMPLOYEES**   Date Investigation Completed: 01-NOV-2000 21:39

Role: ASSISTING DETECTIVE/YOUTH INV.   Outside Agency:   Star No.: 20887   Emp. No.:

Emp. Name: CRUZ, JOHN   Beat: 5418   Date: 23-SEP-2000 11:36

Role: REPORTING OFFICER   Outside Agency:   Star No.: 8940   Emp. No.:

Emp. Name: BURKE, STEPHEN   Beat: 1111   Date: 13-MAY-2000 07:43

Role: FIRST OFFICER ON SCENE   Outside Agency:   Star No.: 8940   Emp. No.:

Emp. Name: BURKE, STEPHEN   Beat: 1110   Date: 13-MAY-2000 07:43

Role: REPORTING OFFICER   Outside Agency:   Star No.: 19284   Emp. No.:

Emp. Name: JACKSON, MICHAEL   Beat: 1111   Date: 13-MAY-2000 07:43

Role: DETECTIVE/YOUTH INVESTIGATOR   Outside Agency:   Star No.: 21127   Emp. No.:

Emp. Name: MIGLORE, THOMAS   Beat:   Date: 13-MAY-2000 13:15

Role: ASSISTING DETECTIVE/YOUTH INV.   Outside Agency:   Star No.: 20014   Emp. No.:

Emp. Name: WOLVERTON, DONALD   Beat: 5415   Date: 23-SEP-2000 11:36

F282753

**City NK 000166**

CASR229            **CHICAGO POLICE DEPARTMENT**        Page 4 of 6

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | | | | | |
|---|---|---|---|---|---|---|
| *Case Report ID:* 898552 | | *RD No.:* F282753 | | | *Sup. ID:* | 460352 |
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | | | | | |

**HOMICIDE/DEATH**

**VICTIM**

| | | | |
|---|---|---|---|
| *Name:* MAJDAK, MAREK | | *Date of Injury:* | |
| *Day of Injury:* | *Date of Death:* | *Narcotic Type:* | |
| *Cause of Death:* | | *Narcotic Involvement:* | |
| *Criminality:* | | | |
| *Homicide File No.:* | | *Medical Examiner No.:* | |
| *Pronounced By:* | | *Pronounced Date:* | |
| *Intoxicant?*   N   *Autopsy Date:* | | | |
| *Doctor Performing Autopsy:* | | | |
| *Taxicology Results:* | | | |

**SUSPECT**

| | | | | | | |
|---|---|---|---|---|---|---|
| *Name:* LONG, JOVANIE | | *Surren. ?* N | | *On Scene Arrested?* N | | *Ident. not on scene?* N |
| *Ident. through Invest.?* N | *Admiss.?* N | *In Custody By:* | | | | |
| *Motive:* | | | *Narcotic Type:* | | | |
| *Narcotic Involvement:* | | | *Intoxicant?* N | | | |
| *Name:* WALKER, XAVIER | | *Surren. ?* N | | *On Scene Arrested?* N | | *Ident. not on scene?* N |
| *Ident. through Invest.?* N | *Admiss.?* N | *In Custody By:* | | | | |
| *Motive:* | | | *Narcotic Type:* | | | |
| *Narcotic Involvement:* | | | *Intoxicant?* N | | | |
| *Weather:* | | | *Temperature:* | | | |
| *Lighting:* | | | *Light Source:* | | | |
| *Source Distance:* | | | | | | |

**SUPERVISOR APPROVING**

| | | | | |
|---|---|---|---|---|
| *Approval Complete Officer Name* | *Star* | *Unit Assigned* | | *Complete Date* |
| ARRELL, JOHN | 382 | DET DIV AREA 4 | | 14:45 02-NOV-2000 |
| *Review Complete Officer:* | | *Star:* | *Complete Date:* | |

**CASE REPORT DISTRIBUTION**

| *No. of Copies* | *Send Copy To:* |
|---|---|
| 0 | NO DISTRIBUTION |

F282753

02-NOV-2000 14:49            Requested by: PC09751

**City NK 000167**

CASR229 **CHICAGO POLICE DEPARTMENT** Page 5 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | |
|---|---|---|
| *Case Report ID:* 898552 | *RD No.:* F282753 | *Sup. ID:* 460352 |
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | |

NARRATIVE

*Narrative Type:* **PROGRESS**
**PROGRESS SUP NARRATIVE**

THIS IS AN AREA FOUR FIELD INVESTIGATION/PROGRESS REPORT ON F 282753.

DATE AND TIME ASSIGNED:
24 May 2000, 1630 hrs..

VICTIM:
MAJDAK, Marek, Eryk,
M/2/29, DOB ▮▮▮▮▮▮
SSAN ▮▮▮▮▮▮
570 West Clavey Lane, Highland Park, Il., 60035,
Home: 847 432 0756,
Work: 773 235 2500.

WANTED:
Unknown at this time.

SUBJECT TO BE INTERVIEWED:
BYRD, Hershula, F/1/19, DOB ▮▮▮▮▮ SSAN ▮▮▮▮▮▮ IR 1219428, addressees's of 838 N Noble,
4701 W Erie, 109 S Kilpatrick, 4717 W Erie, 4858 W Washington, unknown phone numbers, unemployed,
recently paroled and on probation.

ASSIGNED:
DET. M. PIETRYLA, 21209,
CCSP A. BRZEZNIAK, 224,
DET. S. SANDERS, 20369.
DET. D. WRIGHT, 21234,
AREA FOUR VIOLENT CRIMES.

INVESTIGATION:
RD's assigned follow up investigation of the above listed homicide on 24 May 2000, at approximately 1630
hrs.. RD's conducted a field canvass on Cicero Avenue from Lake Street to Augusta contacting prostitutes
in an attempt to identify offender(s)/witnesses in the above reported homicide. Rd's received information
from confidential informant that possible offender(s) might be a male black, approximately 5'09" to 5'10",
19 to 22 yoa, bald, wearing a bandana and tatoos on arm, has girlfriend by the name of Hershula
Byrd(Bird). Second offender described as a male black, 5'07" to 5'09", 17 to 20 yoa, friend of first
described offender.
RD's investigation revealed and identified above listed subject, Hershula BYRD, to be contacted for

F282753

02-NOV-2000 14:49 Requested by: PC09751

**City NK 000168**

# CHICAGO POLICE DEPARTMENT

## CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460352 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST  CHICAGO IL 60644 | | |

interview in an attempt to identify possible offenders.
RD's attempted to locate BYRD, after identifying possible addresses listed on prior criminal history with negative results.

**THIS INVESTIGATION CONTINUES.**

REPORTS OF:
DET. M. PIETRYLA, 21209
CCSP A. BRZEZNIAK, 224,
DET. S. SANDERS, 20369,
DET. D. WRIGHT, 21234,
AREA FOUR VIOLENT CRIMES.

*** *End of Record* ***

F282753

Requested by: PC09751

City NK 000169