# EXHIBIT 12

CASR229              **CHICAGO POLICE DEPARTMENT**       Page 1 of 6

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

*Status:* DETECTIVE SUP. APPROVAL COMPLETE

*Created By:* MICHAEL PIETRYLA          *Star No.:* 21209

*Case Report ID:* 898552    *RD No.:* F282753    *Date RO Arrived:* 13-MAY-2000 01:20

*Sup. ID:* 460361   *Event No.:* 0013401059   *Occurrence Date From:* 13-MAY-2000 01:00   *Occurrence Date To:*

*Unit Assigned:* 1111          *Fire Related?* N    *Domestic Related?* N       *Gang Related?* N

*IUCR Code:* 0110     HOMICIDE        FIRST DEGREE MURDER

*Occurrence:* 4721 W OHIO ST CHICAGO IL 60644

*Location Code:* 303      SIDEWALK               *Beat:* 1111

*Sec. Location Code:*

VICTIM/COMPLAINANT/WITNESS/SUBJECT

| *Role:* VICTIM | *Name:* MAJDAK, MAREK E | |
|---|---|---|
| *DLN/ID No.:* | *State:*   *SSN:* ▮ | *Associated IUCR:* 0110 (×12) |

*Birth Date:* ▮   *Age:* 29   *Sex:* MALE   *Race:* WHITE

*Occ:* LABORER    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Days(s)

*Hospital/Removed to:* MORGUE   *Injury Type:* SHOT      *CPD Police Officer?* N

*Injury Descr:* DOA        *Injury by Offender:* INJURED

| *Address Type* | *Address* | *Phone* | *Beat* |
|---|---|---|---|
| RESIDENCE | 570 W CLAVEY LANE HIGHLAND PARK,IL. IL 60035 | 8474320756 | 3100 |

*Phone No. Type*       *Phone Number*

BUSINESS      7732352500

| *Role:* WITNESS | *Name:* EDWARDS, BETTY J | |
|---|---|---|
| *DLN/ID No.:* | *State:*   *SSN:* ▮ | |

*Birth Date:* ▮   *Age:* 62   *Sex:* FEMALE   *Race:* BLACK

*Occ:* RETIRED    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Days(s)

*Hospital/Removed to:*   *Injury Type:*      *CPD Police Officer?* N

*Injury Descr:*      *Injury by Offender:* NONE

| *Address Type* | *Address* | *Phone* | *Beat* |
|---|---|---|---|
| RESIDENCE | 4717 W OHIO ST HSE CHICAGO IL 60644 | 7736263580 | 1111 |

| *Role:* WITNESS | *Name:* POPE, LISA | |
|---|---|---|
| *DLN/ID No.:* | *State:*   *SSN:* | |

*Birth Date:*   *Age:*   *Sex:* FEMALE   *Race:* BLACK

*Occ:*    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Days(s)

*Hospital/Removed to:*   *Injury Type:*      *CPD Police Officer?* N

*Injury Descr:*      *Injury by Offender:* NONE

*Address Type*    *Address*    *Phone*    *Beat*

| *Role:* WITNESS | *Name:* EATON, KEN-KEN | |
|---|---|---|
| *DLN/ID No.:* | *State:*   *SSN:* | |

*Birth Date:*   *Age:*   *Sex:* MALE   *Race:* BLACK

*Occ:*    *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Days(s)

*Hospital/Removed to:*   *Injury Type:*      *CPD Police Officer?* N

*Injury Descr:*      *Injury by Offender:* NONE

*Address Type*    *Address*    *Phone*    *Beat*

| *Role:* WITNESS | *Name:* LANDOR, THOMAS E | |
|---|---|---|
| *DLN/ID No.:* | *State:* ▮ | |

*Birth Date:* ▮   *Age:* 49   *Sex:* MALE   *Race:* BLACK

F282753

02-NOV-2000 02:50                            Requested by: PC09751

City NK 000062

CASR229        **CHICAGO POLICE DEPARTMENT**        Page 2 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | | | |
|---|---|---|---|---|
| *Case Report ID:* 898552 | *RD No.:* F282753 | | *Sup. ID:* 460361 | |
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | | | |
| *Occ:* DISABLED | | *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s) | | |
| *Hospital/Removed to:* | *Injury Type:* | | | *CPD Police Officer?* N |
| *Injury Descr:* | | | *Injury by Offender:* | NONE |
| *Address Type* | *Address* | | *Phone* | *Beat* |
| RESIDENCE | 4657 W ERIE ST HSE CHICAGO IL 60644 | | 7736263427 | 1111 |

*Role:* WITNESS      *Name:* WALLACE, JESSIE

| | | | | |
|---|---|---|---|---|
| *DLN/ID No.:* | | *State:* | *SSN:* | |
| *Birth Date:* | *Age:* 53 *Sex:* | *Race:* | | |
| *Occ:* | | *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s) | | |
| *Hospital/Removed to:* | *Injury Type:* | | | *CPD Police Officer?* N |
| *Injury Descr:* | | | *Injury by Offender:* | NONE |
| *Address Type* | *Address* | | *Phone* | *Beat* |
| RESIDENCE | 4757 W ERIE ST HSE CHICAGO IL 60644 | | 7736263427 | 1111 |

**SUSPECT**

*In Custody?* Y   *Name:* LONG, JOVANIE A      *Birth Date:* ▓▓▓▓    *SSN:* ▓▓▓▓

| | | | | |
|---|---|---|---|---|
| *Nick Name:* VANI | | *Driver's Lic. No.:* | *State:* ▓▓▓▓ | |
| *Clothing Descr.:* BLK T SHIRT | | | | |
| *Sex:* MALE | | *Race:* BLACK | | |
| *Eye Color:* BROWN | | *Glasses:* | | |
| *Hair Color:* BLACK | | *Hair Style:* SHAVED | | |
| *Complexion:* DARK | | *Mus./Beard:* | | |
| *Age From:* 21 *To:* | *Height From:* 507 *To:* | | *Weight From:* 155 *To:* | |
| *CB No.:* 14549233 | *FBI No.:* 37354DB3 | | *SID No.:* 37640400 | |
| *IR No.:* 1165297 | | | | |
| *Address Type* | *Address* | | *Phone* | *Beat* |
| RESIDENCE | 4231 W CRYSTAL ST CHICAGO IL 60644 | | | 2534 |

*In Custody?* Y   *Name:* WALKER, XAVIER      *Birth Date:* ▓▓▓▓    *SSN:* ▓▓▓▓

| | | | | |
|---|---|---|---|---|
| *Nick Name:* ZAV | | *Driver's Lic. No.:* | *State:* | |
| *Sex:* MALE | | *Race:* BLACK | | |
| *Eye Color:* BROWN | | *Glasses:* | | |
| *Hair Color:* BLACK | | *Hair Style:* SHORT | | |
| *Complexion:* MEDIUM | | *Mus./Beard:* | | |
| *Age From:* 19 *To:* | *Height From:* 508 *To:* | | *Weight From:* 150 *To:* | |
| *CB No.:* 14493760 | *FBI No.:* 957317AB6 | | *SID No.:* 36910280 | |
| *IR No.:* 1184879 | | | | |
| *Address Type* | *Address* | | *Phone* | *Beat* |
| RESIDENCE | 5431 W POTOMAC AV CHICAGO IL | | | 2532 |

**INVOLVED PROPERTIES**

**VEHICLES**

| | | | |
|---|---|---|---|
| *Make:* DODGE | | *Model:* CARAVAN | |
| *Type:* TRUCK | | *Year:* 1997 | |
| *Style:* VANETTE, (METRO,STEP VAN, HANDY VAN) | | | |
| *Description:* | | | |
| *VIN No.:* 2B4FP25B7VR129536 | | *Owner:* | |
| *Desposition:* TOWED | | | |
| *Top Color:* GREEN | | *Bottom Color:* GREEN | |
| *Lic. Type:* | | *Lic. No.:* | |
| *Expiration:* | | *State:* | |
| *Other Ident. Marks:* PASSENGER FRONT WINDOW SMASHED | | | |
| *Pound Inv. No.:* 410180/410486 | | *Pound No.:* 5555 W GRAND | |
| *Towed?* Y | *Reason for Towing:* HOMICIDE INVESTIGATION | | |
| *Offender's?* N | *Stolen?* N | *Recovered?* N | *Damaged?* Y    *Theft From?* N |

**OTHER**

| | |
|---|---|
| *Description:* 2 FILA SPORT SHOES SIZE 10 | *Owner:* |
| *Serial No.:* | *Model:* |

02-NOV-2000 02:50                                Requested by: PC09751

F282753

City NK 000063

CASR229

**CHICAGO POLICE DEPARTMENT**

Page 3 of 6

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | | RD No.: F282753 | | Sup. ID: 460361 |
|---|---|---|---|---|

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

**INVOLVED PROPERTIES**

OTHER

| Inv. No.: 2323765 | | Value: | |
|---|---|---|---|

Damage Description:

| Damaged? N | Jewelry? N | Weapon? N | Taken? N | Recovered? Y | | OAN? N |
|---|---|---|---|---|---|---|

**IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER**

| IUCR | Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|---|
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |

**METHOD & CAU CODES**

| Method Code | | Cau Code | |
|---|---|---|---|

**PERSON(S) SHOT**

**RELATIONSHIPS**

| Victim | Suspect / Offender | Relationship to Victim |
|---|---|---|
| MAJDAK, MAREK | LONG, JOVANIE | NO RELATIONSHIP |
| MAJDAK, MAREK | WALKER, XAVIER | NO RELATIONSHIP |

| ...e: | Non-offender | Related Non-off. Role Related Non-offender | Relationship to Related Non-offender |
|---|---|---|---|

**INVOLVED EMPLOYEES**

Date Investigation Completed: 01-NOV-2000 21:50

| | Role: ASSISTING DETECTIVE/YOUTH INV. | Outside Agency: | | | Star No.: 20887 | Emp. No.: ▮ |
|---|---|---|---|---|---|---|
| Emp. Name: | CRUZ, JOHN | | Beat: 5418 | | Date: | 23-SEP-2000 11:36 |
| | Role: REPORTING OFFICER | Outside Agency: | | | Star No.: 8940 | Emp. No.: ▮ |
| Emp. Name: | BURKE, STEPHEN | | Beat: 1111 | | Date: | 13-MAY-2000 07:43 |
| | Role: FIRST OFFICER ON SCENE | Outside Agency: | | | Star No.: 8940 | Emp. No.: ▮ |
| Emp. Name: | BURKE, STEPHEN | | Beat: 1110 | | Date: | 13-MAY-2000 07:43 |
| | Role: REPORTING OFFICER | Outside Agency: | | | Star No.: 19284 | Emp. No.: ▮ |
| Emp. Name: | JACKSON, MICHAEL | | Beat: 1111 | | Date: | 13-MAY-2000 07:43 |
| | Role: DETECTIVE/YOUTH INVESTIGATOR | Outside Agency: | | | Star No.: 21127 | Emp. No.: ▮ |
| Emp. Name: | MIGLORE, THOMAS | | Beat: | | Date: | 13-MAY-2000 13:15 |
| | Role: ASSISTING DETECTIVE/YOUTH INV. | Outside Agency: | | | Star No.: 20014 | Emp. No.: ▮ |
| Emp. Name: | WOLVERTON, DONALD | | Beat: 5415 | | Date: | 23-SEP-2000 11:36 |

F282753

| 02-NOV-2000 02:50 | Requested by: PC09751 |
|---|---|

City NK 000064

CASR229

**CHICAGO POLICE DEPARTMENT**

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

Page 4 of 6

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | | RD No.: F282753 | | Sup. ID: 460361 |
|---|---|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | | | |

**HOMICIDE/DEATH**

**VICTIM**

| Name: MAJDAK, MAREK | | | Date of Injury: |
|---|---|---|---|
| Day of Injury: | Date of Death: | | Narcotic Type: |
| Cause of Death: | | Narcotic Involvement: | |
| Criminality: | | | |
| Homicide File No.: | | Medical Examiner No.: | |
| Pronounced By: | | Pronounced Date: | |
| Intoxicant?   N   Autopsy Date: | | | |
| Doctor Performing Autopsy: | | | |
| Toxicology Results: | | | |

**SUSPECT**

| Name: LONG, JOVANIE | | Surren. ?  N | On Scene Arrested?  N | Ident. not on scene?  N |
|---|---|---|---|---|
| Ident. through Invest.?  N | Admiss.?  N  In Custody By: | | | |
| Motive: | | Narcotic Type: | | |
| Narcotic Involvement: | | Intoxicant? N | | |
| Name: WALKER, XAVIER | | Surren. ?  N | On Scene Arrested?  N | Ident. not on scene?  N |
| Ident. through Invest.?  N | Admiss.?  N  In Custody By: | | | |
| Motive: | | Narcotic Type: | | |
| Narcotic Involvement: | | Intoxicant? N | | |
| Weather: | | Temperature: | | |
| Lighting: | | Light Source: | | |
| Source Distance: | | | | |

**SUPERVISOR APPROVING**

| Approval Complete Officer  Name | Star | Unit Assigned | Complete Date |
|---|---|---|---|
| ARRELL, JOHN | 382 | DET DIV AREA 4 | 02:46 02-NOV-2000 |
| Review Complete Officer: | Star: | | Complete Date: |

**CASE REPORT DISTRIBUTION**

| No. of Copies | Send Copy To: | |
|---|---|---|
| 0 | NO DISTRIBUTION | |

F282753

02-NOV-2000 02:50

Requested by: PC09751

**City NK 000065**

CASR229         **CHICAGO POLICE DEPARTMENT**         Page 5 of 6

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460361 |
|---|---|---|

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

**NARRATIVE**

Narrative Type: **PROGRESS**

**PROGRESS SUP NARRATIVE**

THIS IS AN AREA FOUR VIOLENT CRIMES FIELD INVESTIGATION/PROGRESS REPORT OF F 282753.

DATE AND TIME ASSIGNED:
25 May 2000, 1630 hrs..

VICTIM:
MAJDAK, Marek, Eryk,
M/2/29, DOB ███
SSAN ███
570 Clavey Lane, Highland Park, Il., 60035
Home: 847 432 0756,
Work: 773 235 2500,

WANTED FOR QUESTIONING:
LONG, Jovanie, A.,
M/1/21, DOB ███
SSAN ███
IR 1165297
4652 West Erie St.,
Unemployed,
AKA: VONNIE

WALKER, Xavier,
M/1/19, DOB ███
Unknown SSAN,
IR 1184879,
LKA-5431 West Potomac,
Unemployed,
AKA: ZAY
ALIAS: James LITTLETON, Laroy MOSLEY, Marvin MOSLEY, Rashad ORBSY, Xavier PETEETE, Kenneth PRETEET.

INTERVIEWED:
BYRD, Hershula,
F/1/22, DOB ███
SSAN ███

02-NOV-2000 02:50         Requested by: PC09751

F282753

City NK 000066

CASR229

## CHICAGO POLICE DEPARTMENT

Page 6 of 6

### CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460361 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

IR 1219428,
838 North Noble,(Grandmother, Louise PETTY), apt. 303,
5544 West North Ave, apt. 19,
Unemployed,
Home: 773 421 3040.

ASSIGNED:
DET. S. SANDERS, 20369,
DET. D. WRIGHT, 21234,
DET. M. PIETRYLA, 21209,
CCSP A. BRZEZNIAK, 224.
AREA FOUR VIOLENT CRIMES.

INVESTIGATION:
RD's were assigned follow up investigation of the homicide which occurred on 13 May 2000, at 4721 West
Ohio, at approximately 0100 hrs.. On 25 May 2000, RD's PIETRYLA and BRZEZNIAK were informed by
Det. SANDERS and WRIGHT that the above subject, Hershula BYRD, had been located and agreed to be
interviewed, regarding the above listed homicide. Det's SANDERS and WRIGHT related that BYRD had
informed them that she heard on the street, that her ex-boyfriend, VONNIE, Jovanie LONG, and his
friend ZAY, Xavier WALKER, had shot and killed a white boy on Ohio Street. BYRD further stated that
last week, unknown date, she saw LONG on Erie and approached him. She stated that she asked LONG,
"I didn't know you were so cold blooded to kill a white boy on the street," to which LONG replied, "Shut
your mouth about that, or I'll pop your ass too!" BYRD states that she left and has not seen or talked with
LONG since that incident.
BYRD further stated LONG usually stays on Erie with a friend, BOO-BOO, Maurice WRIGHT, in the
basement. She states she doesn't know where ZAY, Xavier WALKER, resides.

THIS INVESTIGATION CONTINUES.

REPORTS OF:
DET. S. SANDERS, 20369,
DET. D. WRIGHT, 21234,
DET. M. PIETRYLA, 21209,
CCSP A. BRZEZNIAK, 224.

AREA FOUR VIOLENT CRIMES.

*** End of Record ***

02-NOV-2000 02:50

Requested by: PC09751

F282753

City NK 000067