# EXHIBIT 13

| CASR201 | CHICAGO POLICE DEPARTMENT | Page 1 of 9 |
|---|---|---|
| | **CASE SUPPLEMENTARY REPORT** | |
| | 3510 South Michigan Avenue/Chicago, IL 60653 | |

CPD-11.380(Rev.8-96)-C

| | | | | |
|---|---|---|---|---|
| *Status:* | DETECTIVE SUP. APPROVAL COMPLETE | | *SUP ID:* | 393611 |
| *Created By:* | JOHN CRUZ | | *Star No.:* | 20887 |
| *Case Report ID:* 898552 | *RD No.:* F282753 | *Date RO Arrived:* | 13-MAY-2000 01:20 | |
| *Event No.:* 0013401059 | *Occurrence Date From:* 13-MAY-2000 01:00 | *Occurrence Date To:* | | |
| *Unit Assigned:* 1111 | *Fire Related?* N | *Domestic Related?* N | *Gang Related?* | N |
| *IUCR Code:* 0110 HOMICIDE | | FIRST DEGREE MURDER | | |
| *Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | | *Beat:* | 1111 |
| *Location Code:* 303 SIDEWALK | | | | |
| *Sec. Location Code:* | | | | |

**VICTIM/COMPLAINANT/WITNESS/SUBJECT**

| *Role:* VICTIM | *Name:* MAJDAK, MAREK E | |
|---|---|---|
| *DLN/ID No.:* | *State:* *SSN:* | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| *Birth Date:*  *Age:* 29 *Sex:* MALE | *Race:* WHITE | |
| *Occ:* LABORER | *Part Time?* N *Length* 0 Year(s) 0 Month(s) 0 Day(s) | |
| *Hospital/Removed to:* MORGUE *Injury Type:* SHOT | | *CPD Police Officer?* N |
| *Injury Descr:* DOA | | *Injury by Offender:* INJURED |
| *Address Type* *Address* | *Phone* | *Beat* |
| 570 W CLAVEY LANE HIGHLAND PARK,IL. IL 60035 | 8474320756 | 3100 |

| *Phone No. Type* | *Phone Number* |
|---|---|
| BUSINESS | 7732352500 |

| *Role:* WITNESS | *Name:* EDWARDS, BETTY J | |
|---|---|---|
| *DLN/ID No.:* | *State:* *SSN:* | |
| *Birth Date:* *Age:* 62 *Sex:* FEMALE | *Race:* BLACK | |
| *Occ:* RETIRED | *Part Time?* N *Length* 0 Year(s) 0 Month(s) 0 Day(s) | |
| *Hospital/Removed to:* *Injury Type:* | | *CPD Police Officer?* N |
| *Injury Descr:* | | *Injury by Offender:* NONE |
| *Address Type* *Address* | *Phone* | *Beat* |
| 4717 W OHIO ST HSE CHICAGO IL 60644 | 7736263580 | 1111 |

| *Role:* WITNESS | *Name:* POPE, LISA | |
|---|---|---|
| *DLN/ID No.:* | *State:* *SSN:* | |
| *Birth Date:* *Age:* *Sex:* FEMALE | *Race:* BLACK | |
| *Occ:* | *Part Time?* N *Length* 0 Year(s) 0 Month(s) 0 Day(s) | |
| *Hospital/Removed to:* *Injury Type:* | | *CPD Police Officer?* N |
| *Injury Descr:* | | *Injury by Offender:* NONE |
| *Address Type* *Address* | *Phone* | *Beat* |

| *Role:* WITNESS | *Name:* EATON, KEN-KEN | |
|---|---|---|
| *DLN/ID No.:* | *State:* *SSN:* | |
| *Birth Date:* *Age:* *Sex:* MALE | *Race:* BLACK | |
| *Occ:* | *Part Time?* N *Length* 0 Year(s) 0 Month(s) 0 Day(s) | |
| *Hospital/Removed to:* *Injury Type:* | | *CPD Police Officer?* N |
| *Injury Descr:* | | *Injury by Offender:* NONE |
| *Address Type* *Address* | *Phone* | *Beat* |

| *Role:* WITNESS | *Name:* LANDOR, THOMAS E | |
|---|---|---|
| *DLN/ID No.:* | *State:* *SSN:* | |
| *Birth Date:* *Age:* 49 *Sex:* MALE | *Race:* BLACK | |
| *Occ:* DISABLED | *Part Time?* N *Length* 0 Year(s) 0 Month(s) 0 Day(s) | |
| *Hospital/Removed to:* *Injury Type:* | | *CPD Police Officer?* N |
| *Injury Descr:* | | *Injury by Offender:* NONE |
| *Address Type* *Address* | *Phone* | *Beat* |
| 4657 W ERIE ST HSE CHICAGO IL 60644 | 7736263427 | 1111 |

F282753

CASR201

# CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT

3510 South Michigan Avenue/Chicago, IL 60653

Page 2 of 9

CPD-11.380(Rev.8-96)-C

| | | | |
|---|---|---|---|
| Case Report ID: 898552 | RD No.: F282753 | | SUP ID: 393611 |
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | | |

### VICTIM/COMPLAINANT/WITNESS/SUBJECT

| | | |
|---|---|---|
| Role: WITNESS | Name: WALLACE, JESSIE | |
| DLN/ID No.: | State: | SSN: |
| Birth Date: | Age: 53  Sex: | Race: |
| Occ: | Part Time? N  Length  0 Year(s) 0 Month(s) 0 Day(s) | |
| Hospital/Removed to: | Injury Type: | CPD Police Officer? N |
| Injury Descr: | | Injury by Offender: NONE |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| | 4757 W ERIE ST HSE CHICAGO IL 60644 | 7736263427 | 1111 |

### SUSPECT

| | | | |
|---|---|---|---|
| In Custody? Y | Name: LONG, JOVANIE A | Birth Date: | SSN: |
| Nick Name: VANI | | Driver's Lic. No.: | State: |
| Clothing Descr.: BLK T SHIRT | | | |
| Sex: MALE | | Race: BLACK | |
| Eye Color: BROWN | | Glasses: | |
| Hair Color: BLACK | | Hair Style: SHAVED | |
| Complexion: DARK | | Mus./Beard: | |
| Age From: 21  To: | Height From: 507  To: | Weight From: 155 | To: |
| CB No.: 14549233 | FBI No.: 37354DB3 | SID No.: 37640400 | |
| IR No.: 1165297 | | | |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 4231 W CRYSTAL ST CHICAGO IL 60644 | | 2534 |

| | | | |
|---|---|---|---|
| Custody? Y | Name: WALKER, XAVIER | Birth Date: | SSN: |
| Nick Name: ZAV | | Driver's Lic. No.: | State: |
| Sex: MALE | | Race: BLACK | |
| Eye Color: BROWN | | Glasses: | |
| Hair Color: BLACK | | Hair Style: SHORT | |
| Complexion: MEDIUM | | Mus./Beard: | |
| Age From: 19  To: | Height From: 508  To: | Weight From: 150 | To: |
| CB No.: 14493760 | FBI No.: 957317AB6 | SID No.: 36910280 | |
| IR No.: 1184879 | | | |

| Address Type | Address | Phone | Beat |
|---|---|---|---|
| RESIDENCE | 5431 W POTOMAC AV CHICAGO IL | | 2532 |

### INVOLVED PROPERTIES

#### VEHICLES

| | | |
|---|---|---|
| Make: DODGE | Model: CARAVAN | |
| Type: TRUCK | Year: 1997 | |
| Style: VANETTE, (METRO,STEP VAN, HANDY VAN) | | |
| Description: | | |
| VIN No.: 2B4FP25B7VR129536 | Owner: MAJDAK, MAREK E. | |
| Desposition: TOWED | | |
| Top Color: GREEN | Bottom Color: GREEN | |
| Lic. Type: | Lic. No.: | |
| Expiration: | State: | |
| Other Ident. Marks: PASSENGER FRONT WINDOW SMASHED | | |
| Pound Inv. No.: 410180/410486 | Pound No.: 5555 W GRAND | |
| Towed? Y  Reason for Towing: HOMICIDE INVESTIGATION | | |
| Offender's? N  Stolen? N | Recovered? N  Damaged? Y | Theft From? N |

#### OTHER

| | | |
|---|---|---|
| Description: 2 FILA SPORT SHOES SIZE 10 | Owner: LONG, JOVANIE | |
| Serial No.: | Model: | |
| Inv. No.: 2323765 | Value: | |
| Damage Description: | | |
| Damaged? N  Jewelry? N  Weapon? N | Taken? N  Recovered? Y | OAN? N |

### IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER

| IUCR Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|

05-OCT-2000 21:51

Requested by: PC09758

F282753

CASR201

**CHICAGO POLICE DEPARTMENT**
**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

Page 3 of 9

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | SUP ID: 393611 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

**IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER**

| IUCR | Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|---|
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |

**METHOD & CAU CODES**

Method Code                                 Cau Code

**PERSON(S) SHOT**

**RELATIONSHIPS**

| Victim | Suspect / Offender | Relationship to Victim |
|---|---|---|
| MAJDAK, MAREK | LONG, JOVANIE | NO RELATIONSHIP |
| MAJDAK, MAREK | WALKER, XAVIER | NO RELATIONSHIP |

**INVOLVED EMPLOYEES**   Date Investigation Completed: 05-OCT-2000 06:12

| Role | Emp. Name | Outside Agency | Beat | Star No. | Emp. No. | Date |
|---|---|---|---|---|---|---|
| ASSISTING DETECTIVE/YOUTH INV. | CRUZ, JOHN | | 5418 | 20887 | | 23-SEP-2000 11:36 |
| REPORTING OFFICER | BURKE, STEPHEN | | 1111 | 8940 | | 13-MAY-2000 07:43 |
| FIRST OFFICER ON SCENE | BURKE, STEPHEN | | 1110 | 8940 | | 13-MAY-2000 07:43 |
| REPORTING OFFICER | JACKSON, MICHAEL | | 1111 | 19284 | | 13-MAY-2000 07:43 |
| DETECTIVE/YOUTH INVESTIGATOR | MIGLORE, THOMAS | | | 21127 | | 13-MAY-2000 13:15 |
| ASSISTING DETECTIVE/YOUTH INV. | WOLVERTON, DONALD | | 5415 | 20014 | | 23-SEP-2000 11:36 |

**HOMICIDE/DEATH**

**VICTIM**

Name: MAJDAK, MAREK
Day of Injury:                Date of Death:                          Date of Injury:
Cause of Death:                               Narcotic Involvement:   Narcotic Type:
Criminality:
    Homicide File No.:                                Medical Examiner No.:
    Pronounced By:                                    Pronounced Date:
Intoxicant?  N  Autopsy Date:
    Doctor Performing Autopsy:
    Toxicology Results:

**SUSPECT**

Name: LONG, JOVANIE                  Surren.? N     On Scene Arrested? N    Ident. not on scene? N
    Ident. through Invest.?  N  Admiss.?  N  In Custody By:
Motive:                                              Narcotic Type:
    Narcotic Involvement:                            Intoxicant? N

Name: WALKER, XAVIER                 Surren.? N     On Scene Arrested? N    Ident. not on scene? N
    Ident. through Invest.?  N  Admiss.?  N  In Custody By:
Motive:                                              Narcotic Type:
    Narcotic Involvement:                            Intoxicant? N

Weather:                                             Temperature:
Lighting:                                            Light Source:
    Source Distance:

**SUPERVISOR APPROVING**

| Approval Complete Officer Name | Star | Unit Assigned | Complete Date |
|---|---|---|---|
| WALSH, DENIS | 2330 | DET DIV AREA 4 | 05-OCT-2000 21:42 |

Review Complete Officer:                Star:         Complete Date:

05-OCT-2000 21:51                                        Requested by: PC09758

F282753

City NK 000272

CASR201            **CHICAGO POLICE DEPARTMENT**            Page 4 of 9
**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | SUP ID: 393611 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

**CASE REPORT DISTRIBUTION**
No. of Copies    Send Copy To
0          NO DISTRIBUTION

**NARRATIVE**
*Narrative Type:* PROGRESS
THIS IS AN AREA FOUR FIELD INVESTIGATION PROGRESS REPORT/ RD# F282753

VICTIM:
MAJDAK, Marek E. (deceased)
M/2/29 DOB:
SS#
Home address: 570 Clavey Lane, Highland Park, IL 60035

OFFENDERS:
#1- LONG, Jovanie A. (in custody)
Nickname: "Vani"
M/1/21 DOB:
5'7," 155 lbs., black hair (cut very short), brown eyes, dark complexion
CB# 14549233
IR# 1165297
SID# IL37640400
FBI# 37354DB3
LKA: 4652 W. Erie; 4231 W. Crystal

#2- WALKER, Xavier NMI (in custody)
Nickname: "Zay"
M/1/19 DOB:
5'8," 150 lbs., black hair (short), brown eyes, medium complexion
CB# 14493760
IR# 1184879
SID# IL36910280
FBI# 957317AB6
LKA: 5431 W. Potomac

WITNESSES:
#1- WRIGHT, Maurice NMI (circumstantial)
Nickname: "Reese," "Boo Boo"
M/1/21 DOB:
IR# 1194826
SID# IL36701320
FBI# 809723AB8
SS#
Home address: 4653 W. Erie

F282753

05-OCT-2000 21:51        Requested by: PC09758

**City NK 000273**

CASR201          **CHICAGO POLICE DEPARTMENT**          Page 5 of 9

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | SUP ID: 393611 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

Home phone: 773-261-7288
Unemployed

#2- CURRY, Mary M. (circumstantial)
F/1/52 DOB:
SS#
Home address: 4653 W. Erie
Home phone: 773-261-7288
Work phone: 773-261-0039
Employed as a cashier at Belmont Liquors, 518 S. Laramie

#3- WRIGHT, Ashanti R. (circumstantial)
F/1/21 DOB:
SS#
Home address: 4653 W. Erie
Home phone: 773-261-7288

#4- WRIGHT, Jermacia NMI (circumstantial)
F/1/25 DOB:
IR# 1068029
SID# 33601670
FBI# 839870VA7
SS#
Home address: 5714 W. Erie
Home phone: 773-261-7906

#5- WADDY, Antoine L. (circumstantial)
Nickname: "Bubba," "Bubble"
M/1/21 DOB:
IR# 1155621
SID# 38583170
FBI# 925428DB0
Home address: 1141 N. Central
Home phone: 773-626-4653

**EVIDENCE:**
Inventory #2323765- 2 "Fila" sport shoes, size 10

**INVESTIGATION:**
R/Ds conducted a follow-up investigation on 27-May-2000 concerning the Murder of Marek MAJDAK on 13-May-2000. It was learned that the offenders had admitted to circumstantial witnesses that they had taken part in and committed the murder.

05-OCT-2000 21:51          Requested by: PC09758

CASR201

**CHICAGO POLICE DEPARTMENT**
**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

Page 6 of 9



CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | SUP ID: 393611 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

R/Ds interviewed Maurice WRIGHT on 27-May-2000 at Area Four. He told R/Ds, in summary and not verbatim, that on Saturday, 13-May-2000 at around 0100 to 0130 hrs., he was sitting in a 1986 2-door Olds Cutlass in an alley waiting for a friend of his, "Bubba" (KNA Antoine WADDY), who was in the basement of his residence, near Central and Division, with a girlfriend. He said that "Vani" (NKA Jovanie LONG) and "Zay" (NKA Xavier WALKER) pulled into the alley ("Vani" was driving). "Zay," who was in the back seat, said," This crazy mother-fucker just smoked (shot) a mother-fucker." "Vani" offered WRIGHT $100 just to give him some money. WRIGHT declined it, saying that "Vani" needed the money to get out of town. WRIGHT said that "Vani" went to give him a hug, then began crying and then went into "Bubba's" house, coming out a short time later. "Vani" told WRIGHT that WRIGHT was his guy and insisted that WRIGHT ride in the car with him. They went to WRIGHT's residence and "Vani" and "Zay" slept that night there. They woke WRIGHT up at about 1100 hrs. and told him that they had "ditched" the gun, a Glock .45 cal., on the railroad tracks towards Chicago Ave. "Vani" told him that he shot the "dude" as they tussled over money. "Vani" complained that the guys (local dope dealers) wouldn't give him any "work" (narcotics) to sell to make some money and he needed some money. "Vani" had told him that he had stolen the gun from "Little Lloyd" and hid it in the dirt behind WALKER's house. When he saw "Vani" earlier in the night (Friday), "Vani" was smoking "leaf" (PCP) with Trina (identity unknown). "Vani" also re-enacted the crime with WALKER, having WALKER lie down on the floor in the basement like he had been pushed down by "VANI." "Vani" then acted out that he "upped" with a gun and shot him (the victim). WALKER said that "Vani" acted out the scene because that is what WRIGHT used to do when he shot a Vice Lord at Springfield and Grenshaw. He said that he had not seen "Vani" or "Zay" since the morning of 13-May-2000. He also said that Jovanie gave Ashanti WRIGHT a pair of gym shoes and that they were in his room. He signed a "Consent to Search" form for the recovery of those shoes.

R/Ds interviewed Mary CURRY at her home on 28-May-2000. She said that at around 0100 hrs., on the morning of the shooting, she was playing cards with Ashanti WRIGHT and Jamaica WRIGHT in the dining room of her residence, when she heard a single gunshot. It sounded so loud that she thought it came from between her house and a neighbor's. She also thought that it might have come from downstairs in the basement. She called downstairs where some children, Timothy LONG and "Jaquez," had been playing video games earlier. There was no reply. She and her friends went downstairs a few minutes later. They searched and found that there was no one there, including in the bathroom. A few minutes later, they heard noise from downstairs and went to investigate. She saw "Vani" emerge from the bathroom wearing a black t-shirt. He took it off and put on a white thermal shirt. He told her that he had just waked up. She knew that he had lied to her. He appeared to be nervous and his eyes were wide and glossy. He stood around a while and then said he was going to his uncle's house, at 4657 W. Erie. "Vani" returned about five minutes later and asked Ashanti to go around on Ohio with him. Ashanti asked Jamaica to accompany them. Ashanti told "Vani" that she would go to the submarine place on Cicero and buy some loose cigarettes. "Vani" said that he would buy her a full pack. They returned about a half-hour later. CURRY waited on the corner of Kilpatrick and Erie for them. She saw them with another Black female and a Black male whom she does not know. CURRY saw "Vani" get into the back seat of a dark blue Ford Taurus that was being driven by "Zay." She heard "Vani" tell "Zay" that they had to go to "Zay's'" house to get some clothes. "Zay" protested, saying that he had to return his father's car. It looked like there were two more occupants in the vehicle. They drove away northbound on Kilpatrick. She and Ashanti and Jamaica

F282753

05-OCT-2000 21:51

Requested by: PC09758

City NK 000275

CASR201

Page 7 of 9

**CHICAGO POLICE DEPARTMENT**
**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653



CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | SUP ID: 393611 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

went back inside.

CURRY went to bed. Approximately a half-hour later, she heard "Zay" and "Vani" return. Her "son," "Boo Boo," came up to her room and asked for his cigarettes. She heard "Zay" call for Ashanti to come outside. She overheard Ashanti say," No, I'm not going around there with "Zay." CURRY said that she came back downstairs to tell them to be quiet because their neighbors are elderly, sickly people. Ashanti told her that "Zay" wanted her to go around the corner on Ohio and wipe Jovanie's fingerprints off the van. Ashanti said that she didn't want to go. She didn't go. CURRY went back to bed. She heard her son (Boo Boo), Jovanie and Xavier at her house.

She said that later that morning, at approximately 0800 hrs., she received a telephone call from "Zay" who told her to tell "Vani" to get his sweater so that he could wear it to a funeral they were going to and that he would pick "Vani" up. She said that she went to the basement, woke Jovanie up and relayed the message. Jovanie got up and went upstairs. He waited for a little while and then went back into the basement. She said that she returned to bed until 1100 -1130 hrs. She said that between 1200-1230 hrs., Jovanie went past her room to use the washroom. She told him that she wanted to talk to him. When he came out of the bathroom, he went to her room with a hundred dollar bill in his hand. She refused it and told him to sit down on the bed. She asked him what possessed him to take a man's life for the man's own money. Jovanie replied that he didn't have any money and was tired of being broke. She told him that the man probably had a wife and children. He said, "Mama, I'm sorry. I didn't mean to kill the man, but he wouldn't let the money go." She said that he started crying and hugged her for a long time. Jovanie told her that nobody saw him do it, but she told him that in a Black neighborhood, somebody saw him do it. She told him he would have to stay away from her house because she didn't want any trouble, as there are young children there. She gave "Boo Boo " $60.00 for pizza for the kids and went to work.

CURRY said that in the morning she saw Ashanti, who told her that Jovanie told her that he had killed the White guy. He wanted Ashanti to say that she was the one who scratched his (Jovanie's) neck. She refused to do it.

CURRY didn't see Jovanie again until Tuesday, 16-May-2000 when she saw him in her basement. She told him that he would have to stay away from her house. Right after that, she heard Jovanie's mother, Regina LONG, tell Jovanie, "I told you to stay off these streets." CURRY said that she has spoken with Regina LONG, who told her that the police have no evidence because the shoes have been burned and that they got rid of the gun.

R/Ds interviewed Ashanti WRIGHT with ASA Joanna LEAFBLAD at 4653 W. Erie. She told R/Ds that on 13-May-2000 she was playing cards with her Godmother, Mary CURRY and her sister Jamaica, in Mary's home, where she also lives. She said that she heard gunshots. She accompanied Mary and Jamaica into the basement to check on Timmy LONG (Jovanie's younger brother). There was no one there. They went back downstairs after hearing noises in the basement 5 to 10 minutes later. At that time they found Jovanie LONG in the bathroom with his shirt off. She said that he looked nervous. They went back upstairs and "Vani" came up a short time later. He told them that he did not hear gunshots because he had been

F282753

05-OCT-2000 21:51

Requested by: PC09758

City NK 000276

CASR201                                                                                           Page 8 of 9

## CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | SUP ID: 393611 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

sleeping. She knew that was a lie. She said that Jovanie told her and her sister, Jamaica, to go with him to the sub place and get some loose cigarettes. They went by way of Erie to Cicero. They returned on Ohio where they saw the police, the body, and the van with the flashing lights on. She said that "Vani" looked like he was crying, saying, "It's one of our guys." The police asked them if the body was of someone they knew. Ashanti said that she didn't go look, but another F/1 did look and came back, saying that it was a White man and not from the neighborhood. They headed back to the house, but before they got there, Xavier pulled up in a black car. "Vani" got into the back seat of the car and they left. There were two other people in the car that she doesn't know. She and Jamaica went home. She said that Mary went upstairs and "Vani" and Maurice came in. Maurice went upstairs to tell Mary that he was back. "Vani" told her that he killed the White guy. He told her that he wanted the White guy's money, but he put up a fight and was getting the best of "Vani, so "Vani" shot him. He said, "He wouldn't let the money go. I killed the White guy." She said that they started to play cards and then "Zay" came in. He told her to go with him to wipe fingerprints off of the van. She wouldn't go because she didn't want to be part of anything.

She said that she later told Mary what "Vani" had told her about robbing and shooting the White guy. When "Vani" found out that Ashanti had told Mary, he told her that she was "Bogus" for telling.

She said that "Vani" called the house today, 28-May-2000, and told her that Maurice was "trickin'" on him, meaning that he was talking to the police about what happened. She was concerned that "Vani" or his family would try to retaliate. She gave R/Ds the shoes that Jovanie had given to her, and they were hand-carried to the Crime Lab by R/D CRUZ.

R/Ds interviewed Antoine WADDY at Area Four On 28-May-2000. He told R/Ds that he knows Maurice WRIGHT, but says that he doesn't "hang' with him. He denied being with him on Friday night two weeks ago (12-13-May-2000) and has never been with him and any woman, contrary to what WRIGHT says. He said that "Boo Boo" has never been by his (WADDY's) house. He also said that he does not own an Olds Cutlass. He said that he was with "Boo Boo" about a week-and-a-half ago in "Boo Boo's" basement playing video games and hanging out, and again about a week ago with "Boo Boo" and two girls in "Boo Boo's" basement to play video games. He said that he has never met "Boo Boo's" mother. He saw "Boo Boo" leaving his house with police.

He said that he does not know who told him that Jovanie did the killing, but just that he heard it. He said that he last saw Jovanie about three weeks ago and that he doesn't "hang" with him. He knows Jovanie because they went to grammar school together and used to smoke "weed" together a long time ago.

Based on information provided by the witnesses, Stop Orders were made out for Jovanie LONG and Xavier WALKER. Both subjects have since been arrested and charged with Murder and Robbery.

This is a report of Detectives J. CRUZ #20887 and D. WOLVERTON #20014.

Reports to follow.

F282753

05-OCT-2000 21:51                                                                     Requested by: PC09758

City NK 000277

CASR201

**CHICAGO POLICE DEPARTMENT**
**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

Page 9 of 9

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | SUP ID: 393611 |
|---|---|---|
| Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644 | | |

*** End of Record ***