# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------

XAVIER WALKER,

              Plaintiff,

     vs.                      Case No. 20-CV-7209

CITY OF CHICAGO, ET AL,

              Defendants.

---------------------------------------------------------

     VIDEO TELECONFERENCE
     ZOOM
     DEPOSITION OF:  HERSHULA BYRD

                    November 4, 2021
                    10:00 a.m. to 12:35 p.m. CST

APPEARANCES:

     SAMUELS & ASSOCIATES, LTD.,
     JEANETTE SAMUELS, via Zoom
     3440 S. Cottage Grove Avenue, #504
     Chicago, IL 60616
     sam@chicivilrights.com
     Attorney appearing for Plaintiff

     NATHAN & KAMIONSKI, LLP, by
     NATALIE ADEEYO and BREANA BRILL, via Zoom
     33 W. Monroe Street, Suite 1830
     Chicago, IL 60603
     nadeeyo@nklawllp.com
     Attorneys appearing for City of Chicago, Defendant

**CERTIFIED TRANSCRIPT**

Reported by Betty K. Vande Boom, Registered
Professional Reporter and Notary Public.



Page 2

```
 1   APPEARANCES:  (CONT.)
 2
         TRIBLER ORPETT & MEYER, P.C., by
 3       WILLIAM B. OBERTS, via Zoom
         225 W. Washington Street, Suite 2550
 4       Chicago, IL 60606
         wboberts@tribler.com
 5       Attorney for Brzeniak, Mahoney, Defendants
 6   BORKAN & SCAHILL, LTD, by
         MISHA ITCHHAPORIA, KRISTA E. STALF,
 7       GRAHAM P. MILLER, via Zoom
         20 South Clark Street, Suite 1700
 8       Chicago, IL 60603
         kstalf@borkanscahill.com
 9       Attorney for Defendant Officers
10
11   ADVANCED ONE LEGAL, by Bryce Connor, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                  I N D E X
 2   EXAMINATION BY:                            PAGE
 3   Ms. Stalf                                     5
     Ms. Adeeyo                                   85
 4   Mr. Oberts                                  111
 5
 6   EXHIBIT NO.                                 PAGE
 7   1    Affidavit of Hershula Byrd             67
 8   2    Chicago Police Department Criminal     68
          History Report of Maurice Wright
 9
     3    Cook County State's Attorney's Office  99
10        Investigations Bureau Investigative
          Report  Subject:  Jovanie Long
11
12
     REQUESTS FOR PRODUCTION                     PAGE
13
       None
14
15
16
17
18
19
20
21
22
     (Exhibits No. 1, 2 & 3 attached to original & copies)
23   (Original transcript supplied to Ms. Stalf.)
24
25
```

Page 4

```
 1   TRANSCRIPT OF PROCEEDINGS:  10:06 a.m.
 2
 3          THE VIDEOGRAPHER:  Good morning.  My name
 4   is Bryce Connor, your videographer.  I represent
 5   Advanced One Legal, 18667157770.
 6          Today's date is November 4, 2021.  The
 7   time is 10:06 a.m. Central.  This begins File 1 in
 8   the videotaped deposition of Hershula Byrd in the
 9   matter of Xavier Walker v The City of Chicago, et
10   al, for the U.S. District Court, Northern District
11   of Illinois, No. 20 CV 7209 IL.
12          This deposition is being taken on behalf
13   of the defendant.  The deposition is also being
14   taken via Zoom web conferencing where the deponent,
15   counsel and the court reporter all attend remotely
16   from separate Internet connections and separate
17   locations.
18          Would counsel present please identify
19   yourselves for the record, starting with the
20   questioning attorney?
21          MS. STALF:  Sure.  This is Krista Stalf
22   on behalf of the individually named City of Chicago
23   police officers.  Also on behalf of those
24   defendants are Misha Itchhaporia and Graham Miller
25   of my office.
```

Page 5

```
 1          MS. ADEEYO:  Natalie Adeeyo, along with
 2   my co-counsel, Breana Brill, on behalf of the
 3   defendant City of Chicago.
 4          MR. OBERTS:  Bill Oberts, O B E R T S, on
 5   behalf of Brzeniak and Mahoney.
 6          MS. SAMUELS:  And Jeanette Samuels on
 7   behalf of the plaintiff Xavier Walker.
 8          THE VIDEOGRAPHER:  Our court reporter
 9   today is Betty Vande Boom, also representing
10   Advanced One Legal, who will now swear in the
11   witness.
12
13          HERSHULA BYRD, called as a witness,
14   having first been duly sworn, was examined and
15   testified as follows:
16
17          EXAMINATION BY MS. STALF:
18
19   Q    Could you please state your full name and spell it
20        for our record?
21   A    Hershula, H E R S H U L A, Byrd, B Y R D.
22   Q    Do you have a middle name, Miss Byrd?
23   A    I do.  Denise.
24   Q    D E N I S E?
25   A    Yes, ma'am.
```



(866) 715-7770
advancedONE.com

Page 6

1  Q  Okay.  For the record this is the deposition of
2     Hershula Denise Byrd taken pursuant to subpoena,
3     Federal Rules of Civil Procedure and all applicable
4     local rules.
5              Miss Byrd, have you ever given a
6     deposition like we're here to do today?
7  A  No.
8  Q  Okay.  I'm going to go over some of our ground
9     rules for you just so that you understand the
10    procedure and we can move along smoothly.  All
11    right?
12 A  Okay.
13 Q  I'm going to be asking you a series of questions.
14    I ask that you let me get out my full question
15    before you provide your answer.  I ask that you not
16    interrupt me as I'm asking my questions, and I will
17    show you the same courtesy, and I promise not to
18    interrupt you as you give your answers.  Is that
19    fair?
20 A  Yep.
21 Q  Okay.  If I ask a question that you don't
22    understand or is unclear to you, please let me know
23    and I'll be happy to rephrase the question to you.
24    Is that fair?
25 A  Yes.

Page 7

1  Q  Okay.  If you need to take a break for any reason
2     whatsoever, please let us and we're more than happy
3     to accommodate you.  I just ask that you answer any
4     pending questions before the break is taken.  Okay?
5  A  Uh-hum.  Yes.
6  Q  From time to time you may hear some of the
7     attorneys making objections, things like, you know,
8     objection, form, or objection, foundation.  Those
9     are just being made for the record.  We don't have
10    a judge here to rule now on those objections.  So
11    even if an attorney makes an objection, you still
12    have to answer the question at this time.
13             Do you understand that?
14 A  Yes, ma'am.
15 Q  Okay.  Thank you.  Is there any reason, such as
16    illness, why you cannot answer questions truthfully
17    here today?
18    You said is there any reason?
19 Q  Yes.
20 A  No.
21 Q  Okay.  All right.  Today you're here to give a
22    deposition in conjunction with a civil lawsuit
23    that's been brought by an individual by the name of
24    Xavier Walker.  You were served with a subpoena to
25    appear for this deposition; is that correct, Miss

Page 8

1     Byrd?
2  A  Yes, ma'am.
3  Q  All right.  Prior to being served with that
4     deposition subpoena were you aware that Mr. Walker
5     had filed a civil lawsuit?
6  A  No.
7  Q  Prior to being served with a subpoena were you
8     aware that Mr. Walker was arrested and convicted
9     for a murder that occurred in 2000?
10 A  Yeah.
11 Q  Okay.  How were you aware of that conviction and
12    arrest?
13 A  Through everybody else on the block.
14 Q  Do you remember the names specifically of anyone
15    who told you that Mr. Walker had been arrested for
16    that 2000 murder?
17 A  No.
18 Q  Do you remember the names of anyone who told you
19    that Mr. Walker had been convicted of that murder?
20 A  If I'm not mistaken, his sister had told us about
21    it.
22 Q  Okay.  And what's the name of Mr. Walker's sister
23    who told you about it?
24 A  I think Shaleaya Walker.
25 Q  Shalaya?

Page 9

1  A  Shaleaya.  Shaleaya Walker.
2              THE REPORTER:  Spelling please.
3              THE WITNESS:  I don't know how to spell
4     her name.  He's got three sisters.
5              MS. STALF:
6  Q  Okay.  And you said that Shalaya Walker told us
7     about it.  When you said us --
8  A  She -- oh, I'm sorry.  I'm so sorry.
9  Q  It's okay.  It's normal.  That's the way we have
10    conversations.  Right?  We always interrupt each
11    other.  It just takes a little time to get used to
12    this weird way of conversing.
13             So you had said that Shalayah, or the
14    sister told us about it.  When you said us, who are
15    you referring to?
16 A  Like me, my family, because they was close with our
17    family.
18 Q  Okay.  Who in your family did Shalayah tell about
19    Mr. Walker's conviction?
20 A  I don't know pacifically (sic), but everybody.
21    Everybody knew about it.
22 Q  Do you remember when Shalayah first told you that
23    Mr. Walker had been convicted of the 2000 murder?
24 A  No, ma'am.  It's been a long time.
25 Q  Okay.  After you were served with your subpoena to

Page 10

1  give a deposition in this case did you tell anyone
2  about the subpoena that you received?
3  A  Yeah.
4  Q  Who did you tell?
5  A  My boyfriend.
6  Q  Did you tell anyone else other than your boyfriend?
7  A  No. I don't deal with a lot of people, no.
8  Q  Okay. After being served with your subpoena to
9     give a deposition in this case at any time did you
10    try to get in touch with Mr. Walker's attorney?
11 A  No.
12 Q  Did Mr. Walker's attorney ever reach out to you to
13    speak to you?
14 A  Yes.
15 Q  Okay. When did Mr. Walker's attorney reach out to
16    you?
17 A  From the same day that I got the subpoena. No.
18    The next day after I got the subpoena because I
19    didn't know what it was about. So she reached out
20    to me and she explained a little bit of it, and she
21    just said be honest and tell the truth and that's
22    pretty much it.
23 Q  And how did Mr. Walker's attorney get in touch with
24    you?
25 A  They called me through Mr. Walker.

Page 11

1  Q  What do you mean they called you?
2  A  Mr. Walker called and they was like on some type of
3     three-way call.
4  Q  Okay. Do you know the name of the attorney who
5     called you on the three-way call with Mr. Walker?
6  A  I do not.
7  Q  Was it a male or female attorney?
8  A  A female.
9  Q  Do you recall if it was a female by the name of
10    Jeanette Samuels?
11 A  It's possible.
12 Q  Do you know if anyone was on that call other than
13    Mr. Walker, the female attorney and yourself?
14 A  I don't recall.
15 Q  When they called you was it on your cell phone
16    number?
17 A  Yes.
18 Q  Do you know how they obtained your cell phone
19    number?
20 A  No.
21 Q  What is the cell phone number that they reached you
22    on?
23 A  608-209-6857.
24 Q  And is that still your current cell phone number as
25    we speak today?

Page 12

1  A  Yes, ma'am.
2  Q  Okay. When you were contacted on your cell phone
3     by the female attorney and Mr. Walker what did you
4     discuss with them?
5  A  That I didn't know anything. I don't know why they
6     was calling me and I don't know why I got a
7     subpoena. I was very upset.
8  Q  And what did they say to you?
9  A  They just told me to just tell the truth.
10    Basically if I know anything, say something. If I
11    don't, I don't.
12 Q  Did they explain to you why you were being
13    subpoenaed to give a deposition?
14 A  No.
15 Q  Did they tell you that it had something to do with
16    Mr. Walker's conviction for the murder in 2000?
17 A  Well, I don't remember. I can't recall what she
18    said to be honest.
19 Q  How long were you on the telephone with the female
20    attorney and Mr. Walker?
21 A  I don't know. Like five minutes. I'd say five
22    minutes.
23 Q  Prior to that telephone call when was the last time
24    you spoke with Xavier Walker?
25 A  I don't.

Page 13

1  Q  You had never spoken to him prior to that telephone
2     call?
3  A  No.
4  Q  On that telephone call did Mr. Walker himself say
5     anything to you?
6  A  No.
7  Q  How did you know he was on the telephone call?
8  A  Because I reached out to him through Facebook when
9     I saw the letter and I didn't understand why. So
10    he reached back out to me and he, he said he was
11    going to call his lawyer because he -- I don't know
12    if he knew about it either, but he reached out to
13    his lawyer, and then they called me back. I gave
14    him my cell phone number, because like I say, I
15    reached out to him on Facebook.
16 Q  Were the two of you Facebook friends when you
17    reached out to him?
18 A  No.
19 Q  Did you have to look him up on Facebook?
20 A  Absolutely.
21 Q  Okay. And you found him on Facebook?
22 A  Yeah.
23 Q  And did you reach out to him through the Messenger
24    feature on Facebook?
25 A  Yeah, the Messenger. Yes, ma'am.

1  Q  Was that the first time you had ever reached out to
2     Mr. Walker via Messenger on Facebook?
3  A  Yes.
4  Q  And what did you say to Mr. Walker on Facebook
5     Messenger?
6  A  Nothing. Nothing nice. Because like I said, I was
7     confused. I didn't understand why I was even being
8     brought up. So it wasn't nothing nice. I pretty
9     much said why the F am I getting a subpoena and
10    stuff like that? And he was like, well, he didn't
11    know what I was talking about.
12 Q  Okay. So after you wrote the not-so-nice message
13    to Mr. Walker via Facebook Messenger, Mr. Walker
14    responded to you and what did he say?
15 A  He asked me to call my lawyer.
16 Q  Is that all he said in that message?
17 A  That's all he said, yep.
18 Q  And did the two of you exchange phone numbers at
19    that time?
20 A  No. It was just that one time. When I -- I told
21    him to call me on this number and I gave him my 608
22    number and he called me back with the lawyer.
23 Q  Okay. So you sent him your cell phone number via
24    Facebook Messenger and then he and the lawyer
25    called you on that three-way call that we discussed

1     previously; correct?
2  A  Yes, ma'am.
3  Q  Okay. Since that Facebook Messenger exchange that
4     you just described to us have you sent any other
5     Facebook Messenger messages to Mr. Walker?
6  A  No.
7  Q  Okay. Has Mr. Walker sent you any Facebook
8     Messenger messages since that exchange you just
9     described to us?
10 A  No, ma'am.
11 Q  Other than the three-way call of the female
12    attorney and Mr. Walker, have you had any other
13    telephone communications with Mr. Walker?
14 A  No.
15 Q  Have you sent or received any text messages with
16    Mr. Walker?
17 A  No.
18 Q  And have we covered everything that you can recall
19    about the telephone conversation that you had with
20    the female attorney and Mr. Walker?
21 A  Yes.
22 Q  Were you told in that conversation that you were
23    going to be asked some questions in a deposition?
24 A  Yes.
25 Q  Were you told that other attorneys may try to get

1     in touch with you in that conversation?
2  A  No.
3  Q  To prepare for this deposition did you look at any
4     documents or paperwork?
5  A  No.
6  Q  Has anyone at any time ever sent you any documents
7     or paperwork about Mr. Walker's civil lawsuit?
8  A  No, ma'am.
9  Q  When you got served with the deposition subpoena
10    did you try to do any research yourself such as on
11    the Internet to try to find out what the lawsuit
12    was about?
13 A  No.
14 Q  When you were on that three-way telephone call did
15    you ask Mr. Walker or his attorney what the lawsuit
16    was about?
17 A  No.
18 Q  Did they describe to you what the lawsuit was
19    about?
20 A  She just said basically that they wanted to talk to
21    me, and I said for what, because I don't know
22    nothing about what's going on with Xavier. And she
23    was like, well, they just want to ask you some
24    questions and just answer what you know and what
25    you don't know. So that was pretty much it because

1     I wasn't nice to her either.
2  Q  Okay. And why weren't you nice to her?
3  A  Because I didn't, I don't want to be involved with
4     this crap. I got too much going on in my own life.
5  Q  Okay. When you spoke to the female attorney and
6     Mr. Walker on the phone did you discuss a gentleman
7     by the name of Jovanie Long?
8  A  No.
9  Q  Do you know an individual by the name of Jovanie
10    Long?
11 A  Yes.
12 Q  When is the last time you spoke to Mr. Long?
13 A  I don't know. Like over 20 years ago.
14 Q  Okay. So it's fair to say that you never talked
15    about this deposition with Mr. Long; is that
16    correct?
17 A  Yes, ma'am. That's correct.
18 Q  I know that you've told us about this conversation
19    with Mr. Walker and his attorney. Did you ever
20    speak to any investigators or anyone else working
21    on behalf of Mr. Walker about his civil lawsuit?
22 A  No, ma'am.
23 Q  As you sit here today are you aware that Mr. Walker
24    has been released from prison following his
25    conviction for a murder that occurred in 2000?

Page 18

1  A    Yes.
2  Q    And how did you become aware that he was released
3       from prison?
4  A    It was plastered all over Facebook and I'm friends
5       with some of the people that he's friends with on
6       Facebook.  So they put it up as a post like he got
7       out.  It was a newspaper clipping.
8  Q    Do you remember the names of any of the people who
9       posted on Facebook about Mr. Walker being released
10      from prison?
11 A    No.  It was so long ago.
12 Q    Okay.  Did you yourself post anything about Mr.
13      Walker being released from prison on Facebook?
14 A    No, ma'am.
15 Q    Okay.  Other than Facebook do you have any other
16      social media accounts?
17 A    No.
18 Q    To the best of your knowledge are you Facebook
19      friends of any of Mr. Walker's family members?
20 A    I don't think so.  I got a new Facebook.  So no.
21 Q    Okay.  When did you start a new Facebook?
22 A    Around July.
23 Q    July of 2021?
24 A    Yes, ma'am.
25 Q    Why did you decide to start a new Facebook page in

Page 19

1       July of 2021?
2  A    Because my phone was stolen and I didn't know how
3       to get into my old Facebook, so I just started a
4       new one.
5  Q    Okay.  I'm sorry if I already asked this, but did
6       you send a friend request to Mr. Walker on Facebook
7       after you found him in that search?
8  A    No, ma'am.
9  Q    Did he ever send a friend request to you?
10 A    No, ma'am.
11 Q    Do you have any plans to reach out to Mr. Walker in
12      any way after this deposition is concluded?
13 A    Not at all.
14 Q    All right.  When is the last time that you saw Mr.
15      Walker in person?
16 A    Over 20 years ago.
17 Q    Okay.  All right.  And I know that you, you told us
18      a while back in this deposition that you had heard
19      about his conviction from his sister Shalayah
20      Walker.  When is the last time you had any
21      communication with Shalayah?
22 A    Over 20 years ago.
23 Q    Are you Facebook friends with Shalayah?
24 A    No, ma'am.
25 Q    Okay.  Have you ever been known by any other names

Page 20

1       other than Hershula Denise Byrd?
2  A    No.
3  Q    Do you have any nicknames that you go by?
4  A    Hershey.
5  Q    Like the candy bar?
6  A    Yes, ma'am.
7  Q    Are you currently married?
8  A    No.
9  Q    Have you ever been married?
10 A    No, ma'am.
11 Q    Do you have any children?
12 A    One.
13 Q    And how old is your child?
14 A    Fourteen.
15 Q    And what is your child's date of birth?
16 A    I'm not giving you that.
17 Q    Okay.
18 A    That got nothing to do with this case.
19 Q    Okay.  But your child is 14 at this time?
20 A    Yes, ma'am.
21 Q    Okay.  Do you have any children with Jovanie Long?
22 A    No, ma'am.
23 Q    And other than the 14-year old, you do not have any
24      other children; is that correct?
25 A    No, ma'am.  Yes, ma'am.

Page 21

1  Q    Okay.  And what is your date of birth, ma'am?
2  A    ████
3  Q    What are just the last four digits of your social
4       security number?
5  A    ████
6  Q    What is your highest level of education, Miss Byrd?
7  A    Eighth grade.  I mean ninth grade.
8  Q    And did you ever obtain your GED?
9  A    I tried, but my anxiety and depression I just
10      couldn't.
11 Q    Okay.  Have you taken any other sort of courses or
12      classes of any kind since completing the ninth
13      grade?
14 A    No, ma'am.  Yeah.  Afterwards.  Yeah.
15 Q    Okay.
16 A    I didn't graduate from any of them.
17 Q    Okay.  Have you received any sort of certificates
18      or degrees of any type since finishing ninth grade?
19 A    No, ma'am.
20 Q    Are you currently employed, ma'am?
21 A    Yes.
22 Q    Where are you employed?
23 A    In Madison, Wisconsin.
24 Q    What do you do for work?
25 A    Caregiver.

Page 22

| | | |
|---|---|---|
| 1 | Q | Do you have any plans on leaving your employment at |
| 2 | | any time in the near future? |
| 3 | A | No. |
| 4 | Q | And you're currently living in Monona, Wisconsin; |
| 5 | | is that correct? |
| 6 | A | Yes. |
| 7 | Q | Do you have any plans on moving from your current |
| 8 | | address in Monona, Wisconsin? |
| 9 | A | Not at the moment. |
| 10 | Q | And who do you currently reside with in Monona? |
| 11 | A | Myself. |
| 12 | Q | Does your 14-year-old live with you? |
| 13 | A | No, ma'am. |
| 14 | Q | Were you born in Chicago, Miss Byrd? |
| 15 | A | No. |
| 16 | Q | Where were you born? |
| 17 | A | Jackson, Mississippi. |
| 18 | Q | And at some point in your life did you move to |
| 19 | | Chicago, Illinois? |
| 20 | A | Yes, ma'am. |
| 21 | Q | When did you move to Chicago? |
| 22 | A | I probably was about a year old maybe. |
| 23 | Q | And for how long did you continue to live in |
| 24 | | Chicago after you moved there at about a year old? |
| 25 | A | I moved from Chicago in 2007. Right after I had my |

Page 23

| | | |
|---|---|---|
| 1 | | daughter. |
| 2 | Q | Okay. So from the time you were a year old up |
| 3 | | until 2007 you lived in Chicago; is that correct? |
| 4 | A | Yes, ma'am. |
| 5 | Q | What was the last address that you had in Chicago? |
| 6 | A | Geez, I don't recall. I was house to house. I |
| 7 | | didn't have a place to live. I never had my own |
| 8 | | place out there. |
| 9 | Q | Okay. Do you remember what street you stayed on at |
| 10 | | the last place you stayed in Chicago? |
| 11 | A | North Avenue and Central, if I'm not mistaken. I |
| 12 | | was living with my sister. |
| 13 | Q | Okay. And what's the name of your sister? |
| 14 | A | Sonovia Patty. |
| 15 | Q | How do you spell that name? |
| 16 | A | S O N O V I A. |
| 17 | Q | Patty, P A T T Y? |
| 18 | A | Yes, ma'am. |
| 19 | Q | Thank you. Why did you decide to relocate from |
| 20 | | Chicago to Wisconsin? |
| 21 | A | Because I wanted a better place for my daughter and |
| 22 | | Chicago wasn't it. |
| 23 | Q | Okay. Have you found Wisconsin to be a better |
| 24 | | place to raise your daughter? |
| 25 | A | Absolutely. |

Page 24

| | | |
|---|---|---|
| 1 | Q | And how long have you been employed in health care? |
| 2 | A | Actually, I just started about a month ago. |
| 3 | Q | And prior to your current employment where did you |
| 4 | | work? |
| 5 | A | Nowhere. I was on -- getting, I'm getting -- well, |
| 6 | | I was getting disability due to my anxiety and |
| 7 | | stuff. |
| 8 | Q | Okay. Ma'am, have you ever been convicted of a |
| 9 | | felony? |
| 10 | A | Yes. |
| 11 | Q | How many times were you convicted of a felony? |
| 12 | A | I can't even count. |
| 13 | Q | Do you remember any of the specific charges that |
| 14 | | were brought against you that resulted in felony |
| 15 | | convictions? |
| 16 | A | Possession of narcotics. |
| 17 | Q | Were you ever arrested in Chicago? |
| 18 | A | Yes. |
| 19 | Q | Do you know approximately how many times you were |
| 20 | | arrested in Chicago? |
| 21 | A | I don't know. Maybe between three or four times. |
| 22 | Q | Have you ever been arrested anywhere other than |
| 23 | | within the City of Chicago? |
| 24 | A | Yeah. Out here in Madison, Wisconsin. |
| 25 | Q | All right. How many times have you been arrested |

Page 25

| | | |
|---|---|---|
| 1 | | in Madison, Wisconsin? |
| 2 | A | I think two times. |
| 3 | Q | Did you ever serve any time in the Illinois |
| 4 | | Department of Corrections? |
| 5 | A | Yes. |
| 6 | Q | And how many stays did you have in the Illinois |
| 7 | | Department of Corrections? |
| 8 | A | Two years, three years, two years, back and forth |
| 9 | | like that. |
| 10 | Q | Okay. Do you recall the approximate years that you |
| 11 | | served time within the Illinois Department of |
| 12 | | Corrections? |
| 13 | A | All together probably about six or seven years. |
| 14 | Q | Okay. And do you remember like the actual years, |
| 15 | | whether it be, you know, 1996, 1992, do you |
| 16 | | remember the years within which you were |
| 17 | | incarcerated? |
| 18 | A | No. |
| 19 | Q | Okay. Have you ever served time in the Wisconsin |
| 20 | | Department of Corrections? |
| 21 | A | Yes. |
| 22 | Q | Okay. And when did you serve time in the Wisconsin |
| 23 | | Department of Corrections? |
| 24 | A | 2010. |
| 25 | Q | And what were you charged with? |

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

Page 26

```
1   A   Battery.
2   Q   Okay.  And have you ever served time in any prison
3       facilities outside of either Illinois and
4       Wisconsin?
5   A   No.
6   Q   Have you ever been detained in the Cook County
7       Jail?
8   A   Yes.
9   Q   Approximately how many times have you been detained
10      in the Cook County Jail?
11  A   I don't know.
12  Q   How do you know Jovanie Long?
13  A   We used to date.
14  Q   When did you date Mr. Long?
15  A   Over 20-some years ago.
16  Q   And how long did the two of you date for?
17  A   For probably about two years.
18  Q   And approximately what years did you date?
19  A   Oh, my goodness.  I don't know.  Like 2000.  Could
20      you hold on?  Can't you see I'm in the middle of
21      court?  You asked me a question.  I'm sorry.
22  Q   That's okay.  No worries.
23  A   About two years.
24  Q   Okay.  And you said that you, the two of you were
25      dating in approximately 2000?
```

Page 27

```
1   A   Yeah.  I believe it was around that time.
2           (Noise in the background.)
3   A   I'm sorry.
4   Q   Do you need a moment to take that call, Miss Byrd?
5   A   No, I'm just trying to turn it off.  This is a new
6       phone.  I don't even know how to work it.  Okay.
7   Q   I know the feeling.  All right.  So you were dating
8       Mr. Long in approximately 2000.  Do you recall if
9       the two of you dated in 1999?
10  A   Yes.
11  Q   Okay.  You did date in 1999?
12  A   If I'm not mistaken, yeah.
13  Q   Okay.  And when the two of you dated in
14      approximately 1999 and 2000 did you have, you know,
15      an exclusive relationship where it was just the two
16      of you?
17  A   No.
18  Q   Did you call Mr. Long by any nicknames?
19  A   Just Vanie.
20  Q   Vanie.  Okay.  Did you ever hear anybody refer to
21      him by any other nicknames?
22  A   No.
23  Q   When did you first meet Mr. Long?
24  A   I don't know.  We was babies, kids.
25  Q   Okay.  Did you grow up in the same neighborhood?
```

Page 28

```
1   A   Yes.
2   Q   What neighborhood was that?
3   A   Chicago on the west side of Erie.
4   Q   On Erie and what intersection?
5   A   About Erie and Kilpatrick.
6           THE REPORTER:  I'm sorry, Erie and what?
7       Erie and what?
8           THE WITNESS:  Erie and Kilpatrick.
9           THE REPORTER:  Kilpatrick.  Okay.  Thank
10      you.
11          THE WITNESS:  Yes, ma'am.
12          MS. STALF:
13  Q   Were you and Mr. Long dating in May of 2000?
14  A   No.
15  Q   Do you remember when you two broke up?
16  A   I had just got out of prison.  So.  We had been
17      over it.
18  Q   Do you remember when it was that you had just
19      gotten out of prison?
20  A   In May of 2000.
21  Q   Okay.
22  A   I believe it was like the middle of April or May.
23      One of them.
24  Q   Okay.  And at the time that you got out of prison
25      in either April or May 2000 you and Mr. Long were
```

Page 29

```
1       no longer dating; is that correct?
2   A   Uh-uh.  Yes, ma'am.
3   Q   Okay.  And when you got out of prison in April or
4       May of 2000 did you see Mr. Long again?
5   A   Yes.
6   Q   Were the two of you still friends?
7   A   Yeah.  We was okay.  Yeah.
8   Q   Would the two of you hang out in that time period
9       in April and May of 2000?
10  A   No.
11  Q   Would you talk on the telephone?
12  A   No.
13  Q   Would you see him from time to time in social
14      situations?
15  A   Yes.
16  Q   And did the two of you have a nice relationship
17      with one another at that time?
18  A   Yeah.  It was okay.
19  Q   Okay.  Back in the May of 2000 time frame after you
20      had gotten out of prison did you ever hang out at
21      the home of an individual by the name of Maurice
22      Wright?
23  A   No.  I don't even know who that is.
24  Q   All right.  Did you know anyone in that time
25      period, May of 2000, who resided at 4653 West Erie?
```

Page 30

```
 1   A    No.
 2   Q    Okay.  In the time period that you were dating Mr.
 3        Long where was he living?
 4   A    I forget.  I think his mom had a place somewhere on
 5        Division and I want to say Central maybe.
 6        Somewhere around there.
 7   Q    Do you recall Mr. Long's mother's name?
 8   A    Regina Long.
 9   Q    And is it fair to say that during the time that you
10        were dating Mr. Long he was living with his mother
11        Regina?
12   A    Yes, ma'am.
13   Q    Do you know if he resided at any other places other
14        than with his mother during the time that you two
15        were dating?
16   A    Not to my knowledge, no.
17   Q    Okay.  Do you know if -- where Mr. Long was living
18        in May of 2000?
19   A    No.
20   Q    Did you know if Mr. Long ever lived on Erie with a
21        gentleman named Bobo?
22   A    Bobo?  No.
23   Q    Okay.  How about Booboo?  I might be saying it
24        wrong.
25   A    No.  Not at all.
```

Page 31

```
 1   Q    Okay.  Okay.  Do you know if Mr. Long ever resided
 2        at any residence on Erie in May of 2000?
 3   A    I think his, his grandfather right there on the
 4        4700, or I think it's like -- because 4701 is on
 5        the corner, so it had to be like 4600.  It was
 6        right on the corner.  His grandpa had a house right
 7        there, but he had just passed, and if I'm not
 8        mistaken, I think he was living there back in May.
 9   Q    Okay.  That was 4600 on Erie?
10   A    Yes.
11   Q    And what is -- I'm terrible with the streets and
12        the numbers.  You clearly have a mastery of it.
13        That was Erie and what intersection?
14   A    Erie and Kilpatrick.
15   Q    Okay.  Do you know if Mr. Long ever resided with
16        his father in Bellwood, Illinois?
17   A    I don't have a clue.
18   Q    Okay.  Is it fair to say that you never visited
19        with Mr. Long at a home in Bellwood?
20   A    Yes.  That's fair to say.
21   Q    Okay.  During the time that you were dating Mr.
22        Long did you ever know of him to sell drugs?
23   A    No.
24   Q    Do you know if Mr. Long used drugs during the time
25        that you were dating him?
```

Page 32

```
 1   A    No.
 2   Q    During the time that you were dating Mr. Long were
 3        you using drugs?
 4   A    Yes.
 5   Q    What kind of drugs were you using at that time?
 6   A    Marijuana.
 7   Q    Heroin?
 8   A    No.  Marijuana.
 9   Q    Marijuana.  Okay.  Were you ever using anything
10        other than marijuana?
11   A    No.
12   Q    Have you ever been addicted to any drug other than
13        having the use of marijuana?
14   A    No.  Just marijuana.
15   Q    Okay.  When you were dating Mr. Long in 1999 or
16        2000 approximately was he employed?
17   A    No.  Not that I know of.
18   Q    Do you know where he would get money?
19   A    His mother, and he, if I'm not mistaken, I think he
20        had said something about he was going to work for
21        his father, but I had never met his father, and he
22        had just really got to know his father as well.  So
23        I didn't have a chance to meet him.
24   Q    Have you ever been to a club called Wax Factory at
25        Lake and St. Louis?
```

Page 33

```
 1   A    Uh-uh.  No, ma'am.
 2   Q    Okay.  Did you ever go to any clubs or bars with
 3        Mr. Long when the two of you were dating?
 4   A    Never.
 5   Q    Why did your relationship with Mr. Long end?
 6   A    Because he slept with my best friend, while I was
 7        incarcerated.
 8   Q    Okay.  Who was your best friend?
 9   A    Toniece Hall.
10             THE REPORTER:  Do you have a spelling?
11             THE WITNESS:  Huh?
12             THE REPORTER:  Do you have a spelling?
13             THE WITNESS:  Oh, Toniece, T O N, I
14        believe it's I E C E.  And Hall, H A L L.
15             THE REPORTER:  Thank you.
16             MS. STALF:
17   Q    Are you still in touch with Miss Hall?
18   A    Yes.
19   Q    Are the two of you still friends?
20   A    Absolutely.
21   Q    Is it fair to say that you and Mr. Long remained
22        friends after your romantic relationship ended?
23   A    No.
24   Q    No.  What is the last time that you spoke to Mr.
25        Long?
```

Page 34

```
1   A   Over 20-some years ago.
2   Q   Okay.  Have you ever spoken to Mr. Long on the
3       telephone during his incarceration in the
4       department of corrections?
5   A   I think about maybe a year or two ago he tried to
6       reach out through -- well, a friend of mine had
7       called and said that he wanted my phone number and
8       I said no.
9   Q   Which friend called?  I'm sorry.  I interrupted
10      you.  I apologize.
11  A   No.  I'm sorry.  Who was that?  I don't know.  It
12      was, if I'm not mistaken, it might have been my
13      cousin Baba, or my cousin BJ.  Either one of them.
14  Q   Okay.  So it was either your cousin Baba or your
15      cousin BJ; is that correct?
16  A   Yes, ma'am.
17  Q   What's Baba's real name?
18  A   Antoine Waddy.
19  Q   Okay.  What's BJ's real name?
20  A   Kenyetta Parker.
21  Q   Do you know how to spell that first name?
22  A   No.  Well, I -- K E N Y E T T A, I believe.
23  Q   Okay.  All right.  So either Baba or BJ reached out
24      to you and said that Mr. Long was trying to get
25      ahold of you; is that correct?
```

Page 35

```
1   A   Yes.  Yes, ma'am.
2   Q   All right.  And did they tell you why Mr. Long was
3       trying to get ahold of you?
4   A   No, ma'am.
5   Q   What did you say to either Baba or BJ when they
6       said Mr. Long wanted to speak to you?
7   A   I don't F with him.
8   Q   Okay.  Why did you say that?
9   A   Because I don't.  I don't deal with him no more.  I
10      got a whole boyfriend that he's not going to allow
11      me to talk to my ex-boyfriend.
12  Q   Okay.  Did Mr. Long ever send you any letters from
13      prison?
14  A   No, ma'am.
15  Q   Did you ever send any letters to him while he was
16      in prison?
17  A   No, ma'am.
18  Q   Do you know where Mr. Waddy is living currently?
19      Baba?
20  A   My cousin Baba, I believe he's living in Florida.
21      That's -- because we don't, I don't speak to my
22      family like that, that's a whole different
23      scenario, but if I'm not mistaken, he's still
24      living in Florida.
25  Q   Okay.  Do you know where in Florida?
```

Page 36

```
1   A   No.
2   Q   Do you have Baba's current telephone number?
3   A   No.  We all talk through Messenger.  Don't nobody
4       call people no more.
5   Q   Okay.  Are you Facebook friends with your cousin
6       Baba?
7   A   No, not on my new page, no.
8   Q   Okay.  Do you know if Baba is on Facebook still?
9   A   I don't.
10  Q   Okay.  When you were Facebook friends with Baba
11      what name did he use on Facebook?
12  A   His real name.  Antoine Waddy.
13  Q   All right.  Other than the time that either Baba or
14      BJ called you and said, hey, you know, Jovanie's
15      trying to get ahold of you, did anyone else ever
16      tell you that Mr. Long was trying to get ahold of
17      you to speak to you?
18  A   No.
19  Q   Did you ever communicate over the Internet with Mr.
20      Long while, during his incarceration in the
21      department of corrections?
22  A   No.
23  Q   When you and Mr. Long were dating was he affiliated
24      with any street gangs?
25  A   Not to my knowledge.
```

Page 37

```
1   Q   Do you know if he was a member of the Insane
2       Imperial Vice Lords?
3   A   No, I don't.
4   Q   Have you ever had any affiliation with any street
5       gangs?
6   A   No.
7   Q   Did Mr. Long have any gang-related tattoos?
8   A   Not that I recall.  I don't know.  It's been so
9       long.
10  Q   Did you ever see Mr. Long with a firearm?
11  A   No.
12  Q   Do you know if Mr. Long had access to a firearm?
13  A   I have no clue.
14  Q   Okay.  During the time that you dated Mr. Long did
15      you ever see him act violently?
16  A   No.
17  Q   Did you ever see him get into any physical fights
18      or altercations with other people?
19  A   No, ma'am.
20  Q   Did you yourself ever get into any physical fights
21      with Mr. Long?
22  A   No, ma'am.
23  Q   Do you know if Mr. Long hung out with people who
24      were gang members to the best of your knowledge?
25  A   I have no clue.
```

Page 38

1 Q Was your cousin Baba, Antoine Waddy, involved in a
2   street gang in the year 2000?
3 A I don't think so. He a lame.
4 Q He's what?
5 A A lame. Like he boring.
6 Q He's boring. Okay. Did Mr. Long ever wear
7   specific colors in his clothing that signified any
8   specific gang that operated around in your
9   neighborhood?
10 A No. Not at all.
11 Q Do you know if there were any gangs that were
12   active in your neighborhood around Erie and
13   Kilpatrick in the year 2000?
14 A Yeah. They call themselves Double I's.
15         THE REPORTER: Devil Hands?
16         THE WITNESS: Double I's.
17         THE REPORTER: Double I's?
18         THE WITNESS: Yes, ma'am.
19         THE REPORTER: Thank you.
20         MS. STALF:
21 Q And do you know if the Double I's stood for the
22   Insane Imperial Vice Lord?
23 A They basically the same, but you know how, I don't
24   know, it's like a little twist with it, so.
25 Q Okay.

Page 39

1 A I guess. I don't know.
2 Q Back in 2000, in the time frame when you had just
3   gotten out of prison, did you know anyone who was a
4   member of the Double I's?
5 A Everybody over there pretty much was.
6 Q Was Xavier Walker a member of the Double I's?
7 A Oh, no. His mama would have spanked him. He was a
8   good kid.
9         THE REPORTER: I'm sorry. I'm sorry. I
10   missed. His mama what?
11         THE WITNESS: I said his mama probably
12   would have spanked him. He was a good kid. He was
13   raised with a good family. So I don't believe he
14   was involved with none of that.
15         MS. STALF:
16 Q Was Jovanie involved with the Double I's?
17 A Not at all.
18 Q And how do you know he was not at all involved?
19 A They didn't even like each other. And he wanted,
20   Jovanie wasn't hanging over there like there. He
21   kept leaving. He would be gone and all the things
22   and stuff. I didn't, yeah, I don't think he was
23   involved with the Double I's at all.
24 Q When did you first meet Xavier Walker?
25 A Let me see. We was kids also. We was like really,

Page 40

1   really kids. It's been a long time. I don't know.
2   We was kids. I was definitely over like 15. 14,
3   15, something like that.
4 Q Were you ever in a romantic relationship with Mr.
5   Walker?
6 A Never.
7 Q Did you ever call Mr. Walker by a nickname?
8 A Zay.
9 Q Are you of any blood relation to Mr. Walker?
10 A No.
11 Q Do you have any relation to his family by marriage?
12 A No.
13 Q And I think you said earlier that the last time you
14   spoke to Mr. Walker was over 20 years ago; is that
15   correct? Oh, I'm sorry. Let me take that back.
16 A Yeah.
17 Q Besides the conversation you had on the phone;
18   correct?
19 A Yes, ma'am.
20 Q Did you ever speak on the telephone with Mr. Walker
21   while he was detained in the department of
22   corrections?
23 A Never.
24 Q Did you ever try to contact Mr. Walker when he was
25   detained in the department of corrections?

Page 41

1 A No, ma'am.
2 Q Did anyone ever reach out to you and tell you, hey,
3   you know, Zay's trying to get in touch with you
4   from the department of corrections, he wants to
5   talk to you?
6 A No.
7 Q Did you ever visit Mr. Walker in prison?
8 A Not once.
9 Q Did Mr. Walker ever send you any letters from
10   prison?
11 A No, ma'am.
12 Q Did you ever send any letters to him?
13 A No, ma'am.
14 Q Did Mr. Walker ever send you any kind of documents
15   or paperwork, paperwork from prison?
16 A No, ma'am.
17 Q All right. In May of 2000, in the time frame where
18   you had just gotten out of prison, where were you
19   living?
20 A Just here with my sister.
21 Q And was that still within the neighborhood of Erie
22   and Kilpatrick?
23 A No. She live, I told you she lived all the way out
24   on North Avenue, I mean, yeah, I think it was North
25   Avenue and Central.

Page 42

1 Q Okay. And when you got out of prison in 2000, or
2 approximately 1999 or 2000, did you ever hang out
3 in the area of Erie and Kilpatrick?
4 A Yeah.
5 Q Did you have friends who lived in that area?
6 A Yes.
7 Q Who were your friends that lived in that area?
8 A My friend Toniece, she lived on the 4800 block. I
9 grew up with everybody over there, so I had a lot
10 of friends over there. I'm not going to say all
11 their names, but, yeah, I had a lot of friends over
12 there.
13 Q Did Xavier Walker live in the area of Erie and
14 Kilpatrick in the May of 2000 time frame?
15 A 2010?
16 Q In May of 2000?
17 A Oh, 2000. No. They lived, I'm going to say
18 Division and, over there by Division and Central
19 his mom had a house.
20 Q When you would hang out in the area of Erie and
21 Kilpatrick in the 1999-2000 time frame did you ever
22 see Xavier Walker hanging out around there?
23 A Every once in a while.
24 Q When you would hang out in that area in that time
25 frame would you ever see Jovanie Long hanging out

Page 43

1 over there?
2 A Every once in a while.
3 Q How old were you in May of 2000?
4 A Oh, Lord. That was 20-some years, so I was
5 probably in my early 20s.
6 Q Were you employed in May of 2000 after your release
7 from prison?
8 A Yes, I was working at White Castle, North Avenue
9 and Central.
10 Q How long did you work at White Castle on North
11 Avenue and Central?
12 A For about a month. And then I was pregnant and I
13 had an ectopsy (sic) pregnancy, so I had pain and I
14 was in the hospital for days, so, of course, I
15 couldn't work anymore after that.
16 Q Okay. When did you have that hospitalization for
17 the ectopic pregnancy?
18 A In 2000.
19 Q Do you remember what month it was?
20 A I want to say August maybe. Yeah, if I'm not
21 mistaken, I believe it was around August.
22 Q Did you ever work as a prostitute?
23 A Never.
24 Q Okay. Were you ever arrested for prostitution?
25 A Never.

Page 44

1 Q Okay. And I apologize. I don't mean to offend. I
2 just have to do a little background.
3 A No. Not at all.
4 Q Back in the May of 2000 time frame you were working
5 at White Castle. What do you do for fun in that
6 time frame?
7 A Nothing. I was working and I was hanging out with
8 my sister because I kept getting in trouble. I'm
9 like, you know, I'm a fighter, and yeah, so I was
10 hanging out with my sister. Mostly we just hang
11 out in the house. And then after me just getting
12 out I wasn't really trying to hang out anyway.
13 Q Other than your sister, were there any people that
14 you socialized with regularly in May of 2000?
15 A Not really, no.
16 Q Did you have a boyfriend at that time?
17 A No.
18 Q Did you have somebody who you considered to be your
19 best friend?
20 A No. My best friend had just slept with my
21 ex-boyfriend, so I ain't got no best friend.
22 Q Okay. Were there any specific restaurants or bars
23 or other establishments that you went to regularly
24 to socialize in the May of 2000 time frame?
25 A No. I wasn't a club or bar hopper at all. I was

Page 45

1 still under 21, so I couldn't get in nowhere.
2 Q After your release from prison in 1999 or 2000, how
3 often would you see Mr. Long?
4 A Not often at all.
5 Q More than once a week, less than once a week?
6 A Probably less.
7 Q Would you see him once a month?
8 A Maybe twice a month. My feelings was hurt, so I
9 didn't want to be around him, period, so.
10 Q In that same time frame how often would you see
11 Xavier Walker?
12 A I haven't saw him. When I first got out in May I
13 didn't see him at all.
14 Q Okay. Do you recall that there was a shooting that
15 took place on, in May 2000 near the area of 4721
16 West Ohio?
17 A Yeah.
18 Q Okay. What do you recall about that incident?
19 A It was a late night. I was in a car with a friend
20 and we was just riding around, and about, I don't
21 know what time it was, like all that, but I know it
22 was dark outside, and we was coming over there to
23 see, you know, who was outside or whatever, and the
24 police and ambulance was everywhere.
25 Q Who was the friend that you were with at that time?

Page 46

1   A   His name was Tim.  I don't know his last name.
2   Q   All right.  Who was driving, you or Tim?
3   A   He was.
4   Q   Was anyone else in the car other than you and Tim?
5   A   Yeah.  He had a couple of his friends in the car,
6       but I don't know them.
7   Q   Okay.
8   A   We was just riding around listening to music and
9       smoking bongs.
10  Q   Okay.  Do you remember the names of any of Tim's
11      friends?
12  A   No.
13  Q   And what did you, what did you and Tim and his
14      friends do when you saw the police and the
15      ambulance outside?
16  A   I suppose we was nosy, so we pulled over on Ohio
17      and Cicero and got out of the car and we was, there
18      was a lot of people standing there on the side,
19      we're acting like what happened, what happened?  It
20      was like somebody got killed and that pretty much
21      was it.
22  Q   When you got out of the car at Ohio and Cicero did
23      you see anybody you knew?
24  A   Anybody that live over that way.
25  Q   Did you see Xavier Walker out there?

Page 47

1   A   Not at all.
2   Q   Did you see Jovanie Long out there?
3   A   Not at all.
4   Q   Did you see Antoine Waddy out there?
5   A   My cousin Baba, no, he wasn't out there either.
6   Q   Did you know a gentleman by the name of Maurice
7       Wright in May of 2000?
8   A   I don't know who that is.  We got a nickname?
9   Q   That's a good question.  Yeah.  Bobo.
10  A   No, I don't know him.
11  Q   Okay.
12  A   I don't know Bobos, or no Bobos.
13  Q   Okay.  Was your friend Tim, Timothy Long Jovanie's
14      brother?
15  A   No.  That's, his brother is a little baby back
16      then.  No.
17  Q   Okay.  Did you know a gentleman by the name of
18      Remelle Sturtevant who went by Shakey?
19  A   Uh-uh.
20  Q   Did you know someone who went by the nickname of
21      Boss Hog?
22  A   Boss Hog?  That sounds so familiar.  It's been so
23      long.  It sounds familiar, but I can't put a face
24      with it.
25  Q   Okay.

Page 48

1   A   But it do sound familiar though.
2   Q   Did you know a woman by the name of Yvette
3       Anderson?
4   A   Never, no.
5   Q   Did you know a woman by the name Yvette Hill?
6   A   You -- no, ma'am.
7   Q   Did you know a woman who went by the nickname
8       Snuggles?
9   A   Yeah.  She was the, the prostitute that used to be
10      over there.
11  Q   Okay.  When you got out of the car the night of the
12      murder at Ohio and Cicero did you see Snuggles out
13      there?
14  A   I didn't even pay attention like.  I was young.  I
15      was high.  We don't deal with prostitutes and
16      whores.  So if she was out there, I didn't, I
17      didn't pay attention.  I didn't pay attention.
18      Sorry.
19  Q   Have you ever had any conversations with Snuggles
20      about the murder that happened out there in May of
21      2000?
22  A   No, ma'am.
23  Q   Okay.  When you and Tim and his friends got out of
24      the car that night at Ohio and Cicero did you have
25      any conversations with anybody about what had

Page 49

1       happened?
2   A   No.  We just, excuse me, no, we just was like, oh,
3       my god, what happened?  What happened?  We thought
4       it was a raid or something, who knows, you know,
5       but here somebody, I don't know who it was, it was
6       so long ago, but somebody was just like somebody
7       got killed and that pretty much was it.
8   Q   Did you see the victim?
9   A   No, ma'am.
10  Q   How long did you stay out on the street after you
11      got out of the car?
12  A   Probably about five minutes and then they dropped
13      me off at home and Tim had to go home and be with
14      his kids and stuff.  So.  Probably about, probably
15      about five minutes.
16  Q   Okay.  At any time that evening after stopping and
17      getting out of the car at that intersection of Ohio
18      and Cicero did you speak with Jovanie Long?
19  A   You say what again?  I'm sorry.
20  Q   No.  Let me restate it.  It was kind of a bad
21      question too, so it's a good thing you didn't hear
22      me.  That evening after you got out of the car at
23      Ohio and Cicero, at any time that evening -- let me
24      restart again.  I'm sorry.  At any time after
25      getting out of the car at Ohio and Cicero that

1   evening did you speak with Mr. Long?
2  A  No.
3  Q  And same question, at any time after getting out of
4     the car at that intersection that evening did you
5     speak with Mr. Walker?
6  A  No.
7  Q  Okay.  When was the last time that you saw -- this
8     is going to be a tough question to answer because
9     it's going back a long way, when's the last time
10    you saw Mr. Walker prior to getting out of the car
11    that evening and seeing that there had been someone
12    shot?
13 A  Oh, wow.  I did, if I'm not mistaken, I believe
14    that he was on house arrest, so he wasn't even able
15    to come outside.
16 Q  When was the last time that you had seen Mr. Walker
17    prior to getting out of the car that evening at
18    Ohio and Cicero?
19 A  Probably -- I had -- we just get out of prison, so
20    we had been at least three years, two or three
21    years.
22 Q  So it's fair to say that you didn't witness the
23    shooting that happened out there that night?
24    That's correct; right?
25 A  Absolutely.  Didn't witness anything.

1  Q  Okay.  At any time did you hear any rumors about
2     who had shot the man that evening?
3  A  No, ma'am.
4  Q  Do you know the name of the victim?
5  A  I do not.  Still to this day I don't.
6  Q  Did you --
7         THE REPORTER:  Pardon?  I didn't catch
8     what you said.  I didn't.  Seriously, I don't, or
9     --
10        THE WITNESS:  I said no, to this day I do
11    not know the victim's name.
12        MS. STALF:
13 Q  Did you ever learn the victim's race?
14 A  No, ma'am.
15 Q  Did you ever learn any information about the victim
16    who was shot that night in May of 2000?
17 A  No, I didn't because it wasn't my concern.
18 Q  Okay.  Did you ever hear any rumors that Jovanie
19    Long was involved in the murder?
20 A  I didn't have a clue until they was on Erie looking
21    for him.  So.
22 Q  Who was on Erie looking for him?
23 A  The police.  They want to -- they were questioning
24    people and I didn't know and they was asking about
25    him over there.

1  Q  At any time did you discuss the murder that
2     happened in May of 2000 with Jovanie Long?
3  A  Never.
4  Q  Did you hear any rumors on the street that Mr.
5     Walker was involved in the murder that took place
6     in May of 2000?
7  A  No, ma'am.
8  Q  Have you at any time ever discussed that murder
9     with Mr. Walker?
10 A  No, ma'am.
11 Q  Has Mr. Long ever told you where he was at the time
12    the murder took place in May of 2000?
13 A  No, ma'am.  I never asked.
14 Q  Have you ever heard from any other source where Mr.
15    Long was at the time of that murder?
16 A  No, ma'am.
17 Q  Did Mr. Walker ever tell you where he was at the
18    time of the murder that took place in May of 2000?
19 A  No, ma'am.
20 Q  Have you ever heard from any other source where Mr.
21    Walker was at the time of that murder?
22 A  Yeah, people were saying that he was on house
23    arrest.
24 Q  Who told you that he was on house arrest?
25 A  The street.  Everybody was talking.  They was

1     saying that he was on, it wasn't -- this was before
2     the murder, saying that he was on house arrest.  I
3     don't know what it was for, but he was, he was on
4     house arrest.  So that's how I knew he was on house
5     arrest because, you know, when you get out of
6     prison you ask like where this person, where this
7     person at?  What's happening?  What's going on?
8     And I just from, one day, yeah, he's on house
9     arrest at home, and that was pretty much it.
10 Q  Okay.  As you sit here today do you know who shot
11    the man in May of 2000 on Erie?  Or I'm sorry, on
12    Ohio?
13 A  I do not.  I don't have a clue.
14 Q  At some point were you interviewed by the police
15    about the murder?
16 A  Yes, ma'am.
17 Q  Do you recall the date that that interview took
18    place?
19 A  I do not.
20 Q  Do you have any reason to disagree that the
21    interview took place on May 25th of 2000?
22 A  No, I don't.
23 Q  Where were you when you spoke with police?
24 A  In the precinct.
25 Q  Do you know where that was located?

Page 54

1  A   If I'm not mistaken, I want to say Harrison and
2      Kedzie.
3  Q   Had you ever been to that police department at
4      Harrison and Kedzie prior to this interview with
5      the police?
6  A   Yes, ma'am.
7  Q   When you had the interview with the police in May
8      of 2000 were you on the first floor of the building
9      or the second floor of the building?
10 A   The second floor.  We went upstairs.
11 Q   How many officers did you speak with?
12 A   A couple.  It was a, one was a, he was mixed and
13     then there was a couple of black officers.  One was
14     white, one mixed, and the other two was black.
15 Q   Okay.  So you spoke -- I'm sorry, to clarify, you
16     spoke with three officers, one white or mixed, and
17     two black; is that correct?
18 A   Yes, ma'am.
19 Q   Had you ever seen any of those three officers prior
20     to that interview?
21 A   No, ma'am.
22 Q   Okay.  Were those officers wearing uniforms or were
23     they in regular clothes?
24 A   Regular clothes.
25 Q   Other than their ethnicity is there anything that

Page 55

1      you can remember about the way that they looked?
2  A   No.  It's been too long.
3  Q   And how did you come to be at the police station at
4      Harrison and Kedzie?
5  A   It was on -- well, supposedly they was looking for
6      Jovanie and the word on the street was that I was
7      still his girlfriend.  So I'm always out and about
8      and they stopped me and I was at my aunt's house on
9      Division and -- no, not Division.  It's on North
10     Avenue and Laramie.  My aunt had a house over there
11     and I was --
12          THE REPORTER:  I'm sorry.  I'm sorry.
13     I'm not catching it.  Who had the house over there?
14     And I'm not getting the street names.
15          THE WITNESS:  My deceased aunty had a
16     house over there on Laramie and Division, and the
17     word on the street was that I was Jovanie's
18     girlfriend.  So whoever told the police that, the
19     police is like where do you think they live?  I
20     guess they stay at my aunty's house.  So the police
21     came over there.  They came in the house.  My aunty
22     left them search the house and they asked for me.
23     I went up over to the police station because I had
24     a, I'm on parole, and once I got to the police
25     station that's when they told me, they started

Page 56

1      asking me about do I know him and all this stuff,
2      and I say he was my ex-boyfriend, and the same
3      story I'm telling you all, hey, I won't mess with
4      him, period.  So they was have you heard about the
5      murder and all this and that, and if I was lying,
6      they was going to give me 99 years and all this
7      crap, and at the end of the day I didn't know
8      nothing and I didn't see nothing.  So then my
9      sister, Sonovia Patty, and her fiance, who sleeps
10     there also, they came to the police station because
11     they knew, they saw what happened, like you ain't
12     got no reason to bust her.  She don't deal with
13     him.  And they let me go.
14 Q   Okay.  So let me just back up and break that down a
15     little bit.  So you were at your aunt's house at
16     Laramie and Division and the police came to the
17     house; is that correct?
18 A   Yes, ma'am.
19 Q   Okay.  Did the police knock on the door?
20 A   Yes, ma'am.
21 Q   And did your aunt let them into the house?
22 A   Yes, ma'am.
23 Q   Did you speak with the police officers inside of
24     the house?
25 A   No.  All they did was ask me I, my name, which

Page 57

1      is Hershula, and I said, yes, and they still asked
2      me could I come with them, and I said, yeah, I have
3      no problem with that.
4  Q   Okay.  When the police officers came into the house
5      how many of them were there?
6  A   I don't know.  I was high on weed.  I don't have a
7      clue.
8  Q   Okay.  Was it the same police officers you
9      described that were at the station?
10 A   No.
11 Q   Were they in uniform, the police officers that came
12     into the house?
13 A   I don't recall.
14 Q   Okay.  All right.  So they asked you to come to the
15     police station and you agreed to go with them; is
16     that correct?
17 A   Yeah.  Yes.
18 Q   And how did you get to the police station?
19 A   In the car with them.
20 Q   Did you ride in the back of the police car?
21 A   Yes, ma'am.
22 Q   And then when you got to the police station at
23     Harrison and Kedzie did you go upstairs with the
24     officers?
25 A   Yeah.  We went through the metal detectors and

Page 58

1  there's some stairs right there. They went up.
2  Took me up the stairs.
3  Q  Okay. And then were you taken into a room, or
4     where did you go upstairs?
5  A  Into a room with like a, a big mirror on one side
6     and they had like a little small mirror on the
7     other side.
8  Q  All right. And then the three officers that you
9     described, the one white officer, and the two black
10    officers in plain clothes, they came and talked to
11    you; is that correct?
12 A  The white officer came first that asked me was I
13    okay. And then the black officers came and they
14    started asking me about the situation, which I told
15    them I didn't know, I didn't have a clue. And then
16    the white officer came back, got me something to
17    eat, and that pretty much was it.
18 Q  Okay. So the white officer came into the room,
19    asked you if you were okay, and what did you tell
20    him?
21 A  I told him I didn't know why I was here. He told
22    me to sit for a minute, that somebody was going to
23    come talk to me.
24 Q  Okay. Did you say anything else to the white
25    officer?

Page 59

1  A  No, ma'am.
2  Q  Okay. And then after that the two black officers
3     came into the room; correct?
4  A  Yes, ma'am.
5  Q  And what did the two black officers say to you?
6  A  They was just asking me was I over there on Erie
7     the night of the murder. No, we, I had just pulled
8     up when the ambulance and stuff was there. And
9     then -- because I still didn't know that Jovanie
10    was supposed to be involved in that. So they asked
11    me about that and I told them no. And then they
12    asked me his name. Just so you're aware. Do you
13    know this person? I'm like yeah. There's no
14    reason to lie. Like yeah, I know him. They was
15    like, well, do you know anything about him
16    committing this murder? And I'm like no. And that
17    pretty much was it. And then my sister and him
18    stood like right outside there and they let me go.
19 Q  You said that the white officer came in one more
20    time and gave you something to eat; is that
21    correct?
22 A  Yeah, gave me something to eat. And then because
23    my sister and him was downstairs and they had the
24    clue I guess that they was related to me or
25    whatnot, but my sister was downstairs and I was

Page 60

1  upstairs. I was up there for at least about an
2  hour. I wasn't up there that long, but it was like
3  in the middle of the fricken night because they
4  came like about five or six in the morning,
5  something like that.
6  Q  Okay. Other than asking you, you know, if you knew
7     anything about the murder that took place, did the
8     black officers say anything else to you?
9  A  No, ma'am.
10 Q  Other than asking if you were okay and bringing you
11    food, did you have any other interaction or
12    conversation with the white officer?
13 A  No.
14 Q  During that approximate hour that you were at the
15    police station that night did anyone ever threaten
16    you?
17 A  Yeah. The black police they threaten with
18    99 years. They said we know you on parole. We
19    know you just got out. If you lie to us, you're
20    going to get 99 years. I never forget them words.
21 Q  Other than telling you that you were going to get
22    99 years, did they threaten you in any other way?
23 A  No. That was a threat right there.
24 Q  During that approximate hour that you were at the
25    police station that night did any officers hit you?

Page 61

1  A  No, ma'am. Not at all.
2  Q  All right. During the time that you were at the
3     police station did you ever tell any of the
4     officers that Jovanie had told you that he shot a
5     white boy on the street?
6  A  Never. I just found, I just found out about this
7     this year. I never even knew that that's what they
8     said until this year.
9  Q  Did you ever tell police that Jovanie told you to
10    shut your mouth or he'd pop your ass too?
11 A  No.
12 Q  All right. After you had spoken to the white
13    officer and the two black officers at the police
14    department were you permitted to leave?
15 A  Excuse me. I didn't hear you.
16 Q  Sure. After you spoke to the two black officers
17    and the white officer at the police station were
18    you allowed to leave the police station?
19 A  Well, I didn't know that I could leave when I
20    wanted to. I just know that my sister was making a
21    fuss about me being there, and they was like you
22    got your family members here, and I'm like okay.
23    And they let me go back in the room and then they
24    took me downstairs and my sister then was down
25    there.

Page 62

1 Q  Okay. While you were at the police station did it
2    become obvious to you that they were looking for
3    Jovanie?
4 A  Yeah. Obviously. They start asking me about him.
5 Q  Okay. Do you remember any of the specific
6    questions that they asked you about Jovanie?
7 A  No. They just asked me where was he that night. I
8    don't know all the questions, but I know one of
9    them was like where was he? Were you with him?
10   And, yeah, I think that was pretty much all I can
11   remember. That's pretty much it. Yeah, they just
12   asked me where was he that night and was I with
13   him? And I was like I don't know where he was at
14   and I was not with him.
15 Q  Okay. After leaving the police station that night
16   or that early morning did you tell Jovanie that the
17   police were asking about him?
18 A  Not at all because I didn't see him.
19 Q  Did you tell anyone that the police were looking
20   for Jovanie?
21 A  Yeah. I told family members, of course.
22 Q  Which family members did you tell?
23 A  My aunty, who's deceased. The one who house they
24   came to, because I went back over there because I,
25   like I told you, I was house to house. So when I

Page 63

1    went back over there she was like what happened,
2    and I told her like they asked me about Vanie, and
3    she was like girl, and that was pretty much it.
4    Now who she told I don't have a clue.
5 Q  What's the name of your aunty who's deceased?
6 A  Dolores Cullum. Doris, D O R I S. Cullum, C U L L
7    U M. And she's deceased. You can look that up.
8 Q  Okay. And which of your family members were there
9    at the police station?
10 A  I don't know. Just my sister and her fiance.
11 Q  What's the name of your sister's fiance?
12 A  Howard Davis. He's deceased as well. Howard
13   Davis.
14 Q  Okay. And I know you told me your sister's name.
15   Could you just tell me again? I apologize. I
16   forgot.
17 A  Sonovia Patty.
18 Q  Sonovia. That's right. Okay. All right. Did you
19   tell your sister Sonovia that the police were
20   looking for Jovanie?
21 A  I did.
22 Q  Okay. Do you know if any of your family members
23   told Jovanie that the police were looking for him?
24 A  Not to my knowledge.
25 Q  All right. At some point did you learn that Mr.

Page 64

1    Long was arrested for the murder that happened in
2    May of 2000?
3 A  Yes. Because like I said, the police flew over
4    with helicopters and everything. So yeah,
5    everybody know about it.
6 Q  All right. Did you speak to Mr. Long when he was
7    in custody at the Chicago Police Department?
8 A  No, ma'am. Not at all.
9 Q  Did you ever visit Mr. Long when he was at the Cook
10   County Jail following his arrest?
11 A  No, ma'am.
12 Q  Did you ever become aware that Mr. Long confessed
13   to shooting the individual in May of 2000 on Ohio?
14 A  Not at all. First time I heard that.
15 Q  I'm sorry, what was that?
16 A  Oh, no, I said not at all. That's the first time I
17   heard him confess.
18 Q  Okay. And I know you told us that you became aware
19   that Mr. Long was convicted of the murder; correct?
20 A  Yes, ma'am.
21 Q  Did you attend any part of Mr. Long's criminal
22   trial?
23 A  Not one.
24 Q  Did any attorneys representing Mr. Long in his
25   criminal trial ever reach out to you?

Page 65

1 A  No, ma'am.
2 Q  Did anyone ever ask you to testify at Mr. Long's
3    criminal trial?
4 A  No, ma'am.
5 Q  Did you ever make any attempts to reach out to any
6    of the attorneys who were representing Mr. Long at
7    his criminal trial?
8 A  No, ma'am.
9 Q  All right. Are you aware that Xavier Walker also
10   confessed that he was involved in the murder of the
11   individual in May of 2000?
12 A  Are you serious? No, ma'am.
13 Q  Did you ever visit Mr. Walker at the Cook County
14   Jail following his arrest in May of 2000?
15 A  Never. Never.
16 Q  Did you ever attend any part of his criminal trial?
17 A  Never. No, ma'am.
18 Q  Did any of Mr. Walker's attorneys ever reach out to
19   you about his criminal trial?
20 A  No, ma'am.
21 Q  Did you ever try to contact any of Mr. Walker's
22   attorneys during his criminal trial?
23 A  No, ma'am.
24 Q  All right. Can we just take a quick comfort break
25   for five minutes? Let everybody have a little leg

Page 66

1 stretch here and then we can get back on.
2 A    Okay.
3         THE VIDEOGRAPHER:  Going off the record.
4 Oh, I'm sorry.  Go ahead.
5         MS. STALF:  No.  Just go ahead.
6         THE VIDEOGRAPHER:  Going off the record
7 at 11:14 a.m.  Concluding File 1 in the deposition
8 of Hershula Byrd.
9         (Short Recess.)
10        THE VIDEOGRAPHER:  We are back on the
11 record at 11:24 a.m.  Beginning File 2 in the
12 deposition of Hershula Byrd.
13        MS. STALF:
14 Q    Miss Byrd, you mentioned earlier that during this
15      time frame of May 2000 Mr. Long was just kind of
16      getting back into touch with his dad.  Do you
17      remember that testimony?
18 A    Yes, ma'am.
19 Q    Okay.  Do you know what Mr. Long's relationship was
20      like with his dad prior to that time period?
21 A    I didn't even know he had a dad to be honest.  So I
22      have no clue.
23 Q    Do you know how Mr. Long got back in touch with his
24      dad?
25 A    I do not.

Page 67

1 Q    And during the time that you and Mr. Long were
2      dating in the approximate 1999 to 2000 time frame
3      how often would Mr. Long see his father?
4 A    I don't know.
5 Q    Did you ever go to his father's house with him?
6 A    No, ma'am.
7 Q    Do you know if Jovanie would stay at his father's
8      house from time to time?
9 A    I don't.  I have no clue.
10 Q   Okay.  Do you know if Jovanie and his dad would do
11      any activities together in that time frame?
12 A    I don't know.  No.
13 Q   Do you know if the two of them would speak on the
14      phone together during that time frame?
15 A    I don't know, ma'am.
16 Q   Okay.  All right.  I'm now going to show you an
17      exhibit.  This will be Exhibit No. 1.  And, Madam
18      Court Reporter, I will e-mail you these exhibits
19      after the deposition.
20        THE REPORTER:  Okay.
21        MS. STALF:
22 Q   Just bear with me.  I have to share my screen,
23      which you know can sometimes be a difficult thing
24      for us people who aren't very good at computers.
25        (Exhibit No. 1 marked.)

Page 68

1 Q    Okay.  Miss Byrd, can you see the document that's
2      on the screen that has the words Chicago Police
3      Department at the top?
4 A    Yes, ma'am.
5 Q    Okay.  For the record, I am showing Exhibit No. 1,
6      which is marked as City MK 002871 through City MK
7      002878.  And just focusing on this first page here,
8      do you see the picture of a gentleman on this page,
9      Miss Byrd?
10 A   Yes, ma'am.
11 Q   Do you recognize that gentleman?
12 A   I do not.
13 Q   Okay.  All right.  Close that up.  We're done with
14      that one.  All right.  I'm now going to show you
15      what we will mark as Exhibit No. 2 to your
16      deposition.  Okay.  Can you see a document on the
17      screen that reads Affidavit of Hershula Byrd?
18 A   Uh-hum.
19        (Exhibit No. 2 marked.)
20 Q   Is that a yes?
21 A   Yeah.  I can see it.
22 Q   Okay.  Thank you.  For the record, Exhibit No. 2 is
23      the affidavit of Hershula Byrd, marked as CCSAO
24      Xavier Walker 000344 through CCSAO Xavier Walker
25      000345.  And, Miss Byrd, have you ever seen this

Page 69

1 document before?
2 A    Never.
3 Q    Okay.  Did you write this document?
4 A    No, ma'am.
5 Q    Okay.  I'm going to show you page 2 of this
6      document.  There's a signature there that says
7      Hershula Byrd.  Is that your signature?
8 A    Yeah, that's my signature for sure.
9 Q    Okay.  Do you remember signing this document?
10 A   In July, no.
11 Q   Okay.  Do you remember ever signing a document that
12      was entitled affidavit of Hershula Byrd?
13 A   No.  Oh, yeah, for when I got the subpoena last
14      month.
15 Q   Okay.
16 A   In October.
17 Q   All right.  Just looking at this second page of
18      Exhibit No. 2, have you ever seen this page before?
19 A   No.
20 Q   Okay.  Did you ever sign this document on
21      July 20th, 2020, before a notary public?
22 A   No, ma'am.  I haven't even talked to nobody until
23      this year.  So that's not true.
24 Q   Okay.  Looking back at page 1, this document states
25      I, Hershula Byrd, being duly sworn, depose and say

1   that, one, I currently reside at 6204 Eastgate
2   Road, Apartment 1, in Monona, Wisconsin, 53716.  Do
3   you see that there?
4   A   Yes, ma'am.
5   Q   Okay.  Is it accurate that in July of 2020 you were
6   living at that address?
7   A   Yes.
8   Q   Okay.  Do you know who created this document?
9   A   I do not.
10  Q   Okay.  Did anyone ever reach out to you at any time
11  and ask you to create an affidavit on behalf of Mr.
12  Walker?
13  A   No.  Only this year.
14  Q   Okay.  This year.  When you say this year, are you
15  talking about the subpoena for the deposition that
16  you got for this deposition?
17  A   Yes, ma'am.
18  Q   Okay.  Other than being contacted to give a
19  deposition in this civil action, has any other
20  attorney ever reached out to you and asked you to
21  make a statement of any kind on behalf of Mr.
22  Walker?
23  A   No.  Not by Mr. Walker, no.
24  Q   Okay.  Has anyone ever asked you to give a
25  statement on behalf of Mr. Long?

1   A   Yes.
2   Q   Okay.  Who asked you to give a statement on behalf
3   of Mr. Long?
4   A   His lawyer.  Jeremy or something like that.
5   Q   Does the name Jarrett Adams ring a bell?
6   A   Yes, ma'am, that's it.
7   Q   Okay.  When did Mr. Adams ask you to make a
8   statement on behalf of Mr. Long?
9   A   The beginning of this year.
10  Q   And when you say the beginning of this year, are
11  you talking about 2021?
12  A   Yes, ma'am.
13  Q   When did Mr. Adams reach out to you?
14  A   Oh, wow, that was like -- it was in the summertime
15  of this year, when I first talked to him.  No, wait
16  a minute.  It might have been 2020.  Because I
17  remember, I don't know how because I had had words
18  with him too, he reached out to me, and I didn't
19  know who he was, and we only talked about Jovanie.
20  We never talked about Xavier.
21  Q   Okay.  When Mr. Adams reached out to you was it on
22  the telephone?
23  A   Yes, ma'am.
24  Q   Did you ever speak to Mr. Adams in person?
25  A   What you mean?  Like face-to-face?

1   Q   Yes.
2   A   No, ma'am.
3   Q   Okay.  What did Mr. Adams state to you when you
4   spoke to him on the phone?
5   A   He just asked me what I do know about the case and
6   he the one that informed me that supposedly I said
7   he shot somebody.  And I was like that's not true.
8   And let me back this up too.  Because he mailed
9   some documents to my house and I did sign them and
10  now that I'm looking at them I thought these was
11  the documents that he mailed because I did sign
12  some paperwork that he sent to my apartment.  And
13  he told me that all I had to do was just tell him
14  what I know and that was it.
15  Q   All right.  What kind of paperwork did he send to
16  your apartment?
17  A   He just said that something about me telling the
18  truth and I want to be involved.  I don't know.  I
19  didn't really read it.  He was just like just trust
20  me and I did that.  I signed them and I sent them
21  back.
22  Q   Okay.  Is the document that we're looking at,
23  Exhibit 2 on the screen, was that document sent to
24  you by Mr. Adams?
25  A   It's possible, yes, ma'am.

1   Q   Okay.  So when you said that you had never seen it
2   before earlier, were you mistaken?
3   A   Yes, ma'am, I was.  Yes.
4   Q   Okay.  Other than this document, what else did Mr.
5   Adams send to you?
6   A   That was it.  That was it.  I hadn't heard from him
7   in months.  And then when I got the subpoena, he
8   reached out to me and because I -- actually I
9   reached out to him, and I was like what's going on?
10  Like why is he asking me about Xavier Walker?  And
11  he was like, oh, they shouldn't be asking you about
12  Xavier Walker.  And he's like if they do, just tell
13  the truth and just tell them what you know and what
14  you don't know.
15  Q   Okay.  So when you received the subpoena to give a
16  deposition in this case you also spoke to Attorney
17  Jarrett Adams; is that correct?
18  A   Yes.
19  Q   Okay.  Other than speaking to Attorney Jarrett
20  Adams, the attorney representing Mr. Walker, and
21  Mr. Walker, did you speak to anybody else about the
22  deposition subpoena?
23  A   No, ma'am.
24  Q   All right.  What else did Mr. Adams say to you on
25  the phone when you reached out to him after

Page 74

1    receiving the deposition subpoena?
2  A  That pretty much was it. He was just telling me
3    that if I don't remember something, just say that.
4    And just be honest basically. He didn't say much.
5    We didn't talk that long, so he didn't say much.
6    He just told me be honest and, you know, if you
7    don't know nothing, you don't know nothing. And he
8    asked me about, about the same thing about was I
9    over there. And I was like no. And then he was
10   okay. Well, that's all you got to say and that was
11   it.
12          THE VIDEOGRAPHER: Krista, this is Bryce.
13   I'm sorry to interrupt. Could we have Hershula
14   tilt her phone up a little bit so she's more in the
15   screen?
16          THE WITNESS: She got this paper still
17   up. That's why you probably can't see me.
18          THE VIDEOGRAPHER: No, that's fine.
19   That's better right there if you can do that.
20   Thank you.
21          THE WITNESS: Okay.
22          MS. STALF:
23  Q  Okay. I'm looking back at the exhibit that's on
24   the screen. Paragraph 2 states in and around the
25   year 2000 I was involved in a romantic relationship

Page 75

1    with Jovanie Long. We are no longer romantically
2    involved. Is that true?
3  A  Yes, ma'am.
4  Q  Okay. And you told us earlier that you don't know
5    who wrote this document. Is that, is that
6    accurate?
7  A  No. No. I think Mr. Adams did.
8  Q  Did you provide information to Mr. Adams, or --
9    strike that -- let me ask a different question.
10   Did Mr. Adams tell you that he was going to write
11   an affidavit on your behalf?
12  A  No. He told me that he was going to call me and
13   let me know what else is going on.
14  Q  Okay. At some point did you receive this affidavit
15   from Mr. Adams?
16  A  Yes, ma'am.
17  Q  And did you read it?
18  A  I did not. I just -- he just told me to just sign
19   here. I didn't read it. I had a lot going on at
20   the time.
21  Q  Okay. Do you know where Mr. Adams obtained the
22   information that's contained in this affidavit?
23  A  I do not.
24  Q  Did you ever tell Mr. Adams that you resided a 6204
25   Eastgate Road?

Page 76

1  A  Yes, I did. He reached out to me for a couple of
2    months. And I refused to talk to him. Then he was
3    just telling me like trust him. So I gave him my
4    address and my e-mail.
5  Q  Okay. Did you ever tell Mr. Adams that in or
6    around the year 2000 you were involved in a
7    romantic relationship with Jovanie Long?
8  A  Yes, I believe it was 2000, '99, whatever, yes.
9  Q  Okay. And you told that to Mr. Adams; is that
10   correct?
11  A  Yeah.
12  Q  All right. Did you ever provide any kind of
13   handwritten statement to Mr. Adams?
14  A  Never. No.
15  Q  Did you ever type up any information about what,
16   what occurred in the year 2000 and provide that to
17   Mr. Adams?
18  A  No, ma'am.
19  Q  Okay. Looking again at the Exhibit No. 2,
20   paragraph 3 states in or around May of 2000 police
21   officers from the Chicago Police Department
22   interviewed me regarding the death of Marek Majdak.
23   Is that correct?
24  A  No, I didn't say his name because I didn't know who
25   it was.

Page 77

1  Q  Okay. Is this the first time that you're hearing
2    the name Marek Majdak?
3  A  Yes, ma'am. I never ever knew the person's name.
4  Q  Okay.
5  A  May he rest in peace, but I never knew his name.
6  Q  Okay. Paragraph No. 4 in Exhibit 2, I did not make
7    any statement to law enforcement during that
8    interview or at any other time that I had any
9    knowledge regarding the murder of Marek Majdak. Do
10   you see that there?
11  A  Yes, ma'am.
12  Q  Okay. Is that true?
13  A  That is true. I never made a statement.
14  Q  Okay. Did you tell that to Jarrett Adams?
15  A  Yes, ma'am.
16  Q  Okay. Did you tell him the name of the victim at
17   that time or not?
18  A  No, ma'am. Like I said, I never knew the name of
19   the person.
20  Q  Okay.
21  A  Not until today.
22  Q  Looking at paragraph 5 in Exhibit 2, I did not make
23   any statement to law enforcement during that
24   interview or at any other time that Jovanie Long or
25   Xavier Walker was in any way involved in the murder

1    of Marek Majdak.  Do you see that there?
2  A  Yes, ma'am.
3  Q  Okay.  Is that true and accurate?
4  A  Yes, ma'am.
5  Q  And did you tell Mr. Adams that you never told law
6     enforcement that Long or Walker were involved in
7     the murder?
8  A  Yes, ma'am, that's true.
9  Q  Looking at paragraph 6.  I did not make any
10    statement to law enforcement during that interview
11    or at any other time that Jovanie Long, Xavier
12    Walker, or anyone else had ever told me Mr. Long
13    was in any way involved in the murder of Marek
14    Majdak.  Do you see that there?
15 A  Yes, ma'am.
16 Q  Is that accurate?
17 A  Yes.
18 Q  Is that information that you gave to Mr. Adams?
19 A  Yes, ma'am.
20 Q  No. 7, I have no reason whatsoever to believe
21    Jovanie Long or Xavier Walker was in any way
22    involved in the murder of Marek Majdak.  Do you see
23    that there?
24 A  Yes, ma'am.
25 Q  Is that accurate?

1  A  Yes.
2  Q  Okay.  Is that something that you told to Mr.
3     Adams?
4  A  Absolutely.
5  Q  Okay.  Looking at paragraph 8, however, during my
6     interview with the police they did attempt to get
7     me to provide a false statement regarding having
8     knowledge surrounding the circumstances of the
9     death of Marek Majdak.  Do you see that there?
10 A  Yes.
11 Q  Is that accurate?
12 A  No.  I didn't, they did not get me to give a false
13    statement because I didn't.
14 Q  Okay.  Is it, is it true that the police attempted
15    to get you to provide a false statement?
16 A  No, they didn't.  Actually, they really didn't.
17    I'm not going to lie to the police either.  They
18    did not want me to say nothing fake or false about
19    Jovanie or Xavier.
20        First of all, Xavier name never came up.
21    They only questioned me about Jovanie.  So that's
22    why I don't understand why it's on here anyway
23    about Xavier.
24 Q  Okay.  No. 9 in Exhibit 2 reads specifically the
25    police attempted to coerce me into saying that

1     Jovanie Long and Xavier Walker was involved in the
2     murder.  Do you see that there?
3  A  Yes.
4  Q  Is that true?
5  A  Part of it is true.  Again, they never asked me
6     about Xavier.  What I just told you earlier, that
7     they just threatened me with 99 years.  They were
8     trying to get me to say something that I had no
9     clue about.
10 Q  Okay.  I'm looking at paragraph 10.  The police
11    threatened to arrest me and take my children if I
12    did not agree to adopt the false statements, they
13    provided to me as my own.  Do you see that there?
14 A  Yes, ma'am.
15 Q  Is that true?
16 A  No, that's not true because I didn't have no kids.
17    I had my first child in 2007.
18 Q  Okay.  Did you ever tell Mr. Adams that the police
19    threatened to take away your children?
20 A  No.
21 Q  Do you know where Mr. Adams would have gotten that
22    information from?
23 A  I have no clue.
24 Q  Okay.  All right.  Looking at the next page, page 2
25    of Exhibit 2, paragraph 11 reads nonetheless I

1     still refused to lie to officers or to make any
2     statement falsely implicating Jovanie Long or
3     Xavier Walker in the murder of Marek Majdak.  Do
4     you see that there?
5  A  Yes.
6  Q  Is that true?
7  A  Yes.
8  Q  Okay.  And that's something that you told Jarrett
9     Adams?
10 A  Absolutely.  I'm not going to lie on those boys.
11 Q  Okay.  Number 12, I willfully and voluntarily
12    provided this statement because I wholeheartedly
13    believe Jovanie Long's conviction was wrongful and
14    should also be vacated.  Do you see that there?
15 A  Yes.
16 Q  Is it true that you willfully and voluntarily
17    provided the statement?
18 A  Yes.
19 Q  Okay.  Did you willfully and voluntarily provide
20    paragraphs No. 8 and 10 that contain incorrect
21    information?
22 A  Let's see, No. 8 is, however, during my interview
23    with the police, they did attempt to get me to
24    provide a false statement.  Yeah, that's, yeah,
25    they wanted me to, they wanted me to state

Page 82

1    something.  I couldn't state nothing.  What do you
2    want me to do?  Number 2.
3  Q  Number 10.
4  A  Number 10 I just read.  That's not true.  They --
5    okay.  Wait a minute.  I mean now I'm getting
6    confused because I don't got my glasses.  So No. 10
7    is the police threatened to arrest me, take my
8    children.  That's, first of all, that's not true
9    because I had no kids.  I had no kids.  So that's
10   not true.  But they did threaten to arrest me.
11   That's absolutely true.
12 Q  Okay.  Looking again at paragraph No. 12 on page 2
13   of Exhibit 2, the second part states I
14   wholeheartedly believe Jovanie Long's conviction
15   was wrongful and should also be vacated.  Do you
16   agree with that statement?
17 A  I do.
18 Q  Okay.  Is that something that you told Mr. Adams?
19 A  Absolutely.
20 Q  Why do you believe that Mr. Long's conviction was
21   wrongful?  I'm sorry, Miss Byrd, you went on mute.
22   There you are.  You're back.  I'm sorry.  Did you
23   answer the question, ma'am?
24 A  Yeah, I did.  I'm sorry.  Because my phone keep
25   ringing.  I got to go to work at like 12:15, so.

Page 83

1    That's just my employer calling to see if I'm
2    coming in.
3          Yes, I did say that.  I said that I don't
4    think he should have been arrested for it because I
5    don't believe he had nothing to do with it and
6    that's my truth.
7  Q  Why don't you believe that Mr. Long had anything to
8    do with the murder in May of 2000?
9  A  Because he's not that type of person.  I think they
10   went off of his background and they went off of
11   whoever was over there lying and put it on him.
12 Q  Okay.  Do you know one way or another if Mr. Walker
13   was involved in the murder of 2000?
14 A  I have no clue to this day.  I don't even
15   understand why he was arrested.
16 Q  And you testified earlier that this is your
17   signature, but you do not recall signing this
18   document.  Is that correct still?
19 A  Like I said, I apologize, I smoke a lot of
20   marijuana.  So if I signed it, I signed it.  But
21   that's definitely my signature.  I'm not going to
22   lie about that.
23 Q  Okay.  Are you under the influence of marijuana
24   during this deposition?
25 A  No.  Not now, but when I get off the phone I will.

Page 84

1  Q  Okay.  All right.  I may be done with my questions.
2    Can we please just go off the record for two
3    minutes?  So I can review my notes.
4          THE VIDEOGRAPHER:  Going off the record
5    at 11:43 a.m.
6          (Short Recess.)
7          THE VIDEOGRAPHER:  We're back on the
8    record at 11:48 a.m.
9          MS. STALF:
10 Q  All right.  Miss Byrd, could you unmute?
11 A  Okay.  Can you hear me now?
12 Q  Yes.  Thank you.  All right.  I just have a few
13   more questions.  You mentioned that at the time
14   that you spoke to the three police officers at the
15   police station you were on parole; is that correct?
16 A  Yes, ma'am.
17 Q  And where were you paroled from?
18 A  Dwight Penitentiary.
19          THE REPORTER:  I'm sorry.  What was it?
20          THE WITNESS:  Dwight, Dwight, D W I some
21   crap, Penitentiary.
22          MS. STALF:
23 Q  G H T.
24 A  Yeah.
25 Q  What were the conditions of your parole?

Page 85

1  A  Nothing really.  Just stay out of trouble
2    basically.
3  Q  Did you satisfy the condition of your, conditions
4    of your parole?
5  A  Absolutely.  Absolutely.  I did my parole and got
6    it over with.
7  Q  You mentioned earlier that Attorney Jarrett Adams
8    sent you some documents to your apartment.  Do you
9    recall that testimony?
10 A  Yes.
11 Q  Do you still have in your possession any of the
12   documents that Mr. Adams sent to you?
13 A  No, I didn't have copies.  He sent them to me and I
14   signed them and I mailed them back.
15 Q  Okay.  Is it fair to say the affidavit that we
16   looked at in Exhibit 2, that was the only document
17   that Mr. Adams sent to you?
18 A  I believe so.
19 Q  All right.  I believe that that concludes my
20   questioning.  I'll open it up to anybody else who
21   may have some questions.
22
23          EXAMINATION BY MS. ADEEYO:
24
25 Q  Good morning, Miss Byrd.  As far as I mentioned

Page 86

```
 1        earlier at the start of this dep, my name is
 2        Natalie Adeeyo and I'm an attorney representing the
 3        City of Chicago.  I understand you have to get to
 4        work, so I'm going to try to move through my
 5        questions quickly.  Okay.  Because I don't want to
 6        delay you.  I just have some follow-up from what
 7        Krista asked you.  Okay?
 8   A    Yes, ma'am.
 9   Q    All right.  So back in 2000 did you have a cell
10        phone at that time?
11   A    No.
12   Q    Okay.  So when you wanted to call someone how would
13        you make calls?  Was that a house phone?
14   A    Yes, ma'am.
15   Q    Okay.  And was that house phone number
16        773-421-3040?
17   A    I don't have a clue what number that is.
18   Q    In, in 1999 did you have a cell phone?
19   A    No, ma'am.
20   Q    Okay.  Now earlier you testified that you would
21        hang out back in 2000 in that area of Erie and
22        Cicero, or Erie and Kilpatrick.  Do you remember
23        that testimony?
24   A    Yes, ma'am.
25   Q    Okay.  Now in that area back in 2000 were there
```

Page 87

```
 1        prostitutes that hung around in that neighborhood?
 2   A    Absolutely.
 3   Q    Were -- are you aware if there were ever drugs sold
 4        in that area of Erie and Cicero back in 2000?
 5   A    I have no clue.
 6   Q    I know you mentioned on the night of the murder,
 7        May 2000, you were with Tim, and you guys were in
 8        that area of Erie and Cicero when you saw police;
 9        is that correct?
10   A    Yes, ma'am.
11   Q    Okay.  In that area at night back in 2000 did
12        people normally hang around on the streets or on
13        the corners?
14   A    Absolutely.
15   Q    Would people who would hang around in the streets
16        and the corners, did that happen late into the
17        night, say midnight, 1:00 a.m.?
18   A    Absolutely.
19   Q    Back in 2000 in that area of Erie and Cicero were
20        you aware if Jovanie Long ever hung around on the
21        streets late at night?
22   A    No, ma'am.
23   Q    Were you aware if Walker ever hung around in that
24        area late at night on the street?
25   A    Not at all.
```

Page 88

```
 1   Q    I think you already testified to this, but I just
 2        want to clarify.  Back in May of 2000 you didn't
 3        really talk to Jovanie Long on a regular basis; is
 4        that right?
 5   A    Yes, ma'am, that's correct.
 6   Q    Okay.  Did you talk to Walker at all on a regular
 7        basis back at that time?
 8   A    Not at all.
 9   Q    Now, Miss Byrd, you also mentioned earlier that you
10        did have a prior felony conviction for possession
11        of controlled substances; is that right?
12   A    (Cell phone ringing.)  Oh, my god, I'm sorry.  I'm
13        sorry, what you say?
14   Q    No problem.  I can repeat it.  You testified
15        earlier that you have a prior felony conviction for
16        possession of controlled substances; is that right?
17   A    Yes, ma'am.
18   Q    So back in 2000, 1999 did you ever sell drugs?
19   A    I did.
20   Q    And when you sold drugs what type of drugs were you
21        selling?
22   A    Crack.  Heroin.
23   Q    And I think you testified to this earlier, but I
24        just want to be clear.  Back at that time in 1999
25        and 2000 were you using crack?
```

Page 89

```
 1   A    No.
 2   Q    Okay.  Were you using heroin at that time?
 3   A    No.
 4   Q    Did you ever sell crack or heroin to Jovanie Long?
 5   A    Never.
 6   Q    Did you ever see Jovanie Long use crack or heroin
 7        in your presence?
 8   A    No, ma'am.  Never.
 9   Q    Were you aware of any rumors that Jovanie Long used
10        crack or heroin during that time in 2000?
11   A    No, ma'am.  Never.  He not that person.
12            THE REPORTER:  Pardon?  I didn't catch.
13        What did you say?
14            THE WITNESS:  I said no, ma'am, he not
15        that person.
16            MS. ADEEYO:
17   Q    Okay.  Now earlier you also testified about your
18        relationship with Jovanie Long back in 1999 to
19        2000.  I just want to clarify a few things.  So did
20        you and Mr. Long start dating before you became
21        incarcerated in 1999?
22   A    Yes, ma'am.  Yes, ma'am.
23   Q    So when you were, when you became incarcerated in
24        1999 for how long had the two of you been dating?
25   A    About, that's what I say, it was like about maybe
```

Page 90

1    two years, and then he was seeing me and I went the
2    other way and then I ended up going to prison, and
3    then when I got out, you know, the word on the
4    street was he was sleeping with my best friend.
5  Q  I see.  So you said approximately two years before
6    you got incarcerated you guys started dating, so
7    would that be around 1997?  Would that be fair to
8    say?
9  A  Yeah, that's fair.  Yes, ma'am.
10 Q  Okay.  And so between 1997 and 1999 that's when you
11   became aware that Mr. Long was cheating on you; is
12   that correct?
13 A  No.  After I got incarcerated, which was like, I
14   believe it was in '98, and I was going, my sister
15   called -- when my sister wrote me a letter I was in
16   prison and she's like, you know, because I asked
17   her about him because he wasn't writing me or
18   nothing.  So I asked about him.  My sister was like
19   you know he's sleeping with your friend because she
20   caught them sleeping together.  So after that when
21   I got home I had no words for him.
22 Q  Okay.  So when you became incarcerated, I think you
23   said the end of 1998, were you still dating Mr.
24   Long at that time?
25 A  I thought I was.  For a year.

Page 91

1  Q  Yeah.  So just to be clear, you were under the
2    impression though that once you were locked up that
3    you two still were in a relationship; is that fair
4    to say?
5  A  Absolutely.  Yes, ma'am.  I thought he was going to
6    be there for me, but he wasn't.
7  Q  Understood.  And so you found out about his
8    cheating on you with Miss Toniece Hall through your
9    sister; is that right?
10 A  Yes, ma'am.
11 Q  Okay.  And I think you said that your sister, and I
12   just want to clarify, that's Miss Patty; right?
13 A  Yes, ma'am.
14 Q  Okay.  So your sister told you that she caught Mr.
15   Long and Toniece Hall sleeping together?  She
16   caught them in the act?
17 A  Yes, ma'am.  Because I remember I said in the
18   beginning that his, his grandpa had a house over
19   there and they was, I guess they was living over
20   there, over there cheating or whatever, and my
21   sister went over there, it's a side door, and my
22   sister went over there to knock on the door, and
23   you could see through the window they was together,
24   and she, my sister told me everything.
25 Q  Okay.  And at that point you broke up with Mr.

Page 92

1    Long?
2  A  Yeah.  I had a -- I'm sorry, I'm in the middle of
3    court. (Outside noise).  Yeah, I had to talk to him
4    about.  I asked him about it.  He lied about the
5    situation.  But my best friend told me that it was
6    true and she was apologetic for it, and that was
7    pretty much it.
8  Q  That conversation, was that the last time that you
9    had talked to Mr. Long when you discussed his
10   infidelity?  Or did you guys continue to have a
11   relationship or friendship afterward?
12 A  It wasn't a friendship.  It was just like, you
13   know, we have block club parties and stuff, he was
14   there, I was there.  He had a new girlfriend.  So I
15   was there.  He was there.  He was doing his thing.
16   I was doing my own thing.  But we wasn't mean to
17   each other.  But other than that, best friends or
18   friends we was not.
19 Q  Okay.  So back in May of 2000 did you and Mr. Long
20   maintain any type of a sexual relationship?
21 A  We did.  We had sex and that's when I got pregnant.
22   I had the ectopic pregnancy.
23 Q  So just to clarify the time frame.  In May of 2000
24   when you had heard about this murder, you and Tim
25   pulled up and you saw the police over there on Erie

Page 93

1    and Ohio and Cicero, that area, were you still
2    having sex with Jovanie Long at that time?
3  A  We -- no.  We had had sex when I first got out.
4    That's when I was like two months pregnant.  No, I
5    wasn't even two months.  I was like a couple weeks
6    pregnant.  We had sex when I first got out.  I
7    already knew about him and my best friend.  So we
8    had sex.  I didn't know I was pregnant.  And then
9    my sister was like, yeah, every -- my sister was
10   like what are you doing?  Blah, blah, blah.  Don't
11   mess with him.  And then my best friend was like,
12   girl, he ain't shit.  Excuse my language.  And then
13   I just started messing with him and that was it.
14        You get out of jail for doing years you
15   need a little some some here and there, and I was
16   familiar with him, so.  Oh, son of a gun.  He just
17   blushing.
18 Q  Understood, Miss Byrd.  Did you and Mr. Long
19   between 1997 and 2000, did you ever live together?
20 A  No.  But I did spend nights at his mom house over
21   there on Division, and I believe it was Division
22   and Central.  Really it's been so long I don't
23   really know the correct address, but I used to go
24   over there and spend nights, but as far as living
25   together we did not.

1  Q  When you got out in 2000 do you recall what month
2     that was?  Was it still winter?  Or was it spring?
3     Or is it summer?
4  A  (Background noise) Be quiet.  I'm on the phone.
5     Set that right there, please.  Thank you.  Just set
6     the new freezer right there.  I'm sorry.  I got a
7     lot going on and I got to get ready for work.  I'm
8     sorry.  Go ahead.
9  Q  No, no problem.  When you, when you got out of
10    2000 do you remember what month that was?
11 A  I want to say it was April or May because, you
12    know, I wasn't out that long.
13        THE REPORTER:  I'm sorry.  I'm sorry.  It
14    broke up.  It broke up.
15        THE WITNESS:  You can probably look it
16    up.  I wasn't out that long.  It was only maybe a
17    week.
18        MS. ADEEYO:
19 Q  Okay.  And I know you said you sometimes would
20    spend the night at Jovanie Long's mother's house.
21    Do you recall spending the night at her house when
22    you got out of prison back in April or May 2000?
23 A  Never.
24 Q  Okay.
25 A  No, ma'am.  Not at all.

1  Q  Did you have --
2         THE VIDEOGRAPHER:  Natalie, I'm sorry to
3     interrupt you.  We're losing Hershula's connection.
4         THE WITNESS:  Get the fuck out of my
5     video.  I'm in the middle of court.  (Background
6     noise.)  You're all in my damn video.
7         MS. ADEEYO:  Just to make this a little
8     easier.  Krista and Bill, do you mind turning off
9     your video because that might be the lag issue and
10    maybe that will make it a bit better.  Let's see.
11    It looks like there's still a little bit of a lag.
12        THE VIDEOGRAPHER:  Yeah.  Her WiFi is
13    still in the red for that cell service.  If she
14    could maybe move back to where she was earlier, she
15    might have --
16        MS. ADEEYO:
17 Q  Yeah, Miss Byrd, where were you sitting before?  I
18    think it was a little bit better.
19 A  Right here.  Is this okay?
20        THE VIDEOGRAPHER:  It's still in the red.
21    We're barely getting a picture right now.
22        THE WITNESS:  That's because my brother
23    and them just walked in my house and all their crap
24    hooked to my WiFi.  Jesus Christ.
25        THE VIDEOGRAPHER:  That would probably be

1     it.
2         THE WITNESS:  Yeah.  There's so many
3     phones hooked up to my WiFi.  We have phones,
4     computers, tablets, everything.  I'm trying to get
5     in a spot.  Let me see.  Just let me know when
6     we're there.  Let me stand up.
7         MS. ADEEYO:  Yeah, I see the lag.
8         THE VIDEOGRAPHER:  Yeah, it's still the
9     same.  The picture is about one-fourth of what it
10    should be because it's low.
11        THE WITNESS:  I don't know.
12        THE VIDEOGRAPHER:  Should we go off the
13    record real quick and try to sign back in?
14        MS. ADEEYO:  Yeah, let's go off the
15    record.
16        THE VIDEOGRAPHER:  Going off the record
17    at 12:01 p.m.
18        (Short Recess.)
19        THE VIDEOGRAPHER:  We're back on the
20    record at 12:08 p.m.
21        MS. ADEEYO:
22 Q  Okay.  Miss Byrd, so before we took a little bit of
23    a break we were discussing your prior relationship
24    with Long back in 2000.  I know you mentioned that
25    you would sometimes stay at his mother's house,

1     Regina Long.  Back in 2000 what was your
2     relationship like with Miss Long?
3  A  Again, like I just told you, I was not staying at
4     her house back in 2000 because I was not dealing
5     with Jovanie in 2000.  It was back in '97 and '98.
6  Q  Okay.
7  A  So please don't switch my words up.  I'm not slow.
8  Q  My apologies.  That is not my intention.  So back
9     in 1997 and 1998 what was your relationship like
10    with Miss Regina Long?
11 A  We was okay.  We weren't the best of friends.  I
12    was a what, a year or two older than her son.  Of
13    course, don't want nobody dating, and I had more
14    experience than him, so.  I mean I wasn't the best
15    of friends.  We wasn't cool.  She was my
16    mother-in-law.  I was sleeping with her son and
17    that's just what it was.
18 Q  After you got out of prison in 2000 until today's
19    date have you ever had any contact with Miss Long?
20 A  Not period.  No, ma'am.
21 Q  So Miss Long has never reached out to you via
22    Facebook Messenger since 2000; is that correct?
23 A  Yes, ma'am, that's correct.  She never reached out
24    to me.
25 Q  Okay.  So Miss Long also has never called you on

(866) 715-7770
advancedONE.com

Page 98

1     the phone since 2000; is that correct?

2  A  No, ma'am. We never had a good relationship. So,

3     no, ma'am.

4  Q  Back in 1997 through 2000 when you were dealing

5     with Mr. Long did you ever hear about him working

6     for a company called SaniKing or SaniKing?

7  A  No, ma'am. He didn't tell me about his business,

8     so a lot of stuff I have no clue about.

9  Q  While Mr. Long was incarcerated from 2000 through

10    20 -- well, through the present, has he ever tried

11    to contact you through Facebook?

12  A  No, ma'am.

13  Q  Has he ever had anyone else contact you through

14    Facebook while he's been incarcerated?

15  A  No, ma'am.

16  Q  Earlier you testified that you met Mr. Walker when

17    you two were kids. Do you remember that testimony?

18  A  Absolutely.

19  Q  When you say kids, were you two teenagers when you

20    met, or were you younger, five or six?

21  A  No. We was around teenagers. Around 15, 14, 13.

22    Around that age.

23  Q  And the same for Mr. Long, when you all met as kids

24    were you teenagers when you met?

25  A  I met Mr. Long, I think we was babies because his

Page 99

1     aunty used to hang out with my mother.

2  Q  Okay. So when you say babies, are you saying --

3  A  Like four, five, six, seven. Something like that.

4  Q  Okay. Are you aware of Xavier Walker going by the

5    name James Littleton?

6  A  Never.

7  Q  Are you aware of Xavier Walker going by the name

8    Xavier Petite?

9  A  Never.

10  Q  Do you know Xavier Walker's Facebook name?

11  A  Xavier Walker.

12  Q  Okay. So you know it as his actual name?

13  A  Yes.

14  Q  Okay. Now I'm going to mark as Exhibit 3 a

15    document that's Bate Stamped CCSAO Xavier Walker

16    2648 to 2652, and I'm just going to share it on my

17    screen here.

18        THE REPORTER: And that is, Natalie, you

19    will forward that to me then after?

20        MS. ADEEYO: Yes, I will provide that to

21    you after, afterward.

22        THE REPORTER: Thank you.

23        (Exhibit No. 3 marked.)

24  Q  All right. Miss Byrd, can you see the document

25    here that says at the top Cook County State's

Page 100

1     Attorney's Office Investigations Bureau? Do you

2     see that?

3  A  Yes, I do.

4  Q  Okay. Now I know you've probably never seen this

5    document before; is that correct?

6  A  Yes, ma'am, it is.

7  Q  Okay. So Jarrett Adams didn't send you this in the

8    mail when he sent you those documents that you

9    talked about earlier; is that correct?

10  A  I don't believe. I don't believe so. If I don't

11    remember, I don't remember.

12  Q  Okay. So I'm going to take you to page 2 of this

13    report, and you see this full paragraph here, this

14    third paragraph that starts Long was asked? Do you

15    see that?

16  A  Yes.

17  Q  Okay. So it says Long was asked by ASA Rotert if

18    he knew Hershula Byrd and Long stated he used to

19    date Hershula Byrd. ASA Rotert asked Long if he

20    knew why Byrd told the police about him, Long,

21    which then caused the police to focus the

22    investigation on him. Long remarked that Byrd went

23    to jail herself, but did not elaborate about why

24    Byrd would point the police towards him.

25        Did you see that there?

Page 101

1  A  Yes, I see it.

2  Q  Okay. So this line here where Long says, Long

3    remarked that Byrd went to jail herself, to your

4    knowledge is he referring to you being released

5    from prison in April or May of 2000?

6  A  Yes, ma'am.

7  Q  Okay. Now did you ever have a conversation with

8    Jovanie Long about what you said to the police

9    during that interview in August of 2000, or excuse

10    me, May of 2000?

11  A  May, no, not period.

12  Q  Okay. And you never had any conversation with Mr.

13    Long about his arrest or his conviction or

14    incarceration as it relates to this murder; is that

15    correct?

16  A  No, ma'am. I have no knowledge of the murder.

17  Q  Okay. Now I'm going to take you to the bottom of

18    this report. Okay. So this paragraph here, do you

19    see it says ASA Rotert asked Long?

20  A  Yes.

21  Q  Okay. It says ASA Rotert asked Long if he knew two

22    individuals named Darnell and Red. Long said he

23    knew them and both were dead.

24        Do you know an individual named Darnell?

25  A  I do not, but Red is deceased.

1  Q  Okay.  So who is Red?
2  A  Red was just a guy that was on the block.  He was
3     in a wheelchair.  He was a hype and that's just
4     what it is.
5  Q  And when you say a hype, do you mean that he used
6     drugs?
7  A  Yeah.
8  Q  I'm sorry, what was that?
9  A  A crack head.
10 Q  Did you ever know Red to be involved in a gang?
11 A  I don't have a clue.
12 Q  Do you know Red's real name?
13 A  I do not.
14 Q  Do you know when he died?
15 A  I don't know.  Like in maybe 2001, or something, or
16    2, or something.  I'm not sure.
17 Q  Do you know if Red ever was in possession of a
18    firearm?
19 A  I do not.  I was not Red's friend, so I don't know
20    what he had going on.
21 Q  So I know you said you're not Red's friend.  So did
22    you know Red just from seeing him around the
23    neighborhood; is that fair to say?
24 A  Yeah.  Periodically he come through sliding around
25    in his wheelchair and that was pretty much it.

1  Q  Have you ever talked to Red about the murder that
2     occurred in May 2000?
3  A  Never.
4  Q  Okay.  Now I'm going to take you back to this
5     document here.  The next sentence after the one I
6     just read says Long said they might have been
7     responsible, responsible for some street talk about
8     him having a role in the murder.  Long commented
9     that he probably had a rep, reputation, then said
10    he did have a reputation for a lot of things.  Long
11    recalled that there was talk among his fellow gang
12    members that he had never shot a rival.
13       Are you aware of this reputation that
14    Long is talking about?
15 A  Absolutely not.  I don't know nothing.  If he was a
16    killer, a beast, a bum, I have no clue.
17 Q  Okay.  So you never heard anyone in that area
18    talking about Long having a reputation?
19 A  Not period.  No, ma'am.
20 Q  Okay.  And just to clarify, you never heard
21    anything about Long belonging to a gang; right?
22 A  No.  No, ma'am.
23 Q  Okay.  I'm going to stop sharing that document.
24    Back in 2018, Miss Byrd, were you in Wisconsin at
25    that time, or were you still in Chicago?

1  A  In Wisconsin.
2  Q  And did you, do you recall if you had any pending
3     charges at that time back in 2018?
4  A  What did that have to do with this case?  Whatever
5     I got going on has nothing to do with this case.
6  Q  Oh, Miss Byrd, we're just clarifying where you were
7     back in 2018.
8  A  No.  I don't see where this is going because I
9     don't even want to be a part of this anyway.  You
10    all asking too much about my business.  My business
11    ain't got nothing to do with who killed who.  So.
12 Q  Okay.
13 A  I don't want to --
14       THE REPORTER:  That went out.  I'm not
15    catching.
16       THE WITNESS:  -- continue this.
17       MS. ADEEYO:
18 Q  Miss Byrd, I'm just trying to get through my
19    questions quickly.  I understand you want to get
20    out of here.  As soon as I get through them, then
21    this deposition concludes.  Well, other attorneys
22    have questions, but --
23 A  I'm not slow.  I know what this shit is about.
24 Q  Okay.  So, Miss Byrd, back in 2018 do you recall a
25    state's attorney ever trying to get in contact with

1     you about this murder case?
2  A  Never.  In 2018, I don't believe so.
3  Q  Okay.  I'm just going to quickly show you
4     Exhibit 2, which was the affidavit that we looked
5     at earlier.  Okay.  Do you see this affidavit here,
6     Miss Byrd?
7  A  Not yet.  Okay.  There you go.
8  Q  Okay.  I'm going to take you back to page 2 of this
9     affidavit.  So you said this is your signature
10    here; correct?  On page 2?
11 A  Absolutely.  Yes.
12 Q  Okay.  Now do you see this, this signature here for
13    the notary public?
14 A  Yes.
15 Q  When you signed this document was anyone else in
16    the room with you?
17 A  No.
18 Q  Okay.  So you don't recall if a Jean Degolier was
19    present in the room with you?
20 A  Was nobody present with me.  Like I said --
21       THE REPORTER:  You're breaking up.  I
22    can't catch it.  I didn't get any of that.  Just so
23    you know.
24       MS. ADEEYO:
25 Q  Miss Byrd, can you just repeat your answer really

Page 106

1  quickly for us?

2  A  I said this was in 2020, 2020.  I had no clue about

3     me even being talked to in '18, '19, '17, '16, and

4     down.  I had no clue about none of this until the

5     last year.

6  Q  Okay.  So just to clarify, you signed that document

7     and then you sent it back to Jarrett Adams in the

8     mail; is that right?

9  A  Absolutely.  Yes.

10 Q  Okay.  In 2020 did your friend Tim ever reach out

11    to you and say that Jovanie wanted to talk to you?

12 A  Never.

13 Q  In 2020 did Regina Long, Jovanie's mother, reach

14    out to you and say Jovanie wanted to talk to you?

15 A  Not never.

16 Q  Okay.  Now I'm just going to ask you, this is the

17    last part of my questions, if you recognize the

18    names of a few people.  Okay?

19 A  Okay.

20 Q  Do you know Ashanti Wright?

21 A  No.  I never heard of that name.  Ashanti Wright?

22 Q  Yes.

23 A  No, ma'am.  I never heard of that name.

24 Q  Do you know Mary Curry?

25 A  Never.

Page 107

1  Q  Do you know someone by the name of Marvin Mosley?

2  A  No, ma'am.

3  Q  Do you know Simeon Dorsey?

4  A  Not at all.

5  Q  Do you know Deon Baylock?

6  A  No, ma'am.

7  Q  Do you know Charles Totes?

8  A  No, ma'am.

9  Q  Do you know Quentin Livous?

10 A  No, ma'am.

11 Q  I know you mentioned you know Walker's sister,

12    Shaleaya.  Do you know Shunralyn?

13 A  Yes.  Is that the sister she got a new last name?

14 Q  Do you know her new last name?

15 A  I do not.  All I know is her as Shaun Walker.

16 Q  Shaun Walker you said?

17 A  Yeah.  That's his, that's his sister.  He got three

18    sisters and he the only boy.

19 Q  Did you -- have you ever talked to Shaun Walker

20    about Mr. Walker's criminal conviction or his case?

21 A  No, ma'am.  Not never.

22 Q  I know you mentioned a prostitute named Snuggles

23    who you know about.  Do you know Snuggles real

24    name?

25 A  Myriam -- what is it?  Williams?

Page 108

1  Q  Is it Myriam Tillman?

2  A  Yeah, you know what, yeah, I think that might be

3     it.

4  Q  Did you ever talk to Myriam Tillman or Snuggles

5     about the murder that had occurred back in

6     May 2000?

7  A  No, ma'am.  Never.

8  Q  Did Myriam Tillman ever tell you that she talked to

9     the police?

10 A  No, ma'am.  That was just the word on the street.

11    I never had a personal conversation with her, but

12    the word on the street was she had something to do

13    with it, so.  And that's it.  That's all.  That's

14    all I know.  I don't know who said it.  It's been

15    over 20 years ago.  I don't know none of that.  But

16    the word on the street was she knew something about

17    the murder because she was there.

18 Q  And when you say the word on the street, you didn't

19    hear this directly from Myriam, you heard it from

20    someone else?

21 A  No, ma'am.  Not at all.

22 Q  And you do not recall who you heard this from?

23 A  I do not.

24 Q  Do you know someone by the name of, or the nickname

25    Viller?

Page 109

1  A  No, ma'am.  I ain't never heard of that name.

2  Q  Do you know someone named Daniel Rear?

3  A  No, ma'am.

4  Q  Do you know someone by the name of Jan?

5  A  No.  Jan.  No.  I mean no, ma'am.

6  Q  Do you know someone by the name of Nick?

7  A  No, ma'am.  These are some weird names.

8  Q  And do you know someone by the name of Tony?

9  A  No, ma'am.

10 Q  Okay.  Now earlier you mentioned that Antoine Waddy

11    is your cousin; right?

12 A  Yeah, that's my cousin Baba.

13 Q  Are you guys blood related?

14 A  No, ma'am.  Through marriage.

15 Q  Oh, okay.  So Antoine Waddy is the cousin of your

16    husband or prior husband?

17 A  No.  He's the cousin of my uncle, my mother's

18    brother's sister.  I mean wife.  I'm sorry.  My

19    mother's brother's wife.  He's on her side of the

20    family.  And he pretty much don't know nothing

21    either.  He's been living in Florida, so.

22 Q  When you say Mr. Waddy doesn't know anything

23    either, what do you mean?

24 A  I mean like he ain't got nothing to do with nothing

25    like either.  Like we don't know crap about what's

Page 110

```
1    going on.  All this stuff is just coming up last
2    year and this year.  Everybody bringing up this
3    stuff and we got our own families, our own lives.
4    That's what I mean by.  I ain't saying like he know
5    something or he don't know nothing.  But what I'm
6    saying is don't nobody know what's going on.  We
7    don't know nothing about the case because we don't
8    follow the case.
9  Q  Did you ever talk to Mr. Waddy about the case
10   since?
11 A  No.  Never.  Never.  We don't talk, we don't
12   discuss it because it ain't got nothing to do with
13   us.
14 Q  Okay.  That's all I have for you, Miss Byrd.  Thank
15   you.
16 A  You're so kind.  Can I please go?
17         MR. OBERTS:  Miss Byrd, not yet.  Miss
18   Byrd.
19         THE WITNESS:  Oh, my god.  Who said not
20   yet?  Hold on.
21         MR. OBERTS:  We're close.
22         THE WITNESS:  No.  You going to listen to
23   me now.  Are you going to pay me for today?
24   Because I need to go to work.  And I got bills to
25   pay.  So what's up?  You going to pay me or not?
```

Page 111

```
1          MR. OBERTS:  Miss Byrd, I only have a few
2    questions for you and that's it.
3          THE WITNESS:  She said the same thing and
4    I've been on the phone with her for darn near
5    20 minutes.
6          MR. OBERTS:  Okay.  I'll be very quick.
7          THE WITNESS:  Okay.  Let's go.  What's
8    up?
9
10         EXAMINATION BY MR. OBERTS:
11
12 Q  Okay.  Miss Byrd, at the start of the deposition
13   you talked about your phone number being
14   630-209-6857.  Do you recall that?
15 A  I don't know none of these phone numbers.  I was
16   not a phone person.  Like right now I don't even
17   know how to use my phone.
18 Q  It's your phone number.  63 -- that's your phone
19   number though, 630-209-6857?
20 A  You say what?
21 Q  630-209-6857.
22 A  That ain't never been my number.  So now you're
23   making shit up.  That ain't never been my number.
24   And not one day of my life have I ever had a 630
25   number, period.  So that's not true.
```

Page 112

```
1  Q  Was it 608?
2  A  Yeah.  Because you just made that one up.  My
3    number is 608-209.
4  Q  608-209-6857?
5  A  Absolutely.
6  Q  Okay.  I got the prefix wrong then.  Okay.  I'm
7    sorry about that.
8  A  Okay.
9  Q  The, the -- did you ever have a relationship with
10   Mr. Walker?
11 Q  Did you say did I have any bread -- would you
12   listen?  Let me get this over with.  Please don't
13   talk.  Please.  They can record every fucken thing.
14         UNKNOWN PERSON:  Recording still?
15         THE WITNESS:  I don't care.  No, it's not
16   over with.  Let me handle this so I can get the
17   fuck off the phone and go to work.
18 A  Yeah, no, I never had a relationship with Mr.
19   Walker ever in my fricken life.
20         MR. OBERTS:
21 Q  Okay.  You said that you believe Mr. Walker was on
22   house arrest at the time of the shooting.
23 A  Absolutely.
24 Q  What gave you that belief?
25 A  Absolutely.
```

Page 113

```
1  Q  What gave you that belief?
2  A  Everybody.  The streets was talking about it.  I
3    don't know no names.  I don't remember faces.  None
4    of that.  (Bad connection.)
5          THE REPORTER:  It's breaking up again.  I
6    don't hear it.
7          THE WITNESS:  And if you all was doing
8    your job, if you all -- No, let me talk now.  If
9    the officers of Chicago would have known a rapper
10   to know that his monitor was being monitored.  He
11   was on house arrest.  So you all in the wrong.  You
12   all arrest the wrong person and that's just what it
13   is, and I need to go to work.  So, so what, like if
14   I don't want to talk about this, so which one of
15   you are going to issue me a warrant?  What's going
16   on?  Because I have to go to work.
17         MR. OBERTS:
18 Q  I understand.  I'll be another five minutes and
19   I'll let you go.
20 A  Okay.
21 Q  You talked about that there were, when you were
22   interviewed at the police station there were two
23   black officers and one either white or mixed?
24 A  Yes, sir.
25 Q  When you say mixed, mixed how?
```

Page 114

1  A  He was mixed with, he was a fucken Mexican or a
2      mother fucker Puerto Rican. I don't know.
3  Q  **Okay.**
4  A  He didn't, he wasn't pure white.
5  Q  **But with that gentleman, the white or mixed**
6      **gentleman, you didn't, he was not present during**
7      **the questioning; correct?**
8  A  No, sir, he was not. No.
9  Q  **Okay. Did -- during that questioning did the**
10    **police say why they suspected Long?**
11  A  No, they did not. They didn't tell me anything.
12     All they want to know was did I know him, and do I
13     know anything about a murder, and both Long was,
14     yes, I know him, and no, I don't know shit about a
15     murder. That was just it.
16  Q  **Okay. And you said during that questioning by the**
17    **police you stated that Mr. Walker's name never came**
18    **up?**
19  A  Never. Not one time. They never asked me about
20     that young man. Not once.
21  Q  **Okay. So any reference in your affidavit regarding**
22    **Mr. Walker is false because you never spoke with**
23    **Mr., spoke about Walker to the police; correct?**
24  A  Never. Not once. Not once, sir. I never, they
25     never asked me about Mr. Walker.

Page 115

1  Q  **So anything regarding your affidavit about Mr.**
2    **Walker is false; correct?**
3  A  Absolutely. Because they never asked me (bad
4     connection).
5         THE REPORTER: Broke up. Broke up. I'm
6     not catching anything.
7         THE VIDEOGRAPHER: Yeah, sorry, Bill.
8     It's getting too -- it's impossible to hear.
9         MS. SAMUELS: So I want to briefly object
10    that it misstates the record. I'm sorry, go ahead,
11    Miss Byrd, with your answer.
12        THE WITNESS: No. I don't -- when I went
13    to the police station not one time did they ask
14    about Mr. Walker and I'm so serious. They never
15    asked about him. Not once.
16        MR. OBERTS:
17  Q  **Okay. And you stated that Mr. Walker's criminal**
18    **attorneys never contacted you during his criminal**
19    **trials; correct?**
20  A  Never. My right hand to God. Never.
21  Q  **And also true, Mr. Long's criminal attorneys never**
22    **contacted you during Mr. Long's criminal trial;**
23    **correct?**
24  A  Never. Until last year.
25  Q  **So --**

Page 116

1  A  (Bad connection.)
2         THE REPORTER: I'm not hearing it. I'm
3     not hearing it, so. I didn't get an answer.
4     Never. Until last year.
5         THE WITNESS: Miss, it might be time for
6     you to retire.
7         THE REPORTER: I can't hear. It's
8     breaking up.
9         THE VIDEOGRAPHER: It's your connection.
10        THE WITNESS: They never --
11        THE VIDEOGRAPHER: Hershula, it's your
12    connection.
13        THE WITNESS: I don't want to do this.
14    (Bad connection.) Don't know shit. Don't know
15    shit about Mr. Walker. And that's just what it is.
16    What else you all want from me? I got shit to do.
17        MR. OBERTS:
18  Q  **Miss Byrd, I only have a couple more questions. So**
19    **the first time you learned about anything in which**
20    **it was contended that you gave a statement from --**
21    **to police about Mr. Long or Mr. Walker was when you**
22    **spoke with Mr. Adams; is that correct?**
23  A  Yes.
24  Q  **And --**
25  A  It's all -- the only thing Mr. Adams said was just

Page 117

1     be honest and tell the truth. If you remember, you
2     remember. If you don't, you don't. He didn't even
3     say nothing about Xavier.
4  Q  **Okay. But as far as the fact that you allegedly**
5    **told police about Long --**
6  A  Show me a statement that I said that he's a
7     murderer. Just show me one more statement, so show
8     me that I said that he, he killed somebody. Show
9     me a statement that I said that he killed somebody.
10    Please. If not, I'm done with this shit like dead
11    end.
12  Q  **That's what I'm trying to learn. When you first,**
13    **when you were first informed that he was --**
14        THE REPORTER: I can't get.
15  A  (Background noise.) I'm not going to go through
16     this shit. I'm going to answer any questions so I
17     can get ready for work. (Background noise.) So
18     no, sir. No, sir. Herschel, please. Herschel.
19     So no, I never heard about Xavier Walker
20     until I heard about that he was also arrested. And
21     I didn't know why he was arrested because I was
22     like damn, in my head, like I said, my truth, I
23     thought he was at home on house arrest. So how
24     could he be arrested for a fucken murder when he
25     was at home on house arrest? That's all I said.

1 Q  Okay. And what was discussed with you and Mr.
2    Adams regarding your statement with the police?
3 A  He said, he said, he asked me what did the police
4    say to me, and I said the same thing I told them.
5    They asked me about Jovanie, and they told me if I
6    don't tell the truth, they was going to give me 99
7    years. And then I was like I don't give an F, of
8    course, because I'm not going to say something that
9    I don't know about.
10        And then my sister and my brother-in-law
11   came and they picked me up from the jail. I wasn't
12   there that long. It was just like a boom, boom,
13   boom, that was it.
14 Q  Okay. And then did Mr. Adams say the police were
15   saying that you gave a statement about Long and/or
16   Walker?
17 A  Absolutely. He told me that. Yes, he did. He
18   told me that they said I gave a statement, and I
19   said where the paperwork then? What did I say?
20   And which is nothing. So we already know that it
21   was a lie anyway. They did that because they
22   wanted to. They did that shit out of Jovanie's
23   background.
24 Q  And did Mr. Adams tell you this sometime around
25   July of 2000?

1 A  Absolutely. Yes, sir.
2 Q  July of 2000?
3 A  Absolutely. No. Not no 2000. 2020.
4 Q  2020?
5 A  Yeah. I didn't tell.
6 Q  I'm sorry. 2020.
7 A  I didn't even know he was a lawyer. I don't know
8    him.
9 Q  Very good. Miss Byrd, I have no other questions.
10   Unless you want to talk about anything else.
11 A  I'm done with you all. Have a blessed day.
12 Q  I appreciate that, Miss Byrd. You have a great
13   day.
14 A  Good day. Good bye.
15       MS. STALF: Wait, we can't let her go
16   yet.
17       MR. OBERTS: Wait, Miss Byrd. Wait.
18       THE WITNESS: What you want now? I have
19   to go to work.
20       MS. STALF: We need to know if you want
21   to review the transcript, Miss Byrd. Or if you
22   want to waive your signature.
23       THE WITNESS: Yes, I do. Mail it to me.
24   You know my address. Mail it to me. Good bye.
25       MS. STALF: We'll have to show the

1    signature is reserved for the court.
2        THE WITNESS: No. Mail it to me. I'm
3    done. Mail it to me. Bye. I got to show the
4    courtroom.
5        MS. STALF: The court reporter will --
6        THE WITNESS: God bless you all. I hope
7    you all get what you all get. Give that boy his 20
8    million and let the other man out of prison because
9    you're all fucked up. Good bye.
10       THE WITNESS: The court reporter will have
11   to make arrangements with you for how you're going
12   to review the transcript.
13       THE WITNESS: I don't give a fuck about a
14   court reporter. How do I get off this shit because
15   I'm still on here?
16       MS. SAMUELS: Press the button that says
17   leave. There should be a red button in the bottom
18   corner that says leave.
19       THE WITNESS: There's a red button that
20   says leave. I'm sick of this shit. Like I got
21   stuff to do. It's been over 20 years. I drink. I
22   smoke weed and all type of shit.
23       THE VIDEOGRAPHER: Krista, can we go off
24   the record?
25       THE WITNESS: Shut up. I'm still fucking

1    talking. Be quiet because I'm still on here.
2    Don't say nothing to nobody until I get the fuck
3    off here. How do you get the fucken -- let me turn
4    the phone off because I can't even get off here.
5    You all my --
6        THE VIDEOGRAPHER: Krista, can we go off
7    the record?
8        MS. STALF: Uhm. Yeah.
9        THE WITNESS: They just, they just like
10   leave me the fuck off.
11       MS. SAMUELS: So you're still on?
12       THE VIDEOGRAPHER: Going off the record
13   at 12:34 p.m. I had to mute her first. Concluding
14   File 2 in the deposition of Hershula Byrd for
15   today.
16       (Whereupon, the proceedings ended at
17       approximately 12:35 p.m.)
18       * * * * *
19
20
21
22
23
24
25

Page 122

```
1    STATE OF WISCONSIN  )
2                        : SS
     OZAUKEE COUNTY      )
3
4
5         I, BETTY K. VANDE BOOM, a Registered
6    Professional Reporter and Notary Public in and for
7    the State of Wisconsin, pursuant to Federal Rules
8    of Civil Procedure, do hereby certify that before
9    the taking of said deposition, the deponent was
10   first duly sworn and that the above and foregoing
11   transcript is a true and correct record of the
12   testimony given by the deponent as reflected by my
13   computerized machine shorthand notes.
14
15        Dated this 8th day of November, 2021.
16
17                      Betty K. Vande Boom
                        _____
18                      Betty K. Vande Boom, RPR
                        Notary Public in and for the
                        State of Wisconsin
19                      My Commission expires:  2-07-24
20
21
22
23
24
25
```

Page 124

```
1                  SIGNATURE PAGE
2
3         I, HERSHULA BYRD, do hereby certify that
4    I have read the foregoing transcript of
5    proceedings, taken on the 4th day of November,
6    2021, via Zoom Teleconference, while I was located
7    at 6204 Eastgate Road, Apartment 6, Monona,
8    Wisconsin, 53716, and the same is true and correct,
9    except for the list of corrections, if any, noted
10   on the annexed errata sheet.
11
12   Dated this _____ day of _____ 2021.
13
14   _____
     Hershula Byrd
15
16
     Subscribed and sworn to before me
17
     this _____ day of _____ 2021.
18
     My Commission Expires:_____
19
20   _____
     Notary Public Signature
21
22
23
24
25
```

Page 123

```
1                READ AND SIGN ERRATA SHEET
2    Witness Name:  Hershula Byrd
     Deposition Date:  November 4, 2021
3    CASE:  Walker v City of Chicago et al
     Reporter:  Betty K. Vande Boom, RPR
4
     Page_____Line_____Change_____
5    Reason_____
     Page_____Line_____Change_____
6    Reason_____
     Page_____Line_____Change_____
7    Reason_____
     Page_____Line_____Change_____
8    Reason_____
     Page_____Line_____Change_____
9    Reason_____
     Page_____Line_____Change_____
10   Reason_____
     Page_____Line_____Change_____
11   Reason_____
     Page_____Line_____Change_____
12   Reason_____
     Page_____Line_____Change_____
13   Reason_____
     Page_____Line_____Change_____
14   Reason_____
     Page_____Line_____Change_____
15   Reason_____
     Page_____Line_____Change_____
16   Reason_____
     Page_____Line_____Change_____
17   Reason_____
     Page_____Line_____Change_____
18   Reason_____
     Page_____Line_____Change_____
19   Reason_____
     Page_____Line_____Change_____
20   Reason_____
     Page_____Line_____Change_____
21   Reason_____
     Page_____Line_____Change_____
22   Reason_____
     Page_____Line_____Change_____
23   Reason_____
     Page_____Line_____Change_____
24   Reason_____
     Page_____Line_____Change_____
25   Reason_____
```

