# EXHIBIT 16

STATEMENT OF

Maurice Wright

Taken May 29-00 at 10:30 PM

At Area 4 Violent Crimes 3151 W. Harrison

Present: ASA Thomas Mahoney
Det. Tony Brzeczynski #224 - Sheriff's Police

This statement taken regarding the Robbery and Fatal Shooting

of Marek Majdak which occurred on May 13-2000

at 1:00 AM at 4721 W. Ohio, Chicago, IL

Page 1 of 7

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

After being advised that Assistant State's Attorney Thomas Mahoney is a lawyer and a prosecutor, and not his lawyer or Johnnie Long's lawyer, Maurice Wright agreed to give the following statement which is a summary and not word for word.

Maurice Wright states that he is 20 years old and his birthday is July 15, 1979. Maurice Wright states that he graduated from Morley High School in Chicago. Maurice Wright states that he can read and write English. Maurice Wright states that he lives at 4653 W. Erie in Chicago with his

Maurice Wright

Det. Brzeczynski #224

Tomy Mahoney

City NK 000086

mother Mary Curry. With his 3 brothers and three sisters. Maurice Wright states that on May 12, 2000 he was at his house in the basement playing 007 video game with Jermie Long, who he calls Vani, BossHog, Shakey and 2 girls Named Taina and 1 girl whose name he doesn't know. Maurice Wright states that they were in his basement at around 11:30 P.M. playing 007 video game. Maurice Wright states that he is a New Breed gang member. Maurice Wright states that Vani is a member of the Imperial Insane Vice Lords and Shakey is a member of the Imperial Insane Vice Lords. Maurice Wright states that Exhibit A is a photo of Jermie Long or Vani and Exhibit B is a photo of Shakey. Maurice Wright states that while they were playing video games there was a conversation about how they used to shoot at other gangs and get stars. Maurice Wright states that Vice Lords get stars for killing other people.

Maurice Wright

ASA Thomas Mahoney
Det. Bogg___

PAGE - 3 of 7

Maurice Wright states that Shakey said he had all five of his stars. Maurice Wright states that Vani said he didn't have any stars. Maurice Wright states that when Vani said this, everyone started to laugh at Vani. Maurice Wright states that this made Vani mad and Vani said "Fuck y'all". Maurice Wright states that he left the house to go to Melvin's house to look for some weed. Maurice Wright states that Vani and Trina stayed at his house all night. Maurice Wright states that he left his house on or off on May 12, 2000 and saw his friend Bubba on Superior and Kilpatrick. Maurice Wright states that Bubba was driving a grey Cutlass and there was a girl in the car. Maurice Wright states that they dropped this girl off at Erie and Cicero and pick up another girl at Erie and Cicero by a school. Maurice Wright states that they drove to Bubba's house just off Laramie. Maurice Wright states

Maurice Wright

ASA Thomas Mahon
Det. Baggio

that he went into Bubba's house and had sex with the girl. Maurice Wright states that after he finished having sex, he told Bubba and Bubba told him to wait in the car. Maurice Wright states that he went back to the grey cutlass. Maurice Wright states that he was in the grey cutlass at about 1:00 or 1:00 AM on May 13, 2000. Maurice Wright states that Voni and Zay pulled up in a Dark Taurus. Maurice Wright states that Zay said "This crazy mother fucker just shit a mother fucking" Maurice Wright states that Voni pulled Zay out of the car. Maurice Wright states that Voni said "guess what I got" and Voni showed him a $100 dollar and 2-$50 bills. Maurice Wright states Voni asked him if he wanted any money and Maurice told Voni he needed the money to get out of town. Maurice Wright states that Voni cried and hugged him. Maurice Wright states

Maurice Wright

ASA Thomas Maloy
Det. Brzezinski #___

PAGE - 5 - of 7

that him, Zay and Voni got into the Taurus and drove to Maurice Wright's house on Erie. Maurice Wright states that Voni and Zay stayed at his house and Maurice walked from his house to Cicero and Ohio where he saw police and saw blood on the sidewalk. Maurice Wright states he walked back home and went in the house and walked in the house with Voni and Zay. Maurice Wright states they all went to sleep. Maurice Wright states that Voni and Zay woke him up around 11:00 AM on May 13, 2000. Maurice Wright states the Voni told him that he threw the gun down on railroad tracks by Chicago Avenue. Maurice Wright states that Voni told him Zay was with him when TRM: A.M. he threw the gun on the tracks. Maurice Wright states that Voni told him about the shooting of the white guy early in the morning of May 13, 2000. Maurice Wright states Voni said that the white guy pulled in a van and asked for

Maurice Wright           ASA Thomas M_____
                         Det. B_____

"blows". Maurice Wright states that "blows" is a street term for heroin. Maurice Wright states that Voni told him that Voni grabbed money out of the white guy's hand. Maurice Wright states Voni said he told the white guy "Fuck you jip." Maurice Wright states that Voni told him the white guy got out of the van and swung on him. Maurice Wright states that Voni told him he punched the white guy and knocked him down. Maurice Wright states that Voni told him he pulled out a .45 automatic pistol and shot the guy once in the head. Maurice Wright states that Zay was present for the entire conversation. Maurice Wright states that Exhibit C is a photo of Zay.

Maurice Wright states that he has been treated well by the police and by Assistant States Attorney Mahoney. Maurice Wright that he smoked cigarettes and used the washroom when he needed to. Maurice Wright states that he slept whenever he wanted to while he has been at the police station. Maurice Wright states that he was given food to eat and pop to drink at the police station. Maurice Wright states that Nobody promised

Det. Boggio #204 / ASA Thomas Mahoney    Maurice Wright

him anything in exchange for this statement and he is giving this statement voluntarily. Maurice Wright states that nobody threatened him or abused him in any way. Maurice Wright states that he is free from the effects of drugs or alcohol. Maurice Wright states Exhibit D is a photo of Shakey and Exhibit E is a photo of Boss Hog.

Maurice Wright
ASA Thomas Mahoney
Det. Bryzinski

Maurice Wright states that he can read and write English and demonstrated this by reading the first paragraph of page 1 aloud to ASA Mahoney. Maurice Wright states that ASA Mahoney then read the rest of this seven page statement aloud to him. Maurice Wright states that he signed each page and ASA Mahoney and Detective Bryzinski signed each page. Maurice Wright states that he made any changes and corrections that he wanted to make.

ASA Thomas Mahoney
Det. Bryzinski

Maurice Wright