# EXHIBIT 17

```
 1    IN RE:   JOHN DOE INVESTIGATION

 2

 3                              GJ# 852

 4

 5          BEFORE THE GRAND JURY OF COOK COUNTY

 6

 7                            MAY 2000

 8

 9

10            TRANSCRIPT OF TESTIMONY TAKEN IN THE

11   ABOVE ENTITLED MATTER ON THE 30TH DAY OF MAY A.D.,

12   2000.

13

14

15            PRESENT:   MR. LUKE SHERIDAN
                         ASSISTANT STATE'S ATTORNEY
16

17                       REPORTED BY ANNETTE E. FAKLIS
                         CERTIFIED SHORTHAND REPORTER
18                       ILLINOIS LICENSE NO. 084 002318

19

20   LIST OF WITNESSES:

21   MAURICE WRIGHT

22

23

24
```

Plaintiff Xavier Walker 004084

Plaintiff Xavier Walker 004085

2

1       THE FOREPERSON: Would you raise your right hand,
2 please.
3                 (Witness duly sworn.)
4       MR. SHERIDAN: I am Assistant State's
5 Attorney Luke Sheridan of the Homicide Sex Unit. I am
6 appearing on Grand Jury Number 852, which is a John Doe
7 Investigation relating to the murder of Marek Majdak
8 which occurred on May 13 the year 2000.
9       We are not seeking an indictment at this
10 time.
11       At this time, I ask leave to call
12 Maurice Wright.
13       The Grand Jury does have the right to
14 subpoena and question any person against whom the
15 State's Attorney is seeking a Bill of Indictment, or
16 any other person, and to obtain and examine any
17 documents or transcripts relevant to the matter being
18 prosecuted by the State's Attorney.
19                 MAURICE WRIGHT
20 having been first duly sworn, was examined and
21 testified as follows:
22                 EXAMINATION
23 BY MR. SHERIDAN:
24     Q. Please state your name for the record.

```
1    A.   Maurice Wright, last name W-r-i-g-h-t.
2    Q.   And how old are you?
3    A.   I am 20.
4    Q.   And what is your date of birth?
5    A.   [redacted]
6    Q.   Where do you live?
7    A.   4653 West Erie.
8    Q.   Who do you live there with?
9    A.   My mother and sister.
10   Q.   What's your mother's name?
11   A.   Mary Curry.
12   Q.   And, Maurice, did you graduate high school?
13   A.   Yes.
14   Q.   What high school was that?
15   A.   Manley.
16   Q.   I am going to direct your attention to the
17 early morning hours of May 13, the year 2000.  And I
18 am going to ask you specifically sometime between 1:30
19 and 2:00, were you sitting in a car outside of a friend
20 of yours, Bubba's house?
21   A.   Yes.
22   Q.   And as you were sitting in that car, did
23 anybody drive up to you?
24   A.   Yes.
```

```
 1      Q.   And at that time that the vehicle drove up,
 2   did you know who was in the car?
 3      A.   No.
 4      Q.   Did anyone get out of the car and approach
 5   you?
 6      A.   Yes.
 7      Q.   Did you see who that was?
 8      A.   Yes.
 9      Q.   Who was it?
10      A.   Zay.
11      Q.   Are you referring to Xavier?
12      A.   Yes.
13      Q.   Do you know Xavier's last name?
14      A.   No.
15      Q.   Do you know his last name to be Walker?
16      A.   I am not sure.
17      Q.   You are not sure?
18      A.   Right.
19      Q.   When Zay approached you, was he alone or was
20   anyone with him?
21      A.   He was with Jovanie.
22      Q.   And, Jovanie, do you know Jovanie's last
23   name?
24      A.   No.
```

```
1      Q.    And does Jovanie go by any other nicknames?
2      A.    G Man.
3      Q.    Do you ever call him Vani?
4      A.    Yes.
5      Q.    So Vani would be a nickname of his?
6      A.    Yes.
7      Q.    When Zay came up to your car, did he open the
8  car or how did he talk to you?
9      A.    He opened the car and woke me up and said
10 this crazy mother fucker just shot a mother fucker.
11     Q.    Was he pointing to anybody when he said that?
12     A.    Yes.
13     Q.    Do you know who was he referring to when he
14 said that?
15     A.    That's when Vani had pulled him up and said
16 let me holler at my man.
17     Q.    So Zay came up to you and started talking to
18 you?
19     A.    Yes.
20     Q.    When Zay said this crazy mother just shot a
21 mother fucker what did Vani do?
22     A.    Pulled him up out of the car.
23     Q.    Out of what?
24     A.    The car.
```

Plaintiff Xavier Walker 004088

```
 1      Q.    Out of the car that you were in?
 2      A.    Yes.
 3      Q.    What did Vani do after he did that?
 4      A.    He said, he showed me the money and showed me
 5   a 100 and two 50's.
 6      Q.    Vani did that?
 7      A.    Yes.
 8      Q.    Did Vani say anything when he showed you
 9   that?
10      A.    He said do you want some money?
11      A.    I said no, you need that shit to get out of
12   town.
13      Q.    Why did you say that?
14      A.    Because Zay had told me he had already shot a
15   person.
16      Q.    After Vani and Zay came up to you while you
17   were in the Cutlass, did you eventually leave with Vani
18   and Zay?
19      A.    Yes.
20      Q.    And where did you and Vani and Zay go to?
21      A.    To my house.
22      Q.    After getting to your house, did you walk
23   around the area?
24      A.    Yes.
```

```
1     Q.    And did you walk around the area?
2     A.    Yes, I walked from Erie to Central to Ohio.
3     Q.    Did you see anything unusual when you were
4  walking around the area?
5     A.    I seen the police out there and I seen some
6  blood on the ground.
7     Q.    Where did you see the police?
8     A.    On the right-hand side.
9     Q.    Of what street?
10    A.    Ohio.
11    Q.    What were you thinking when you saw the
12 police and the blood there?
13    A.    That is when I believed that Jovanie was
14 telling the truth.
15    Q.    Now, when you walked around the area, did you
16 then go back to your house?
17    A.    Yes.
18    Q.    And did you fall asleep then?
19    A.    Yes.
20    Q.    The next morning or later on that morning,
21 did you have an opportunity to wake up?
22    A.    They woke me up.
23    Q.    Who woke you up when you say they?
24    A.    Vani woke me up.
```

```
 1      Q.   Was anyone with Vani when he woke you up?
 2      A.   Zay.
 3      Q.   Where do you sleep at your house?
 4      A.   In the back room and they slept in the front
 5  that night.
 6      Q.   Was anyone else in your room when Vani and
 7  Zay woke you up?
 8      A.   No, there wasn't.
 9      Q.   When Vani and Zay woke you up, did you have a
10  conversation with both of those guys?
11      A.   Just Vani had told me that we had to walk
12  down the train station and we threw the gun towards
13  Chicago Avenue.
14      Q.   When Vani was telling you, was Zay present as
15  well?
16      A.   Yes.
17      Q.   Was he saying anything?
18      A.   No.
19      Q.   What was he doing?
20      A.   Like he was stuck.
21      Q.   Stuck?
22      A.   Like he was just still, like he couldn't say
23  nothing out of his mouth.
24      Q.   When Vani said that they had walked down the
```

```
 1   railroad tracks, he said something about walking down
 2   the railroad tracks?
 3       A.   Yes.
 4       Q.   What did he say?
 5       A.   He said he threw the gun towards Chicago
 6   Avenue.
 7       Q.   And did Vani say who he was with when he did
 8   this?
 9       A.   He said him and Zay was together.
10       Q.   Did Vani tell you anything more as he related
11   about the incident the night before, the shooting?
12       A.   Yes.
13       Q.   What did Vani tell you?
14       A.   He told me that him and the white person,
15   they was struggling over the money, and the white
16   person had got out the driver's side of his car and hit
17   Vani.
18       Q.   Did Vani say anything about what he did after
19   the white guy hit him?
20       A.   He struck him back.
21       Q.   And what did Vani tell you next?
22       A.   Then he said the person had fell on the
23   ground, and that's when he had pulled out the .45.
24       Q.   That is when who did that?
```

Plaintiff Xavier Walker 004092

```
 1       A.   Vani pulled out the .45 and shot him in the
 2  head.
 3       Q.   Did he say why he shot the white guy in the
 4  head?
 5       A.   No.
 6       Q.   Did he say what he was doing in the first
 7  place with the white guy, why he was with the white guy
 8  in the first place?
 9       A.   The white person wanted some blows and
10  heroin.
11       Q.   What was Vani going to do when the white guy
12  asked for the blows?
13       A.   Take the money.
14       Q.   Did Vani tell you anything about that?
15       A.   No.
16       Q.   He just told you what happened afterwards?
17       A.   Yes.
18       Q.   After you had this conversation with Vani at
19  which point Zay was also present, did those guys leave
20  your house?
21       A.   Zay went one way and Vani went the other
22  way.  They had went to go get a pack of some heroin.
23       Q.   Have you seen Vani or Zay since you talked to
24  them after they woke you up that morning?
```

Plaintiff Xavier Walker 004093

```
 1      A.   No.
 2      Q.   Now, Maurice, you had a chance to speak with
 3 an assistant state's attorney previously before coming
 4 down and talking to me, is that correct?
 5      A.   Yes.
 6      Q.   While you were at the police station?
 7      A.   Yes.
 8      Q.   And that statement was written down in
 9 writing, is that correct?
10      A.   Yes.
11      Q.   And you can read and write English, is that
12 correct?
13      A.   Yes.
14      Q.   I am going to show you what's been marked as
15 People's Exhibit No. 1 for identification.  Do you
16 recognize this document?
17      A.   Yes.
18      Q.   And what do you recognize it to be?
19      A.   To be when I was at the police station around
20 11:30, and they was writing it down.
21      Q.   There is the statement that they wrote down?
22      A.   Yes.
23      Q.   Does this statement appear to be in the
24 statement condition as it was when it was written down?
```

1   A.   Yes.

2   Q.   Does your signature appear at the bottom of
3   each page?

4   A.   Yes.

5   Q.   On each page, does your signature appear?

6   A.   Yes.

7   Q.   While you were at the police station, did
8   anyone threaten you or promise you anything in return
9   for this statement that was given?

10  A.   No.

11  Q.   And how did the police and state's attorneys
12  treat you while you were at the police station?

13  A.   They fed me good, I kept cigarettes.

14  Q.   Now, you came down here this morning, is that
15  correct?

16  A.   Right.

17  Q.   And you had an opportunity to meet with me
18  before you came here and testified before the Grand
19  Jury; is that correct?

20  A.   Yes.

21  Q.   Did I introduce myself to you as a lawyer and
22  state's attorney but not your lawyer?

23  A.   Yes.

24  Q.   And did I explain to you what a state's

1 attorney did?

2  A. Yes.

3  Q. Since you have been down here today, how have

4 you been treated?

5  A. Fairly.

6  Q. Has anyone threatened you or promised you

7 anything in return for your testimony before the Ladies

8 and Gentlemen of the Grand Jury?

9  A. No.

10  Q. Are you under the influence of any drugs or

11 alcohol?

12  A. No.

13  Q. Were you under the influence of any drugs or

14 alcohol at the time that you gave your statement at the

15 police station?

16  A. No.

17          (Witness excused.)

18          (Investigation continues.)

19

20

21

22

23

24

Plaintiff Xavier Walker 004096

```
1   STATE OF ILLINOIS )
2                     ) SS:
3   COUNTY OF C O O K )
4
5
6            I, ANNETTE E. FAKLIS, a Certified
7   Shorthand Reporter licensed to practice in the
8   State of Illinois, do hereby certify that I
9   reported in shorthand the proceedings had in the
10  hearing of the above entitled cause; that I
11  thereafter caused the foregoing to be transcribed
12  into typewriting, which I hereby certify is a true
13  and accurate transcript of the proceedings had
14  before the Grand Jury of Cook County.
15
16                          [signature] Annette E. Faklis
17                          ANNETTE E. FAKLIS, CSR
18
19
20
21
22
23
24
```