# EXHIBIT 18

```
 1   IN RE:   JOHN DOE INVESTIGATION

 2

 3                              GJ# 852

 4

 5           BEFORE THE GRAND JURY OF COOK COUNTY

 6

 7                           MAY 2000

 8

 9

10           TRANSCRIPT OF TESTIMONY TAKEN IN THE

11   ABOVE ENTITLED MATTER ON THE 30TH DAY OF MAY A.D.,

12   2000.

13

14

15         PRESENT:  MR. LUKE SHERIDAN
                    ASSISTANT STATE'S ATTORNEY
16

17         REPORTED BY ANNETTE E. FAKLIS
           CERTIFIED SHORTHAND REPORTER
18         ILLINOIS LICENSE NO. 084 002318

19

20   LIST OF WITNESSES:

21   MARRY CURRY

22

23

24
```

```
 1       THE FOREPERSON:  Would you raise your right hand,
 2  please.
 3                  (Witness duly sworn.)
 4       MR. SHERIDAN: I am Assistant State's Attorney
 5  Luke Sheridan of the Homicide Sex Unit.  I am
 6  appearing on Grand Jury Number 852, which is a John Doe
 7  Investigation relating to the murder of Marek Majdek
 8  which occurred on May 13, 2000.
 9            We are not seeking an indictment at this
10  time.
11            At this time I ask leave to call
12  Mary Curry.
13            The Grand Jury does have the right to
14  subpoena and question any person against whom the
15  State's Attorney is seeking a Bill of Indictment, or
16  any other person, and to obtain and examine any
17  documents or transcripts relevant to the matter being
18  prosecuted by the State's Attorney.
19                  MARY CURRY
20  having been first duly sworn, was examined and
21  testified as follows:
22                  EXAMINATION
23  BY MR. SHERIDAN:
24       Q.   Please state your name for the record.
```

```
 1      A.    Mary Curry, C-u-r-r-y.
 2      Q.    I am going to ask you some questions about
 3  some incidents that occurred in the early morning hours
 4  on the 13th of May the time between 1:00 o'clock and
 5  1:30 in the morning, do you remember where you were?
 6      A.    Sitting in my dining room.
 7      Q.    Were you alone?
 8      A.    I was with my god daughter and her sister.
 9      Q.    What are their names?
10      A.    Ashanti and Jamaica.
11      Q.    What were the three of you doing?
12      A.    Playing spades.
13      Q.    While you were playing spades, did anything
14  usual happen?
15      A.    I heard a gunshot.
16      Q.    When you heard that gunshot, could you tell
17  where that gunshot was coming from?
18      A.    It sounded like it was right by the door
19  between the two houses.
20      Q.    And after you heard that shot, did you go
21  anywhere to investigate the shot?
22      A.    Yes, we started downstairs and got scared and
23  run back upstairs.
24      Q.    Why were you going to go downstairs?
```

1   A. I figured that Jovanie's brother be at my
2 house playing with a video game in the basement and I
3 didn't know whether he had a gun. So we were going to
4 investigate.
5   Q. Now, you said you went down one time to the
6 basement and didn't make it all the way down?
7   A. Yes.
8   Q. Did you ever go back down to the basement
9 again?
10  A. Yes.
11  Q. How much later?
12  A. Between 4 to 5 minutes.
13  Q. At that time when you went to the basement,
14 did you go all the way down?
15  A. Yes.
16  Q. When you went to the basement that time, did
17 you see anyone down in the basement?
18  A. No one.
19  Q. Did you check the whole basement?
20  A. Yes.
21  Q. And after you checked the basement this time,
22 did you go back upstairs?
23  A. Yes.
24  Q. And when you went to check the basement, did

```
 1   Jamaica and Ashanti go down with you?
 2        A.    Yes.
 3        Q.    Did all three of you then go back upstairs
 4   when you searched the basement?
 5        A.    Yes.
 6        Q.    While the three of you were upstairs after
 7   searching the basement, did you hear some noises later
 8   on?
 9        A.    Yes.
10        Q.    Could you tell from where the noises were
11   coming from?
12        A.    Out of my basement.
13        Q.    When you you heard noises in the basement,
14   did you go back downstairs?
15        A.    Yes.
16        Q.    When you went back down, did you go back down
17   with anyone else?
18        A.    Jamaica and Ashanti.
19        Q.    When you went back downstairs this time, did
20   you see anyone in there?
21        A.    Yes.
22        Q.    Who did you see?
23        A.    Jovanie.
24        Q.    Do you know Jovanie's last name?
```

```
1    A.   Long.
2    Q.   And how long have you known Jovanie?
3    A.   A little over a year.
4    Q.   And do you know if Jovanie has any nicknames?
5    A.   No, we just call him Vani.
6    Q.   So Vani would be a nickname for him?
7    A.   Yes.
8    Q.   Do you call him Vani or Jovanie?
9    A.   Vani.
10   Q.   Do you want me to refer to him as Vani?
11   A.   Yes.
12   Q.   When you saw Vani in the basement, what was
13 he doing?
14   A.   Putting his shirt on.
15   Q.   Could you see where he was coming from?
16   A.   Out the bathroom.
17   Q.   And could you describe for the Ladies and
18 Gentlemen of the Grand Jury how Vani appeared when you
19 saw him?
20   A.   Like he was scared.  He was prancing and his
21 eyes were real glossy like real nervous.
22   Q.   When you saw that it was Vani down in the
23 basement, what did you and Ashanti and Jamaica do?
24   A.   We went back upstairs.  And he come upstairs
```

```
 1  behind us.
 2      Q.  After Vani came back upstairs, did Vani and
 3  Jamaica and Ashanti go anywhere?
 4      A.  Yes.
 5      Q.  Do you know where they went?
 6      A.  Yes.
 7      Q.  Where were they going to go to?
 8      A.  Over on Ohio.
 9      Q.  What were they going to go do?
10      A.  They was going to go over there.
11      Q.  Were they going to go to the store to get
12  some cigarettes?
13      A.  They went to the store to get cigarettes
14  first and walked back down Ohio Street.
15      Q.  Now, when Jamaica and Ashanti, when they came
16  back from walking with Vani, did you see if Vani came
17  back inside your house?
18      A.  He didn't come back.
19      Q.  Did you see what Vani did when he came back
20  to the area of your house?
21      A.  Yes.
22      Q.  What did he do?
23      A.  Flagged down Zay and got in the car with him.
24      Q.  Do you know Xavier's last name?
```

```
1    A.   No.
2    Q.   Do you know if his name is Xavier Walker?
3    A.   No.
4    Q.   How long have you known Zay for?
5    A.   About 6 months.
6    Q.   When Vani got in the car with Zay, was anyone
7  else in the car?
8    A.   Yes.
9    Q.   And could you tell how many people were in
10 the car?
11   A.   It was already counting three already in
12 there before Vani got in there.
13   Q.   What did that car do after Vani got in the
14 car?
15   A.   Pulled out.
16   Q.   Now, Mary was that the last time that you
17 heard or saw Jovanie and Zay that night?
18   A.   No.
19   Q.   When did you next hear or see Jovanie or Zay?
20   A.   It was about a half hour, 45 minutes later.
21   Q.   And who did you hear?
22   A.   Jovanie and Zay.
23   Q.   What were they doing when you heard them?
24   A.   Standing at the front door.
```

Plaintiff Xavier Walker 004112

```
 1      Q.    And what were they doing standing at the
 2   front door?
 3      A.    Trying to get Shante to come out there.
 4      Q.    How were they trying to get Shante to come
 5   out?
 6      A.    Kept calling her to the door to get so she
 7   could ride in the car with Zay.
 8      Q.    When you say Shante, are you referring to
 9   Ashanti?
10      A.    Yes.
11      Q.    And that is Ashanti Wright, is that correct?
12      A.    Yes.
13      Q.    Now, did you hear both Jovanie and Zay
14   talking?
15      A.    Yes.
16      Q.    And what was it that you heard Jovanie say?
17      A.    He told Shante, he said Zay wants you.
18   He wants you to go around the corner with him.
19   And she said no, I am not going around there.
20      Q.    Did Jovanie say why Zay wanted her to go
21   around the corner?
22      A.    So he could wipe the fingerprints off the
23   van.
24      Q.    What van were they referring to?
```

Plaintiff Xavier Walker 004113

```
 1    A.   That man van.
 2    Q.   Which man was that?
 3    A.   The dead man van.
 4    Q.   Did Shante go with them?
 5    A.   No.
 6    Q.   Did she say whether or not she would go?
 7    A.   She said she wasn't going.
 8    Q.   Did she say why?
 9    A.   She said they ain't going to get her hooked
10 up in that stuff.
11    Q.   Later on in the morning of the 13th of May,
12 did you have a conversation with Shante?
13    A.   Yes.
14    Q.   And did Shante tell you anything as they
15 related to that dead man in the van?
16    A.   She say mama, Jovanie kill the man.
17    Q.   Did did she tell you how she knew?
18    A.   Yes.
19    Q.   What did she tell you?
20    A.   That Vani was telling her and her sister.
21    Q.   Now, Mary, little later on in the morning
22 after you had an opportunity to wake up and get ready
23 for work, did you have an opportunity to have a
24 conversation with Jovanie?
```

```
 1      A.    Yes.
 2      Q.    And where did that conversation take place?
 3      A.    Upstairs.
 4      Q.    In your home?
 5      A.    Yes.
 6      Q.    And was anyone else present with you when
 7  were you speaking to Jovanie?
 8      A.    No.
 9      Q.    And do you remember when that conversation
10  took place?
11      A.    Yes.
12      Q.    About what time?
13      A.    It was about 12:00.
14      Q.    And what did you say to Jovanie and what did
15  Jovanie say to you?
16      A.    He was going in the bathroom and I told him
17  when you come out of the bathroom I want to talk to
18  you.
19      Q.    When he came out of the bathroom, did he go
20  and talk to you?
21      A.    Yes.
22      Q.    What did you say to him at that point?
23      A.    I asked him how in the hell could he take
24  somebody life for their own damn money.
```

1   Q.   What were you referring to when you said
2  this?
3   A.   When he robbed that man.
4   Q.   What man are you talking to?
5   A.   That dead man.
6   Q.   The white man over on Ohio?
7   A.   Yes.
8   Q.   Did Jovanie say anything to you when you said
9  that to him?
10  A.   He said he didn't mean to kill him, that he
11 wouldn't let his money go.
12  Q.   When Jovanie said he wouldn't let his money
13 go, who was he referring to?
14  A.   The man.
15  Q.   The white man?
16  A.   Uh-huh.
17  Q.   Did Jovanie say anything else to you about
18 the incident?
19  A.   Yes, he said he was sorry he killed him.
20  Q.   Now, Mary, while you were talking to Jovanie,
21 did he show you any money?
22  A.   Yes, he tried to give me $100 bill.
23  Q.   And what did you do or say?
24  A.   I told him I don't want that money, you

Plaintiff Xavier Walker 004116

1  probably need your own money.
2      Q.   Did he say where he got the money from?
3      A.   No.
4      Q.   And did Jovanie tell you why he shot that
5  man?
6      A.   He said he wouldn't let his money go.
7      Q.   Before you went to work, after you were
8  finishing up the conversation with Jovanie, did you
9  tell him about whether or not he was welcome in your
10 home anymore?
11     A.   I told him he had to go because I didn't want
12 that shit around my kids.
13     Q.   Now, Mary, does Ashanti and Maurice and
14 Jamaica, do they call you anything besides Mary?
15     A.   They call me mama.
16     Q.   Now, Mary, you had an opportunity to meet
17 with an assistant state's attorney over at Area 4 at
18 the police station?
19     A.   Yes.
20     Q.   And you had an opportunity to tell the police
21 and assistant state's attorney facts as you knew them
22 about the shooting, is that correct?
23     A.   Yes.
24     Q.   And those facts that you told the police,

Plaintiff Xavier Walker 004117

```
 1   were those written down?
 2       A.   Yes.
 3       Q.   And were those written down in a statement
 4   form?
 5       A.   Yes.
 6       Q.   And did you have an opportunity to read and
 7   review that statement?
 8       A.   Yes.
 9       Q.   And you can read and write English, is that
10   correct?
11       A.   Yes.
12       Q.   I am going to show you what's marked as
13   People's Exhibit Number 1 for identification.  Do you
14   recognize this?
15       A.   Yes.
16       Q.   And is that the statement that was prepared
17   regarding the facts that you related to the police and
18   assistant state's attorney?
19       A.   Yes.
20       Q.   And does your signatures appear on each page
21   of that statement?
22       A.   Yes.
23       Q.   And is that statement in substantially the
24   same form as it was when it was written down?
```

1   A.   Yes.

2   Q.   Now, Mary, while you were at the police
3   station, how did the police treat you?

4   A.   They were nice.

5   Q.   And how did the assistant state's attorney
6   treat you while you were at the police station?

7   A.   She was nice.

8   Q.   When you were at the station, did anyone
9   threaten you or promise you anything in return to give
10  the facts that you told the assistant state's attorney?

11  A.   No, no, no.

12  Q.   When you came down to the building today, you
13  had an opportunity to meet with me earlier this
14  morning, is that correct?

15  A.   Yes.

16  Q.   And I introduced myself to you as an
17  assistant state's attorney, is that correct?

18  A.   Yes.

19  Q.   And I explained to you what an assistant
20  state's attorney did?

21  A.   Yes.

22  Q.   That I was a lawyer, prosecutor, and not your
23  lawyer?

24  A.   Yes.

Plaintiff Xavier Walker 004119

1   Q. And not the lawyer for Xavier Walker and
2 Jovanie Long, is that correct?
3   A. Yes.
4   Q. And I wasn't the lawyer for Ashanti or
5 Maurice?
6   A. Right.
7   Q. Now, has anyone threatened you or promised
8 you anything today in return for your statement before
9 the Ladies and Gentlemen of the Grand Jury?
10  A. No.
11  Q. And are you under the influence of any drugs
12 or alcohol now?
13  A. Oh, no, I don't even drink.
14  Q. How have I treated you since you have been
15 down here today?
16  A. Nice.
17      MR. SHERIDAN: Any questions?
18          (No response.)
19          (Witness excused.)
20          (Investigation continues.)
21
22
23
24

```
 1   STATE OF ILLINOIS )
 2                     ) SS:
 3   COUNTY OF C O O K )
 4
 5
 6              I, ANNETTE E. FAKLIS, a Certified
 7   Shorthand Reporter licensed to practice in the
 8   State of Illinois, do hereby certify that I
 9   reported in shorthand the proceedings had in the
10   hearing of the above entitled cause; that I
11   thereafter caused the foregoing to be transcribed
12   into typewriting, which I hereby certify is a true
13   and accurate transcript of the proceedings had
14   before the Grand Jury of Cook County.
15
16                            *Annette E. Faklis*
17                            ANNETTE E. FAKLIS, CSR
18
19
20
21
22
23
24
```