# EXHIBIT 19

1



```
1    IN RE:  JOHN DOE INVESTIGATION

2

3                          GJ# 852

4

5         BEFORE THE GRAND JURY OF COOK COUNTY

6

7                      MAY 2000

8

9

10            TRANSCRIPT OF TESTIMONY TAKEN IN THE

11   ABOVE ENTITLED MATTER ON THE 30TH DAY OF MAY A.D.,

12   2000.

13

14

15         PRESENT:  MR. LUKE SHERIDAN
                     ASSISTANT STATE'S ATTORNEY
16

17              REPORTED BY ANNETTE E. FAKLIS
                CERTIFIED SHORTHAND REPORTER
18              ILLINOIS LICENSE NO. 084 002318

19

20   LIST OF WITNESSES:

21   ASHANTI WRIGHT

22

23

24
```

Plaintiff Xavier Walker 004054

1        THE FOREPERSON:  Would you raise your right hand,

2  please.

3                        (Witness duly sworn.)

4        MR. SHERIDAN: I am Assistant State's Attorney

5  Luke Sheridan of the Homicide Sex Unit.

6        I am appearing on Grand Jury Number 852,

7  which is a John Doe Investigation relating to the

8  murder of Marek Majdek which occurred on May 13, the

9  year 2000.

10       We are not seeking an indictment at this

11  time.

12       At this time, I ask leave to call

13  Ashanti Wright.

14       The Grand Jury does have the right to

15  subpoena and question any person against whom the

16  State's Attorney is seeking a Bill of Indictment, or

17  any other person, and to obtain and examine any

18  documents or transcripts relevant to the matter being

19  prosecuted by the State's Attorney.

20                        ASHANTI WRIGHT

21  having been first duly sworn, was examined and

22  testified as follows:

23                        EXAMINATION

24  BY MR. SHERIDAN:

3

1    Q.    Ashanti, state your name, spell your last
2  name for the record.
3    A.    Ashanti Wright, W-r-i-g-h-t.
4    Q.    How old are you?
5    A.    20.
6    Q.    And where do you live?
7    A.    4653 West Erie.
8    Q.    Who do you live there with?
9    A.    Mary Curry and Maurice Wright.
10   Q.    And Mary Curry, does she have a nickname?
11   A.    Mama.
12   Q.    And what about Maurice?
13   A.    Boo Boo.
14   Q.    And, Ashanti, did you attend high school?
15   A.    Yes.
16   Q.    What high school did you attend?
17   A.    Westinghouse Vocational High School.
18   Q.    How far did you go?
19   A.    Junior year.
20   Q.    And what is your date of birth?
21   A.    ████████
22   Q.    I am going to ask you some questions about
23  the early morning hours of May 13, 2000.   Between 1:00
24  and 1:30 on May 13 the year 2000, do you remember where

1    you were?

2        A.    I was home.

3        Q.    Who were you home with?

4        A.    Mama and my sister.

5        Q.    What's your sister's name?

6        A.    Jamaica Wright.

7        Q.    And what were the three of you doing?

8        A.    Playing spades.

9        Q.    While you were playing spades, did anything

10   unusual happen?

11       A.    We heard a gunshot.

12       Q.    When you heard that shot, could you tell

13   where it was coming from?

14       A.    Sounds like it came from the gangway.

15       Q.    When you heard that shot, did you go anywhere

16   to investigate the shot?

17       A.    We went in the basement to check on Timmy.

18       Q.    Why did you go there?

19       A.    To check on Timmy.

20       Q.    Who is Timmy?

21       A.    Jovanie younger brother.

22       Q.    When you say Jovanie, what's Jovanie's last

23   name?

24       A.    I think it is Long.

5

```
 1       Q.    And does Jovanie go by any nickname?

 2       A.    Vani.

 3       Q.    Now, when you went down to check on Timmy,

 4  where did you go?

 5       A.    In the basement.

 6       Q.    And did you go down in the basement?

 7       A.    I was on the main step, second step from the

 8  bottom.

 9       Q.    Who went down in the basement all the way?

10       A.    Mama.

11       Q.    Did Mama check the basement?

12       A.    Yes.

13       Q.    Did you guys see anyone in the basement?

14       A.    Nobody was down there.

15       Q.    Nobody was down there?

16       A.    No.

17       Q.    And after Mama checked the basement and there

18  was no one down there, did the three of you go back

19  upstairs?

20       A.    Yes.

21       Q.    And when you were upstairs, did you hear any

22  noises later?

23       A.    We heard a noise coming from the basement and

24  that was about 5 or 10 minutes later.
```

Plaintiff Xavier Walker 004058

1      Q.    About 5 or 10 minutes later from when you

2    last checked?

3      A.    Yes.

4      Q.    When you heard those noises in the basement,

5    did you guys go back down to check?

6      A.    Yes.

7      Q.    And did both Mama and Jamaica go with you

8    this time?

9      A.    Yes.

10     Q.    And when you went down to the basement on

11   this occasion to check on the noises, did you see

12   anyone in the basement?

13     A.    Vani was standing there.

14     Q.    And what was Vani doing when you saw him down

15   there?

16     A.    He was going to the bathroom.

17     Q.    Was he fully dressed?

18     A.    He had on pants but no shirt.

19     Q.    How did Vani look when you saw him down

20   there, describe how he was acting?

21     A.    Acting nervous.

22     Q.    And when you saw that it was Vani down in the

23   basement, did you Mama and Jamaica then go back

24   upstairs?

1     A.   Yes.

2     Q.   And did Vani come back upstairs as well?

3     A.   Yes.

4     Q.   When Vani came back upstairs, did you, Vani

5 and Jamaica eventually leave the house to go down to

6 get some cigarettes?

7     A.   Yes.

8     Q.   Prior to leaving to go get cigarettes, did

9 you notice any marks on Vani?

10    A.   His neck was scratched.

11    Q.   Now, as you were walking to go get the

12 cigarettes, did you have a conversation with Vani about

13 those scratches?

14    A.   Yes, I did.

15    Q.   And what did Vani say to you?

16    A.   He said that if anyone asked where the

17 scratches came from to say I did.

18    Q.   Did you ask why you were supposed to say

19 that?

20    A.   I never asked.

21    Q.   Now, as you were coming back from going to

22 the store to get the cigarettes, did you have an

23 opportunity to walk down Ohio?

24    A.   Yes.

1      Q.    And what did you see when you were walking

2  down Ohio?

3      A.    We saw a man laying on the street on the

4  sidewalk.

5      Q.    Describe that man.

6      A.    I really didn't see him.   All I could see is

7  he was white.

8      Q.    And did the police say anything to you as

9  were you walking down the street?

10      A.    Yes, he asked us if anybody could identify

11  him.   And we told him we didn't know nobody.    So he

12  ask the other girl that was walking with us.

13      Q.    Another girl other than Jamaica and yourself?

14      A.    Yes.

15      Q.    Did you know that girl's name?

16      A.    I didn't know her.

17      Q.    Now, did you, Vani and Jamaica then continue

18  to walk back to your home?

19      A.    Yes.

20      Q.    When you got back to your house, did Vani

21  come back inside your house at that point?

22      A.    No.

23      Q.    What did he do?

24      A.    He got in the car with Zay.

```
1       Q.    Now, you are referring to Xavier?

2       A.    Yes.

3       Q.    Do you know Xavier's last name?

4       A.    No.

5       Q.    Have you heard him being referred to as

6   Xavier Walker?

7       A.    No.

8       Q.    How long have you known Jovanie?

9       A.    Since last summer.

10      Q.    How long have you known Xavier?

11      A.    Since about a month ago when I moved back

12  home.

13      Q.    Now, when Vani got in the car with Zay, was

14  there anybody in Zay's car?

15      A.    Two other people.

16      Q.    When Vani got in that car, did the car drive

17  off?

18      A.    Yes.

19      Q.    And is that the last time that you saw either

20  Zay or Vani in the early morning hours of the 13th of

21  May?

22      A.    No.

23      Q.    When did you next see Zay or Vani?

24      A.    When they came back from picking Boo Boo up.
```

Plaintiff Xavier Walker 004062

1   Q.   About how much later after you saw them drive
2  off in Zay's car?
3       A.   I would say about an hour, hour-and-a-half.
4       Q.   When they came back with Boo Boo, did any of
5  those guys come back inside your car?
6       A.   Only Vani and Boo Boo.
7       Q.   And Boo Boo is Maurice Wright?
8       A.   Yes.
9       Q.   When Vani came back in your house, did you
10 have a conversation with him?
11      A.   Yes.
12      Q.   Where were you?
13      A.   Sitting at the dining room table.
14      Q.   Was anyone else present with you?
15      A.   My sister Jamaica Wright.
16      Q.   And what was Vani talking to you about?
17      A.   He told us, he was like I killed that mark.
18      Q.   What did Vani tell you when you were talking
19 to him?
20      A.   That he killed the white man.
21      Q.   What was his exact word that he used?
22      A.   I killed that mark.
23      Q.   What is a mark?
24      A.   That's another word for man, dude.

1    Q.   Do you know why Vani used the term mark?

2    A.   That's how they talk.

3    Q.   Does it mean anything?

4    A.   Not as far as what I just told you.

5    Q.   So what did he say, that he killed that mark?

6    A.   And we asked him who he was talking about, he

7 said the white man around the corner.

8    Q.   The white man around the corner, is that what

9 he said?

10    A.   Yes.

11    Q.   And did you know what he was talking about

12 when he said that white man around the corner?

13    A.   Yeah.

14    Q.   And what did you know him referring to?

15    A.   The white man laying around the corner dead.

16    Q.   Is that the man that you saw when you walked

17 back from getting the cigarettes?

18    A.   Yes.

19    Q.   What did Vani say next to you about that?

20    A.   He said that they was fighting and the man

21 wouldn't let the money go.

22    Q.   The man wouldn't let the money go, right?

23    A.   Yes.

24    Q.   Who was he referring to when he said the man?

1     A.   The white man around the corner.

2     Q.   He wouldn't let the money go.  And what

3 happened after that, what did Vani say?

4     A.   He said he had to shoot him.

5     Q.   Did he say how he shot him?

6     A.   No.

7     Q.   Did he say how many times he fired the gun?

8     A.   No.

9     Q.   Did Vani say anything else about the

10 incident?

11     A.   No.

12     Q.   After you were talking to Vani, did Zay come

13 up and talk to you?

14     A.   Zay came and walked around the door.

15     Q.   Did Zay say anything to you?

16     A.   Yes.

17     Q.   What did he say to you?

18     A.   He asked to walk on Ohio with him.

19     Q.   Did he say why he wanted you to go with him

20 on Ohio?

21     A.   So he could wipe the fingerprint off.

22     Q.   Did he say what he wanted to wipe the

23 fingerprints off of?

24     A.   The van.

Plaintiff Xavier Walker 004065

1    Q.    Did he say what van he was referring to?

2    A.    He didn't say.

3    Q.    Did he say what van he was referring to?

4    A.    I knew.

5    Q.    What van was he referring to?

6    A.    The blue van that was around the corner with

7 the window busted out.

8    Q.    Was that the van that the white man had been

9 in?

10    A.    As far as I know.

11    Q.    Did you say anything when he asked you to go

12 around the corner to wipe the fingerprints?

13    A.    I told him I wasn't going with him because I

14 didn't want to get involved in it.

15    Q.    Now, did you have a conversation with Mama

16 later on in the morning about this conversation that

17 you had with Vani?

18    A.    Yes.

19    Q.    And did you tell Mama that Vani had told you

20 that he had shot the white guy?

21    A.    Yes.

22    Q.    To your knowledge, did Vani ever find out

23 that you had told Mama what he had told you?

24    A.    Yes.

1    Q.   And did Vani say anything to you when he

2  found out that you had told Mama what he had told you?

3    A.   He told me I was bogus.

4    Q.   What did that mean?

5    A.   I was wrong.

6    Q.   Now, you had an opportunity to be at the

7  police station over at Area 4 and talk to an assistant

8  state's attorney previous to coming down to the

9  building today; is that correct?

10    A.   Yes.

11    Q.   And the statement that you gave, was that

12  still written down?

13    A.   Yes.

14    Q.   And did you have an opportunity to read and

15  review that statement?

16    A.   Yes.

17    Q.   And you can read and write English, is that

18  correct?

19    A.   Yes.

20    Q.   And I am going to show you what's been marked

21  as People's Exhibit Number 1.  Do you recognize this?

22    A.   Yes, I do.

23    Q.   And what do you recognize it to be?

24    A.   The statement that I gave.

1     Q.   And is it a true and accurate depiction of

2 the statement?

3     A.   Yes, she left out something.

4     Q.   Now, you said left something out in the

5 statement.   But as it was written down, is this a true

6 and accurate reflection of what was written down?

7     A.   Yes.

8     Q.   And does your signature appear on the bottom

9 of each page?

10     A.   Yes.

11     Q.   Now, the facts that you told the Ladies and

12 Gentlemen today, those are the same facts that you told

13 the assistant state's attorney and the detective?

14     A.   Yes.

15     Q.   Is there anything different in what you told

16 the Ladies and Gentlemen of the Grand Jury today than

17 what's in your handwritten statement?

18     A.   No, it is not.

19     Q.   Is there anything that's missing in your

20 handwritten statement?

21     A.   Yes.

22     Q.   What's missing in your handwritten statement?

23     A.   About the scratches.

24     Q.   And the scratches on Jovanie's neck?

Plaintiff Xavier Walker 004068

1     A.   Yes.

2     Q.   And the conversation that you had about those

3 scratches?

4     A.   Yes.

5     Q.   And what Jovanie told you to say about those

6 scratches?

7     A.   Yes.

8     Q.   And do you know why that's not in your

9 handwritten statement?

10    A.   I don't know I told her.  I guess she forgot

11 to write it down.

12    Q.   Are you referring to the assistant state's

13 attorney?

14    A.   Yes.

15    Q.   And when you were at the police station, how

16 were you treated?

17    A.   I was treated fairly.

18    Q.   Were you promised or threatened or coerced

19 into giving this statement that was written down at the

20 police station?

21    A.   No.

22    Q.   And since you came down to the building

23 today, how have you been treated?

24    A.   Fair.

Plaintiff Xavier Walker 004069

1     Q.   And previous to coming into the Grand Jury to

2  testify this morning, did I have an opportunity to

3  introduce myself to you?

4     A.   Yes.

5     Q.   And did I say I was an assistant state's

6  attorney?

7     A.   Yes.

8     Q.   And that I was a lawyer but not your lawyer?

9     A.   Yes.

10     Q.   And that I was not the lawyer for Xavier or

11  Jovanie?

12     A.   Yes.

13     Q.   Nor the lawyer for Mama or Maurice Wright?

14     A.   Yes.

15     Q.   Has anyone promised you or threatened you in

16  any way in return for your testimony today before the

17  Grand Jury?

18     A.   No.

19     Q.   Are you under the influence of any drugs or

20  alcohol today?

21     A.   No.

22     MR. SHERIDAN: Any questions?

23              (No response.)

24              (Witness excused.)

Plaintiff Xavier Walker 004070

1              (Investigation continues.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    STATE OF ILLINOIS )

2                     ) SS:

3    COUNTY OF C O O K )

4

5

6              I, ANNETTE E. FAKLIS, a Certified

7    Shorthand Reporter licensed to practice in the

8    State of Illinois, do hereby certify that I

9    reported in shorthand the proceedings had in the

10   hearing of the above entitled cause; that I

11   thereafter caused the foregoing to be transcribed

12   into typewriting, which I hereby certify is a true

13   and accurate transcript of the proceedings had

14   before the Grand Jury of Cook County.

15

16                    *Annette E. Faklis*

17                ANNETTE E. FAKLIS, CSR

18

19

20

21

22

23

24

Plaintiff Xavier Walker 004072