# EXHIBIT 24

5-22-2000 7:10AM    FROM

P. 1

STATEMENT OF

MARY CURREY

Taken 28 MAY 2000 At 0226

At A/4 ROLL CALL ROOM

Present DET. CRUZ #2088

ASA LEAFBLAD, J.

This statement taken regarding the ROBBERY AND SHOOTING DEATH

of MAREK MATOAK which occurred on 13 MAY 2000

at C100/C114 at 4721 W CHIG OHIO

I understand I have the right to remain silent and that anything I
say can be used against me in a court of law. I understand that I
have the right to talk to a lawyer and have him present with me
during questioning, and if I cannot afford to hire a lawyer one
will be appointed by the court to represent me before any questioning.
Understanding these rights, I wish to give a statement.

AFTER BEING ADVISED THAT ASSISTANT

STATE'S ATTORNEY JOANNA LEAFBLAD IS A

LAWYER AND A PROSECUTOR. BUT NOT MAURICE

WRIGHT'S OR TEVANIE LONG'S LAWYER,

MARY CURREY MADE THE FOLLOWING STATEMENT

WHICH IS A SUMMARY. AND NOT WORD FOR

WORD.

MARY STATES SHE IS 52 YEARS OLD,

MARY STATES SHE LIVES AT 4653 W ERIE

WITH HER OWN DAUGHTER ASHANTI WRIGHT, HER son-in-law

MAURICE WRIGHT, AND MARY'S OTHER CHILDREN,

MARY STATES SHE'S LIVED THERE SINCE

FEBRUARY, 1999. MARY STATES SHE WENT UP

TO ELEVENTH GRADE AT WITHROW HIGH SCHOOL

IN CINNCINNATI, OHIO.

ASA Joanna Leafblad

At J.C.    1 OF 4    Mary Currey

·MARY· STATES ON 1.3 MAY 2000 IN THE EARLY MORNING HOURS SHE WAS HOME PLAYING CARDS WITH ASHANTI AND HER SISTER JAMAICA, MARY STATES ABOUT 1:00 - 1:30 AM, THEY HEARD A GUN SHOT WHICH SOUNDED LIKE IT WAS VERY CLOSE BY AND THEY ALL JUMPED, MARY STATES THEY WENT TO THE BASEMENT, BUT NO ONE WAS DOWN THERE, MARY STATES ABOUT 5 MINUTES LATER THEY WENT DOWNSTAIRS AGAIN AND SAW JUVANIE, WHO THEY ALSO CALL VANI, DOWN IN THE BASEMENT, MARY STATES VANI WAS COMING OUT OF THE BATHROOM, TAKING OFF HIS SHIRT, MARY STATES THE PERSON IN EXHIBIT 1 IS JUVANIE LONG, AKA VANI, MARY STATES SHE'S KNOWN VANI FOR ABOUT ONE YEAR. MARY STATES JUVANIE, ASHANTI AND JAMAICA WENT TO THE SUB PLACE ON CICERO NEAR OHIO TO BUY CIGARETTES, MARY STATES THEY WERE GONE ABOUT ONE-HALF HOUR, MARY STATES SHE WENT OUTSIDE AND SAW VANI GO UP TO XAVIER, AKA ZAY, IN A DARK-COLORED CAR AND GET IN THE CAR WITH ZAY, MARY STATES SHE, ASHANTI AND JAMAICA WENT BACK INSIDE, MARY STATES A WHILE LATER SHE WENT UPSTAIRS TO BED, MARY STATES THERE WERE TWO OTHER PEOPLE IN THE CAR ZAY WAS DRIVING WHEN VANI GOT IN, MARY STATES LATER SHE HEARD VANI AND ZAY TALKING TO ASHANTI ABOUT GOING AROUND THE CORNER TO WIPE FINGERPRINTS OFF THE VAN, MARY STATES ZAY WAS KNOCKING ON THE SIDE DOOR TRYING TO GET ASHANTI TO COME OUT, MARY STATES SHE TOLD ZAY TO GO HOME AND BE QUIET BECAUSE

ASA former [signature] 2 of 4                    Mary [signature]

HE WAS MAKING TOO MUCH NOISE AND SHE HAD ELDERLY
NEIGHBORS, MARY STATES SHE WENT BACK UPSTAIRS
AND VANI WENT DOWNSTAIRS, MARY STATES ASHANTI
CAME UPSTAIRS THE NEXT MORNING WHILE VANI WAS
IN THE BASEMENT, MARY STATES ASHANTI TOLD HER
THAT VANI TOLD ASHANTI THAT HE KILLED THE WHITE
GUY, MARY STATES SHE WENT BACK TO SLEEP UNTIL
ABOUT 11:30 AM, MARY STATES AT ABOUT 12:30 PM SHE
WAS GETTING READY FOR WORK, MARY STATES SHE TOLD
VANI SHE WANTED TO TALK TO HIM, MARY STATES VANI
CAME TO HER OFFERING A $100 BILL, MARY STATES
SHE DIDN'T TAKE THE MONEY AND TOLD HIM TO KEEP IT
BECAUSE HE WOULD NEED IT, MARY STATES SHE ASKED
VANI WHY HE WOULD WANT TO SHOOT SOMEONE OVER
THEIR OWN MONEY AND THAT HE DIDN'T HAVE TO DO
THAT, MARY STATES VANI STARTED CRYING AND SAID
HE WAS SORRY, BUT THE MAN WOULD N'T LET THE
MONEY GO SO VANI SHOT HIM, MARY STATES VANI
SAID HE WAS SORRY HE KILLED THE MAN AND THEN
WENT BACK DOWNSTAIRS, MARY STATES SHE FINISHED
GETTING READY AND WENT TO WORK, MARY STATES BEFORE
VANI WENT DOWNSTAIRS SHE TOLD HIM HE HAD TO GO
BECAUSE SHE DIDN'T WANT HIM OR ANY TROUBLE
AROUND HER CHILDREN, MARY STATES WHEN VANI AND
ZAY WERE TALKING AND SHE WENT DOWNSTAIRS, SHE HAD
SEEN MAURICE WITH THEM, MARY STATES SHE CALLS
MAURICE "BOO-BOO" AND THAT EVERYONE CALLS HER
"MAMA"

ASA Joanne Leafblad          Mary Curry
AJ                    3 OF 4

MARY STATES SHE SAW HANI AND ZAY AT HER HOME A COUPLE MORE TIMES IN THE WEEK, BUT EVERY TIME SHE SAW THEM SHE WOULD TELL THEM TO GET OUT BECAUSE SHE DIDN'T WANT HER CHILDREN INVOLVED WITH THEIR MESS.

MARY STATES SHE WAS TREATED FINE BY THE POLICE AND ASSISTANT STATE'S ATTORNEY LEAFBLAN. MARY STATES SHE WAS GIVEN SEVEN-UP TO DRINK AND ALLOWED TO SMOKE CIGARETTES WHEN SHE WANTED. MARY STATES NO THREATS OR PROMISES WERE MADE IN EXCHANGE FOR THIS STATEMENT. MARY STATES SHE IS NOT UNDER THE INFLUENCE OF DRUGS OR ALCOHOL AND MAKES THIS STATEMENT FREELY AND VOLUNTARILY.

ASA Joanna Leafblad        Mary Curry

MARY STATES SHE SPEAKS, READS AND WRITES ENGLISH. MARY STATES SHE SHOWED THIS BY READING THE FIRST PARAGRAPH OF THIS STATEMENT OUT LOUD. MARY STATES ASSISTANT STATE'S ATTORNEY LEAFBLAN READ THE STATEMENT OUT LOUD AS SHE FOLLOWED ALONG. MARY STATES SHE WAS ALLOWED TO MAKE CORRECTIONS AS NEEDED.

ASA Joanna Leafblad        Mary Curry

Joanna Leafblad        CF 4        Mary Curry