Case: 1:20-cv-07209 Document #: 160-25 Filed: 05/16/23 Page 1 of 6 PageID #:2840

# EXHIBIT 25

5-28-2000 10:51PM FROM P.2

P.1

STATEMENT OF

ASHANTI WRIGHT

Taken 28 MAY 2000 At 0610

At 4653 W ERIE, CHGO

Present ASA LOAFBLAD, J
DET CRUZ #20887
DET. WOLVERTON #20014

This statement taken regarding the ROBBERY AND SHOOTING DEATH of MAREK MAJDAK which occurred on 13 MAY 2000 at 0100/0114 at 4721 W OHIO, CHGO

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

AFTER BEING ADVISED THAT ASSISTANT STATE'S ATTORNEY JOANNA LOAFBLAD IS A LAWYER AND A PROSECUTOR, BUT NOT JOVANIE LONG OR MAURICE WRIGHT'S ATTORNEY ASHANTI WRIGHT MADE THE FOLLOWING STATEMENT WHICH IS A SUMMARY BUT NOT WORD FOR WORD

ASHANTI STATES SHE IS 20 YEARS OLD. ASHANTI STATES SHE WENT UP TO ELEVENTH GRADE AT WESTINGHOUSE HIGH SCHOOL IN CHICAGO. ASHANTI STATES SHE HAS 3 CHILDREN AGES 5, 4 AND 3. ASHANTI STATES THEY ARE ALL BOYS. ASHANTI STATES SHE LIVES AT 4653 W. ERIE WITH HER GOD MOTHER, MAURICE WRIGHT AND HER GODMOTHER'S CHILDREN. ASHANTI STATES

ASA Joanna Leafblad
Ashanti Wright 1 OF 4

Det. Dan Wolverton #20014
Deb [signature]

**City NK 000093**

HER GODMOTHER'S NAME IS MARY CURRY.
ASHANTI STATES ON MAY 13, 2000 SHE WAS HOME WITH MARY AND ASHANTI'S SISTER JAMARA WRIGHT AND MARY'S CHILDREN. ASHANTI STATES THEY WERE PLAYING CARDS WHEN THEY HEARD GUNSHOTS. ASHANTI STATES THE SHOT SOUNDED LIKE IT WAS CLOSE BY, SO THEY WENT DOWN TO THE BASEMENT TO CHECK ON TIMMY, JOVANIE LONG'S YOUNGER BROTHER. ASHANTI STATES TIMMY WASN'T DOWN THERE AND NEITHER WAS ANYONE ELSE. ASHANTI STATES THEY ALL WENT BACK UPSTAIRS, BUT HEARD NOISES IN THE BASEMENT 5-10 MINUTES LATER. ASHANTI STATES THEY WENT DOWN AGAIN AND SAW JOVANIE WHO THEY ALSO CALL VANI. ASHANTI STATES VANI DIDN'T HAVE A SHIRT ON AND WAS IN THE BATHROOM. ASHANTI STATES THAT VANI LOOKED NERVOUS. ASHANTI STATES VANI THEN WENT UPSTAIRS A SHORT TIME AFTER THEY DID. ASHANTI STATES THE PERSON IN EXHIBIT 1 IS JOVANIE "VANI" LONG. ASHANTI STATES VANI SAID HE DIDN'T HEAR GUNSHOTS BECAUSE HE'D BEEN SLEEPING IN THE BASEMENT. ASHANTI STATES SHE KNEW THAT WASN'T TRUE, BUT LEFT IT ALONE. ASHANTI STATES VANI PUT ON ANOTHER SHIRT AND TOLD ASHANTI AND JAMARA TO GO TO THE SUB PLACE WITH HIM TO BUY LOOSE CIGARETTES. ASHANTI STATES ON THEIR WAY BACK HOME, THEY SAW THE POLICE AND WALKED DOWN THE STREET PAST WHERE THE BODY WAS AND THE VAN WITH THE HAZARD LIGHTS STILL FLASHING. ASHANTI STATES

ASA Joanna Leafblad                                    Det Ron Wofvedam # 20014
Ashanti Wright    2 OF 4                               RB Jakley 20587

VANI LOOKED LIKE HE WAS CRYING AND THE POLICE ASKED THEM IF THEY COULD TELL IF THE BODY WAS OF SOMEONE THEY KNEW. ASHANTI STATES SHE DOESN'T KNOW A LOT OF PEOPLE, SO SHE DIDN'T GO LOOK, BUT ANOTHER GIRL DID AND SAID IT WAS A WHITE MAN NOT FROM THE NEIGHBORHOOD. ASHANTI STATES THEY WENT BACK HOME, BUT BEFORE THEY GOT HOME, VANI'S FRIEND XAVIER WHO THEY CALL ZAY PULLED UP IN A BLACK CAR. ASHANTI STATES VANI GOT INTO THE BACK SEAT OF THE CAR AND THEY DROVE AWAY WHILE ASHANTI AND JAMAICA JUST WENT ON HOME. ASHANTI STATES THERE WERE TWO OTHER PEOPLE IN THE CAR, BUT SHE DOESN'T KNOW THEM. ASHANTI STATES SHE, JAMAICA AND MARY TALKED ABOUT THE SHOOTING FOR A WHILE. ASHANTI STATES MARY WENT UPSTAIRS AND VANI AND MAURICE CAME IN. ASHANTI STATES MAURICE WENT UP TO TELL MARY THEY WERE BACK. ASHANTI STATES VANI SAID HE KILLED THE WHITE GUY. ASHANTI STATES VANI SAID HE WANTED THE WHITE GUY'S MONEY, BUT HE PUT UP A FIGHT AND WAS GETTING THE BEST OF VANI, SO VANI SHOT HIM. ASHANTI STATES, THEY PLAYED CARDS, THEN ZAY CALLED. ASHANTI STATES ZAY TOLD HER TO GO WITH HIM TO WIPE FINGER PRINTS OFF THE VAN. ASHANTI STATES SHE WOULD NOT GO BECAUSE SHE DIDN'T WANT TO BE A PART OF ANYTHING. ASHANTI SAYS AFTER A FEW MINUTES SHE AND JAMAICA LEFT. ASHANTI STATES SHE LATER TOLD

ASA Joanne Leaflaesh                        Det. Ален Wolberton #20014
Ashanti Wright OF 4                         Det Jall -2987

MARY, WHO THEY ALSO CALL "MAMA", WHAT VANI SAID ABOUT ROBBING AND SHOOTING THIS WHITE GUY. ASHANTI STATES VANI FOUND OUT ASHANTI TOLD AND TOLD ASHANTI SHE WAS "BOGUS" FOR TELLING MAMA. ASHANTI STATES SHE LEFT WITH JAMAICA SOON AFTER THAT. ASHANTI STATES VANI CALLED THE HOUSE TODAY AND TOLD HER HE HEARD THAT MAURICE WHO THEY CALL "BOO-BOO" WAS "TRICKIN" ON HIM, REFERRING TO MAURICE BEING AT THE POLICE STATION TALKING TO POLICE.

ASHANTI STATES SHE'S BEEN TREATED WELL BY THE POLICE AND ASSISTANT STATE'S ATTORNEY JOANNA SEAFBLAD. ASHANTI STATES SHE HAS BEEN ALLOWED TO SMOKE WHEN SHE WANTED AND THAT SHE WAS INTERVIEWED AT HOME IN HER OWN DINING ROOM. ASHANTI STATES NO THREATS OR PROMISES WERE MADE IN EXCHANGE FOR THIS STATEMENT. ASHANTI STATES SHE IS NOT UNDER THE INFLUENCE OF DRUGS OR ALCOHOL AND GIVES THIS STATEMENT FREELY AND VOLUNTARILY.

ASA Joanna Seafblad    Ashanti Wright    Det.VanWolverton #20014

ASHANTI STATES SHE SPEAKS, READS AND WRITES ENGLISH AND DEMONSTRATED THIS ABILITY BY READING THE FIRST PARAGRAPH OF THIS STATEMENT OUT LOUD. ASHANTI STATES SHE MADE CORRECTIONS AS NEEDED.

ASA Joanna Seafblad    Ashanti Wright    Det.VanWolverton #20014

ASA Joanna Seafblad                      Det.VanWolverton #20014
Ashanti Wright  5 OF 6

5-28-2000 10:53PM  FROM                                                P. 6

ASA Joanna Groenblad
Det. Dante Overton #20040  Ashanti Winter

City NK 000097