# EXHIBIT 26

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 13 May 00
DATE OF THIS REPORT: 27 May 00 / 1ST

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: HOMICIDE
VICTIM'S NAME AS SHOWN ON CASE REPORT: 0110
BEAT/UNIT ASSIGNED: 5415

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Continued investigation:
Re-interview with: WRIGHT, Maurice M/B/20
aka Reese - Cool  4653 W. ERIE  Hse.  773-261-7288
  or Big G    Single / employed - Plastic Co. in B
            on probation for Weed til 2001
Admitted BG (blank gangster) OUTLAWS - Roosevelt & Keeler

WRIGHT relates he hangs with a crew that sells drugs on OHIO - ERIE / Cicero to KILPATRICK.
  Prior to the shooting was smoking in WRIGHT's basement.
SHAKY VICE LORD (MCLAUREN), Boss Hog (Paris Williams), XAVIER WALKER, JOVANIE LONG, & Tina F/B
SHAKY asks JOVANIE, how many STARS do you have.
JOVANIE stated none / they all laughed at JOVANIE
* STARS means done something like shoot someone or rob a store etc.
WRIGHT relates the gun used was with a plastic frame and he was told by WALKER & LONG that they broke the gun apart on the train tracks and burned the handle & frame.
WRIGHT relates he was in a OLDS cutlass (Bubba's car)
Bubba in his house with Sharnet. While in the cutlass
XAVIER & JOVANIE pull up in a FORD Taurus - DK GRN 4dr. XAVIER's mother or sister car.

R.D. NO: F
282
753

REPORTING OFFICER'S SIGNATURE—STAR NO. DonWolverton 20014
RECEIVED BY, SUPERVISOR'S SIGNATURE—STAR NO.
DAY—MO—YR. TIME

CPD-23.122 (Rev. 2/83)

City NK 000119

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
| --- | --- |
| 13 May 00 | 27 May 00 /1st |

OFFENSE CLASSIFICATION – LAST PREVIOUS REPORT: 0110
VICTIM'S NAME AS SHOWN ON CASE REPORT:
BEAT/UNIT ASSIGNED: 5415

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

When WRIGHT was awaken by XAVIER WALKER & JOVANIE LONG XAVIER WALKER started talking to WRIGHT telling him You know this Mother Fucker (pointing to JOVANIE LONG) just smoked another mother fucker.

WRIGHT related that JOVANIE LONG was driving the FORD – XAVIER was in the back seat passenger side. JOVANIE told XAVIER look out I want to talk to my man, WRIGHT explains that JOVANIE then showed his some money – A hundred dollar bill & 2 fifty dollar bills WRIGHT related that when he has money he gives money to his friends he kicks with – WRIGHT relates he has given money to XAVIER & JOVANIE – this is for watching each other's backs when selling drugs in the area. WRIGHT relates that JOVANIE wanted to give him some money – relates JOVANIE asked him if he wanted the 100 dollar bill!! WRIGHT stated he told JOVANIE you keep that money – you will need it to get out of town. WRIGHT related that JOVANIE left the FORD Taurus and went into Bubba's house basement for about 10 minute, then returned to the FORD & told WRIGHT your my man come with us. WRIGHT related he got in the FORD back seat XAVIER in the pass/ft seat & JOVANIE driving – Drove to the front of WRIGHTS house on ERIE.

R.D. NO.
F 282
F 253

REPORTING OFFICER'S SIGNATURE–STAR NO. Len Wolverton 20014 & John Cruz 20887
RECEIVED BY SUPERVISOR'S SIGNATURE–STAR NO.
DAY–MO.–YR. TIME

CPD-23.122 (Rev. 2/83)

| GENERAL PROGRESS REPORT | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| DETECTIVE DIVISION/CHICAGO POLICE | 13 May 00 | 27 MAY 00 1st |
| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
| 0110 | | 5415 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

#First one

WRIGHT related XAVIER and JOVANIE stayed in front of his house & he walked over on OHIO saw the puddle of blood & 2 blue coats (police officers) still on OHIO.

WRIGHT related he walked back to his house & Bubba was there with his OLDS 1986/87 Cutlass.

WRIGHT relates Bubba walked over to OHIO (scene) and returned to the front of his house or drove past the (scene) in his olds.

WRIGHT stated Bubba want some keys from JOVANIE & he asked JOVANIE for the keys – got the keys & left.

WRIGHT related that he – XAVIER & JOVANIE went into his basement & went to sleep.

WRIGHT stated XAVIER & JOVANIE woke him about 11:00 AM & told WRIGHT, they told him that they had got rid of the gun on the train tracks – told him they "tossed it". WRIGHT claims JOVANIE knows he wanted on a warrant for drugs.

Butterfly on R/cheek. F/B/18

WRIGHT claims JOVANIE is at either Trina house on OHIO – or Keanna on North & Laramie, or on 63rd St by a F/B by the name of Kisha.

XAVIER stays near North & Laramie doesn't know where.  7. Doesn't want to go to court.

WRIGHT states he talking because he has no involvement.

REPORTING OFFICER'S SIGNATURE–STAR NO.  Don Wolverton 20014  & John Cruz

RECEIVED BY; SUPERVISOR'S SIGNATURE–STAR NO.

DAY–MO–YR. TIME

CPD-23.122 (Rev. 2/83)

City NK 000121

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 13 May 00
DATE OF THIS REPORT: 27 May 00 / 1st
BEAT/UNIT ASSIGNED: 5415

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: 0110

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

WRIGHT related Jovanie LONG told him the night of the shooting — (while smoking leaf) Jovanie told WRIGHT that the white man got out of the truck and JOVANIE was by the black fence and JOVANIE & the white man started tussling. JOVANIE told WRIGHT he pushed the white man down to the ground & JOVANIE stated he pulled his gun from his waist band & shot the white man.

WRIGHT stated when JOVANIE first met him at Bubba's house he started crying when he told WRIGHT he shot the man.

WRIGHT stated he hasn't seen JOVANIE & XAVIER since the morning or afternoon of the shooting. WRIGHT stated JOVANIE was last seen him with new gray & white gym shoes that day & claims he hasn't seen Jovanie or XAVIER since that day.

REPORTING OFFICER'S SIGNATURE—STAR NO.: Dan Walberton 20014
RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.
John Crey
CPD-23.122 (Rev. 2/83)