# EXHIBIT 27

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 13 May 00
DATE OF THIS REPORT: 28 May 00 / 1ST

OFFENSE CLASSIFICATION: Homicide
LAST PREVIOUS REPORT: 0110
VICTIM'S NAME AS SHOWN ON CASE REPORT: MAJDAK, Marek
BEAT/UNIT ASSIGNED: 5415

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Interview with. at A/4 office 0130 hrs.

CURRY, Mary M. F/ /52
4653 W. ERIE  HOUSE 773-261-7288.
Single       Employed: Belmonte Liquor Cashier 518 S. Laramie
SS #                                              773-261-0039
                                        10 years  wks. 4 to 1

Ms. Curry stated the night of the shooting she was at home playing cards with Ashunta WRIGHT F/B/20 & Jamacia? F/B/25 Heard one gun shot sound near her home. Curry knew that Timothy Long M/B/15/16 & Jaquaz? M/B/15/16 next door neighbor were in the basement playing video games. Curry & the other two females went to the basement after hearing the shot and discovered there was no one in the basement;

Timothy Long is Jovanie Long's brother. Ms. Curry relates that Jovanie Long is her son's friend and was given a key to the basement door. (Son Maurice WRIGHT aka BOBO) Ms. Curry stated she returned upstairs with the girls. and about 5 minutes later heard noises coming from the basement. Ms. Curry returns to the basement and observes Jovanie Long. Jovanie Long stated to her that he had just woke up & told her he been sleeping &

REPORTING OFFICER'S SIGNATURE—STAR NO.: Don Wolverton 20014
RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.
DAY-MO.-YR, TIME

CPD-23.122 (Rev. 2/83)

R.D. NO. F 282 753

City NK 000110

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 13 May 00
DATE OF THIS REPORT: 28 May 00 /1ST

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: Homicide 0110
VICTIM'S NAME AS SHOWN ON CASE REPORT: MAJDAK
BEAT/UNIT ASSIGNED: 5415

#2 Curry

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: information memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

"MaMa I got to pee & I'll be upstairs".
Ms. Curry stated she knew JOVANIE LONG was not in the basement the first time she went in the basement. Ms. Curry stated JOVANIE LONG appeared very nervous & his eyes were wide & glossy.
Ms. Curry stated she asked JOVANIE LONG how he got in the house & he told her through the front door. Ms. Curry knew that wasn't the truth but she didn't say anything to JOVANIE LONG.
Ms. Curry stated JOVANIE LONG came upstairs & stood by her at the dining room table for awhile — then told Ms. Curry he was going over to his uncle house (which is THOMAS EARL LANDON — address corner house 4657 W. ERIE)
Ms. Curry stated JOVANIE LONG was gone about 5 minutes and returned to home and asked Ashunta #MAMA to go round on OHIO with him. Ms. Curry heard Ashunta tell Jamacia to come with her & JOVANIE LONG. Ashunta told JOVANIE LONG that she will go with him to the submarine place on Cicero & buy some loose cigarettes.
Ms. Curry stated JOVANIE LONG ASHUNTA & Jamacia left out the front door.
Ms. Curry stated she was waiting for them to return

REPORTING OFFICER'S SIGNATURE—STAR NO.: Don Wolberton 20014
RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.:
DAY-MO.-YR. TIME: 16 JUN 00

R.D. NO.: F
282
753

CPD-23.122 (Rev. 2/83)

City NK 000111

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 13 May 00
DATE OF THIS REPORT: 28 May 00 / 1st
BEAT/UNIT ASSIGNED: 5415

OFFENSE CLASSIFICATION: Homicide
LAST PREVIOUS REPORT: 0110
VICTIM'S NAME AS SHOWN ON CASE REPORT: MAJDAK

#3

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Ms. Curry stated she went outside and walked to the corner & observed JOVANIE LONG - ASHUNTA - JAMACIA and another M/B with a big stomach 5'9/5'10 250lbs claims she never saw him before & another F/B with braids in her hair walking on Kilpatrick N/B from the N/alley of OHIO. The unk M/B & F/B kept walking N/B —

Ms. Curry stated JOVANIE LONG - ASHUNTA & Jamacia returned to her house & ~~she & the girls started playing cards again. JOVANIE LONG left out of the house.~~ Ms. Curry stated she observed at that time JOVANIE LONG flag down XAVIER — who was driving a dark blue FORD Taurus 4door. JOVANIE LONG told XAVIER - "I have to go to your house & get some clothes". XAVIER - responded — "No man you can't get in, & I have to take my Daddy's car back to him."

JOVANIE LONG was observed then opening the rear drivers door ~~the~~ telling the M/B in the back seat to move over. JOVANIE LONG got in the back seat and XAVIER dove off N/B on KilPATRICK. Ms. Curry stated she observed in XAVIER'S vehicle 2 other M/B's one in the veh.'s front seat & the other in the back seat.

Ms. Curry stated she & Shauta & Jamacia went back to her home & started playing cards again.

REPORTING OFFICER'S SIGNATURE—STAR NO.: Don Wolverten 20014
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.:
DAY-MO.-YR. TIME:

CPD-23.122 (Rev. 2/83)

City NK 000112

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 13 May 00
DATE OF THIS REPORT: 28 May 00 /ST

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: 0110
VICTIM'S NAME AS SHOWN ON CASE REPORT:
BEAT/UNIT ASSIGNED: 5415

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Ms. Curry stated this entire process took about 30 to 45 minutes —

Ms. Curry stated she last saw her son Maurice Wright about 8:00 that evening. — claiming he was going to the liquor store.

Ms. Curry stated she went to her room to go to sleep & then heard Maurice (BOBO) come to her room to get some cigarettes. Maurice got his cigarettes & left her room. Ms. Curry stated she then heard Jovanie/Xavier calling for Shaunta from outside in the front of her house at the front door/the to the side basement door.

Ms. Curry over heard Shaunta say no I'm not going around there with Xavier (Zay).

Ms. Curry stated she came back downstairs & Shaunta said to her MAMA — ZAY wanted me to go around the corner and wipe Jovanie's prints off that van & she didn't want to go & didn't go.

Ms. Curry related that Xavier — & Jovanie & now her son BOBO — (Maurice Wright) were at her house — BOBO inside & Jovanie & Xavier were outside.

Ms. Curry stated she return to her room & went to sleep.

REPORTING OFFICER'S SIGNATURE—STAR NO.: Don Wolverton 20014
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.
DAY-MO.-YR. TIME

CPD-23.122 (Rev. 2/83)

R.D. NO.
282
753

City NK 000113

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 3 May 00
DATE OF THIS REPORT: 28 May 00 / 1st
OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: 0110
VICTIM'S NAME AS SHOWN ON CASE REPORT:
BEAT/UNIT ASSIGNED: 5415

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

#5 SUPP.

Ms Curry stated she received a telephone call that morning about 8:00 AM from XAVIER — he told her to tell JOVANIE to get his sweater so he can wear it to a funeral they were going to. & he will be there to pick him up. Ms. Curry stated she went to the basement an woke up JOVANIE LONG who was sleeping in the basement with her son MAURICE. Ms. Curry stated she told JOVANIE LONG what XAVIER had said about the sweater & funeral & XAVIER is coming to pick him up. JOVANIE responded he was getting up. — JOVANIE came upstairs wait then returned to the basement. Ms. Curry stated she went back upstairs & back to sleep til 11/11:30 — & At 12/12:30 while back upstairs JOVANIE LONG came upstairs near her room & was going to the washroom — Ms. Curry stated she told JOVANIE she wanted to talk to him.

Ms. Curry stated JOVANIE LONG came out of the bathroom with a hundred dollar bill in his hand & attempted to hand that bill to Ms. Curry. She refuse to take the money. Ms Curry told JOVANIE LONG to sit down on the bed she wanted to talk to him. JOVANIE LONG now sitting on Ms. Curry's bed & Ms. Curry asked him. "What pocessed him to take a man's life for the man's own money" —

282
753

REPORTING OFFICER'S SIGNATURE—STAR NO.: Don Wolberton 20014
RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.:
DAY-MO-YR TIME:

CPD-23.122 (Rev. 2/83)

City NK 000114

| | | |
|---|---|---|
| **GENERAL PROGRESS REPORT** <br> DETECTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT <br> 13 May 00 | DATE OF THIS REPORT <br> 28 May 00 / 1ST |
| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT <br> 0110 | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED <br> 5415 |

# 6 Curry

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Ms. Curry stated Jovanie Long responded — "He didn't have no money - & tired of being broke, & MA MA I'm sorry, I didn't mean to kill the man but he wouldn't let the money go."

Ms. Curry stated Jovanie Long started crying and hugged her for a long time.

Ms. Curry, stated Jovanie Long stated Jovanie Long told her "& that nobody seen me do that" — Ms Curry told him in a black neighborhood somebody seen you.

Ms Curry stated she had went to work that day — & did not see Jovanie til the following Tuesday & Jovanie was in the basement.

Ms. Curry stated she told Jovanie you have to stay away from my home —

at that time Ms. Curry stated Jovanie Long's mother Regina Long & his cousin Felicia were in front of her house & heard, Regina Long tell Jovanie Long - I told you to stay off these streets. (on Porch Jovanie cousin Rusty)

Ms. Curry stated she has spoken to Regina Long who told her the police have no evidence - we burned the gym shoes & they got rid of the gun - they ain't got nothing on Jovanie.

R.D. NO. F

282
753

REPORTING OFFICER'S SIGNATURE–STAR NO. <br>
Jon Wolberton 20014

RECEIVED BY SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. TIME

CPD-23.122 (Rev. 2/83)

City NK 000115

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 13 May 00
DATE OF THIS REPORT: 28 May 00 / 1st
OFFENSE CLASSIFICATION — LAST PREVIOUS REPORT: 0110
BEAT/UNIT ASSIGNED: 5415

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

# Ms. Curry

Ms. Curry states her son MAURICE WRIGHT didn't have nothing to do with the shooting.

Ms Curry states he son was brougt back home after the shooting by XAVIER & JOVANIE LONG.

Ms. Curry states her son wasn't home when the shooting went down. Doesn't know where her son was when the shooting went down. Claims when JOVANIE got in XAVIER's car it took about a half hour before they returne with MAURICE.

JOANNA
ASA LEAFBLAD

282
753

REPORTING OFFICER'S SIGNATURE—STAR NO. Don Wolverton 20014
RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.
DAY-MO.-YR. TIME
CPD-23.122 (Rev. 2/83)

City NK 000116