# EXHIBIT 28

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 13 May 00
DATE OF THIS REPORT: 28 May 00 / 1st
OFFENSE CLASSIFICATION: Homicide
LAST PREVIOUS REPORT: 0110
VICTIM'S NAME AS SHOWN ON CASE REPORT: MAJDAK, Marek
BEAT/UNIT ASSIGNED: 545

Interview at home 4653 W. Erie 0530hrs.
With A.S.A Joanna Leafblad
WRIGHT, Ashanta R F/B/20
4653 W. Erie    SS# [redacted]
Single    Employed at — Walgreen 5518 W. Chgo Ave
has 3 - Children 5-4-3 all boys

Heard gun shots - went down stairs no one there - Went back down stairs & Vonnie there. Vonne asked her to walk out there to see what happen. Vonne was crying saying is it one of our guys. Police asked the group if they can I.O. victim. She returned home, & told Ms. Curry that a white man was killed. She denies Vonne told her he killed the man. She states Vonne told her to tell anyone that she put the scratchs on his neck that he had. She states Vonne got in a car with ZAY and left. Denies Vonne told her about shooting the man. Vonne come to the house often Claims Vonne was acting funny the night of the shooting. Claims Vonne called this home tonight stating BOBO is at the police station tricking on me. Claims now that Vonne told her & her sister that he was robbing the man & he wouldn't let the $ go. They started fighting & henan was getting the best of him.

REPORTING OFFICER'S SIGNATURE—STAR NO. Don Wolverton 20014 & John Cruy #20887
282
253

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|
| 13 May 00 | 29 May 00 1st |

OFFENSE CLASSIFICATION: Homicide
LAST PREVIOUS REPORT: 0110
VICTIM'S NAME AS SHOWN ON CASE REPORT: MAJDAK Marek M/W/29
BEAT/UNIT ASSIGNED: 545

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

She stated Vonne said he pulled out the gun and shot the man. This was told to her in the Curry house. Vonne told he I killed him — he wouldn't let the money go I killed the white guy.

—Jermacia—
JAMACIA WRIGHT F/B/24 Hse
Stays on Erie 5714 W. ERIE 261-7906 or 4am to 3pm
Works sanitation Entermanns bakery Northlake. 2Am to 10Am
Last seen BOBO FRIDAY Morning about 10/1100 Am 12 May 00
next saw BOBO when Vonne came back after leaving
w/ XAvier or ZAY — that's when Vonne told her he did it
Boss Hog & F/B/BRAIDS in her hair?

A.S.A JOANNA LEAFBLAD - took a handwritten statement from ASHANTI WRIGHT

R.D. NO. 282 753

REPORTING OFFICER'S SIGNATURE—STAR NO. Don Wolverton 20014 & Det John Cruz 20887
RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.
DAY—MO.—YR. TIME 16 N 00

CPD-23.122 (Rev. 2/83)

City NK 000118