# EXHIBIT 29

(purposefully left blank)