# EXHIBIT 30

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 13 May 00
DATE OF THIS REPORT: 13 May 00 1ST

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: HOMICIDE 0110
VICTIM'S NAME AS SHOWN ON CASE REPORT: MAJDAK, Marek E. M/W/29
BEAT/UNIT ASSIGNED: 5415 & 5418

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Employer: LOGAN Supply — 2500 N. Pulaski.
Factory Worker. 773-235-2500
Only been at place of employment for 2 weeks — first paycheck was 12May00 UNKNOWN
10483 W. Touhy apt 2E
Rosemont 60018
847-699-1844
Went out with fellow workers after work on 12May00 — to a bar FANTAJ - 2600 N. Pulaski area also met a F/W (POLISH) at a bar (UNK) told mother!

JOANNA Romaska — Sister. 10485 W. Touhy 2nd Fl E
773-251-4928
Rosemont, IL 60191
847-699-1844

Boy friend: LUKERZ. WEGLOWSKI Same address!

3525 N. NORDICA — (address on paper found in VAN)
~~Uncle address~~

Sister went to ~~Cook Co~~ Medical Examiner & I.D. Body.

REPORTING OFFICER'S SIGNATURE—STAR NO: D. Wolverton 20014
& Det. J. CRUZ # 20887
RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.
CPD-23.122 (Rev. 2/83)

R.D. NO.
F
282
753

City NK 000127