# EXHIBIT 31

CASR229       **CHICAGO POLICE DEPARTMENT**       Page 1 of 9

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | |
|---|---|
| *Status:* DETECTIVE SUP. APPROVAL COMPLETE | |
| *Created By:* MICHAEL PIETRYLA | *Star No.:* 21209 |
| *Case Report ID:* 898552    *RD No.:* F282753 | *Date RO Arrived:* 13-MAY-2000 01:20 |
| *Sup. ID:* 460377   *Event No.:* 0013401059   *Occurrence Date From:* 13-MAY-2000 01:00 | *Occurrence Date To:* |
| *Unit Assigned:* 1111       *Fire Related?* N | *Domestic Related?* N    *Gang Related?* N |
| *IUCR Code:* 0110        HOMICIDE | FIRST DEGREE MURDER |
| *Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | *Beat:* 1111 |
| *Location Code:* 303        SIDEWALK | |
| *Sec. Location Code:* | |

**VICTIM/COMPLAINANT/WITNESS/SUBJECT**

| | | | |
|---|---|---|---|
| *Role:* VICTIM | *Name:* MAJDAK, MAREK E | | |
| *DLN/ID No.:* | *State:*    *SSN:* ▮ | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |
| | | *Associated IUCR:* | 0110 |

| | | | |
|---|---|---|---|
| *Birth Date:* ▮   *Age:* 29   *Sex:* MALE | *Race:* WHITE | | |
| *Occ:* LABORER | *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s) | | |
| *Hospital/Removed to:* MORGUE | *Injury Type:* SHOT | *CPD Police Officer?* N | |
| *Injury Descr:* DOA | | *Injury by Offender:* INJURED | |

| *Address Type* | *Address* | *Phone* | *Beat* |
|---|---|---|---|
| RESIDENCE | 570 W CLAVEY LANE HIGHLAND PARK,IL. IL 60035 | 8474320756 | 3100 |
| *Phone No. Type* | *Phone Number* | | |
| BUSINESS | 7732352500 | | |

| | | | |
|---|---|---|---|
| *Role:* WITNESS | *Name:* EDWARDS, BETTY J | | |
| *DLN/ID No.:* | *State:*    *SSN:* ▮ | | |
| *Birth Date:* ▮   *Age:* 62   *Sex:* FEMALE | *Race:* BLACK | | |
| *Occ:* RETIRED | *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s) | | |
| *Hospital/Removed to:* | *Injury Type:* | *CPD Police Officer?* N | |
| *Injury Descr:* | | *Injury by Offender:* NONE | |

| *Address Type* | *Address* | *Phone* | *Beat* |
|---|---|---|---|
| RESIDENCE | 4717 W OHIO ST HSE CHICAGO IL 60644 | 7736263580 | 1111 |

| | | | |
|---|---|---|---|
| *Role:* WITNESS | *Name:* POPE, LISA | | |
| *DLN/ID No.:* | *State:*    *SSN:* | | |
| *Birth Date:*   *Age:*   *Sex:* FEMALE | *Race:* BLACK | | |
| *Occ:* | *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s) | | |
| *Hospital/Removed to:* | *Injury Type:* | *CPD Police Officer?* N | |
| *Injury Descr:* | | *Injury by Offender:* NONE | |

| *Address Type* | *Address* | *Phone* | *Beat* |
|---|---|---|---|

| | | | |
|---|---|---|---|
| *Role:* WITNESS | *Name:* EATON, KEN-KEN | | |
| *DLN/ID No.:* | *State:*    *SSN:* | | |
| *Birth Date:*   *Age:*   *Sex:* MALE | *Race:* BLACK | | |
| *Occ:* | *Part Time?* N *Length:* 0 Year(s) 0 Month(s) 0 Day(s) | | |
| *Hospital/Removed to:* | *Injury Type:* | *CPD Police Officer?* N | |
| *Injury Descr:* | | *Injury by Offender:* NONE | |

| *Address Type* | *Address* | *Phone* | *Beat* |
|---|---|---|---|

F282753

| | |
|---|---|
| 02-NOV-2000 13:52 | Requested by: PC09751 |

City NK 000179

CASR229  **CHICAGO POLICE DEPARTMENT**  Page 2 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | | RD No.: F282753 | | Sup. ID: 460377 | |
|---|---|---|---|---|---|

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

| Role: WITNESS | | | Name: LANDOR, THOMAS E | | |
|---|---|---|---|---|---|
| DLN/ID No.: | | | State: | SSN: | |
| Birth Date: | Age: 49 | Sex: MALE | Race: BLACK | | |
| Occ: DISABLED | | | Part Time? N Length: | 0 Year(s) 0 Month(s) 0 Day(s) | |
| Hospital/Removed to: | | Injury Type: | | | CPD Police Officer? N |
| Injury Descr: | | | | Injury by Offender: | NONE |

| Address Type | Address | | | Phone | Beat |
|---|---|---|---|---|---|
| RESIDENCE | 4657 W ERIE ST HSE CHICAGO IL 60644 | | | 7736263427 | 1111 |

| Role: WITNESS | | | Name: WALLACE, JESSIE | | |
|---|---|---|---|---|---|
| DLN/ID No.: | | | State: | SSN: | |
| Birth Date: | Age: 53 | Sex: | Race: | | |
| Occ: | | | Part Time? N Length: | 0 Year(s) 0 Month(s) 0 Day(s) | |
| Hospital/Removed to: | | Injury Type: | | | CPD Police Officer? N |
| Injury Descr: | | | | Injury by Offender: | NONE |

| Address Type | Address | | | Phone | Beat |
|---|---|---|---|---|---|
| RESIDENCE | 4757 W ERIE ST HSE CHICAGO IL 60644 | | | 7736263427 | 1111 |

**SUSPECT**

| In Custody? Y | Name: LONG, JOVANIE A | | Birth Date: | SSN: | |
|---|---|---|---|---|---|
| Nick Name: VANI | | | Driver's Lic. No.: | State: | |
| Clothing Descr.: BLK T SHIRT | | | | | |
| Sex: MALE | | | Race: BLACK | | |
| Eye Color: BROWN | | | Glasses: | | |
| Hair Color: BLACK | | | Hair Style: SHAVED | | |
| Complexion: DARK | | | Mus./Beard: | | |
| Age From: 21 | To: | Height From: 507 | To: | Weight From: 155 | To: |
| CB No.: 14549233 | | FBI No.: 37354DB3 | | SID No.: 37640400 | |
| IR No.: 1165297 | | | | | |

| Address Type | Address | | | Phone | Beat |
|---|---|---|---|---|---|
| RESIDENCE | 4231 W CRYSTAL ST CHICAGO IL 60644 | | | | 2534 |

| In Custody? Y | Name: WALKER, XAVIER | | Birth Date: | SSN: | |
|---|---|---|---|---|---|
| Nick Name: ZAV | | | Driver's Lic. No.: | State: | |
| Sex: MALE | | | Race: BLACK | | |
| Eye Color: BROWN | | | Glasses: | | |
| Hair Color: BLACK | | | Hair Style: SHORT | | |
| Complexion: MEDIUM | | | Mus./Beard: | | |
| Age From: 19 | To: | Height From: 508 | To: | Weight From: 150 | To: |
| CB No.: 14493760 | | FBI No.: 957317AB6 | | SID No.: 36910280 | |
| IR No.: 1184879 | | | | | |

| Address Type | Address | | | Phone | Beat |
|---|---|---|---|---|---|
| RESIDENCE | 5431 W POTOMAC AV CHICAGO IL | | | | 2532 |

**INVOLVED PROPERTIES**

**VEHICLES**

| Make: DODGE | | Model: CARAVAN | |
|---|---|---|---|
| Type: TRUCK | | Year: 1997 | |
| Style: VANETTE, (METRO,STEP VAN, HANDY VAN) | | | |
| Description: | | | |
| VIN No.: 2B4FP25B7VR129536 | | Owner: | |
| Disposition: TOWED | | | |
| Top Color: GREEN | | Bottom Color: GREEN | |
| Lic. Type: | | Lic. No.: | |
| Expiration: | | State: | |
| Other Ident. Marks: PASSENGER FRONT WINDOW SMASHED | | | |
| Pound Inv. No.: 410180/410486 | | Pound No.: 5555 W GRAND | |
| Towed? Y | Reason for Towing: HOMICIDE INVESTIGATION | | |
| Offender's? N | Stolen? N | Recovered? N | Damaged? Y | Theft From? N |

F282753

02-NOV-2000 13:52                    Requested by: PC09751

City NK 000180

CASR229

## CHICAGO POLICE DEPARTMENT

Page 3 of 9

### CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | | RD No.: F282753 | | Sup. ID: 460377 |
|---|---|---|---|---|

*Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644

**INVOLVED PROPERTIES**

**OTHER**

| | | | |
|---|---|---|---|
| *Description:* 2 FILA SPORT SHOES SIZE 10 | | *Owner:* | |
| *Serial No.:* | | *Model:* | |
| *Inv. No.:* 2323765 | | *Value:* | |

*Damage Description:*

| Damaged? N | Jewelry? N | Weapon? N | Taken? N | Recovered? Y | OAN? N |
|---|---|---|---|---|---|

### IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER

| IUCR | Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|---|
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |

### METHOD & CAU CODES

| Method Code | Cau Code |
|---|---|

**PERSON(S) SHOT**

### RELATIONSHIPS

| Victim | Suspect / Offender | Relationship to Victim |
|---|---|---|
| MAJDAK, MAREK | LONG, JOVANIE | NO RELATIONSHIP |
| MAJDAK, MAREK | WALKER, XAVIER | NO RELATIONSHIP |
| Role: Non-offender | Related Non-off. Role Related Non-offender | Relationship to Related Non-offender |

### INVOLVED EMPLOYEES

*Date Investigation Completed:* 01-NOV-2000 22:27

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Role:* ASSISTING DETECTIVE/YOUTH INV. | *Outside Agency:* | | *Star No.:* 20887 | *Emp. No.:* ■ | |
| *Emp. Name:* CRUZ, JOHN | | | *Beat:* 5418 | *Date:* 23-SEP-2000 11:36 | | |
| | *Role:* REPORTING OFFICER | *Outside Agency:* | *Beat:* 1111 | *Star No.:* 8940 | *Emp. No.:* ■ | |
| *Emp. Name:* BURKE, STEPHEN | | | | *Date:* 13-MAY-2000 07:43 | | |
| | *Role:* FIRST OFFICER ON SCENE | *Outside Agency:* | *Beat:* 1110 | *Star No.:* 8940 | *Emp. No.:* ■ | |
| *Emp. Name:* BURKE, STEPHEN | | | | *Date:* 13-MAY-2000 07:43 | | |
| | *Role:* REPORTING OFFICER | *Outside Agency:* | *Beat:* 1111 | *Star No.:* 19284 | *Emp. No.:* ■ | |
| *Emp. Name:* JACKSON, MICHAEL | | | | *Date:* 13-MAY-2000 07:43 | | |
| | *Role:* DETECTIVE/YOUTH INVESTIGATOR | *Outside Agency:* | *Beat:* | *Star No.:* 21127 | *Emp. No.:* ■ | |
| *Emp. Name:* MIGLORE, THOMAS | | | | *Date:* 13-MAY-2000 13:15 | | |
| | *Role:* ASSISTING DETECTIVE/YOUTH INV. | *Outside Agency:* | *Beat:* | *Star No.:* 20014 | *Emp. No.:* ■ | |
| *Emp. Name:* WOLVERTON, DONALD | | | *Beat:* 5415 | *Date:* 23-SEP-2000 11:36 | | |

F282753

Requested by: PC09751

**City NK 000181**

CASR229

**CHICAGO POLICE DEPARTMENT**

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CRD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460377 |
|---|---|---|

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

**HOMICIDE/DEATH**

**VICTIM**

Name: MAJDAK, MAREK

Day of Injury:    Date of Death:    Date of Injury:

Cause of Death:    Narcotic Type:

Criminality:    Narcotic Involvement:

Homicide File No.:    Medical Examiner No.:

Pronounced By:    Pronounced Date:

Intoxicant?   Autopsy Date:

Doctor Performing Autopsy:

Toxicology Results:

**SUSPECT**

Name: LONG, JOVANIE    Surren.? N    On Scene Arrested? N    Ident. not on scene? N

Ident. through Invest.? N   Admiss.? N   In Custody By:

Motive:    Narcotic Type:

Narcotic Involvement:    Intoxicant? N

Name: WALKER, XAVIER    Surren.? N    On Scene Arrested? N    Ident. not on scene? N

Ident. through Invest.? N   Admiss.? N   In Custody By:

Motive:    Narcotic Type:

Narcotic Involvement:    Intoxicant? N

Weather:    Temperature:

Lighting:    Light Source:

Source Distance:

**SUPERVISOR APPROVING**

| Approval Complete Officer Name | Star | Unit Assigned | Complete Date |
|---|---|---|---|
| FARRELL, JOHN | 382 | DET DIV AREA 4 | 13:47 02-NOV-2000 |

Review Complete Officer:    Star:    Complete Date:

**CASE REPORT DISTRIBUTION**

| No. of Copies | Send Copy To: |
|---|---|
| 0 | NO DISTRIBUTION |

F282753

02-NOV-2000 13:52      Requested by: PC09751

**City NK 000182**

CASR229                    **CHICAGO POLICE DEPARTMENT**                    Page 5 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| *Case Report ID:* 898552 | *RD No.:* F282753 | *Sup. ID:* 460377 |
|---|---|---|

*Address of Occurrence:* 4721 W OHIO ST  CHICAGO IL 60644

NARRATIVE

*Narrative Type:* CLEARED OPEN (ARREST AND PROSECUTION)

**CLEARED OPEN (ARREST AND PROSECUTION) SUPPLEMENT CASE REPORT**

THIS IS AN A/4 V/C CLEARED/OPEN BY ARREST SUPPLEMENTARY REPORT ON
F 282753.

DATE AND TIME ASSIGNED:
28 May 2000, 1630 hrs..

VICTIM:
MAJDAK, Marek, Eryk,(deceased), M/2/29, DOB ████████ SAN ██████ 570 Clavey Lane, highland
Park, Il., 60035, Home-847 432 0756, employed by Remodelers Supply, 2500 N Pulaski, factory worker,
Work-773 235 2500.

IN CUSTODY:
WALKER, Xavier, M/1/19, ████████ unknown SSAN, IR 1184879, 5431 West Potomac, no phone,
unemployed, nickname-ZAY, alias used LITTLETON, James, MOLESY, Laroy, MOLESY, Marvin,
ORBSY, Rashad, PETEETE, Xavier and  PRETEET, Kenneth.

WANTED:
LONG, Jovanie, M/1/21, DOB ██████, SSAN ██████ IR 1165297, 4652 West Erie, basement, 4230
West Crystal, 3rd floor, no phone, unemployed, nickname VONNIE.

ARRESTING OFFICERS;
DET. S. SANDERS, 20369, Bt. 5436,
DET. D. WRIGHT, 21234, Bt. 5436,
DET. M. PIETRYLA, 21209, Bt. 5429,
CCSP A. BRZEZNIAK, 224, Bt. 5429,
DET. D. WOLVERTON, 20014, Bt 5415,
DET. J. CRUZ, 20887, Bt. 5418,
SGT. B. HOLEY, 2525, Bt 5410.

CHARGES:
720 ILCS 5/9-1, First Degree Murder.

COURT DATE AND BRANCH:
30 May 2000, 66-2.

INJURIES:
Gunshot wound on upper cheek, midway between left ear and left eye.

F282753

02-NOV-2000 13:52                                    Requested by: PC09751

**City NK 000183**

**CHICAGO POLICE DEPARTMENT**

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552     RD No.: F282753     Sup. ID: 460377
Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

Gun shot wound in left buttock.

**TAKEN TO:**
Cook County Forensic Institute by Bt. 1171.

**WEAPON:**
Possibly a .45 caliber, not recovered.

**LOCATION:**
4721 West Ohio, on the street.

**DATE AND TIME:**
13 May 2000, between 0100 to 0110 hrs..

**WEATHER AND LIGHTING:**
Cloudy, approximately 60 degrees, wet puddles on ground after earlier rain/artificial lighting from light pole.

**MANNER/MOTIVE:**
Victim shot in buttock and head/monetary gain.

**IDENTIFIED BY:**
ROMANSKA, Joanne, B., sister of victim, F/2/23, DOB██████ SSAN██████ 10483 West Touhy, Rosemont, Il., 60191, phone 847 699 1844, work 773 202 5060.

**VEHICLE USED:**
(Victim's), 97 Dodge Caravan, green mini-van, VIN 2B4FP25B7VR129536, Il Temp Reg #2345741, towed to pound #1.

**PROPERTY TAKEN:**
Unknown amount of USC.

**EVIDENCE:**
INV# 2321181-Two cartridge casings.
INV# 2321182-One box with two blood swabs from sidewalk.
INV# 2321183-One box with two swabs from front seat of van.
INV# 2320783-One M.E. blood card, one swab in box recovered from left arm.
INV# 2320784-One sealed bullet envelope.
INV# 2320785-One pair gray pants, one black belt, one pair blue briefs.
INV# 2320797-One gray patterned T-shirt, one blue patterned long sleeve shirt, one brown paper bag with M.E. information.

02-NOV-2000 13:52       Requested by: PC09751

F282753

City NK 000184

CASR229

## CHICAGO POLICE DEPARTMENT

Page 7 of 9

### CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | |
|---|---|---|
| *Case Report ID:* **898552** | *RD No.:* **F282753** | *Sup. ID:* **460377** |
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | |

**NOTIFICATIONS:**
Medical Examiner's Investigator ANDERSON, #51.
Other required notifications by original reporting officers.
ASA Joanna LEAFBLAD, Felony Review.

**PERSONNEL ASSIGNED:**
DET. S. SANDERS, 20369, Bt. 5436,
DET. D. WRIGHT, 21234, Bt. 5436,
DET. M. PIETRYLA, 21209, Bt. 5429,
CCSP A. BRZEZNIAK, 224, Bt. 5429,
DET. D. WOLVERTON, 20014, Bt. 5415,
DET. J. CRUZ, 20887, Bt. 5418,
SGT. HOLEY, 2525, Bt. 5410.

**WITNESSES:**
WADDY, Antwone, L., M/1/21, DOB          , Unknown SSAN, 1141 N Cental Ave., 773 626 4653,
unemployed, nickname of BUBBLE.
WRIGHT, Maurice, M/1/20, DOB          Unknown SSAN, 4653 West Erie, 773 261 7288, unemployed,
nickname of BOO-BOO.
WRIGHT, Ashanti, R., F/1/20, DOB          , SSAN          4653 West Erie, 773 261 7288,
unemployed.
CURRY, Mary, M., F/1/52, DOB          SSAN          4653 West Erie, 773 261 7288, employed by
Belmonte Liquor as cashier, work 773 261 0039.

**INTERVIEWED:**
WALKER, Xavier, M/1/19, DOB          IR 1184879, 5431 West Potomac.

**TO BE RE-INTERVIEWED:**
BYRD, Hershula, F/1/21, DOB          SSAN          IR 1219428, 838 N Noble, apt 303, 773 421
3040, 5544 West North Avenue, apt #19, no phone.

**STATEMENTS:**
WALKER, Xavier, (video taped statement).

**INVESTIGATION:**
RD's were assigned follow up investigation of the above listed homicide on 28 May 2000, at approximately
1630 hrs., by Sgt. Holey, A/4 V/C. The following is a summation, but not verbatim, of the facts and
interviews conducted during this investigation. At approximately 1930 hrs., Dets. SANDERS and
WRIGHT received information as to the whereabouts of Xavier WALKER, who was wanted for
questioning in above listed homicide. At approximately 2130 hrs., RD's, Det.'s SANDERS, WRIGHT,
PIETRYLA and BRZEZNIAK, relocated to 5431 West Potomac and observed WALKER walking down
the stairs and onto the sidewalk. RD's identified their office and WALKER attempted to flee. After a brief

F282753

02-NOV-2000 13:52

Requested by: PC09751

City NK 000185

CASR229             **CHICAGO POLICE DEPARTMENT**           Page 8 of 9

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| *Case Report ID:* 898552 | *RD No.:* F282753 | *Sup. ID:* 460377 |
|---|---|---|
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | |

foot chase, RD's apprehended WALKER advised him of his rights and placed him into custody. RD's transported WALKER to A/4 V/C for further investigation.

RD's, again, advised WALKER of his rights, which he stated he understood, chose to waive and agreed to voluntarily answer RD's questions regarding the above listed homicide.

RD's informed WALKER, that he and Jovanie LONG had been implicated and identified by witnesses, as the individuals who committed the robbery/homicide listed above. RD's confronted WALKER with above listed witnesses hand written statements, which were read to him. WALKER stated that he understood the contents of the statements and requested to tell his side of the events that occurred on 13 May 2000, at 4721 West Ohio, at approximately 0100 hrs..

INTERVIEW:

The following is a summation, but not verbatim, of the interview conducted with Xavier WALKER, at A/4 V/C. Xavier WALKER was advised of his rights, which he stated that he understood and choose to waive and agreed to give the following statement. WALKER stated that on 12-13 May 2000, he and Jovanie LONG, were out smoking and drinking. He stated that they ran out of weed and drinks and they decided to "hit some licks"(sell some fake dope, snatch money and run). He stated that he "hit licks" when he needed money. He stated he had done this approximately 40 to 50 times, but only a few times with LONG. He stated that they waited for approximately a hour and a half, when a van pulled up on Ohio, between Kilpatrick and Cicero, where they were standing. He stated that the van drove down to the end of the park and LONG walked towards stated van. He stated that he walked towards the alley to watch out for the police. He stated that he observed LONG get into the van on the passengers side. He stated that he was approximately 15 feet from the rear of the van. He stated that he heard some noise coming from the van and saw LONG fighting with the driver of the van. He stated that the driver was either a male White or Hispanic. He stated that when he observed LONG fighting with the driver, he started running towards the van to help LONG. He stated he stopped running because the driver's door opened and the driver attempted to run. He stated he then saw LONG shoot the driver. He stated that he knew LONG had a gun with him because LONG had showed the gun to him earlier. He stated that the gun was an automatic, rusty, but did not know where LONG got the gun. He stated that after LONG shot the driver, he went home. He stated that he met some other friends who were going to celebrate with a friend who was just released from prison. He stated that he used his sister's car to go to the club, located at Lake and St. Louis. He stated that he and his friends first went to a restaurant, then back to Ohio. He stated that he saw LONG at approximately Erie and Cicero and LONG flagged him down. He stated that the police had streets blocked off and were all over the place. He stated that LONG got in the car and they went to the stated club. He stated that LONG paid for his admission into the club and they stayed there for approximately a half hour. He stated that he and LONG then went to BUBBLE's, Antwone WADDY, house, 1141 North Central, and saw BOO-BOO, Maurice WRIGHT, sleeping in a car behind WADDY's house. He states that he and LONG told WRIGHT about the shooting. He stated that he, LONG and WRIGHT then went to WRIGHT's house, 4653 West Erie. He stated that LONG tried to convince him to go to the van and wipe down the driver's side door, fearing he ,LONG, left his fingerprints on van. He stated he refused to do that. He stated they arrived at WRIGHT's house and saw TEE-TEE, Mary CURRY(WRIGHT's mother), and SHONTAY, Ashanti WRIGHT. He states that he tried to trick Ashanti WRIGHT to go to the van and wipe off the fingerprints, but she refused. He stated that he saw LONG a

02-NOV-2000 13:52                Requested by: PC09751

F282753

City NK 000186

CASR229

**CHICAGO POLICE DEPARTMENT**

Page 9 of 9

CASE SUPPLEMENTARY REPORT

3510 South Michigan Avenue/Chicago, IL 60653

PD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | Sup. ID: 460377 |
|---|---|---|

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

few days after the shooting and LONG stayed at his house for a few days.
RD's contacted Felony Review and ASA LEAFBLAD arrived at Area Four Violent Crimes. ASA
LEAFBLAD reviewed all reports and interviews. ASA LEAFBLAD, after advising Xavier WALKER of
his rights, stating he understood same and chose to waive, was interviewed by LEAFBLAD. ASA
LEAFBLAD apprized WALKER of his options to memorialize his statement through an oral statement,
hand written statement or video statement. Xavier WALKER chose to memorialize his statement through
a video recorded statement, which was conducted at A/4, in the video interview room. ASA LEAFBLAD
approved the charge of 1st Degree Murder on Xavier WALKER on 30 May 2000.

Based on the above reported facts RD's request this case be cleared/open by arrest.

**REPORTS OF:**
DET. S. SANDERS, 20369,
DET. D. WRIGHT, 21234,
DET. M. PIETRYLA, 21209,
CCSP A. BRZEZNIAK, 224,
DET. D. WOLVERTON, 20014,
DET. J. CRUZ, 20887,
GT. B. HOLEY, 2525.

*** End of Record ***

F282753

**City NK 000187**