# EXHIBIT 33

(Pl 2810 Video Confession)