# EXHIBIT 36

```
 1   STATE OF ILLINOIS     )
                           ) ss:
 2   COUNTY OF C O O K     )

 3      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - COUNTY DIVISION
 4                 FIRST MUNICIPAL DISTRICT

 5   THE PEOPLE OF THE STATE  )
     OF ILLINOIS,             )
 6                            )
              Plaintiff,      )
 7                            )
        vs.                   ) Case No.  00MC1123201
 8                            )
     XAVIER WALKER,           )
 9                            )
              Defendant.      )
10

11

12          REPORT OF PROCEEDINGS had in the

13   above-entitled cause taken before the

14   HONORABLE KEVIN MICHAEL SHEEHAN, Judge of said

15   court, on Wednesday, May 31, 2000.

16      APPEARANCES:

17          HONORABLE RICHARD A. DEVINE,
            State's Attorney of Cook County, by:
18          MR. LUKE SHERIDAN,
            Assistant State's Attorney,
19          on behalf of the People.

20          MS. RITA A. FRY,
            Public Defender of Cook County, by:
21          MR. TIM FABING,
            Assistant Public Defender,
22          on behalf of the Defendant.

23
     Josefina Rosas CSR #084003348
24   Official Court Reporter

                            1
```

BS013424

```
 1        THE CLERK:  Xavier Walker.
 2        THE COURT:  You are before the bench
 3   represented by the Office of the Public Defender.
 4   You are asking leave to file appearance?
 5        MR. FABING:  Yes.
 6        THE COURT:  Mr. Walker, you are charged with
 7   the offense of first degree murder.  Also, a
 8   fugitive state warrant.
 9            Finding of probable cause.  Ready for
10   preliminary hearing for examination?
11            Any additional proffer?
12        MR. SHERIDAN:  Yes.  Defendant is 19 years old.
13   The victim Perry Mostak (phonetic) 29 years old at
14   the time of his death.  Judge, on May 13 the year
15   2000 at 4721 West Ohio at approximately 1 o'clock
16   in Chicago, Illinois, in the morning, defendant
17   along with a co-defendant were hanging out in that
18   area.  Both of whom were out of cash at that time.
19   They decided they were going to rob some people who
20   were buying drugs.
21            The defendant Xavier Walker and
22   co-defendant pretended to be selling drugs and take
23   the cash from the victim who were perspective drug
24   buyers.
```

BS013425

```
 1            At approximately 1 o'clock in the morning,
 2     the victim drove up in his van.  Co-defendant
 3     approached the van and as defendant, Xavier Walker,
 4     waited behind as a lookout for the police,
 5     co-defendant entered the van and began to struggle
 6     with the victim over the victim's money.  As
 7     defendant Xavier Walker observed this happen,
 8     defendant Xavier Walker approached the van to help
 9     co-defendant.  At which point, the victim and
10     co-defendant both got out of the van.  When the
11     victim got out of the van, the co-defendant shot
12     the victim twice striking the victim in his
13     buttocks and striking him in his head.
14            The victim died as a result of the gunshot
15     wound to his head.  After firing two shots and
16     striking the victim, both defendants -- this
17     defendant and co-defendant fled the scene.
18            Judge, in regards to corroboration,
19     defendant gave a video statement admitting to the
20     above facts knowing that the co-defendant was armed
21     with a gun.  That there was a plan to rob the
22     victim.  He was acting as a lookout of the police
23     in commission with this robbery.
24            There are third party admissions made by
```

3

```
 1    the co-defendant detailing this incident to
 2    numerous individuals.  Defendant is currently on
 3    parole for possession of controlled substance
 4    charges.  Three felony convictions.
 5             Judge, he has two bond forfeitures and it
 6    appears he has an escape warrant from IDOC that's
 7    reflected on his report.  In addition, the
 8    defendant used eight different names and eight
 9    different dates of birth when he has been arrested
10    in the past.
11             We ask for special conditions of bond.
12        THE COURT:  Mitigation.
13        MR. FABING:  Your Honor, at the time of his
14    arrest, Mr. Walker attended West Side Holistic GED
15    program.  He lived for the last seven years on West
16    Potomac at the address given on the arrest.
17        THE COURT:  Bond set at $850,000 D.
18        MR. FABING:  We would like to take this
19    opportunity that he is represented by an attorney.
20    He does not wish to be interviewed about this or
21    any other matter outside of his presence or his
22    attorney's presence.
23        THE COURT:  Noted for the record.  Special
24    conditions of bond allowed.
```

BS013427

```
 1         MR. FABING:  We are asking the Court to sign an
 2    order for photographs.
 3         THE COURT:  Sure.  The Court will entertain
 4    that order.
 5         MR. SHERIDAN:  No objection.
 6                         (Which were all proceedings
 7                          had in above said cause.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

BS013428

```
1    STATE OF ILLINOIS     )
2                          ) SS
3    COUNTY OF C O O K     )
4
5              I, Josefina Rosas, CSR# 084-003348 an
6    Official Court Reporter for the Circuit Court of
7    Cook County, Judicial Circuit of Illinois, reported
8    in machine shorthand the proceedings had on the
9    hearing in the above-entitled cause and transcribed
10   the same by Computer Aided Transcription, which I
11   hereby certify to be a true and accurate transcript
12   of the evidence had before the Circuit Judge.
13
14
15
                                    /s/ Josefina Rosas
18                                  _____
19                                  Official Court Reporter
20
21
22   Dated this 19th day
23   of January, 2022.
24
```

BS013429