# EXHIBIT 37

CASR201

# CHICAGO POLICE DEPARTMENT

Page 1 of 9

## CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | |
|---|---|
| *Status:* **DETECTIVE SUP. APPROVAL COMPLETE** | *SUP ID:* 460407 |
| *Created By:* **MICHAEL PIETRYLA** | *Star No.:* 21209 |

| | | |
|---|---|---|
| *Case Report ID:* 898552 | *RD No.:* F282753 | *Date RO Arrived:* 13-MAY-2000 01:20 |
| *Event No.:* 0013401059 | *Occurrence Date From:* 13-MAY-2000 01:00 | *Occurrence Date To:* |
| *Unit Assigned:* 1111 | | *Domestic Related?* N | *Gang Related?* N |
| *IUCR Code:* 0110 | HOMICIDE | **FIRST DEGREE MURDER** |
| *Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | *Beat:* 1111 |
| *Location Code:* 303 | SIDEWALK | |
| *Sec. Location Code:* | | |

**VICTIM/COMPLAINANT/WITNESS/SUBJECT**

| | | |
|---|---|---|
| *Role:* VICTIM | *Name:* MAJDAK, MAREK E | |
| *DLN/ID No.:* | *State:* *SSN:* ▮▮▮ | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |
| | | *Associated IUCR:* 0110 |

| | | | | |
|---|---|---|---|---|
| *Birth Date:* ▮▮▮ | *Age:* 29 | *Sex:* MALE | *Race:* WHITE | |
| *Occ:* LABORER | | | *Part Time?* N *Length* 0 Year(s) 0 Month(s) 0 Day(s) | |
| *Hospital/Removed to:* MORGUE | | *Injury Type:* SHOT | | *CPD Police Officer?* N |
| *Injury Descr:* DOA | | | *Injury by Offender:* INJURED |
| *Address Type* | *Address* | | *Phone* | *Beat* |
| | 570 W CLAVEY LANE HIGHLAND PARK,IL. IL 60035 | | 8474320756 | 3100 |
| *Phone No. Type* | | *Phone Number* | | |
| BUSINESS | | 7732352500 | | |

| | | |
|---|---|---|
| *Role:* WITNESS | *Name:* EDWARDS, BETTY J | |
| *DLN/ID No.:* | *State:* *SSN:* ▮▮▮ | |
| *Birth Date:* | *Age:* 62 | *Sex:* FEMALE | *Race:* BLACK | |
| *Occ:* RETIRED | | *Part Time?* N *Length* 0 Year(s) 0 Month(s) 0 Day(s) | |
| *Hospital/Removed to:* | *Injury Type:* | *CPD Police Officer?* N |
| *Injury Descr:* | | *Injury by Offender:* NONE |
| *Address Type* | *Address* | *Phone* | *Beat* |
| | 4717 W OHIO ST HSE CHICAGO IL 60644 | 7736263580 | 1111 |

| | | |
|---|---|---|
| *Role:* WITNESS | *Name:* POPE, LISA | |
| *DLN/ID No.:* | *State:* *SSN:* | |
| *Birth Date:* | *Age:* | *Sex:* FEMALE | *Race:* BLACK | |
| *Occ:* | | *Part Time?* N *Length* 0 Year(s) 0 Month(s) 0 Day(s) | |
| *Hospital/Removed to:* | *Injury Type:* | *CPD Police Officer?* N |
| *Injury Descr:* | | *Injury by Offender:* NONE |
| *Address Type* | *Address* | *Phone* | *Beat* |

F282753

Requested by: PC09751

City NK 000229

CASR201

**CHICAGO POLICE DEPARTMENT**

CASE SUPPLEMENTARY REPORT

3510 South Michigan Avenue/Chicago, IL 60653

Page 2 of 9

CPD-11.380(Rev.8-96)-C

| | | | |
|---|---|---|---|
| Case Report ID: 898552 | | RD No.: F282753 | SUP ID: 460407 |
| Address of Occurrence: 4721 W OHIO ST  CHICAGO IL 60644 | | | |

**VICTIM/COMPLAINANT/WITNESS/SUBJECT**

| | | | |
|---|---|---|---|
| Role: WITNESS | | Name: EATON, KEN-KEN | |
| DLN/ID No.: | | State: | SSN: |
| Birth Date: | Age: | Sex: MALE | Race: BLACK |
| Occ: | | Part Time? N  Length   0 Year(s) 0 Month(s) 0 Day(s) | |
| Hospital/Removed to: | | Injury Type: | CPD Police Officer?  N |
| Injury Descr: | | | Injury by Offender: NONE |
| Address Type | Address | | Phone | Beat |

| | | | |
|---|---|---|---|
| Role: WITNESS | | Name: LANDOR, THOMAS E | |
| DLN/ID No.: | | State: | SSN: ▓ |
| Birth Date: ▓ | Age: 49 | Sex: MALE | Race: BLACK |
| Occ: DISABLED | | Part Time? N  Length   0 Year(s) 0 Month(s) 0 Day(s) | |
| Hospital/Removed to: | | Injury Type: | CPD Police Officer?  N |
| Injury Descr: | | | Injury by Offender: NONE |
| Address Type | Address | | Phone | Beat |
| | 4657 W ERIE ST HSE CHICAGO IL 60644 | | 7736263427 | 1111 |

| | | | |
|---|---|---|---|
| Role: WITNESS | | Name: WALLACE, JESSIE | |
| DLN/ID No.: | | State: | SSN: |
| Birth Date: | Age: 53 | Sex: | Race: |
| Occ: | | Part Time? N  Length   0 Year(s) 0 Month(s) 0 Day(s) | |
| Hospital/Removed to: | | Injury Type: | CPD Police Officer?  N |
| Injury Descr: | | | Injury by Offender: NONE |
| Address Type | Address | | Phone | Beat |
| | 4757 W ERIE ST HSE CHICAGO IL 60644 | | 7736263427 | 1111 |

**SUSPECT**

| | | | |
|---|---|---|---|
| In Custody?  Y   Name: LONG, JOVANIE A | | Birth Date: ▓ | SSN: ▓ |
| Nick Name: VANI | | Driver's Lic. No.: | State: ▓ |
| Clothing Descr.: BLK T SHIRT | | | |
| Sex: MALE | | Race: BLACK | |
| Eye Color: BROWN | | Glasses: | |
| Hair Color: BLACK | | Hair Style: SHAVED | |
| Complexion: DARK | | Mus./Beard: | |
| Age From: 21 | To: | Height From: 507  To: | Weight From: 155  To: |
| CB No.: 14549233 | | FBI No.: 37354DB3 | SID No.: 37640400 |
| IR No.: 1165297 | | | |
| Address Type | Address | Phone | Beat |
| RESIDENCE | 4231 W CRYSTAL ST  CHICAGO IL 60644 | | 2534 |

| | | | |
|---|---|---|---|
| In Custody?  Y   Name: WALKER, XAVIER | | Birth Date: ▓ | SSN: |
| Nick Name: ZAV | | Driver's Lic. No.: | State: |
| Sex: MALE | | Race: BLACK | |
| Eye Color: BROWN | | Glasses: | |
| Hair Color: BLACK | | Hair Style: SHORT | |
| Complexion: MEDIUM | | Mus./Beard: | |
| Age From: 19 | To: | Height From: 508  To: | Weight From: 150  To: |
| CB No.: 14493760 | | FBI No.: 957317AB6 | SID No.: 36910280 |
| IR No.: 1184879 | | | |
| Address Type | Address | Phone | Beat |
| RESIDENCE | 5431 W POTOMAC AV  CHICAGO IL | | 2532 |

F282753

02-NOV-2000 01:54

Requested by: PC09751

**City NK 000230**

CASR201        **CHICAGO POLICE DEPARTMENT**        Page 3 of 9

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | | |
|---|---|---|---|
| Case Report ID: 898552 | | RD No.: F282753 | SUP ID: 460407 |
| Address of Occurrence: 4721 W OHIO ST  CHICAGO IL 60644 | | | |

**INVOLVED PROPERTIES**

**VEHICLES**

| | | | |
|---|---|---|---|
| Make: DODGE | | Model: CARAVAN | |
| Type: TRUCK | | Year: 1997 | |
| Style: VANETTE, (METRO,STEP VAN, HANDY VAN) | | | |
| Description: | | | |
| VIN No.: 2B4FP25B7VR129536 | | Owner: MAJDAK, MAREK E. | |
| Desposition: TOWED | | | |
| Top Color: GREEN | | Bottom Color: GREEN | |
| Lic. Type: | | Lic. No.: | |
| Expiration: | | State: | |
| Other Ident. Marks: PASSENGER FRONT WINDOW SMASHED | | | |
| Pound Inv. No.: 410180/410486 | | Pound No.: 5555 W GRAND | |
| Towed? Y | Reason for Towing: HOMICIDE INVESTIGATION | | |
| Offender's? | Stolen? N | Recovered? N | Damaged? Y | Theft From? N |

**OTHER**

| | | | |
|---|---|---|---|
| Description: 2 FILA SPORT SHOES SIZE 10 | | Owner: LONG, JOVANIE | |
| Serial No.: | | Model: | |
| Inv. No.: 2323765 | | Value: | |
| Damage Description: | | | |
| Damaged? N | Jewelry? N | Weapon? N | Taken? N | Recovered? Y | OAN? N |

**IUCR CODE ASSOCIATIONS WITH VICTIM & OFFENDER**

| IUCR | Primary Classification | Secondary Classification | Victim | Suspect / Offender(s) |
|---|---|---|---|---|
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |
| 0110 | HOMICIDE | FIRST DEGREE MURDER | MAJDAK, MAREK | LONG, JOVANIE |

**METHOD & CAU CODES**

| Method Code | Cau Code |
|---|---|
| | |

**PERSON(S) SHOT**

**RELATIONSHIPS**

| Victim | Suspect / Offender | Relationship to Victim |
|---|---|---|
| MAJDAK, MAREK | LONG, JOVANIE | NO RELATIONSHIP |
| MAJDAK, MAREK | WALKER, XAVIER | NO RELATIONSHIP |

F282753

---

02-NOV-2000 01:54                  Requested by: PC09751

City NK 000231

CASR201        **CHICAGO POLICE DEPARTMENT**        Page 4 of 9

**CASE SUPPLEMENTARY REPORT**

3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

Case Report ID: 898552      RD No.: F282753      SUP ID: 460407

Address of Occurrence: 4721 W OHIO ST  CHICAGO IL 60644

**INVOLVED EMPLOYEES**    Date Investigation Completed: 01-NOV-2000 23:27

| | | | | | |
|---|---|---|---|---|---|
| Role: | ASSISTING DETECTIVE/YOUTH INV. | Outside Agency: | | Star No.: 20887 | Emp. No.: |
| Emp. Name: CRUZ, JOHN | | | Beat: 5418 | Date: | 23-SEP-2000 11:36 |
| Role: | REPORTING OFFICER | Outside Agency: | | Star No.: 8940 | Emp. No.: |
| Emp. Name: BURKE, STEPHEN | | | Beat: 1111 | Date: | 13-MAY-2000 07:43 |
| Role: | FIRST OFFICER ON SCENE | Outside Agency: | | Star No.: 8940 | Emp. No.: |
| Emp. Name: BURKE, STEPHEN | | | Beat: 1110 | Date: | 13-MAY-2000 07:43 |
| Role: | REPORTING OFFICER | Outside Agency: | | Star No.: 19284 | Emp. No.: |
| Emp. Name: JACKSON, MICHAEL | | | Beat: 1111 | Date: | 13-MAY-2000 07:43 |
| Role: | DETECTIVE/YOUTH INVESTIGATOR | Outside Agency: | | Star No.: 21127 | Emp. No.: |
| Emp. Name: MIGLORE, THOMAS | | | Beat: | Date: | 13-MAY-2000 13:15 |
| Role: | ASSISTING DETECTIVE/YOUTH INV. | Outside Agency: | | Star No.: 20014 | Emp. No.: |
| Emp. Name: WOLVERTON, DONALD | | | Beat: 5415 | Date: | 23-SEP-2000 11:36 |

**HOMICIDE/DEATH**

VICTIM

Name: MAJDAK, MAREK      Date of Injury:

Day of Injury:    Date of Death:    Narcotic Type:

Cause of Death:    Narcotic Involvement:

Criminality:

Homicide File No.:      Medical Examiner No.:

Pronounced By:      Pronounced Date:

Intoxicant?  N  Autopsy Date:

Doctor Performing Autopsy:

Toxicology Results:

**SUSPECT**

Name: LONG, JOVANIE    Surren. ?  N    On Scene Arrested?  N    Ident. not on scene?  N

Ident. through Invest.?  N  Admiss.?  N  In Custody By:

Motive:    Narcotic Type:

Narcotic Involvement:    Intoxicant?  N

Name: WALKER, XAVIER    Surren. ?  N    On Scene Arrested?  N    Ident. not on scene?  N

Ident. through Invest.?  N  Admiss.?  N  In Custody By:

Motive:    Narcotic Type:

Narcotic Involvement:    Intoxicant?  N

Weather:    Temperature:

Lighting:    Light Source:

Source Distance:

**SUPERVISOR APPROVING**

Approval Complete Officer  Name    Star    Unit Assigned    Complete Date

FARRELL, JOHN    382    DET DIV AREA 4    02-NOV-2000 01:50

Review Complete Officer:    Star:    Complete Date:

**CASE REPORT DISTRIBUTION**

No. of Copies    Send Copy To

0      NO DISTRIBUTION

**NARRATIVE**

Narrative Type: CLEARED CLOSED (ARREST AND PROSECUTION)

**CLEARED CLOSED (ARREST AND PROSECUTION) SUPPLEMENT CASE REPORT**

THIS IS AN AREA FOUR CLEARED/CLOSED BY ARREST SUPPLEMENTARY REPORT ON F 282753.

F282753

02-NOV-2000 01:54      Requested by: PC09751

City NK 000232

CASR201          **CHICAGO POLICE DEPARTMENT**         Page 5 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | SUP ID: 460407 |
|---|---|---|

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

**DATE AND TIME ASSIGNED:**
04 Aug 2000, 1100 hrs..

**VICTIM:**
MAJDAK, Marek, Eryk, (deceased), M/2/29, DOB ▨▨▨▨ SSAN ▨▨▨▨, 570 West Clavey Lane, Highland Park, Il., 60035, home-847 432 0756, employed by Remodelers Supply, 2500 North Pulaski, factory worker, work-773 235 2500.

**IN CUSTODY:**
LONG, Jovanie, M/1/21, DOB ▨▨▨▨, SSAN ▨▨▨▨ IR 1165297, 4230 West Crystal, 3rd floor, 773 278 8657, nickname VONNIE, self admitted Insane Imperial Vice Lord.

**ARRESTING OFFICERS:**
GCSP J. RIORDAN, 60040, Bt. 5423,
DET. M. PIETRYLA, 21209, Bt. 5429,
GCSP K. KROFEL, 60049, Bt. 5423.

**CHARGES:**
720 ILCS 5/9-1, First Degree Murder.

**COURT DATE AND BRANCH:**
07 August 2000, 66-2.

**INJURIES:**
Gun shot wound on upper cheek, midway between left ear and left eye.
Gun shot wound in left buttock.

**TAKEN TO:**
Cook County Forensic Institute by Bt. 1171.

**WEAPON:**
.45 caliber automatic, not recovered.

**LOCATION:**
4721 West Ohio, on the street.

**DATE AND TIME:**
13 May 2000, between 0100 to 0110 hrs..

**WEATHER AND LIGHTING:**
Cloudy, approximately 60 degrees, wet puddles on ground after earlier rain/artificial lighting from light

F282753

City NK 000233

CASR201          **CHICAGO POLICE DEPARTMENT**        Page 6 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | |
|---|---|---|
| *Case Report ID:* 898552 | *RD No.:* F282753 | *SUP ID:* 460407 |
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | |

pole.

**MANNER/MOTIVE:**
Victim shot in buttock and head/monetary gain.

**IDENTIFIED BY:**
ROMANSKA, Joanne, B., sister of victim, F/2/23, DOB ▮▮▮▮ SSAN ▮▮▮▮▮ 10483 West Touhy,
Rosemont, IL, 60191, home 847 699 1844, work 773 202 5060.

**VEHICLE USED:**
(Victim's), 97 Dodge, Caravan, green mini-van, VIN 2B4FP25B7VR129536, Il Temp Reg #2345741, towed
to Pound #1.

**PROPERTY TAKEN:**
Unknown amount of USC.

**EVIDENCE:**
INV # 2321181-Two cartridge casings.
INV# 2321182-One box with Two blood swabs from sidewalk.
INV# 2321183-One box with Two swabs from front seat of van.
INV# 2320783-One M.E. blood card, one swab in box, recovered from left arm.
INV# 2320784-One sealed bullet envelope.
INV# 2320785-One pair gray pants, one black belt, one pair blue briefs.
INV# 2320797-One gray patterned T-shirt, one blue patterned long sleeve shirt, one brown paper bag with
M.E. information.

**NOTIFICATIONS:**
Medical Examiner's Investigator ANDERSON, #51.
Other required notifications by original reporting officers.
ASA JIM NAVARRE, Felony Review.

**PERSONNEL ASSIGNED:**
GCSP J. RIORDAN, 60040, Bt. 5423,
DET. M. PIETRYLA, 21209, Bt. 5429,
GCSP K. KROFEL, 60049, Bt. 5423.
P.O. R. BARTIK, 3078, Unit 177.

**WITNESSES:**
WADDY, Antwone, M/1/21, DOB ▮▮▮▮ Unknown SSAN, 1141 N. Central Ave., 773 6264653,
unemployed, nickname of BUBBLE.
WRIGHT, Maurice, M/1/20, DOB ▮▮▮▮ Unknown SSAN, 4653 West Erie, 773 261 7288, unemployed,
nickname of BOO-BOO.

F282753

02-NOV-2000 01:54             Requested by: PC09751

City NK 000234

CASR201            **CHICAGO POLICE DEPARTMENT**          Page 7 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| Case Report ID: 898552 | RD No.: F282753 | SUP ID: 460407 |
|---|---|---|

Address of Occurrence: 4721 W OHIO ST CHICAGO IL 60644

WRIGHT, Ashanti, F/1/20, DOB █████ SSAN █████ 4653 West Erie, 773 261 7288, unemployed.
CURRY, Mary, M., F/1/52, DOB █████ SSAN █████ 4653 West Erie, 773 261 7288, employed by Belmonte Liquor, cashier, work 773 261 0039.

**INTERVIEWED:**
LONG, Jovanie, M/1/21, DOB █████ SSAN █████ 4230 West Crystal, 3rd floor, 773 278 8657.

**TO BE RE-INTERVIEWED:**
BYRD, Hershula, F/1/21, DOB █████ SSAN █████ IR 1219428, 838 N Noble, apt. 303, 773 421 3040, 5544 West North Avenue, apt. #19, no phone.

**STATEMENTS:**
LONG, Jovanie, (video taped statement).

**INVESTIGATION:**
RD's were assigned follow up investigation of the above listed homicide on 04 Aug 2000, at approximately 1100 hrs., by SGT WALSH, A/4 V/C. The following is a summation, but not verbatim, of the facts and interviews conducted during this investigation. At approximately 1900 hrs., on 03 Aug 2000, RD's were contacted by Regina LONG by phone, who stated that she and Reverend HOWARD would accompany her son, Jovanie LONG, who would surrender to RD's on 04 August 2000, at approximately 1200 hrs.. On 04 August 2000, at approximately 1145 hrs., Jovanie LONG, arrived with Regina LONG and Reverend Major HOWARD, and surrendered to RD's. RD's advised Jovanie LONG, in the presence of Reverend HOWARD, of his rights, which he stated he understood, chose to waive and agreed to voluntarily answer RD's questions regarding the above listed homicide. Reverend HOWARD left the interview room at approximately 1200 hrs..
RD's informed LONG that he and Xavier WALKER had been implicated and identified by witnesses, as the individuals who committed the robbery/homicide, on 13 May 2000, at 4721 West Ohio, at approximately 0100 hrs..

**INTERVIEW:**
The following is a summation, but not verbatim, of the interview(s), conducted with Jovanie LONG, at A/4, V/C. Jovanie LONG was advised of his rights, which he stated that he understood, chose to waive and agreed to give the following statements.
Long states that he only knows that a white man got shot on Ohio. He states that he was at mama's house, Mary CURRY, 4653 West Erie, all night with his girlfriend, Hershula BYRD, from 7:00 PM to approximately noon the following day. He stated that he had sex, fell asleep, and when he woke, BYRD, was gone. He states that his friend, Xavier WALKER, arrived and both went to a party, WAX FACTORY, on Lake Street. They remained at the party for approximately 30-40 minutes and relocated to Xavier's house, 5431 West Potomac. He states that Xavier drove him back to 4653 West Erie in Xavier's sister's vehicle, early in the morning, fell asleep and did not wake till noon, the next day.
RD's informed LONG of the video taped statement of Xavier WALKER, which implicated LONG in the

F282753

02-NOV-2000 01:54                      Requested by: PC09751

City NK 000235

CASR201

**CHICAGO POLICE DEPARTMENT**

Page 8 of 9

**CASE SUPPLEMENTARY REPORT**
3510 South Michigan Avenue/Chicago, IL 60653

CRD-11.380(Rev.8-96)-C

| *Case Report ID:* 898552 | *RD No.:* F282753 | *SUP ID:* 460407 |
|---|---|---|
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | |

robbery/homicide, which occurred on 13 May 2000, at 4721 West Ohio, at approximately 0100 hrs.. LONG stated that he wanted to view the tape recorded statement. RD's, along with LONG, viewed Xavier WALKER's tape recorded statement. LONG stated "ZAY be tricking me out." LONG requested to take polygraph.

RD's contacted Forensic Services and scheduled a polygraph examination for LONG on 05 August 2000, at approximately 0800 hrs..

On 05 August 2000, at Unit 177, at approximately 0810 hrs., P.O. BARTIK, advised Jovanie LONG of his rights, which he stated he understood, chose to waive and agreed to take the polygraph examination. Prior to administering the polygraph examination, Jovanie LONG stated that he had robbed and shot the man on Ohio. P.O. BARTIK informed RD's of the admission. LONG stated to RD's, that he had shot the man on Ohio and took his money. RD's relocated LONG back to A/4 V/C for further investigation. The polygraph examination was canceled.

RD's, again, advised Jovanie LONG of his rights, which he stated he understood and chose to waive, and the following is a summation, but not verbatim, of his interview and statements. Long states that on 12-13 May 2000, he was out with ZAY, Xavier WALKER, drinking and smoking up. He states that they ran out of liquor and had no money. He states that they decided to "hit some licks,"(sell fake dope/snatch money and run), to get some money. He states they were at approximately Erie and Kilpatrick. He states that he had in his possession a .45 caliber automatic. He states that he had the gun for at least a week and bought it off the streets. He states that he was on the street with ZAY for approximately 30-45 minutes waiting to hit a lick. He states that at approximately 1:00 AM, on 13 May 2000, he observed a newer bluish mini-van, with a white guy driving down the street. He states that he flagged down the van and the van pulled over. He states that ZAY walked up to the van and tried to snatch the money. He states that the white guy pulled back. He states that he walked to the driver's side of the van and motioned for the driver to go around the block to Ohio. He states that the van pulled around and he followed to Ohio Street. He states that he opened the passenger side door, got in and pulled his gun. He states that he pointed the gun at the driver of the van to get the money. He states that the driver grabbed the gun and both started to wrestle. He states that the driver grabbed the barrel of the gun. He states that the driver started to get the best of him, so he shot him once in the van. He states that the driver then got out of the van and ran across the street. He states that he then followed the driver, pointed the gun at him and attempted to take his money. He states that the driver then swung at him and he shot him for the second time. He states that the driver fell to the sidewalk and Xavier took his money from his pocket. He states that he ran home to 4653 West Erie. He states that later, ZAY picked him up and they bought some water,(PCP). He states that they rode around for awhile, then went to a club on Lake Street. He states that at the club, ZAY gave him Two, fifty dollar bills, that came from the driver of the van. He further states that he had told Mama, (Mary CURRY), Shantee, (Ashanti WRIGHT) and Boo-Boo, (Maurice WRIGHT), that he had twice shot the driver of the van.

RD's contacted Felony Review and ASA JIM NAVARRE arrived at Area Four Violent Crimes. ASA NAVARRE reviewed all reports and interviews. ASA NAVARRE, after advising Jovanie LONG of his rights, stating he understood same and chose to waive, was interviewed by NAVARRE. ASA NAVARRE apprized LONG of his options to memorialize his statement through an oral statement, hand written statement or video statement. Jovanie LONG chose to memorialize his statement through a video recorded

F282753

| 02-NOV-2000 01:54 | Requested by: PC09751 |
|---|---|

City NK 000236

CASR201

## CHICAGO POLICE DEPARTMENT

Page 9 of 9

### CASE SUPPLEMENTARY REPORT
3510 South Michigan Avenue/Chicago, IL 60653

CPD-11.380(Rev.8-96)-C

| | | |
|---|---|---|
| *Case Report ID:* 898552 | *RD No.:* F282753 | *SUP ID:* 460407 |
| *Address of Occurrence:* 4721 W OHIO ST CHICAGO IL 60644 | | |

statement, which was conducted at Area Four, in the video interview room. ASA NAVARRE approved the charge of First Degree Murder against Jovanie LONG on 05 August 2000.

Based on the above reported facts, RD's request this case be cleared/closed by arrest.
REPORTS OF:

GCSP J. RIORDAN, 60040,
DET. M. PIETRYLA, 21209,
GCSP K. KROFEL, 60049.
AREA FOUR VIOLENT CRIMES.

*** *End of Record* ***

F282753

02-NOV-2000 01:54

Requested by: PC09751

City NK 000237