# EXHIBIT 42

(Long Video)