# EXHIBIT 43

Salone 12/2/04
(308)

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

FILED
NOV 03 2004
DOROTHY BROWN
CLERK OF CIRCUIT COURT

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) 00CR-20601
)
JOVANIE LONG, XAVIER WALKER )

IMPOUNDING ORDER

IT IS HEREBY ORDERED that the below listed property used as Exhibit(s) for identification and or evidence in the trial of the above captioned cause which resulted in a finding of guilty be impounded by the Clerk of the Circuit Court, Criminal Division pending further order of this Court.

DESCRIPTION OF ITEMS

1. People's Exhibit # 1 - Life photo
2. People's Exhibit # 2 - ME Photo
3. People's Exhibit # 3 - Photo - victim
4. People's Exhibit # 4 - Photo - victim
5. People's Exhibit # 5 - Photo - victim
6. People's Exhibit # 6 - Photo - victim rear
7. People's Exhibit # 7 - Photo - shoeprint
8. People's Exhibit # 8 - Photo - shell casing
9. People's Exhibit # 9 - Photo - shell casing close-up
10. People's Exhibit #10 - Photo - overall scene
11. People's Exhibit #11 - Photo - victim's van
12. People's Exhibit #12 - Photo - victim's van, passenger side
13. People's Exhibit #13 - Photo - victim's van, front passenger seat
14. People's Exhibit #14A - Consent to video tape - Walker
15. People's Exhibit #14B - Photo - Exhibit (video statement) 1 - Walker

16. People's Exhibit #14C - Photo – Exhibit (video statement) 2 – Walker
17. People's Exhibit #14D - Photo – Exhibit (video statement) 3 – Walker
18. People's Exhibit #15A - Videotape - Walker
19. People's Exhibit #15B - Transcript of videotape - Walker
20. People's Exhibit #16A - Consent to video tape - Long
21. People's Exhibit #16B - Photo – Exhibit (video statement) 2 – Long
22. People's Exhibit #17A - Videotape – Long
23. People's Exhibit #17B - Transcript of videotape - Long
24. People's Exhibit #18 - Handwritten statement – Maurice Wright
25. People's Exhibit #19A - Photo
26. People's Exhibit #19B - Photo
27. People's Exhibit #19C - Photo
28. People's Exhibit #19D - Photo
29. People's Exhibit #19E - Photo
30. People's Exhibit #19F - Polaroid of Maurice Wright
31. People's Exhibit #20 - Grand Jury Transcript
32. People's Exhibit #21 - Two (2) lifts
33. People's Exhibit #22 - Inventory #2321181 - two (2) discharged cartridge casings
34. People's Exhibit #23 - ME envelope: bullet
35. People's Exhibit #24 - Protocol
36. People's Exhibit #25 - ME photo - entry wound
37. People's Exhibit #26 - ME photo – through and through gun shot wound
38. People's Exhibit #27 - ME photo – gun shot wound: entry buttocks
39. People's Exhibit #28 - ME photo – gun shot wound: exit buttocks
40. People's Exhibit #29 - ME photo – "bite" mark
41. People's Exhibit #30 - ME photo - bullet
42. People's Exhibit #31 - ME photo - clothes
43. People's Exhibit #32 - ME photo - clothes
44. People's Exhibit #33 - ME photo - clothes
45. People's Exhibit #34 - ME photo - clothes
46. People's Exhibit #35 - ME photo - clothes

47. People's Exhibit #42 - Stipulation to Firearms
48. People's Exhibit #43 - Stipulation to Fingerprints
49. People's Exhibit #44 - Stipulation to Medical Examiner
50. People's Exhibit #45 - Stipulation to D.N.A.

ENTER:

JUDGE OF THE CIRCUIT COURT
OF COOK COUNTY

DATED: 11-3-09

THE ABOVE LISTED ITEMS HAVE BEEN RECEIVED BY THE COUNTY CLERK'S OFFICE.

DOROTHY BROWN
CLERK OF THE COURT

DEPUTY CLERK

STAMP