# EXHIBIT 44

**Report of Proceedings ("R")**

|  | Direct | Cross | Redir. | Recr. |
|---|---|---|---|---|
| **Bench Trial** | | | | |
| **Volume I** | | | | |
| September 12, 2000 | | | | |
| Continuance | | | | A3 |
| October 19, 2000 | | | | |
| Continuance | | | | D5 |
| November 21, 2000 | | | | |
| Continuance | | | | E3 |
| February 13, 2001 | | | | |
| Continuance | | | | G5 |
| March 14, 2001 | | | | |
| Continuance | | | | H4 |
| April 12, 2001 | | | | |
| Continuance | | | | I5 |
| May 14, 2001 | | | | |
| Continuance | | | | J3 |
| June 12, 2001 | | | | |
| Continuance | | | | K4 |
| July 12, 2001 | | | | |
| Continuance | | | | L3 |
| October 1, 2001 | | | | |
| Motion to Suppress Statements | | | | N3 |
| Defense Witness | | | | |
|     Debra N. Bedsole | N4 | N7 | | |

BS012200

|  |  | Direct | Cross | Redir. | Recr. |
|---|---|---|---|---|---|
| October 2, 2001 | | | | | |
| States Witnesses | | | | | |
| | Detective Stanley Sanders | O3 | O17 | O27 | |
| | Detective Michael Pietryla | O29 | O44 | O52 | |
| | Detective Stanley Sanders | O54 | | | |
| | Joanna Liotine-Leafblad | O56 | O72 | | |
| Audiotape Allowed | | | | | O68 |
| State Rests | | | | | O76 |
| Defense Witness | | | | | |
| | Xavier Walker, Defendant | O77 | O93 | O108 | |
| Stipulation | | | | | O110 |
| State Rests in Rebuttal | | | | | 0110 |
| Closing Arguments | | | | | |
| | Mr. Wilson (Defendant) | | | | O110 |
| | Mr. Clancy (State) | | | | O114 |
| **Ruling** | | | | | O123 |
| October 29, 2001 | | | | | |
| Continuance | | | | | P3 |
| January 7, 2002 | | | | | |
| Continuance | | | | | Q7 |
| March 18, 2002 | | | | | |
| Continuance | | | | | R2 |

A-3

|  | Direct | Cross | Redir. | Recr. |
|---|---|---|---|---|
| March 28, 2002 | | | | |
| Continuance | | | | S2 |
| May 1, 2002 | | | | |
| Continuance | | | | T4 |
| June 5, 2002 | | | | |
| Continuance | | | | U3 |
| July 18, 2002 | | | | |
| Continuance | | | | 4 |
| September 12, 2002 | | | | |
| Continuance | | | | X4 |
| October 25, 2002 | | | | |
| Continuance | | | | Y4 |
| December 3, 2002 | | | | |
| Continuance | | | | Z6 |

**Volume II**

| | Direct | Cross | Redir. | Recr. |
|---|---|---|---|---|
| December 10, 2002 | | | | |
| Continuance | | | | AA3 |
| December 20, 2002 | | | | |
| Petition to Reduce Bail | | | | BB3 |
| Arguments | | | | |
|     Mr. Wilson (Defense) | | | | BB3 |
|     Ms. Coleman (State) | | | | BB3 |
|     Mr. Wilson (Defense) | | | | BB5 |
| **Ruling** | | | | BB7 |
| January 23, 2003 | | | | |

BS012202

|  |  | Direct | Cross | Redir. | Recr. |
|---|---|---|---|---|---|
| Withdrawal of Motion to Quash - Granted |  |  |  |  | CC4 |
| February 7, 2003 |  |  |  |  |  |
| Continuance |  |  |  |  | DD5 |
| February 19, 2003 |  |  |  |  |  |
| Motion to Suppress |  |  |  |  | EE6 |
| Motion to Exclude |  |  |  |  | EE9 |
| States Witnesses |  |  |  |  |  |
|  | Michael Pietryla | EE9 | EE31 |  |  |
|  | John Riordan | EE51 | EE63 |  |  |
| Motion to Publish Video Tape Statement |  |  |  |  | EE55 |
| Voir Dire Exam |  |  |  |  | EE55 |
|  | Robert Bartik | EE65 | EE72 |  |  |
| State Rests |  |  |  |  | EE76 |
| Defense Witness |  |  |  |  |  |
|  | John Riordan | EE76 |  |  |  |
| Defense Rests |  |  |  |  | EE85 |
| Arguments |  |  |  |  |  |
|  | Mr. Conniff (Co-Defendant) |  |  |  | EE85 |
|  | Ms. Coleman (State) |  |  |  | EE87 |
| **Ruling** |  |  |  |  | EE89 |
| Motion to Produce |  |  |  |  |  |
| Arguments |  |  |  |  |  |
|  | Mr. Conniff (Co-Defendant) |  |  |  | EE89 |
|  | Ms. Coleman (State) |  |  |  | EE90 |

BS012203

|  |  | **Direct** | **Cross** | **Redir.** | **Recr.** |  |
|---|---|---|---|---|---|---|
| **Ruling** |  |  |  |  |  | EE93 |
| March 20, 2003 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | FF5 |
| April 3, 2003 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | GG4 |
| May 6, 2003 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | HH5 |
| June 19, 2003 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | II4 |
| July 30, 2003 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | JJ3 |
| August 8, 2003 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | KK4 |
| August 25, 2003 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | LL3 |
| September 18, 2003 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | MM3 |
| November 14, 2003 |  |  |  |  |  |  |
| Signed Jury Trial Waivers |  |  |  |  |  | OO4 |
| Joint Motion to Exclude |  |  |  |  |  | OO6 |
| **Ruling** |  |  |  |  |  | OO6 |
| Arguments |  |  |  |  |  |  |
|  | Ms. Ravin (State) |  |  |  |  | OO6 |
|  | Mr. Wilson (Defense) |  |  |  |  | OO11 |
|  | Mr. Conniff (Co-Defendant) |  |  |  |  | OO14 |

BS012204

|  |  | Direct | Cross | Redir. | Recr. |  |
|---|---|---|---|---|---|---|
| States Witnesses |  |  |  |  |  |  |
|  | Daniel Romanski | OO17 | OO22 | OO36 | OO38 |  |
|  | Alicja Skibicki | OO24 | OO33, OO34 |  |  |  |
|  | Urszla Zarzycki | OO39 | OO44 |  |  |  |
| November 4, 2003 |  |  |  |  |  |  |
|  | Detective John Cruz | PP4 | PP22 | PP32 | PP32 |  |
|  | Joanna Liotine Leafblad | PP35 | PP48 |  |  |  |
|  | Jim Navarre | PP52 | PP64 |  |  |  |
|  | John Riordan | PP74 | PP91 |  |  |  |
| December 1, 2003 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | QQ4 |
| January 14, 2004 |  |  |  |  |  |  |
| Continuance |  |  |  |  |  | RR4 |

**Volume III**

February 19, 2004

|  |  | Direct | Cross |  |
|---|---|---|---|---|
|  | Maurice Wright | SS4 | SS89 |  |
| Stipulations |  |  |  | SS102 |
| Transcript of the Testimony of Luke Sheridan |  |  |  | SS111 |
| Publication of Handwritten Statement of Maurice Wright |  |  |  | SS124 |
|  | Michael Pietryla | SS133 | SS152, SS155 |  |

**Volume IV**

April 8, 2004

| Continuance |  |  |  |  |  | TT4 |
|---|---|---|---|---|---|---|

A-7

BS012205

|  | **Direct** | **Cross** | **Redir.** | **Recr.** |
|---|---|---|---|---|
| April 26, 2004 | | | | |
| Continuance | | | | UU3 |
| May 7, 2004 | | | | |
| Continuance | | | | VV4 |
| June 4, 2004 | | | | |
| Continuance | | | | WW3 |
| July 19, 2004 | | | | |
| Continuance | | | | YY3 |
| August 31, 2004 | | | | |
| Continuance | | | | ZZ3 |
| September 8, 2004 | | | | |
| **Ruling** | | | | AAA4 |
| October 15, 2004 | | | | |
| Continuance | | | | BBB3 |
| October 20, 2004 | | | | |
| Continuance | | | | CCC3 |
| December 2, 2004 | | | | |
| Continuance | | | | DDD8 |
| January 11, 2005 | | | | |
| **Sentencing Hearing** | | | | |
| Argument in Aggravation | | | | EEE5 |
| **Imposition of Sentence** | | | | EEE11 |
| Statement of Mrs. Walker | | | | EEE13 |
| Statement of Defendant Xavier Walker | | | | EEE14 |
| 30 Day Stay of Mitt | | | | EEE16 |

BS012206

|  | Direct | Cross | Redir. | Recr. |
|---|---|---|---|---|
| February 1, 2005 | | | | |
| Notice of Appeal Filed | | | | 4 |
| **Supplemental Report of Proceedings ("SR")** | | | | |
| Stipulations | | | | XX2 |
| State Rests | | | | XX32 |
| Motion for Directed Finding | | | | XX32 |
| Arguments | | | | |
|     Mr. Conniff (Co-Defendant) | | | | XX32 |
| Motion for Directed Finding of Not Guilty | | | | XX38 |
|     Mr. Wilson (Defendant) | | | | XX38 |
|     Ms. Ravin (State) | | | | XX40 |
| **Rulings** | | | | XX41 |
| Defense Rests | | | | XX42 |
| Closing Arguments | | | | |
|     Mr. Conniff (Co-Defendant) | | | | XX42 |
|     Mr. Wilson (Defendant) | | | | XX46 |
|     Ms. Ravin (State) | | | | XX48 |
| **Finding of Guilty** | | | | XX53 |
| Bond Revoked | | | | XX54 |

BS012207