# EXHIBIT 45

DISCOVERY ON [XAVIER WALKER] & JOYONIE LONG
TENDERED ON APRIL 12, 2001

→ FOR ATTY GREGORY WILSON

| | |
|---|---|
| GOCR (2) | LAB BIOLOGY (2) |
| SUPPS-2000 | LAB FINGPRINT |
| 5/13 (11) | LAB FIREARMS |
| 5/13 (3) | PHOTO LONG |
| 5/19 (9) | PHOTOS WALKER (3) |
| 5/23 (4) | POLYGRAPH YVETTE ANDERSON |
| 5/23 (6) | POLYGRAPH LONG |
| 5/23 (6) | POSTMORTEM (9) |
| 5/23 (6) | STMT MARY CURRY (4) |
| 5/23 (6) | STMT LONG (13) |
| 5/24 (6) | FEU NOTES LONG |
| 5/25 (6) | STMT WALKER (16) |
| 5/25 (6) | FEU NOTES WALKER |
| 5/27 (9) | STMT ASHANTI WRIGHT (5) |
| 5/28 (9) | STMT MAURICE WRIGHT (7) |
| 6/5 (6) | STOP ORDER |
| 7/25 (6) | ~~~~~ |
| 7/28 (6) | TRANS MARY CURRY (15) |
| 8/4 (9) | TRANS M. PIETRYLA (6) |
| CB LONG | TRANS DET. SANDERS (6) |
| CB WALKER | TRANS ASHANTI WRIGHT (18) |
| CONVICTIONS WALKER (2) | TRANS MAURICE WRIGHT (13) |
| CSPR (3) | VEH RECORDS (12) |
| GPRS (51) | VEH TOW REPORT (4) |
| INV SHEETS (8) | |
| IR LONG (2) | |
| IR WALKER (7) | |

BS012584