# EXHIBIT 47

```
            UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF ILLINOIS

               EASTERN DIVISION

--------------------------------------------------------

Xavier Walker,


        Plaintiff,


    vs.                        Case Number 1:2020cv07209


City of Chicago et al.,


        Defendants.

--------------------------------------------------------

            Deposition of Jovanie Long

                   Tuesday

               March 8th, 2022


                   -at-


            Zoom Remote Deposition
```

Exhibit 5, LLC

```
 1                         APPEARANCES

 2

 3                    For the Plaintiff:

 4                   Jeanette S. Samuels

 5                 Samuels & Associates, Ltd.

 6                601 South California Avenue

 7                  Chicago, Illinois 60612

 8

 9           For the Defendant City of Chicago:

10                    Natalie Adeeyo

11                     Breana Brill

12                   Shneur Z. Nathan

13                 Nathan & Kamionski, LLP

14                  33 West Monroe Street

15                      Suite 1830

16                  Chicago, Illinois 60603

17

18   For the Individual Chicago Police Officer Defendants:

19                  Misha Itchhaporia

20                   Graham P. Miller

21                 Borkan & Scahill, Ltd.

22                  20 South Clark Street

23                      Suite 1700

24                  Chicago, Illinois 60603

25
```

```
 1                    For Jovanie Long:

 2                     Jarrett Adams

 3          The Law Offices of Jarrett Adams, PLLC

 4                   40 Fulton Street

 5                      Floor 23

 6                 New York, New York 10038

 7

 8          RECORDER:  Zoom is recording.  Good morning.

 9  We are now on the record.  Today is Tuesday, March 8th,

10  2022.  The time is now 9:09 a.m.  We are meeting

11  remotely today for the deposition -- deposition of

12  Jovanie Long in the matter of Xavier Walker v. The City

13  of Chicago, et al., case number 1:2020cv07209.  The

14  venue is Northern District of Illinois, Eastern

15  Division.  Mr. Long, my name is Katie Jasinski.  I'm a

16  notary public, and I'm recording this deposition on

17  behalf of Exhibit 5, LLC.  The deposition is being

18  recorded remotely via Zoom in accordance with Illinois

19  Public Act 101-0640.  Mr. Long, I can see you have a

20  valid picture ID, and your name as well, so that's

21  great.  And Mr. Long, are you physically located within

22  the state of Illinois today?

23          MR. LONG:  I am.

24          RECORDER:  Thank you.  At this time, would

25  you please raise your right hand for the oath?  And
```

 1 | then just kind of move it into the picture, if you
 2 | don't -- thank you.
 3 |                     (Witness sworn)
 4 |         RECORDER:  Thank you.  Would the attorneys
 5 | please state their appearance for the record?
 6 |         MR. NATHAN:  Good morning, Shneur Nathan for
 7 | the City of Chicago.
 8 |         MR. MILLER:  Graham Miller and Misha
 9 | Itchhaporia on behalf of the individual Defendant
10 | officers.
11 |         MS. SAMUELS:  Jeanette Samuels on behalf of
12 | the Plaintiff.
13 |         MR. NATHAN:  I guess I'll put on the record,
14 | Breana Brill and Natalie Adeeyo are also attending on
15 | behalf of the City.
16 |         MR. ADAMS:  And Attorney Jarrett Adams,
17 | J-a-r-r-e-t-t, on behalf of Jovanie Long.
18 |         RECORDER:  Thank you.  That completes the
19 | required information.  We can proceed.
20 |         MR. ADAMS:  I just want to state for the
21 | record that, after Mr. Long states his name, he will
22 | answer each and every question afterwards by pleading
23 | the Fifth.
24 |                     EXAMINATION
25 | BY MR. NATHAN:

1    Q.   Good morning, Mr. Long.  As I mentioned

2  before, my name is Shneur Nathan.  I represent the City

3  of Chicago in this matter.  Can you please state your

4  name for the record?

5    A.   Jovanie Long, J-o-v-a-n-i-e, L-o-n-g.

6    Q.   And where -- where are you presently located?

7    A.   Pinckneyville Correctional Center.           0:02:29

8    Q.   Do you have an ID attached to you that you

9  can show up for us?  Can you put it in the screen?

10    A.   Well, something's blocking the screen.  I

11  don't -- I don't know what's going on with that.

12    Q.   We see it.  Thank you very much.  You can put

13  it back.  What is your height and weight?

14    A.   Excuse me?

15    Q.   What is your height and weight?

16         MR. ADAMS:  As -- as stated before, Counsel,

17  my client will be pleading the Fifth to every question

18  after answering his name.

19    A.   I'm pleading the Fifth.  I plead the Fifth,

20  and I refuse to answer any questions on the ground that

21  it may incriminate me.

22    Q.   And what was your height and weight back on

23  May 13th, 2000 at about 1:20 a.m.?

24    A.   Again, I plead the Fifth, and I refuse to

25  answer any questions that may incriminate me.

 1      Q.   Are you presently convicted for -- for

 2   murder, sir?

 3      A.   I plead the Fifth, and I refuse to answer any

 4   questions that may incriminate me.

 5      Q.   Are you convicted -- do you stand convicted

 6   of the murder of Marek, M-a-r-e-k, Majdak, M-a-j-d-a-k?

 7      A.   I plead the Fifth and refuse to answer any

 8   questions on the grounds that they may incriminate me.

 9      Q.   Are you presently trying to -- well, strike

10   that.   Isn't it true, sir, that you were convicted for

11   the murder of Mr. Majdak because you, in fact, shot Mr.

12   Majdak?

13      A.   I plead the Fifth, and I refuse to answer any

14   questions on the grounds that they may incriminate me.

15      Q.   Sir, do you remember that you gave a

16   videotaped statement on August 5th, 2000 at about 4:32

17   p.m. in Chicago, Illinois?

18      A.   I plead the Fifth, and I refuse to answer any

19   questions that may incriminate me.

20      Q.   And at that statement, gang specialist

21   Riordan, R-i-o-r-d-a-n, was present along with

22   Assistant State's Attorney Jim Navarre, N-a-v-a-r-r-e,

23   correct?

24      A.   Again, I plead the Fifth, and I refuse to

25   answer any questions on the ground that -- on the

1 grounds that they may incriminate me.

2     Q.   And that statement was videotaped, true?

3     A.   Again, I plead the Fifth, and I refuse to

4 answer any questions on the grounds that they may

5 incriminate me.

6     Q.   Before you gave a statement on video, you

7 were provided your Fifth -- your Miranda warnings,

8 correct?

9     A.   I plead the Fifth, and I refuse to answer any

10 questions that may incriminate me.

11     Q.   And actually before the video even came on,

12 you had told the ASA Navarre that you had "tried

13 robbering -- robbing" Marek Majdak, correct?

14     A.   I plead the Fifth, and I refuse to answer any

15 questions on the grounds that they may incriminate me.

16     Q.   And in fact, you told -- you told the

17 prosecutor at that time, even before the videotape came

18 on, that on May 13th, 2000, you were with Xavier Walker

19 and "looking for licks," which are people to rob,

20 correct?

21     A.   I plead the Fifth, and I refuse to answer any

22 questions on the grounds that they may incriminate me.

23     Q.   And you also told the prosecutor that the

24 victim drove up in a van, and you ended up shooting him

25 twice when you were trying to get money from him,

```
 1  right?
 2      A.   Again, I plead the Fifth, and I refuse to
 3  answer any questions that may incriminate me.
 4      Q.   And you also told the prosecutor before the
 5  video came on that you ended up getting two $50 bills
 6  after Xavier took the victim's money, and then gave you
 7  some, correct?
 8      A.   Again, I plead the Fifth, and refuse to
 9  answer any questions that may incriminate me.
10      Q.   And isn't it true that you said those same
11  things on videotape as well, correct?
12      A.   Again, I plead the Fifth, and I -- and I
13  refuse to answer any questions on the grounds that they
14  may incriminate me.
15      Q.   You were -- after being read your Miranda
16  rights on video, you agreed to give a videotaped
17  statement, correct?
18      A.   I plead the Fifth, and refuse to answer any
19  questions on the grounds that they may incriminate me.
20      Q.   And you refused to sign a consent to the
21  videotaped statement, but you orally consented to the
22  videotaped statement, correct?
23      A.   I plead the Fifth, and refuse to answer any
24  questions on the grounds that they may incriminate me.
25      Q.   And you told the prosecutor on the videotaped
```

1  statement that your date of birth was ████████████

2  ████  correct?

3      A.   Again, I plead the Fifth, and I refuse to

4  answer any questions on the grounds that they may

5  incriminate me.

6      Q.   And you said that was your birthday because

7  that's true, correct?

8      A.   Again, I plead the Fifth on the grounds that

9  they may incriminate me.

10     Q.   And you also told the prosecutor on the video

11 that you knew someone by the name of Xavier Walker,

12 correct?

13     A.   I plead the Fifth, and I refuse to answer any

14 questions on the grounds that they may incriminate me.

15     Q.   And in your videotaped statement, you said

16 that you call Xavier Walker "Zay (phonetic)," correct?

17     A.   Again, I plead the Fifth, and refuse to

18 answer any questions on the grounds that they may

19 incriminate me.

20     Q.   And you identified Xavier Walker from a

21 photograph in your videotaped statement, correct?

22     A.   I plead the Fifth, and I refuse to answer any

23 questions on the grounds that they may incriminate me.

24     Q.   And you said on the video that you knew

25 Xavier Walker all your -- all your life?

```
 1      A.    I plead the Fifth, and I refuse to answer any
 2  questions that may incriminate me.
 3      Q.    And that was true, correct?                    0:08:46
 4      A.    I plead the Fifth, and I refuse to answer any
 5  questions on the grounds that they may incriminate me.
 6      Q.    You also told the prosecutor on the video
 7  that Xavier calls you "Vani (phonetic)" or "Jovanie,"
 8  right?
 9      A.    I plead the Fifth, and I refuse to answer any
10  questions on the grounds that they may incriminate me.
11      Q.    You also told the prosecutor that you've "hit
12  a lick" with Xavier Walker in the past, even before you
13  murdered Mr. Majdak, correct?
14      A.    I plead the Fifth, and I refuse to answer any
15  questions on the grounds that they may incriminate me.
16      Q.    And you explained -- and you explained to the
17  prosecutor on the video that "hitting a lick" was
18  snatching money from people, correct?
19      A.    I plead the Fifth, and I refuse to answer any
20  questions on the grounds that they may incriminate me.
21      Q.    And you were asked -- you -- you told the
22  prosecutor that on May 13th, 2000, in the early
23  morning, sometime around 1:00 a.m., you were with
24  Xavier Walker, correct?
25      A.    I plead the Fifth, and I refuse to answer any
```

1  questions on the grounds that they may incriminate me.

2      Q.   And that you were with Xavier Walker,

3  specifically on Erie and Kilpatrick, trying to "hit a

4  lick," correct?

5      A.   I plead the Fifth, and I refuse to answer any

6  questions on the grounds that they may incriminate me.

7      Q.   And in fact, that was true, you were trying

8  to hit a lick with Xavier Walker on Erie and

9  Kilpatrick, correct?

10     A.   I plead the Fifth on the grounds that they

11 may incriminate me.

12     Q.   And you told the prosecutor that you had a

13 gun on you, which was a 45 automatic caliber gun,

14 correct?

15     A.   I plead the Fifth, and I refuse to answer any

16 questions on the grounds that they may incriminate me.

17     Q.   And you told the prosecutor that because it

18 was true, correct?

19     A.   I plead the Fifth, and I refuse to answer any

20 questions on the grounds that they may incriminate me.

21     Q.   And you, in fact, told the prosecutor on the

22 video that you bought this 45 caliber about a week

23 before killing Mr. Majdak, and you paid about --

24     A.   Again --

25     Q.   -- $50 for it, correct?

1     A.    Again, I plead the Fifth, and I refuse to

2   answer any questions on the grounds that they may

3   incriminate me.

4     Q.    After being with Xavier Walker for about a

5   half an hour by Erie and Kilpatrick, a white guy in a

6   dark bluish minivan drove up, correct?

7     A.    I plead the Fifth, and I refuse to answer any

8   questions on the grounds that they may incriminate me.

9     Q.    I mean, that's what happened, true?

10    A.    I plead the Fifth, and I refuse to answer any

11  questions on the grounds that they may incriminate me.

12    Q.    And you -- you did, in fact, tell the

13  prosecutor that, though, correct?

14    A.    I plead the Fifth.  Again, I plead the Fifth,

15  and I refuse to answer any questions on the grounds

16  that they may incriminate me.

17    Q.    And in your videotaped statement, you told

18  the prosecutor that this was a new minivan, and that

19  made you think he probably -- the man in the minivan

20  probably had money, correct?

21    A.    I plead the Fifth, and I refuse to answer any

22  questions on the grounds that they may incriminate me.

23    Q.    You told the prosecutor that Xavier was

24  standing in the street, flagged the guy down, and he

25  pulled over, correct?

1      A.    I plead the Fifth, and I refuse to answer any

2    questions on the grounds that they may incriminate me.

3      Q.    And when you said that Xavier Walker flagged

4    the guy -- guy down, you were saying Xavier Walker

5    flagged the victim down so you could rob him, right?

6      A.    I plead the Fifth, and I refuse to answer any

7    questions on the grounds that they may incriminate me.

8      Q.    And you told the prosecutor on the videotaped

9    statement, "Then, Xavier went up to the van, and I

10   guess he had some money out because he snatched in like

11   that -- that -- snatched in -- that -- like that, tried

12   to snatch it, snatched the money.  Question --

13     A.    I plead --

14     Q.    -- Who snatched it?  Answer, Xavier,"

15   correct?

16     A.    I plead the Fifth, and I refuse to answer any

17   questions on the grounds that they may incriminate me.

18     Q.    I mean, it is true that Xavier Walker tried

19   to snatch the money out of the victim's hands in this

20   case, correct?

21     A.    Again, I plead the Fifth, and I refuse to

22   answer any questions on the grounds that they may

23   incriminate me.

24     Q.    You were also asked by the prosecutor in your

25   videotaped statement or -- strike that.  You also told

1  the prosecutor in the videotaped statement that the guy

2  driving the van was a white guy and you were about 15

3  feet away, correct?

4      A.   Again, I plead the Fifth, and I refuse to

5  answer any questions on the grounds that they may

6  incriminate me.

7      Q.   And then you told the prosecutor that after

8  Xavier Walker jerked at the guy, trying to take his

9  money, you walked up to the van, and you --

10     A.   Again --

11     Q.   -- walked up on the passenger side, correct?

12     A.   I plead the Fifth, and I refuse to answer any

13 questions on the grounds that they may incriminate me.

14     Q.   And you told the prosecutor that you told the

15 victim he should go around the block, and you made a

16 motion circling your hands to try to get the guy to go

17 around the block, right?

18     A.   I plead the Fifth, and I refuse to answer any

19 questions on the grounds that they may incriminate me.

20     Q.   You told the prosecutor in your videotaped

21 statement that you wanted the man to go to Ohio Street

22 because it would be dark, and it would be easier to rob

23 him, right?

24     A.   I plead the Fifth, and I refuse to answer any

25 questions on the grounds that they may incriminate me.

1     Q.   And then you told the prosecutor that the man

2  got to Ohio, and you walked up to the van, and got into

3  the van, right?

4     A.   Again, I plead the Fifth, and I refuse to

5  answer any questions on the grounds that they may

6  incriminate me.

7     Q.   And you told the prosecutor that you got into

8  the van on the passenger side, correct?

9     A.   I plead the Fifth, and I refuse to answer any

10  questions on the grounds that they may incriminate me.

11     Q.   And you said that because it was true,

12  correct?

13     A.   Again, I plead the Fifth, and I refuse to

14  answer any questions on the grounds that they may

15  incriminate me.

16     Q.   And you told the prosecutor in your

17  videotaped statement that initially the white guy was

18  still in the van, right?

19     A.   I plead the Fifth, and I refuse to answer any

20  questions on the grounds that they may incriminate me.

21     Q.   But then you pulled the gun out, is what you

22  told the prosecutor, right?

23     A.   I -- I plead the Fifth, and I refuse to

24  answer any questions that may incriminate me.

25     Q.   And you told the prosecutor you pointed the

1  gun at this white guy, right?

2     A.   I plead the Fifth, and I refuse to answer any

3  questions on the grounds that they may incriminate me.

4     Q.   And you told the prosecutor that the victim

5  grabbed the gun, and you got to wrestling over the gun,

6  right?

7     A.   I plead the Fifth, and I refuse to answer any

8  questions that may incriminate me.

9     Q.   And you told the prosecutor that you were

10 holding the handle and the trigger part and that the

11 victim was holding the barrel part of the gun, correct?

12    A.   I plead the Fifth, and I refuse to answer any

13 questions on the grounds that they may incriminate me.

14    Q.   And then you told the prosecutor, "Well, we

15 wrestled for a while, and then he was beating me up for

16 a minute, so I shot to get him up off me"?

17    A.   I refuse to answer any questions on the

18 grounds that they may -- they may incriminate me.  I

19 plead the Fifth.

20    Q.   And then you told the prosecutor on the video

21 that the victim got out of the van and ran across the

22 street, right?

23    A.   I plead the Fifth, and I refuse to answer any

24 questions that may -- that may incriminate me.

25    Q.   And you told him that across the street was

1  just a sidewalk, correct?

2      A.   I plead the Fifth, and I refuse to answer any

3  questions on the grounds that they may incriminate me.

4      Q.   And you told the prosecutor that you walked

5  up behind the victim and pulled the gun out again,

6  right?

7      A.   I plead the Fifth, and I refuse to answer any

8  questions on the grounds that they may incriminate me.

9      Q.   And you -- you told the prosecutor that you

10  pulled the gun out again because you wanted to get the

11  victim's money, right?

12      A.   I plead the Fifth, and I refuse to answer any

13  questions that may incriminate me.

14      Q.   And you told the prosecutor that you shot at

15  the victim again, correct?

16      A.   I plead -- I plead the Fifth, and I refuse to

17  answer any questions on the grounds that they may

18  incriminate me.

19      Q.   And you told the prosecutor that after you

20  shot the victim the second time, he fell down on the

21  sidewalk, correct?

22      A.   Again, I plead the Fifth, and I refuse to

23  answer any questions on the grounds that they may

24  incriminate me.

25      Q.   And then you were asked this question on the

1  videotape, and you gave this answer, "Question, 'Okay.

2  What happened then?'  Answer, 'Then Xavier ran over

3  there, went in his pocket, and took the money.'"  You

4  were asked that question and gave that answer on the

5  video, right?

6      A.  I plead the Fifth, and I refuse to answer any

7  questions on the grounds that they may incriminate me.

8      Q.  And you also said -- you described the money

9  as, "Just like a little, not like a ball of money,

10  something like that," correct?

11      A.  I plead the Fifth, and I refuse to answer any

12  questions on the grounds that they may incriminate me.

13      Q.  And on the videotaped statement to the

14  prosecutor, you said that after Xavier stole the money

15  from the victim and you shot him, you "an home to 4653

16  West Erie, where -- where Mary Curry, who you also call

17  "Mama" stays, correct?

18      A.  I plead the Fifth, and I refuse to answer any

19  questions on the grounds that they may incriminate me.

20      Q.  And then you were also asked these questions

21  and gave these answers to the prosecutor on the

22  videotaped statement, "Question, 'All right.  What

23  happened there?'  Xavier -- Answer, 'Xavier came back

24  and got me.'  Question, 'And where did you go with him

25  then?'  Answer, 'We went to the -- the water spot.'

Exhibit 5, LLC

1  Question, 'Okay.  When you say water spot, what does

2  that mean?'  Answer, 'The leaf spot.'  Question,

3  'Okay.'  Answer, 'The PCP spot.'"  You gave -- you were

4  asked those questions on the videotaped statement, and

5  you gave those answers, correct?

6      A.   Again, I plead the Fifth, and I refuse to

7  answer any questions on the grounds that they may

8  incriminate me.

9      Q.   And then you were asked this question and

10 this answer, "Question, 'All right.  And what did you

11 do at the water spot with Xavier?' Answer, 'Bought some

12 -- he bought -- got out and bought some sacks, some

13 bags of water, and we got -- he got back in, and we

14 drove around, went down Erie towards Cicero, went down

15 Cicero to Lake, and went to a bar.'"

16     A.   Again, I plead the Fifth, and I refuse to

17 answer any questions on the grounds that they may

18 incriminate me.

19     Q.   I mean, when you were referring to Xavier

20 "buying water," you were saying Xavier bought PCP,

21 correct?

22     A.   I plead the Fifth, and I refuse to answer any

23 questions on the grounds that they may incriminate me.

24     Q.   And you went to a bar with Xavier after you

25 shot Mr. Majdak, correct?

1    A.   Again, I plead the Fifth, and I refuse to

2  answer any questions on the grounds that they may

3  incriminate me.

4    Q.   And you clarified in your statement that when

5  you say you went to a bar with Xavier, it's a club,

6  correct?

7    A.   Again, I plead the Fifth, and I refuse to

8  answer any questions that may incriminate me.

9    Q.   And you were asked these questions on -- in

10  the videotaped statement, and gave these answers,

11  "Question, 'Okay.  Did Zay give you anything at the

12  club?'  Answer, 'He gave me two 50s.'  Question, 'Okay.

13  And where did two 50s come from?'  Answer, 'From the

14  guy.'  Question, 'From the white guy?'  Answer,

15  'Yeah.'"  You were asked those questions and gave those

16  answers, correct?

17    A.   I plead the Fifth, and I refuse to answer any

18  questions on the grounds that they may incriminate me.

19    Q.   And then you told the prosecutor on the video

20  that later that day you told Mama, who is Mary Curry,

21  quote, "I told her we was trying to hit a lick, and the

22  guy was fighting me, and it went bad.  I needed -- I

23  ended up shooting him," correct?

24    A.   I plead the Fifth, and I refuse to answer any

25  questions on the grounds that they may incriminate me.

1    Q.  And you told the prosecutor that you also

2  told a girl named Ashanti what happened, correct?

3    A.  I plead the Fifth, and I refuse to answer any

4  questions on the grounds that they may incriminate me.

5    Q.  And you also told the prosecutor that you

6  were present when Zay, meaning Xavier Walker, told

7  Maurice, meaning Maurice Wright, what happened,

8  correct?

9    A.  I plead the Fifth, and I refuse to answer any

10  questions on the grounds that they may incriminate me.

11    Q.  And you told the prosecutor on the video that

12  Ashanti is like a goddaughter to Mary, the person you

13  call Mama, correct?

14    A.  I plead the Fifth, and I refuse to answer any

15  questions on the grounds that they may incriminate me.

16    Q.  And you told the prosecutor that Maurice was

17  Mary's son, correct?

18    A.  Again, I plead the Fifth, and I refuse to

19  answer any questions on the grounds that they may

20  incriminate me.

21    Q.  I am correct when I -- when I said the man

22  you referred to as Maurice in your statement to the

23  prosecutor is Maurice Wright, correct?

24    A.  Again, I plead the Fifth, and I refuse to

25  answer any questions on the grounds that they may

1    incriminate me.

2        Q.   That's the person you also know as "Boo Boo,"
3    correct?

4        A.   I plead the Fifth, and I refuse to answer any
5    questions on the grounds that they may incriminate me.

6        Q.   In this -- your statement to the prosecutor
7    that was on videotape, you said that you came to the
8    police station because you felt bad about what
9    happened, correct?

10       A.   I plead the Fifth, and I refuse to answer any
11   questions on the grounds that they may incriminate me.

12       Q.   And you told the prosecutor on the videotaped
13   statement that the police treated you fairly, gave you
14   food to eat, including McDonald's and Burger King, and
15   gave you things to drink, some pops, fruit pop, and
16   some water, and also gave you cigarettes, correct?

17       A.   I plead the Fifth, and I refuse to answer any
18   questions on the grounds that they may incriminate me.

19       Q.   And you told the prosecutor on the videotape
20   that you were allowed to use the bathroom more than
21   once, you were able to sleep while you were at the
22   police station, and that you were giving your
23   videotaped statement freely and voluntarily, correct?

24       A.   Again, I plead the Fifth, and I refuse to
25   answer any questions on the grounds that they may

1  incriminate me.

2      Q.   You also told the prosecutor on the

3  videotaped statement that no one ever threatened or

4  promised anything to you in exchange for providing the

5  videotaped statement, correct?

6      A.   I plead the Fifth, and I refuse to answer any

7  questions on the grounds that they may incriminate me.

8      Q.   And you said to the prosecutor on the

9  videotaped statement that you were not under the

10 influence of alcohol or drugs, correct?

11     A.   I plead the Fifth, and I refuse to answer any

12 questions on the grounds that they may incriminate me.

13     Q.   Do you remember that on January 16th, 2018

14 you gave a statement to a prosecutor named Mark Rotert?

15     A.   I plead the Fifth, and I refuse to answer any

16 questions on the grounds that they may incriminate me.

17     Q.   And Investigators Brannigan,

18 B-r-a-n-n-i-g-a-n, and Carroll, C-a-r-r-o-l-l, were

19 also present at this statement, correct?

20     A.   Again, I plead the Fifth, and I refuse to

21 answer any questions on the grounds that they may

22 incriminate me.

23     Q.   And you met with these people at the

24 Pinckneyville Correctional Center, where you are

25 presently, correct?

```
 1        A.   Again, I plead the Fifth, and I refuse to

 2   answer any questions on the grounds that they may

 3   incriminate me.

 4        Q.   And the idea of this meeting was you were --

 5   you were trying to convince the prosecutor to vacate

 6   your conviction, right?

 7        A.   Again, I plead the Fifth, and I refuse to

 8   answer any questions that may incriminate me.

 9        Q.   You were trying to convince Mr. Rotert, who

10   was the prosecutor, that he should let you out of

11   Pinckneyville Correctional Center and basically, for

12   lack of a better term, cancel out your conviction of --

13   for the murder of Mr. Majdak, correct?

14        A.   I plead the Fifth, and I refuse to answer any

15   questions on the grounds that they may incriminate me.

16        Q.   Was that statement videotaped?              0:24:29

17        A.   Again, I plead the Fifth, and I refuse to

18   answer any questions on the grounds that they may

19   incriminate me.

20        Q.   Isn't it true that Mr. Rotert asked you if

21   you would allow the -- that statement to be videotaped,

22   but you refused that, meaning, you said, "I don't want

23   to be videotaped," correct?

24        A.   Again, I plead the Fifth, and I refuse to

25   answer any questions on the grounds that they may
```

1  incriminate me.

2     Q.   Isn't it true that during this January 16,

3  2018 interview with Mr. Rotert you said, quote, "I

4  didn't play any role in this, so I wouldn't know what

5  role he," meaning Walker "played," correct?

6     A.   Again, I plead the Fifth, and I refuse to

7  answer any questions on the grounds that they may

8  incriminate me.

9     Q.   Meaning Rotert, ASA Rotert, asked you what

10 role Mr. Walker played in the murder of Mr. Majdak and

11 the robbery of Mr. Majdak, and you responded, saying,

12 "I didn't play any role in this, so I wouldn't know

13 what role he played," correct?

14    A.   Again, I plead the Fifth on the grounds that

15 they may incriminate me.

16    Q.   You told Mr. Rotert, at this time in 2018,

17 that you had nothing to do with the shooting of Majdak

18 and Walker had nothing to do with the shooting of

19 Majdak, right?

20    A.   Again, I plead the Fifth on the grounds that

21 they may incriminate me.

22    Q.   And you said to Mr. Rotert in that interview

23 of January 16, 2018, that you and Walker were not

24 hanging out together on the night of the incident,

25 correct?

1    A.   Again, I plead the Fifth, and I refuse to

2  answer any questions that may incriminate me.

3    Q.   And you told Mr. Rotert that you were smoking

4  PCP that night, so you wouldn't know who killed Majdak,

5  right?

6    A.   Again, I plead the Fifth, and I refuse to

7  answer any questions on the grounds that they may

8  incriminate me.

9    Q.   And you told Mr. Rotert that Walker did not

10 tell you what Walker was doing the night of Majdak's

11 murder, correct?

12   A.   I plead the Fifth, and I refuse to answer any

13 questions on the grounds that they may incriminate me.

14   Q.   And then after you told Mr. Rotert that

15 Walker never told you what he was doing the night of

16 the murder, then you said, "Well, maybe" Walker did

17 tell you what he was doing, but you then didn't explain

18 what you meant, correct?

19   A.   Again, I plead the Fifth, and I refuse to

20 answer any questions on the grounds that they may

21 incriminate me.

22   Q.   You told Mr. Rotert that you knew Maurice

23 Wright, Mary Curry, and Ashanti Wright, but denied

24 being with them on the night of May 12th going into May

25 13th, 2000, correct?

1    A.   I plead the Fifth, and I refuse to answer any

2 questions on the grounds that they may incriminate me.

3    Q.   And you told Mr. Rotert that if you were at

4 the nightclub called the Wax Factory, on the night of

5 May 12th to going into the morning of May 13th, 2000,

6 you may or may not have seen Maurice Wright there,

7 correct?

8    A.   Again, I plead the Fifth, and I refuse to

9 answer any questions on the grounds that they may

10 incriminate me.

11    Q.   You told Mr. Rotert that you used to date

12 Hershurla Byrd, right?

13    A.   I plead the Fifth, and I refuse to answer any

14 questions on the grounds that they may incriminate me.

15    Q.   And then you also told Mr. Rotert that you

16 understand that -- why Hershurla might tell the police

17 that you committed the murder of Majdak, right?

18    A.   I plead the Fifth, and I refuse to answer any

19 questions on the grounds that they may incriminate me.

20    Q.   And you told Mr. Rotert that you understand

21 why Ashanti Wright might implicate you in the murder of

22 Majdak, right?

23    A.   I plead the Fifth, and I refuse to answer any

24 questions on the grounds that they may incriminate me.

25    Q.   And in fact, you told Mr. Rotert that you

1  never told any police officer that you shot anyone,

2  correct?

3       A.   I plead the Fifth, and I refuse to answer any

4  questions on the grounds that they may incriminate me.

5       Q.   Meaning, you told Rotert that -- strike that.

6  Meaning you denied giving the videotaped confession

7  when you talked to Rotert, right?

8       A.   I plead the Fifth, and I refuse to answer any

9  questions on the grounds that they may incriminate me.

10      Q.   I mean, we just went through your statement,

11 the videotaped statement, you gave to Prosecutor

12 Navarre in detail a moment ago, right?

13      A.   I plead the Fifth, and I refuse to answer any

14 questions on the grounds that they may incriminate me.

15      Q.   And even though you were asked those

16 questions and gave those answers to ASA Navarre on

17 August 5th, 2000, when you talked to Mr. Rotert in

18 January of 2018, you denied ever making any kind of

19 admission relating to the murder whatsoever, correct?

20      A.   Again, I plead the Fifth, and I refuse to

21 answer any questions on the grounds that they may

22 incriminate me.

23      Q.   So at that point in 2018, you were alleging

24 that the notion that you had ever given a confession in

25 this case was completely fabricated from whole cloth,

1  correct?

2      A.   I plead the Fifth, and I refuse to answer any

3  questions on the grounds that they may incriminate me.

4      Q.   Similarly, you claimed to Mr. Rotert that the

5  polygrapher, the guy who was at the polygraph during

6  your investigation, falsely asserted that you admitted

7  to shooting Majdak, correct?

8      A.   I plead the Fifth, and I refuse to answer any

9  questions on the grounds that they may incriminate me.

10     Q.   Well, you did, in fact, tell polygraph

11 examiner Robert Bartik, during the investigation that

12 occurred in 2000, that you shot Majdak, right?

13     A.   I plead the Fifth, and I refuse to answer any

14 questions on the grounds that they may incriminate me.

15     Q.   And you told that to Bartik because you did

16 shoot Majdak, right?

17     A.   Again, I plead the Fifth, and I refuse to

18 answer any questions on the grounds that they may

19 incriminate me.

20     Q.   At the time, you were being honest with

21 Bartik when you told him you shot Majdak -- when -- you

22 shot Majdak, right?

23     A.   Again -- again, I plead the Fifth, and I

24 refuse to answer any questions on the grounds that they

25 may incriminate me.

1     Q.   But despite making that admission to Bartik

2  back in 2000, when you were interviewed by Mr. Rotert

3  in 2018, you falsely asserted that Bartik had

4  fabricated this confession, correct?

5     A.   Again, I plead the Fifth, and I refuse to

6  answer any questions on the grounds that they may

7  incriminate me.

8     Q.   And you falsely told Rotert that the

9  polygraph examiner, or the polygraph operator, said

10 that he would shoot you and make it look like you tried

11 to escape, correct?

12    A.   Again, I plead the Fifth, and I refuse to

13 answer any questions on the grounds that they may

14 incriminate me.

15    Q.   I mean, that -- that's just not true,

16 correct?

17    A.   Again, I plead the Fifth, and I refuse to

18 answer any questions on the grounds that they may

19 incriminate me.

20    Q.   Just so I'm clear, isn't it true that

21 polygraph examiner Robert Bartik never ever said he

22 would shoot you and make it look like you -- you tried

23 to escape, that --

24    A.   Again --

25    Q.   -- correct?

1    A.    Again, I plead the Fifth, and I refuse to

2  answer any questions on the grounds that they may

3  incriminate me.

4    Q.    That never happened, right?                    0:32:35

5    A.    I plead the Fifth, and I refuse to answer any

6  questions on the grounds that they may incriminate me.

7    Q.    And actually, Bartik didn't fabricate

8  anything, you're the one who fabricated this

9  allegation, right?

10    A.    I plead the Fifth, and I refuse to answer any

11 questions on the grounds that they may incriminate me.

12    Q.    You also falsely told Rotert that the police

13 told your mother that they were going to shoot you if

14 you didn't turn yourself in, right?

15    A.    Again, I plead the Fifth, and I refuse to

16 answer any questions on the grounds that they may

17 incriminate me.

18    Q.    The police never told your mother that they

19 were going to shoot you if you didn't turn yourself in,

20 right?

21    A.    I plead the Fifth, and I refuse to answer any

22 questions on the grounds that they may incriminate me.

23    Q.    That was also a false allegation that you

24 made, correct?

25    A.    Again, I plead the Fifth, and I refuse to

```
 1  answer any questions on the grounds that they may
 2  incriminate me.
 3      Q.   You know someone named Yvette Hill
 4  (phonetic), right?
 5      A.   I plead the Fifth, and I refuse to answer any
 6  questions on the grounds that they may incriminate me.
 7      Q.   You're friends with Yvette Hill?
 8      A.   Again, I plead the Fifth, and I refuse to
 9  answer any questions on the grounds that they may
10  incriminate me.
11      Q.   You've spoken with Yvette HIll on many
12  occasions, right?
13      A.   Again, I plead the Fifth, and I refuse to
14  answer any questions that may incriminate me.
15      Q.   You're also friends -- you were also friends
16  with a guy named Darnell (phonetic), correct?
17      A.   I plead the Fifth, and I refuse to answer any
18  questions on the grounds that they may incriminate me.
19      Q.   And a guy named Red (phonetic), correct?
20      A.   Again, I plead the Fifth, and I refuse to
21  answer any questions on the grounds that they may
22  incriminate me.
23      Q.   Did you participate in the murder of Majdak
24  along with Xavier Walker, and also Darnell and Red?
25      A.   I plead the Fifth, and I refuse to answer any
```

```
 1  questions that may incriminate me.
 2      Q.    Do you have a -- a reputation on the street
 3  for being violent?
 4      A.    I plead the Fifth, and I refuse to answer any
 5  questions on the grounds that they may incriminate me.
 6      Q.    Isn't it true that you told Mr. Rotert in the
 7  interview of January 2018 that you probably had quote
 8  "a rep," meaning a reputation --
 9      A.    I plead the Fifth --
10      Q.    -- on the street?
11      A.    I plead the Fifth, and I refuse to answer any
12  questions on the grounds that they may incriminate me.
13      Q.    And you also denied knowing Deon Baylock or
14  Simeon -- Simeon Dorsey when you were asked about those
15  individuals by Mr. Rotert in 2018, correct?
16      A.    I plead the Fifth, and I refuse to answer any
17  questions on the grounds that they may incriminate me.
18      Q.    That wasn't truthful when you said that to
19  Mr. Rotert, right?
20      A.    I plead the Fifth, and I refuse to answer any
21  questions on the grounds that they may incriminate me.
22      Q.    Actually you do know Deon Baylock, right?
23      A.    I plead the Fifth, and I refuse to answer any
24  questions on the grounds that they may incriminate me.
25      Q.    And you do know Simeon Dorsey, right?
```

 1     A.    I plead the Fifth, and I refuse to answer any

 2   questions on the grounds that they may incriminate me.

 3     Q.    Those were friends of yours, right?

 4     A.    I plead the Fifth, and I refuse to answer any

 5   questions on the grounds that they may incriminate me.

 6     Q.    They were friends with Xavier Walker, right?

 7     A.    I plead the Fifth, and I refuse to answer any

 8   questions on the grounds that they may incriminate me.

 9     Q.    And you're -- you were best friends with

10   Xavier Walker in 2000, right?

11     A.    I plead the Fifth, and I refuse to answer any

12   questions on the grounds that they may incriminate me.

13     Q.    And you're still best friends with Xavier

14   Walker, right?

15     A.    I plead the Fifth, and I refuse to answer any

16   questions on the grounds that they may incriminate me.

17     Q.    So if someone was friends with Xavier Walker,

18   you would know about -- about them because that would

19   means you're -- mean you're also friends with them,

20   right?

21     A.    I plead the Fifth, and I refuse to answer any

22   questions on the grounds that they may incriminate me.

23     Q.    You also know a guy named Antwoine Waddy,

24   right?

25     A.    I plead the Fifth, and I refuse to answer any

```
 1  questions on the grounds that they may incriminate me.

 2      Q.   That's Bubbles?                          0:36:40

 3      A.   Again, I plead the Fifth, and I refuse to

 4  answer any questions on the grounds that they may

 5  incriminate me.

 6      Q.   You grew up -- grew up with Antwoine Waddy,

 7  right?

 8      A.   I plead the Fifth, and I refuse to answer any

 9  questions on the grounds that they may incriminate me.

10      Q.   You told Rotert, in that 2018 interview, that

11  Waddy -- that you grew up with Waddy, and that you had

12  no idea if Waddy was in the police station at the same

13  time as you, correct?

14      A.   I plead the Fifth, and refuse to answer any

15  questions on the grounds that they may incriminate me.

16      Q.   And you also told Rotert that as your alibi

17  in connection with the murder of Majdak, you spent the

18  day in Bellwood with your father, John Miller, but you

19  didn't know your father's address, right?

20      A.   I plead the Fifth, and I refuse to answer any

21  questions that may incriminate me.

22      Q.   And you said that you were with your father

23  from around 11:00 a.m. until 7:00 p.m. that night,

24  correct?

25      A.   I plead the Fifth, and I refuse to answer any
```

1  questions that may incriminate me.

2      Q.   Meaning on May 12th, 2000, correct?

3      A.   I plead the Fifth, and I refuse to answer any

4  questions that may incriminate me.

5      Q.   And you told Mr. Rotert that you worked for

6  your father's company named SaniKing, right?

7      A.   I plead the Fifth, and I refuse to answer any

8  questions on grounds that they may incriminate me.

9      Q.   Meaning, you told Rotert that you worked at

10  SaniKing in May of 2000, correct?

11     A.   Again, I plead the Fifth, and I refuse to

12  answer any questions on the grounds that they may

13  incriminate me.

14     Q.   Isn't it true that that was a total, complete

15  lie that you -- and you never worked at SaniKing?

16     A.   I plead the Fifth, and I refuse to answer any

17  questions on the grounds that they may incriminate me.

18     Q.   When did Mr. Jarrett Adams begin representing

19  you?

20     A.   I plead the Fifth on the grounds that they

21  may incriminate me.

22     Q.   Isn't it true that Xavier Walker is the one

23  who introduced you to Mr. Adams?

24     A.   I plead the Fifth on the grounds that they

25  may incriminate me.

```
 1        Q.    Isn't it true, sir, that Xavier Walker is the

 2   one who retained Mr. Adams on your behalf?

 3        A.    I plead the Fifth, and I refuse to answer any

 4   questions on the grounds that they may incriminate me.

 5        Q.    I mean, did you pay Mr. Adams?

 6        A.    I plead the Fifth, and I refuse to answer any

 7   questions on the grounds that they may incriminate me.

 8        Q.    Are you an Imperial Insane Vice Lord?

 9        A.    I plead the Fifth, and I refuse to answer any

10   questions on the grounds that they may incriminate me.

11        Q.    Isn't it true, sir, that you are, in fact, an

12   Imperial Insane Vice Lord?

13        A.    I plead the Fifth, and I refuse to answer any

14   questions on the grounds that they may incriminate me.

15        Q.    That you were an Imperial Insane Vice Lord on

16   May 12th and 13th of 2000, correct?

17        A.    I plead the Fifth, and I refuse to answer any

18   questions on the grounds that they may incriminate me.

19        Q.    Your mother is Regina Long, right?

20        A.    I plead the Fifth, and I refuse to answer any

21   questions on the grounds that they may incriminate me.

22        Q.    Your father is John Miller?                0:40:33

23        A.    Again, I plead the Fifth, and I refuse to

24   answer any questions on the grounds that they may

25   incriminate me.
```

Exhibit 5, LLC

1      Q.    Your nickname is Vani, right?

2      A.    I plead the Fifth, and I refuse to answer any

3  questions on the grounds that they may incriminate me.

4      Q.    Do you have any other nicknames?

5      A.    I plead the Fifth, and I refuse to answer any

6  questions on the grounds that they may incriminate me.

7      Q.    You were not living with your father on April

8  12th and 13th of 2000, correct?

9      A.    Again, I plead the Fifth, and I refuse to

10 answer any questions on the grounds that they may

11 incriminate me.

12     Q.    You were actually living on Erie and

13 Kilpatrick, right?

14     A.    I plead the Fifth, and I refuse to answer any

15 questions on the grounds that they may incriminate me.

16     Q.    You were living with Mary Curwick (phonetic)

17 and Maurice Wright in May --

18     A.    Again --

19     Q.    -- of 2000, correct?

20     A.    Again, I plead the Fifth, and I refuse to

21 answer any questions on the grounds that they may

22 incriminate me.

23     Q.    And sometimes you also would spend the night

24 at your uncle Earl (phonetic) Long at 4652 West Erie in

25 May of 2000, right?

Exhibit 5, LLC

```
 1        A.    I -- I plead the Fifth, and I refuse to
 2   answer any questions on the grounds that they may
 3   incriminate me.
 4        Q.    But you definitely were not living with your
 5   father in the suburbs in May of 2000 as you asserted to
 6   Mr. Rotert, right?
 7        A.    I plead the Fifth, and I refuse to answer any
 8   questions on the grounds that they may incriminate me.
 9        Q.    And you definitely were not living with your
10   father in May of 2000 in -- on May 13th of 2000, as you
11   asserted in your affidavit -- sworn affidavit of March
12   -- March 10, 2020, correct?
13        A.    I plead the Fifth, and I refuse to answer any
14   questions on the grounds that they may incriminate me.
15        Q.    And isn't it true that you provided that
16   detail about living with your father as a false alibi
17   in your March 10, 2020 affidavit?
18        A.    I plead the Fifth, and I refuse to answer any
19   questions on the grounds that they may incriminate me.
20        Q.    Isn't it true, sir, that you've been picking
21   and choosing what factual details to provide the law
22   enforcement and prosecutors throughout your
23   prosecution?
24        A.    I plead the Fifth, and I refuse to answer any
25   questions on the grounds that they may incriminate me.
```

1    Q.   When I say, "pick and choose," I mean, isn't

2  it true that you've been giving half-truths as you see

3  fit, correct?

4    A.   Again, I plead the Fifth, and I refuse to

5  answer any questions on the grounds that they may

6  incriminate me.

7    Q.   And sometimes you've been giving straight-out

8  lies to the prosecutors and the -- and the police

9  officers, right?

10   A.   Again, I plead the Fifth, and I refuse to

11 answer any questions on the grounds that they may

12 incriminate me.

13   Q.   You do agree with me that you never worked at

14 a place called SaniKing, S-a-n-i-K-i-n-g, correct?

15   A.   I plead the Fifth, and I refuse to answer any

16 questions on the grounds that they may incriminate me.

17   Q.   What's your highest level of education?

18   A.   I plead the Fifth, and I refuse to answer any

19 questions on the grounds that they may incriminate me.

20   Q.   You went to Nash Elementary School, located

21 at 4837 West Erie?

22   A.   I plead the Fifth, and I refuse to answer any

23 questions on the grounds that they may incriminate me.

24   Q.   If I ask you any questions whatsoever about

25 your educational history and background, are you going

1  to refuse to answer my questions?

2      A.   I plead the Fifth, and I refuse to answer any

3  questions on the grounds that they may incriminate me.

4      Q.   If I ask you -- well, let me ask you this.

5  Please identify every time you've been convicted of a

6  crime in your life.

7      A.   I plead the Fifth, and I refuse to answer any

8  questions on the grounds that they may incriminate me.

9      Q.   You were found guilty on May 25th, 2001 and

10 were sentenced to one year in Illinois Department of

11 Corrections, correct, for a -- a controlled substance

12 arrest?

13     A.   I plead the Fifth, and I refuse to answer any

14 questions on the grounds that they may incriminate me.

15     Q.   And that -- you -- that related to an arrest

16 that occurred prior to this May 2000 murder, correct?

17     A.   I plead the Fifth, and I refuse to answer any

18 questions on the grounds that they may incriminate me.

19     Q.   And you were also found guilty on March 24th,

20 1998 and sentenced to 18 months probation, and 14 years

21 in Cook County Department of Corrections under case

22 number 98cr132601, which was a narcotics case, correct?

23     A.   I plead the Fifth, and I refuse to answer any

24 questions on the grounds that they may incriminate me.

25     Q.   In May of 2000, you would regularly sell

```
 1  drugs in the area of Erie and Kilpatrick, right?
 2       A.   I plead the Fifth, and I refuse to answer any
 3  questions that may incriminate me.
 4       Q.   That was your drug spot?                    0:45:19
 5       A.   Again, I plead the Fifth, and I refuse to
 6  answer any questions on the grounds that they may
 7  incriminate me.
 8       Q.   And that was Jovanie -- that was Xavier
 9  Walker's drug spot, together with you, correct, in May
10  of 2000?
11       A.   Again, I plead the Fifth, and I refuse to
12  answer any questions on grounds that they may
13  incriminate me.
14       Q.   If I ask you any other questions about
15  arrests or convictions that you've had in your
16  background, are you going to also refuse to answer that
17  question -- those questions?
18       A.   I plead the Fifth, and I refuse to answer any
19  questions that may incriminate me.
20       Q.   If I ask you any -- I -- I know we covered
21  the part about you lying in -- about your employment at
22  SaniKing, but if I ask you any other questions about
23  your employment history or work history, are you also
24  going to refuse to answer those questions?
25       A.   Again, I plead the Fifth, and I refuse to
```

1  answer any questions on the grounds that they may

2  incriminate me.

3      Q.   And we covered some of your different

4  residences and statements about your residences.  If I

5  ask you any other questions about your residences, are

6  you going to also refuse to answer those questions?

7      A.   Again, I plead the Fifth, and I refuse to

8  answer any questions on the grounds that they may

9  incriminate me.

10      Q.   Isn't it true that you've never been

11  diagnosed with any kind of mental health disorder,

12  correct?

13      A.   Again, I plead the Fifth, and I refuse to

14  answer any questions that may incriminate me.

15      Q.   And you can read and right, true?

16      A.   Again, I plead the Fifth, and I refuse to

17  answer any questions that may incriminate me.

18      Q.   And in prison over the years, you've

19  continued to develop your education and -- and

20  experience, correct?

21      A.   Again, I plead the Fifth, and I refuse to

22  answer any questions on the grounds that they may

23  incriminate me.

24      Q.   And even though you got sidetracked in school

25  through, you know, by drug dealing and this murder

1  conviction, you still were able to be pretty street

2  smart even back in May 2000, correct?

3      A.   Again, I plead the Fifth, and I refuse to

4  answer any questions that may incriminate me.

5      Q.   And you were together and with it enough to

6  have a pretty successful drug trade, correct?

7      A.   Again, I plead the Fifth, and I refuse to

8  answer any questions on the grounds that they may

9  incriminate me.

10     Q.   "Successful," meaning you were able to

11 support yourself through your drug sales, right?

12     A.   Again, I plead the Fifth, and I refuse to

13 answer any questions on the grounds that it may

14 incriminate me.

15     Q.   And pay others to stash your drugs, such as

16 Maurice Wright and Mary Curry -- Curry, right?

17     A.   Again, I plead the Fifth, and I refuse to

18 answer any questions on the grounds that they may

19 incriminate me.

20     Q.   When you were arrested for or -- strike that.

21 After you were arrested for this murder of Mr. Majdak,

22 and you were in Cook County Jail in 2000 and 2001, were

23 you housed with Xavier Walker?

24     A.   Again, I refuse to answer these questions --

25     Q.   Isn't it true --

```
 1        A.    -- on the grounds that they --
 2        Q.    I didn't mean to cut you off.  You can finish
 3   your answer.
 4        A.    To that, again, I plead the Fifth, and I
 5   refuse to answer any questions on the grounds that they
 6   may incriminate me.
 7        Q.    Isn't it true, sir, that while you were
 8   awaiting trial in Cook County Jail, you, in fact, were
 9   housed with Xavier Walker?
10        A.    I plead the Fifth, and I refuse to answer any
11   questions due to -- on the grounds that they may
12   incriminate me.
13        Q.    And you would regularly speak to him because
14   -- prior to your trial because you were together in
15   Cook County Jail, right?
16        A.    I plead the Fifth, and I refuse to answer any
17   questions on the grounds that they may incriminate me.
18        Q.    While you were in Cook County Jail, did you
19   interact with any other witnesses in your case such as
20   --
21        A.    I plead the Fifth, and I --
22        Q.    Go ahead.
23        A.    -- refuse to answer any questions on the
24   grounds that they may incriminate me.
25        Q.    Isn't it true, sir, that while you were in
```

1  Cook County Jail, you had a conversation with Maurice

2  Wright, who was also detained in Cook County Jail?

3      A.    I plead the Fifth, and I refuse to answer any

4  questions on the grounds that they may incriminate me.

5      Q.    Isn't it true, sir, that when you talked to

6  Maurice Wright, you told him, "Hey, you better not

7  testify against me"?

8      A.    I plead the Fifth, and I refuse to answer --

9  I -- again, I plead the Fifth, and I refuse to answer

10 any questions on the grounds that they may incriminate

11 me.

12     Q.    You threatened Maurice Wright while you were

13 in Cook County Jail with him awaiting trial for the

14 murder of Majdak, correct?

15     A.    I plead the Fifth, and I refuse to answer any

16 questions on the grounds that they may incriminate me.

17     Q.    And your threats worked -- you -- because you

18 got Maurice Wright to recant his statement, right?

19     A.    I plead the Fifth, and I refuse to answer any

20 questions on the grounds that they may incriminate me.

21     Q.    Isn't it true that you've continued to have

22 conversations with Xavier Walker about the Majdak

23 murder and about the witnesses in the case, and about

24 how you were going to get witness recantations all the

25 way up until today, meaning, throughout the years from

```
 1  2000 all the way through two -- 2022, you've continued

 2  to talk to him about these things, correct?

 3      A.   Again, I plead the Fifth, and I refuse to

 4  answer any questions on the grounds that they may

 5  incriminate me.

 6      Q.   You talked to him on the phone, right?

 7      A.   Again, I plead the Fifth, and I refuse to

 8  answer any questions on the grounds that they may

 9  incriminate me.

10      Q.   And you send each other letters, correct?

11      A.   I plead the Fifth, and I refuse to answer any

12  questions on the grounds that they may incriminate me.

13      Q.   And just so we're clear, even while you were

14  both incarcerated, and even while you were at different

15  institutions, you still found ways to communicate with

16  one another, correct?

17      A.   I plead the Fifth, and I refuse to answer any

18  questions on the grounds that they may incriminate me.

19      Q.   You were able to get people to patch you in

20  on the phone with one another, right?

21      A.   Again, I plead the Fifth, and I refuse to

22  answer any questions on the grounds that they may

23  incriminate me.

24      Q.   And you were able to send letters to -- with

25  -- exchange letters with one another even while you
```

```
 1  were both incarcerated in the Illinois Department of

 2  Corrections in different --

 3       A.    Again --

 4       Q.    -- institutions?                          0:51:52

 5       A.    I plead the Fifth, and I refuse to answer any

 6  questions on the grounds that they may incriminate me.

 7       Q.    If I ask you any other questions about your

 8  communications with Mr. Walker, whether or not they

 9  were in -- within or without the Illinois Department of

10  Corrections, are you going to refuse to answer my

11  questions?

12       A.    Again, I plead the Fifth, and I refuse to

13  answer any questions due to the grounds that they may

14  incriminate me.

15       Q.    Isn't it true that on or about August 25th,

16  2007, when you were at Menard Correctional Center in

17  five gallery, you spit at an officer, right?

18       A.    Again, I plead the Fifth, and I refuse to

19  answer any questions due to the grounds that they may

20  incriminate me.

21       Q.    And then after that happened, the -- the

22  corrections officers confiscated your property box,

23  right?

24       A.    Again, I plead the Fifth, and I refuse to

25  answer any questions due to the grounds that they may
```

1  incriminate me.

2      Q.   And in your property box, the corrections

3  officers actually found a letter from another inmate on

4  yellow legal paper that contained directions about how

5  to fabricate accusations against police officers and

6  corrections officers, correct?

7      A.   I plead the Fifth, and I refuse to answer any

8  questions on the grounds that they may incriminate me.

9      Q.   It was a full page letter talking about how

10 to make up false details so they would sound

11 believable, right?

12     A.   I plead the Fifth, and I refuse to answer any

13 questions on the grounds that they may incriminate me.

14     Q.   How many other times have you conspired with

15 other people to make up false accusations against

16 police officers and corrections officers?

17     A.   Again, I plead the Fifth, and I refuse to

18 answer any questions on the grounds that they may

19 incriminate me.

20     Q.   If I ask you any other questions about your

21 conspiracy to make false accusations against police

22 officers and corrections officers, are you going to

23 refuse to answer my questions?

24     A.   I plead the Fifth, and I refuse to answer any

25 questions that may incriminate me.

1      Q.   You signed an affidavit in March of 2020,

2   March 10, 2020, it's disclosed in this case under Cook

3   County State's Attorney, Xavier Walker 301 to 302, and

4   you admitted that you did sell drugs in May of 2000,

5   right?

6      A.   I plead the Fifth, and I refuse to answer any

7   questions that may incriminate me.

8      Q.   And you did, in fact, sell drugs at Erie and

9   Kilpatrick, right?

10     A.   I plead the Fifth, and I refuse to answer any

11  questions on the grounds that they may incriminate me.

12     Q.   And that's just like you said in your

13  videotaped confession, right?

14     A.   I plead the Fifth, and I refuse to answer any

15  questions on the grounds that they may incriminate me.

16     Q.   If I ask you any more questions about that

17  March -- March affidavit, March 10, 2020 affidavit, are

18  you going to refuse to answer my questions?

19     A.   I plead the Fifth, and I refuse to answer any

20  questions --

21     Q.   So for example --

22     A.   -- on the grounds that they may incriminate

23  me.

24     Q.   For example, if I were to ask you how you

25  would sell the drugs, what drugs you would sell, with

1  whom you would sell the drugs, and if you sold drugs

2  with Xavier Walker, you're going to refuse to answer my

3  question?

4      A.   I plead the Fifth, and I refuse to answer any

5  questions on the grounds that they may incriminate me.

6      Q.   Can you please describe your relationship

7  with Xavier Walker today?

8      A.   I plead the Fifth, and I refuse to answer any

9  questions on the grounds that they may incriminate me.

10     Q.   Isn't it true that you refer to Xavier Walker

11 as your "brother"?

12     A.   I plead the Fifth, and I refuse to answer any

13 questions on the grounds that it may incriminate me.

14     Q.   Sometimes you refer to Xavier Walker as your

15 "cousin," right?

16     A.   Again, I plead the Fifth, and I refuse to

17 answer any questions on the grounds that they may

18 incriminate me.

19     Q.   And I mean, even into the year 2020, you

20 would talk to Mr. Walker and write and say, "Love you,

21 man," things like that, express your love, correct?

22     A.   Again, I plead the Fifth, and I refuse to

23 answer any questions on the grounds that they may

24 incriminate me.

25     Q.   And you would say, "Love you, bro," things

1  like that, right?

2      A.   Again, I plead the Fifth, and I refuse to

3  answer any questions on the grounds that they may

4  incriminate me.

5      Q.   Before this incident in 1999, Xavier Walker

6  was in prison, right?

7      A.   Again, I plead the Fifth, and I refuse to

8  answer any questions on the grounds that they may

9  incriminate me.

10     Q.   And being such close friends with Mr. Walker,

11 you visited Mr. Walker in prison in 1999, even before

12 this incident, right?

13     A.   Again, I plead the Fifth, and I refuse to

14 answer any questions that may incriminate me.

15     Q.   And you consider Xavier Walker to have saved

16 your life, correct?

17     A.   I plead the Fifth, and I refuse to answer any

18 questions on the grounds that it may incriminate me.

19     Q.   And you consider to have saved Xavier

20 Walker's life, right?

21     A.   Again, I plead the Fifth, and I refuse to

22 answer any questions on the grounds that they may

23 incriminate me.

24     Q.   You think Xavier Walker's indebted to you,

25 right?

1      A.   Again, I plead the Fifth, and I refuse to

2  answer any questions on the grounds that they may

3  incriminate me.

4      Q.   And you believe you're indebted to him,

5  right?

6      A.   Again, I plead the Fifth, and I refuse to

7  answer any questions on the grounds that they may

8  incriminate me.

9      Q.   And when you say things, like, Xavier Walker

10  saved your life or you saved his life, you mean you

11  guys --

12      A.   I plead the Fifth, and --

13      Q.   Hold on one second --

14      A.   -- I refuse --

15      Q.   -- let me --

16      A.   -- to answer any questions on the grounds

17  that they may incriminate me.

18      Q.   Okay.  Let me just finish my question.  I --

19  I think we spoke over one another.

20           MR. ADAMS:  Excuse me, Mr. Long, if -- if you

21  don't mind, Shneur.  Mr. Long, when he asks the

22  question, please allow a pause, just so it's a clean

23  record, and then you could, you know, state that you

24  plead the Fifth, just so the record is clean, okay?

25           WITNESS:  Cool.

1          MR. ADAMS:  All right.                          0:58:08

2          MR. NATHAN:  It's just that if we talk at the

3   same time, it's hard to write it up as a question and

4   answer, that's all.  So, thanks.

5     Q.   Let me ask the question again.  When you --

6   you and Xavier say that you saved each others' lives,

7   what you mean is that over the years, since 2000 until

8   today, you guys have coordinated your statements in a

9   way that you could try to best protect each other to

10  not be held accountable fully for the murder of Mr.

11  Majdak, correct?

12    A.   I plead the Fifth, and I refuse to answer any

13  questions on the grounds that they may incriminate me.

14    Q.   If I asked you any other questions about your

15  relationship with Xavier Walker, are you going to

16  refuse to ask those -- answer those questions, no

17  matter what those questions are?

18    A.   I plead the Fifth, and I refuse to answer any

19  questions on the grounds that they may incriminate me.

20    Q.   If I were to ask you any questions about your

21  communications with Mr. Walker, whether they were in

22  writing or on the phone, are you going to refuse to

23  answer those questions?

24    A.   I plead the Fifth, and I refuse to answer any

25  questions on the grounds that they may incriminate me.

```
 1        Q.   Isn't it true that you went to grammar school

 2   with Antwoine Waddy, aka Bubble or Bubbles?

 3        A.   I plead the Fifth, and I refuse to answer any

 4   questions that may incriminate me.

 5        Q.   And you knew Maurice Wright, and Ashanti

 6   Wright, and Mary Curry because you used to stash drugs

 7   at their house at 4653 West Erie, right?

 8        A.   I plead the Fifth, and I refuse to answer any

 9   questions on the grounds that that may incriminate me.

10        Q.   You knew a prostitute named Snuggles

11   (phonetic)?

12        A.   Oh, huh?                          1:00:15

13        Q.   You knew a prostitute named Snuggles, right?

14        A.   I plead the Fifth, and I refuse to answer any

15   questions that may incriminate me.

16        Q.   If I were to ask you any questions about

17   Snuggles or Yvette Hill, are you going to refuse to

18   answer my questions?

19        A.   I plead the Fifth, and I refuse to answer any

20   questions on the grounds that they may incriminate me.

21        Q.   When did you last speak with Hershurla Byrd?

22        A.   I plead the Fifth, and I refuse to answer any

23   questions on the grounds that they may incriminate me.

24        Q.   Did you ever have a boyfriend girlfriend

25   relationship with Hershurla Byrd?
```

1       A.    I plead the Fifth, and I refuse to answer any

2   questions on the grounds that they may incriminate me.

3       Q.    Isn't it true that you did in fact have a

4   boyfriend girlfriend relationship with Hershurla Byrd,

5   and in fact, you, at one point, got her pregnant?

6       A.    Again, I plead the Fifth, and I refuse to

7   answer any questions on the grounds that they may

8   incriminate me.

9       Q.    Isn't it true that after you shot Mr. Majdak,

10  you saw Hershurla Byrd along Erie and approached her,

11  correct?

12      A.    Again, I plead the Fifth, and I refuse to

13  answer any questions on the grounds that they may

14  incriminate me.

15      Q.    And she told you at that time, "I didn't know

16  you were -- you were so cold-blooded to kill a white

17  boy on the street," correct?

18      A.    Again, I plead the Fifth, and I refuse to

19  answer any questions on the grounds that they may

20  incriminate me.

21      Q.    And you told her, quote, "Shut your mouth

22  about that, or I'll pop your ass too," end quote?

23      A.    Again, I plead the Fifth, and I refuse to

24  answer any questions on the grounds that they may

25  incriminate me.

1    Q.   Are you aware that Hershurla Byrd signed an

2    affidavit on July 20th, 2020, which was disclosed in

3    this case under Cook County State's Attorney, Xavier

4    Walker 344 to 345?

5    A.   Again, I plead the Fifth, and I refuse to

6    answer any questions on the grounds that they may

7    incriminate me.

8    Q.   Isn't it true that you assisted in -- in

9    procuring that affidavit from Hershurla Byrd by having

10   Xavier Walker and other intermediaries trying to

11   contact her?

12   A.   I plead the Fifth, and I refuse to answer any

13   questions on the grounds that they may incriminate me.

14   Q.   Isn't it true that since you had no other

15   relationship with Hershurla Byrd in 2020, you

16   contacting her would be intimidation?

17   A.   I would again, I plead the Fifth, and I

18   refuse to answer any questions on the ground that they

19   may incriminate me.

20   Q.   When did you last speak with Maurice Wright?

21   A.   Again, I plead the Fifth, and I refuse to

22   answer any questions on the grounds that they may

23   incriminate me.

24   Q.   Have you directly, indirectly through

25   writing, or on the phone, or any other kind of

1  communication, like email, or social media, or anything

2  at all communicated with Hershurla Byrd since the date

3  of your arrest?

4      A.    Again, I plead the Fifth, and I refuse to

5  answer any questions on the grounds that they may

6  incriminate me.

7      Q.    If I ask you any questions about your direct

8  or indirect communications with Hershurla Byrd, are you

9  going to take the Fifth?

10     A.    Again, I plead the Fifth, and I refuse to

11 answer any questions on the grounds that that may

12 incriminate me.

13     Q.    Have you ever, directly or indirectly, in

14 writing, on the phone, email, or through someone else,

15 talked to Maurice Wright since the date of your arrest?

16     A.    I plead the Fifth, and I refuse to answer any

17 questions on the grounds that it may incriminate me.

18     Q.    And are you -- go -- would -- are you also

19 refusing to answer any questions I ask you about

20 Maurice Wright?

21     A.    I plead the Fifth, and I refuse to answer any

22 questions on the grounds that they may incriminate me.

23     Q.    Maurice Wright is Boo Boo, correct?

24     A.    Again, I plead the Fifth, and I refuse to

25 answer any questions on the grounds that they may

1  incriminate me.

2      Q.   Are you friends with a guy named Tim

3  (phonetic)?

4      A.   Again, I plead the Fifth, and I refuse to

5  answer any questions on the grounds that that may

6  incriminate me.

7      Q.   What's Tim's last name?                    1:05:04

8      A.   Again, I plead the Fifth, and I refuse to

9  answer any questions on the grounds that they may

10 incriminate me.

11     Q.   Okay.  Are you friends with a guy named Elbow

12 (phonetic)?

13     A.   Again, I plead the Fifth, and I refuse to

14 answer any questions on the grounds that that may

15 incriminate me.

16     Q.   Is Elbow a New Breed?

17     A.   Again, I plead the Fifth, and I refuse to

18 answer any questions on the grounds that they

19 incriminate me.

20     Q.   Are you friends with a guy named Boo Man

21 (phonetic)?

22     A.   Again, I plead the Fifth, and I refuse to

23 answer any questions on the grounds that they may

24 incriminate me.

25     Q.   What about Ebony (phonetic), do you know her?

1    A.   Again, I plead the Fifth, and I refuse to

2  answer any questions on the grounds that it may

3  incriminate me.

4    Q.   Isn't it true that you know the identities of

5  Elbow, Boo Man, Timothy (phonetic), Kim (phonetic), and

6  Ebony, but you're refusing to tell me that because you

7  know that they have information that would incriminate

8  you?

9    A.   Again, I plead the Fifth, and I refuse to

10  answer any questions on the grounds that that may

11  incriminate me.

12    Q.   Isn't it true -- well, strike that.  If I ask

13  you any questions about Elbow, Boo Man, Timothy, Kim,

14  or Ebony, are -- are you going to refuse to answer my

15  questions?

16    A.   I refuse to answer any questions on the

17  grounds that they may incriminate me.

18    Q.   Who are Kash Smith, K-a-s-h, Laquisha Smith

19  (phonetic), Janice Long (phonetic), Jessie Curry

20  (phonetic), and Marvin Mosely?

21    A.   Again, I plead the Fifth, and I refuse to

22  answer any questions on grounds that they may

23  incriminate me.

24    Q.   Isn't it true, sir, that you did, in fact,

25  murder Mr. Majdak, correct?

1     A.   I plead the Fifth, and I refuse to answer any

2  questions on grounds that they may incriminate me.

3     Q.   And you shot him -- you shot him twice,

4  right?

5     A.   Again, I plead the Fifth, and I refuse to

6  answer any questions on the grounds that that may

7  incriminate me.

8     Q.   At least you fired your gun at him twice,

9  right?

10     A.   Again, I plead the Fifth, and I refuse to

11  answer any questions on the grounds that they may

12  incriminate me.

13     Q.   And you shot him because you were trying to

14  rob him together with Xavier Walker, right?

15     A.   Again, I plead the Fifth, and I refuse to

16  answer any questions on the grounds that that may

17  incriminate me.

18     Q.   And it is true that Xavier Walker took Mr.

19  Majdak's money after you shot Majdak, right?

20     A.   I plead the Fifth, and I refuse to answer any

21  questions on -- on the grounds that they may

22  incriminate me.

23     Q.   And it is true that you split the proceeds of

24  this robberies and murder with Mr. Walker, correct?

25     A.   I plead -- I plead the Fifth, and I refuse to

1  answer any questions on the grounds that it may

2  incriminate me.

3      Q.   You split up the money at that club, which

4  you call the "Wax Factory," right?

5      A.   Again, I plead the Fifth, and I refuse to

6  answer any questions on the grounds that they may

7  incriminate me.

8      Q.   And in fact, there are even more details that

9  you know about the murder that you just simply didn't

10 tell the prosecutor when you gave the statement on the

11 video, right?

12     A.   Again, I plead the Fifth, and I refuse to

13 answer any questions on the grounds that that may

14 incriminate me.

15     Q.   You gave us -- the statement to the

16 prosecutor because that was what, at the time, you

17 thought a positive account of what you were up to,

18 right?

19     A.   Again, I plead the Fifth, and I refuse to

20 answer any questions on the grounds that they may

21 incriminate me.

22     Q.   In fact, only you and Xavier know exactly how

23 it happened or that you shot Majdak, correct?

24     A.   I plead the Fifth, and I refuse to answer any

25 questions on the grounds that they may incriminate me.

1    Q.    What shoes were you wearing when you shot

2  Majdak?

3    A.    Again, I plead the Fifth, and I refuse to

4  answer any questions on the grounds that they may

5  incriminate me.

6    Q.    What were you wearing from head to toe on May

7  12th going into May 13th of 2000 at the time --

8    A.    I plead the --

9    Q.    -- Majdak was shot?

10   A.    I plead the Fifth, and I refuse to answer any

11 questions on the grounds that they may incriminate me.

12   Q.    Did you change your clothes?                1:09:25

13   A.    Again, I plead the Fifth, and I refuse to

14 answer any questions on the grounds that it may

15 incriminate me.

16   Q.    What did you do with the sneakers or the

17 shoes you were wearing at the time that Majdak was

18 shot?

19   A.    Again, I plead the Fifth, and I refuse to

20 answer any questions on the grounds that they may

21 incriminate me.

22   Q.    What was Xavier Walker wearing at the time

23 that you guys robbed and shot Majdak?

24   A.    Again, I plead the Fifth, and I refuse to

25 answer any questions on the grounds that that may

1  incriminate me.

2      Q.   What shoes was he wearing at the time?

3      A.   Again, I plead the Fifth, and I refuse to

4  answer any questions on the grounds that it may

5  incriminate me.

6      Q.   If I ask you any questions about what you and

7  Mr. Walker were wearing at the time Majdak was shot on

8  May 13th, 2000, are you going to refuse to answer my

9  questions?

10     A.   Again, I plead the Fifth, and I refuse to

11 answer any questions on the grounds that they may

12 incriminate me.

13     Q.   If I ask you any questions about what you

14 were doing that entire day before Majdak was shot and

15 the day after Majdak was shot, are you going to refuse

16 to answer my questions?

17     A.   Again, I plead the Fifth, and I refuse to

18 answer any questions on the grounds that they may

19 incriminate me.

20     Q.   It's not true that you were at your father's

21 house that night, correct?

22     A.   Again, I plead the Fifth, and I refuse to

23 answer any questions on the grounds that they may

24 incriminate me.

25     Q.   Do you have any theory if you didn't shoot

1  Majdak, who did?

2      A.   Again, I plead the Fifth, and I refuse to

3  answer any questions that may incriminate me.

4      Q.   Isn't it true that this idea that it was

5  someone other than you that shot Majdak is just total

6  nonsense?

7      A.   Again, I plead the Fifth, and I refuse to

8  answer any questions that may incriminate me.

9      Q.   And isn't it true that this notion that some

10 prostitutes were involved is also just total nonsense,

11 right?

12     A.   Again, I plead the Fifth, and I refuse to

13 answer any questions that may incriminate me.

14     Q.   And this notion or theory that you've

15 asserted in -- in the past that pimps might have -- one

16 or more pimps might have shot Majdak, that's also not

17 true, correct?

18     A.   Again, I plead the Fifth, and I refuse to

19 answer any questions that may incriminate me.

20     Q.   It's not true because you shot Majdak, right?

21     A.   Again, I plead the Fifth, and I refuse to

22 answer any questions that may incriminate me.

23     Q.   And you shot Majdak together with Xavier

24 Walker, who was trying to rob him, right?

25     A.   Again, I plead the Fifth, and I refuse to

1 answer any questions that may incriminate me.

2    Q.   In June of 2000, specifically June 5th of

3 2000, you spoke to your mother and became aware that

4 the police were looking for you as a suspect in the

5 murder of Mr. Majdak, correct?

6    A.   Again, I plead the Fifth, and I refuse to

7 answer any questions on the grounds that they may

8 incriminate me.

9    Q.   And you spoke to your mother again about how

10 the police were looking for you on July 25th of 2000,

11 correct?

12    A.   Again, I plead the Fifth, and I refuse to

13 answer any questions on the grounds that they may

14 incriminate me.

15    Q.   But that entire time period between June 5th

16 of 2000 and July 25th of 2000, you never came forward

17 and tried to talk to the police, right?

18    A.   Again, I plead the Fifth, and I refuse to

19 answer any questions on grounds that they may

20 incriminate me.

21    Q.   During that time period, you never tried to

22 provide information that a prostitute did this murder,

23 right?

24    A.   Again, I plead the Fifth, and I refuse to

25 answer any questions on the grounds that they may

1    incriminate me.

2        Q.   And you never tried to provide information

3    about how some pimp might have done this murder, right?

4        A.   Again, I plead the Fifth, and I refuse to

5    answer any questions on grounds that they may

6    incriminate me.

7        Q.   In July -- on July 28th, 2000, you spoke to

8    your mother, and you told her that you now wanted to

9    turn yourself in to the police?

10       A.   Again, I plead the Fifth, and I refuse to

11   answer any questions on the grounds that it may

12   incriminate me.

13       Q.   Meaning you, again, acknowledge that you

14   understood the police were looking for you as a suspect

15   in the murder of Mr. Majdak, right?

16       A.   Again, I plead the Fifth, and I refuse to

17   answer any questions on the grounds that it may

18   incriminate me.

19       Q.   But you still didn't turn yourself in on July

20   28th, right?

21       A.   Again, I plead the Fifth, and I refuse to

22   answer any questions on the grounds that they may

23   incriminate me.

24       Q.   On August 3rd, 2000, you came into the police

25   station together with a Reverend Major Howard

1  (phonetic), correct?

2      A.   Again, I refuse -- I refuse to answer any

3  questions on the grounds that it may incriminate me.

4      Q.   And Mr. -- and Reverend Howard witnessed the

5  police give you Miranda warnings at 11:45 a.m. on

6  August 3rd, 2000, right?

7      A.   Again, I plead the Fifth, and I refuse to

8  answer any questions on the grounds that it may

9  incriminate me.

10     Q.   You went into the police station voluntarily,

11 right?

12     A.   Again, I plead the Fifth, and I refuse to

13 answer any questions on grounds that it may incriminate

14 me.

15     Q.   You weren't arrested when you walked into the

16 police station, right?

17     A.   Again, I plead the Fifth, and I refuse to

18 answer any questions on the grounds that they may

19 incriminate me.

20     Q.   We touched on this earlier, but on August

21 5th, 2000 between 8:10 a.m. and 8:40 p.m., you went to

22 the polygraph unit of the Chicago Police Department,

23 right?

24     A.   Again, I plead the Fifth, and I refuse to

25 answer any questions on grounds that it may incriminate

1   me.

2       Q.   And you told polygraph examiner Robert Bartik

3   that you "shot" Mr. Majdak during the course of a

4   robbery, right?

5       A.   Again, I plead the Fifth, and I refuse to

6   answer any questions on the grounds that they may

7   incriminate me.

8       Q.   And because you had already admitted to the

9   crime, you didn't even get polygraphed, right?

10      A.   Again, I plead the Fifth, and I refuse to

11  answer any questions on the grounds that they may

12  incriminate me.

13      Q.   And after you confessed to Robert Bartik

14  prior to ever even being administered a polygraph, you

15  also confessed again to the detectives who brought you

16  to the polygraph exam, right?

17      A.   Again, I plead the Fifth, and I refuse to

18  answer any questions on the grounds that they may

19  incriminate me.

20      Q.   Okay.  And when I say, "You confessed to

21  these detectives," you said that you shot Mr. Majdak in

22  the course of a robbery together with Xavier Walker,

23  who took the man's money, right?

24      A.   Again, I plead the Fifth, and I refuse to

25  answer any questions on the grounds that they may

```
 1  incriminate me.
 2      Q.   And you said these things to Robert Bartik
 3  because they were true, right?
 4      A.   Again, I plead the Fifth, and I refuse to
 5  answer any questions on the grounds that they may
 6  incriminate me.
 7      Q.   And you said these things freely and
 8  voluntarily, right?
 9      A.   Again, I plead the Fifth, and I refuse to
10  answer any questions on the grounds that they may
11  incriminate me.
12      Q.   And Bartik never threatened you, correct?
13      A.   Again, I plead the Fifth, and I refuse to
14  answer any questions on the grounds that they may
15  incriminate me.
16      Q.   He never made any promises to you, correct?
17      A.   Again, I plead the Fifth, and I refuse to
18  answer any questions that may incriminate me.
19      Q.   Bartik was completely professional with you
20  in all of his dealings with you, correct?
21      A.   Again, I plead the Fifth, and I refuse to
22  answer any questions on the grounds that that may
23  incriminate me.
24      Q.   Yet, you made up these false allegations
25  against Bartik because you were trying -- hoping that
```

Exhibit 5, LLC

1  your statement would be suppressed, right?

2      A.   Again, I plead the Fifth, and I refuse to

3  answer any questions on the grounds that it may

4  incriminate me.

5      Q.   And you made up these false allegations

6  against Bartik because you were hoping that Mark Rotert

7  from the State's Attorney's Office would vacate your

8  conviction, right?

9      A.   Again, I plead the Fifth, and I refuse to

10 answer any questions on the grounds that they may

11 incriminate me.

12     Q.   And after you gave the confession -- the

13 confession to -- orally to Bartik and the detective,

14 you -- you confessed to ASA Jim Navarre, right?

15     A.   Again, I plead the Fifth, and I refuse to

16 answer any questions on the grounds that it may

17 incriminate me.

18     Q.   Meaning, you told Jim Navarre, ASA Jim

19 Navarre, that you "shot" Majdak, and Xavier Walker took

20 his -- "took the man's money" even before you went and

21 were videotaped giving that similar statement, right?

22     A.   Again, I plead the Fifth, and I refuse to

23 answer any questions on grounds that they may

24 incriminate me.

25     Q.   And we covered that you did, in fact, give a

1  videotaped statement, right?

2      A.   Again, I plead the Fifth, and I refuse to

3  answer any questions on the grounds that it may

4  incriminate me.

5      Q.   If I were to show you -- show you a video,

6  the actual video from your videotaped statement, and

7  ask you if that's your photo, are you going to answer

8  my questions?

9      A.   I plead the Fifth, and I refuse to answer any

10  questions that --

11      Q.   If I were --

12      A.   -- may incriminate me.

13      Q.   Okay.  I'm sorry, I didn't mean to speak over

14  you.  If I were to play you a video and ask -- and ask

15  you, "Hey, is that you in the video?" are you going to

16  answer my question?

17      A.   Again, I plead the Fifth, and I refuse to

18  answer any questions on the grounds that they may

19  incriminate me.

20      Q.   One moment, sir.

21          MR. MILLER:  Can we take a five, ten-minute

22  break, Shneur?

23          MR. NATHAN:  Yeah, sure.

24          RECORDER:  Off record, 10:30 a.m.

25                  (Off the record)

Exhibit 5, LLC

```
 1          RECORDER:  On record, 10:43 a.m.
 2     Q.   Okay.  Mr. Long, I'm now going to mark as
 3  Exhibit 1 to your deposition a document -- a -- a video
 4  that was disclosed in this matter under Bates number
 5  BS013486.  Are you able to see that?
 6     A.   No, there's something blocking the whole
 7  screen, it's something blocking my area, so I can't see
 8  it.
 9     Q.   Okay.  Let me --
10     A.   But it's -- he said it -- he said if this --
11  if it -- if they take this down, the whole thing going
12  to -- the whole thing going to cut off.  If -- if they
13  remove this, the whole thing going to stop is what she
14  said, so.
15     Q.   Let me hit play and see if you're able to --
16  I'm hitting play.
17              (Video Exhibit 1 played)
18     Q.   Okay, I did hit "play" at 43 seconds in.  Are
19  -- were you able to see that?
20          MR. ADAMS:  No one's --
21     A.   Nah.
22          MR. ADAMS:  -- able to see it.
23     A.   Can't see nothing.                    1:21:44
24          MS. SAMUELS:  All I see is a Word document
25  for the record.
```

1          MR. NATHAN:  Oh boy.

2          MS. ADEEYO:  Yeah, Shneur, we see a Word

3   document that says, "List of exhibits for Jovanie Long

4   deposition."

5          MR. NATHAN:  That's not good.  Give me one

6   second.  How -- is that -- how about now?

7          WITNESS:  Still can't see.  It's something up

8   there where the -- the screen -- the majority of the

9   screen on this app -- on this smartphone is blocked, so

10  I can't really see nothing.

11         MR. NATHAN:  Okay.  Counsel, are you --

12         MS. ADEEYO:  I can see it.

13         MR. NATHAN:  Are you able to see the screen

14  now?

15         MR. MILLER:  We can see it.

16         MS. ADEEYO:  Yeah, we can see it.

17         WITNESS:  I can't -- I can't see nothing.

18         MR. NATHAN:  Let me --

19         WITNESS:  It's blocked on my screen.

20         MR. NATHAN:  Let me hit play quickly and tell

21  me if -- what you see.  I'm hitting play at 43 seconds.

22              (Video Exhibit 1 played)

23     Q.   Okay.  I played the video from 43 seconds

24  till one minute and two seconds.  Mr. Long, were you

25  able to see the video?

1     A.   No.                                             1:22:56

2     Q.   Okay.

3          RECORDER:  Maybe you turn -- if you can turn

4 your phone sideways, that could help.

5          WITNESS:  I don't know.  They -- they -- they

6 got it in here, so I don't even want to touch nothing

7 because I don't know -- I don't know how to do anything

8 with this phone, so.

9     Q.   Okay.

10        WITNESS:  It's already turned sideways.

11    Q.   Let me just take --

12        WITNESS:  And they just did the phone, it's

13 already sideways.  And that's the only way it can go up

14 in here.

15        MR. ADAMS:  Officer, do you know if there's

16 any type of security measures on this -- on this phone?

17        PINCKNEYVILLE GUARD:  I'm trying to call our

18 tech guy right now.  It's saying, "This meeting is

19 being recorded by the host or participant."  It's

20 basically a message on the phone, that's why he can't

21 see.

22        RECORDER:  Can you swipe that?

23        WITNESS:  This -- all this right here is --

24 oh, okay.

25        PINCKNEYVILLE GUARD:  There we go.        1:23:44

```
 1              MR. NATHAN:  You think you solved that
 2    problem?
 3              PINCKNEYVILLE GUARD:  Yes.
 4              MR. NATHAN:  Okay.  Let me try again then.
 5              WITNESS:  All right.
 6         Q.   Okay.  Do you see -- do you see an image on
 7    -- in front of you now, Mr. Long?
 8         A.   Yeah.
 9         Q.   Okay.  I'm showing you what's been marked as
10    Exhibit 1 to your deposition, and I've stated for the
11    record earlier the Bates number associated with this
12    video.  I'm going to play it for you starting from 43
13    seconds in.
14                   (Video Exhibit 1 played)
15         Q.   Okay.  I'm just stopping the video at one
16    minute and 46 seconds.  My question is, do you
17    recognize yourself on this video?
18         A.   I plead the Fifth, and I refuse to answer any
19    questions due to the grounds that it may incriminate
20    me.
21         Q.   Isn't it true that Exhibit 1 to your
22    deposition is the video -- actual video associated with
23    your videotaped statement dated August 5th, 2000 at
24    about 4:32 p.m. where you were asked questions by
25    Assistant State's Attorney Jim Navarre and gang -- in
```

1  the presence of Gang Specialist Riordan?

2      A.   Again, I plead the Fifth, and I refuse to

3  answer any questions on the grounds that they may

4  incriminate me.

5      Q.   If I ask you any questions about this

6  videotape, are you going to refuse to answer my

7  questions?

8      A.   Again, I refuse -- I -- I plead the Fifth,

9  and I refuse to answer any questions on the grounds

10 that they may incriminate me.

11     Q.   You've -- you've never made allegations of

12 physical abuse by police officers in -- in connection

13 with the charges brought against you for the murder of

14 Majdak, correct?

15     A.   Again, I plead the Fifth, and I refuse to

16 answer any questions on the grounds that they may

17 incriminate me.

18     Q.   Isn't it true that no police officer ever

19 punched, kicked, struck you, or used any kind of

20 physical force against you in connection with the

21 investigation of -- into the murder of Mr. Majdak?

22     A.   Again, I plead the Fifth, and I refuse to

23 answer any questions on the grounds that they may

24 incriminate me.

25     Q.   I'll mark as Exhibit 2 to your deposition the

Exhibit 5, LLC

1  -- a motion to quash arrest and suppress evidence that

2  was disclosed under Bates number BS2972 through 2974,

3  filed by John Conniff on your behalf in November of

4  2001.  Do you see that?

5       A.   I see it, but I don't know what it say.

6       Q.   Okay.  Isn't it true that this motion was

7  filed on your behalf?

8       A.   Again, I plead the Fifth and refuse to answer

9  any questions on the grounds that they may incriminate

10  me.

11      Q.   Isn't it true that before you had Mr.

12  Conniff, C-o-n-n-i-f-f, file this motion on your

13  behalf, you told Mr. Conniff everything you -- you knew

14  about your interactions with the police in connection

15  with the investigation into the murder of Mr. Majdak,

16  correct?

17      A.   Again, I plead the Fifth, and refuse to

18  answer any -- yes?

19           MR. ADAMS:  Not bad.  What's going on?

20      A.   Again, I plead the Fifth, and I refuse to

21  answer any questions due to the grounds that they may

22  incriminate me.

23      Q.   Isn't it true, sir, that this motion asked

24  the court to throw out your statement and -- correct?

25      A.   Again, I plead the Fifth, and I refuse to

Exhibit 5, LLC

 1 | answer any questions on the grounds that they may
 2 | incriminate me.
 3 |     Q.   I mean, that's what part of -- that's part of
 4 | the relief you were asking from the court when you
 5 | filed this motion through Mr. Conniff, you're saying,
 6 | "Because of reasons A, B, and C, please throw out my
 7 | statement, don't use it to convict me for the murder,"
 8 | right?
 9 |     A.   Again, I have to plead the Fifth and refuse
10 | to answer any questions on the grounds that they may
11 | incriminate me.
12 |     Q.   Isn't it true, sir, when you filed this
13 | motion and made the allegations that you claimed were
14 | the reason why your statement should be thrown out, you
15 | never said that the polygraph examiner Robert Bartik
16 | fabricated your statement, right?
17 |     A.   Again, I plead the Fifth, and I refuse to
18 | answer any questions on the grounds that they may
19 | incriminate me.
20 |     Q.   And it doesn't say that the -- your
21 | statement, any portion of your statement, was, quote,
22 | "fabricated," end quote, right?
23 |     A.   Again, I plead the Fifth, and I refuse to
24 | answer any questions on the grounds that they may
25 | incriminate me.

Exhibit 5, LLC

1    Q.   And it doesn't say that the polygraph

2  examiner threatened to shoot you, right?

3    A.   Again, I plead the Fifth, and I refuse to

4  answer any questions on the grounds that they may

5  incriminate me.

6    Q.   Okay.  I'm now going to mark as Exhibit 3 to

7  your deposition a document styled motion to suppress

8  statements filed on January 23rd, 2003, Bates numbered

9  in this litigation ES2135 through 2137.  Do you see

10  that document in front of you now?

11    A.   I see it, but I don't know what it say.

12    Q.   Isn't it true that this is a motion to

13  suppress statements dated January 23rd filed by John

14  Conniff on your behalf, sir?

15    A.   I'm going to have to plead the Fifth and

16  refuse to answer any questions on the grounds that it

17  may incriminate me.

18    Q.   Again, this -- this was after you had talked

19  with Mr. Conniff, your lawyer, right?

20    A.   Again, I plead the Fifth, and I refuse to

21  answer any questions on the grounds that they may

22  incriminate me.

23    Q.   And the whole point of this was to tell the

24  court all of the allegations you were making against

25  the police to say, "Because of these allegations, you

1    should not rely on my confession," right?

2        A.    Again, I'm going to plead the Fifth and

3    refuse to answer any questions on the grounds that they

4    may incriminate me.

5        Q.    Again, isn't it true that even in this motion

6    in 2003 -- admissions whatsoever against polygraph

7    examiner Bartik, right?

8        A.    I'm going to have to plead the Fifth and

9    refuse to answer any questions on the grounds that they

10   may incriminate me.

11       Q.    And -- and you make no allegations in this --

12   in this motion to suppress statements from January 20,

13   2003 that the polygraph examiner either fabricated your

14   admission -- your admission or threatened to shoot you,

15   right?

16       A.    Again, I'm going to have to plead the Fifth

17   and refuse to answer any questions on the grounds that

18   they may incriminate me.

19       Q.    You never did testify in -- in your own

20   defense in court, right?

21       A.    Again, I plead the Fifth, and I refuse to

22   answer any questions on the grounds that they may

23   incriminate me.

24       Q.    And you never testified to the court in order

25   to support your motion to suppress, right?

Exhibit 5, LLC

1    A.   Again, I plead the Fifth, and I refuse to

2  answer any questions on the grounds that they may

3  incriminate me.

4    Q.   You never put yourself under oath making any

5  kind of allegations against police officers, right?

6    A.   Again, I plead the Fifth, and I refuse to

7  answer any questions on the grounds that they may

8  incriminate me.

9    Q.   And you wouldn't be able to do that because

10  any allegations of misconduct by police -- by police

11  officers with respect to you would be false

12  allegations, right?

13    A.   Again, I plead the Fifth, and I'm going to

14  have to refuse to answer any questions on the grounds

15  that they may incriminate me.

16    Q.   Do you remember speaking with a probation

17  officer in connection with a probation report --

18  presentence investigation report, I'm sorry.

19    A.   I plead the Fifth, and I refuse to answer any

20  questions on the grounds that they may incriminate me.

21    Q.   Isn't it true that in the summer of 2004,

22  between June 22nd, 2004 and July 19th, 2004, you were

23  interviewed by adult probation department Probation

24  Officer J. Luchsinger, L-u-c-h-s-i-n-g-e-r?

25  a   I refuse to answer any questions on the grounds

 1  that they may incriminate me.  I plead the Fifth to

 2  that question.

 3      Q.   And that probation officer asked you

 4  specifically, "Were you employed at the time of this

 5  Majdak murder?" right?

 6      A.   Again, I plead the Fifth, and I refuse to

 7  answer any questions on the grounds that they may

 8  incriminate me.

 9      Q.   And you told the probation officer that you

10  were not employed, right?

11      A.   Again, I plead the Fifth, and I refuse to

12  answer any questions on the grounds that they may

13  incriminate me.

14      Q.   You definitely did not tell the probation

15  officer that you were working at SaniKing, right?

16      A.   Again, I plead the Fifth, and I'm going to --

17  I'm going to refuse to answer any questions on the

18  grounds that they may incriminate me.

19      Q.   Okay.  Let's mark as Exhibit 4 to your

20  deposition a document styled, "Adult probation

21  department investigative report" with -- listing

22  Defendant Jovanie Long -- Long, disclosed in this

23  litigation under CCSAO Xavier Walker 001900 through

24  001904.  You've seen this document before, correct?

25      A.   No.                               1:35:58

Exhibit 5, LLC

1    Q.   Do you see here that it's the adult probation
2  department investigative report of J. Luchsinger --
3  Luchsinger?
4    A.   I'm going to plead the Fifth and refuse to
5  answer any questions on the grounds that they may
6  incriminate me.
7    Q.   And do you see that the probation officer
8  indicates that the sources of information were --
9  include listing item four, "An interview with the
10  Defendant," correct?
11    A.   I'm going to plead the Fifth and refuse to
12  answer any questions on grounds that they may
13  incriminate me.
14    Q.   And on page 2 of the report, it lists,
15  "Employment status, unemployed," correct?
16    A.   Again, I'm going to plead the Fifth and
17  refuse to answer any questions on grounds they may
18  incriminate me.
19    Q.   And that was because you told the probation
20  officer that you were unemployed at the time of the
21  offense, correct?
22    A.   I'm going to have to plead the Fifth and
23  refuse to answer any questions on the grounds that they
24  may incriminate me.
25    Q.   If I ask you any questions about your

```
 1   conversation with the probation officer in connection
 2   with Exhibit 4, are you going to refuse to answer my
 3   questions?
 4        A.   I plead the Fifth, and I refuse to answer any
 5   questions on the grounds that they may incriminate me.
 6        Q.   Have you ever seen the notes of Attorney
 7   Deborah Bedsole?
 8        A.   Again, I'm going to plead the Fifth, and I
 9   refuse to answer any questions on the grounds that they
10   may incriminate me.
11        Q.   Were you one of the leaders of your gang in
12   May of 2000?
13        A.   I plead the Fifth, and I refuse to answer any
14   questions on the grounds that they may incriminate me.
15        Q.   Isn't it true that you were one of the
16   leaders of your gang in May of 2000 because you were
17   one of the older guys?
18        A.   Again, I refuse to answer any questions on
19   the grounds that they -- they may incriminate me.  I'm
20   pleading the Fifth to that question.
21        Q.   Okay.  I'm going to mark as Exhibit 5 to your
22   deposition a group of documents Bates numbered
23   Plaintiff Xavier Walker 1325 through 1345, and I'm
24   going to specific -- okay -- and let -- first let me
25   know if you can see the document.  Do you see that?
```

1     A.    I plead the Fifth.                          1:39:28

2     Q.    Okay.  Let me -- in front of you, here is the

3   page Bates number Plaintiff Xavier Walker 1330, which

4   is the first page of a memo from Deborah N. Bedsole to

5   file regarding Xavier Laroy Walker interview, and it's

6   dated May 30th, 2000, correct?

7     A.    I'm going to plead the Fifth to that

8   question.

9     Q.    Okay.  I'm going to turn to the fourth page

10  of that memo -- memo, which is Bates number Plaintiff

11  Xavier Walker 1333, okay?  It says, "Xavier provided me

12  with the following information about what actually

13  happened that night."  Do you see that?

14    A.    I'm going to have to plead the Fifth.

15    Q.    It continues, it says, "Xavier was with

16  friends in his basement apartment that he shares with

17  his sister Sheleah.  These friends were Charles L --"

18  last name unknown, "LNU, Quinton LNU, Marvin Mosely,

19  Simeon LNU, and Deon LNU.  Sheleah was also present

20  that evening."  Do you see that?

21    A.    I'm going to have to plead the Fifth.

22    Q.    Now, this is documenting an interview that

23  Ms. Bedsole had with Xavier Walker, correct?

24    A.    I plead the Fifth.                          1:40:58

25    Q.    It says, "Everyone in -- was in the apartment

1  from 9:00 p.m. to 11:00 or 12:00 p.m.  Marvin, Quinton,

2  and Charles left in separate -- in a separate car to go

3  to a club called the Wax Factory on Lake Street.

4  Xavier had just gotten his license and asked his other

5  sister, Sharon Walker, who lives upstairs, if she could

6  borrow -- if he could borrow her green Ford Taurus to

7  go to a restaurant called Tastebuds," see that?

8       A.   I plead the Fifth.

9       Q.   "Xavier didn't tell" -- it continues, "Xavier

10  didn't tell Sharon that he was going to the club, or

11  that 13-year-old Deon was going with Xavier and Simeon,

12  because she would never have let him borrow the car."

13  Do you see that?

14       A.   I plead the Fifth.

15       Q.   It continues, "Sharon lent him the car, and

16  he and Simeon left, picking up Deon from -- Deon down

17  the street.  The three rode around and went through

18  Cicero where Xavier used to hang out."  Do you see

19  that?

20       A.   I plead the Fifth.                    1:42:00

21       Q.   You -- you know that Xavier did use to hang

22  out on -- on Cicero, right?

23       A.   I plead the Fifth on the grounds that it may

24  incriminate me.

25       Q.   I mean, you used to hang out with Xavier on

1  Cicero, right?

2      A.   Again, I plead the Fifth.  I refuse to answer

3  any questions on the grounds that it may incriminate

4  me.

5      Q.   The memo continues, "Xavier is a former

6  member of the Imperial Insane gang.  Xavier knows Boo

7  Boo and Jovanie, aka 'Vani,' as members of this same

8  gang.  Jovanie is one of the older guys in the gang."

9  Do you see that?

10     A.   Again, I plead the Fifth, and I refuse to

11 answer any questions that may incriminate me.

12     Q.   Xavier is, in fact, a former member of the

13 Imperial Insane Vice Lord gang, right?

14     A.   Again, I plead the Fifth, and I refuse to

15 answer any questions on the grounds that they may

16 incriminate me.

17     Q.   And your nickname is Vani, correct?

18     A.   Again, I refuse to answer any questions on

19 the grounds that they may incriminate me.  I plead the

20 Fifth.

21     Q.   And you, along with Boo Boo, aka Maurice

22 Wright, were also members of the Imperial Insane Vice

23 Lord gang, right?

24     A.   Again, I plead the Fifth, and I'm going to

25 have to refuse to answer any questions on the grounds

1 | that they may incriminate me.

2 |     Q.   And you were one of the older guys in the

3 | gang, true?

4 |     A.   Again, I plead the Fifth, and I refuse to

5 | answer any questions on the grounds that they may

6 | incriminate me.

7 |     Q.   Okay.  The memo continues documenting that

8 | Xavier Walker told Bedsole, "Once in Cicero, they saw

9 | Boo Boo, Jovanie, a boy named Boss Hog, and two girls,

10 | Shante and Shavana, who is 17 years old, walking away

11 | from Ohio Street where police cars had blocked off the

12 | street."  Do you see that?  Do you see that, sir?

13 |     A.   Oh I plead -- excuse me, I'm sorry, my fault.

14 | I plead the Fifth.

15 |     Q.   It continues, "Xavier remembers the time to

16 | be around 1:30 or 1:40 a.m., according to the clock in

17 | his sister's car.  Xavier recalls Jovanie being very

18 | drunk and acting crazy.  Jovanie asked where were --

19 | where they were headed.  Xavier told them -- told him

20 | that they were on their way to the club.  Jovanie said

21 | he was going with him and got in the car uninvited."

22 | Do you see that?

23 |     A.   Again, I plead the Fifth, and I refuse to ask

24 | any question on the grounds they may incriminate me.

25 |     Q.   Did you get into a car with Xavier Walker on

1  the night that -- that -- that you shot this guy,

2  Majdak?

3      A.   Again, I plead -- oh, again, I plead the

4  Fifth, and I refuse to answer any questions on the

5  grounds that they may incriminate me.

6      Q.   The document continues, "Xavier did not see

7  any weapon on Jovanie, and he did not mention one.

8  After Jovanie got in the car, he told Xavier, quote, 'I

9  just killed this mark,' end quote."  Do you see that?

10     A.   Again, I'm going to have to plead the Fifth

11 and refuse to answer any questions on the grounds that

12 they may incriminate me.

13     Q.   Isn't it true that you told Xavier, "I just

14 killed -- killed this mark," shortly after you killed

15 Mr. Majdak?

16     A.   Again, I'm going to plead the Fifth, and I

17 refuse to ask any questions on the grounds that they

18 may incriminate me.

19     Q.   The memo continues, "Jovanie told Xavier how

20 he had been selling drugs to a man in a van, and the

21 guy didn't want to pay, so he shot and killed him."  Do

22 you see that?

23     A.   No, I plead the Fifth, and I refuse to ask

24 any questions on grounds that they may incriminate me.

25     Q.   Isn't it true that you told Xavier that you

1  were selling drugs to the guy in the van, and the guy

2  didn't want to pay, so you shot and killed him?

3      A.   Again, I'm going to have to plead the Fifth,

4  and I refuse to ask any questions on the grounds that

5  they may incriminate me.

6      Q.   Isn't it true that after you had a

7  conversation with Xavier Walker about how you shot the

8  guy in the van, then you drove with Xavier Walker to

9  the Wax Factory?

10     A.   Again, I plead the Fifth, and I refuse to

11  answer any questions on the grounds that they may

12  incriminate me.

13     Q.   And then after you went to the Wax Factory,

14  you guys -- Xavier gave you that money that came from

15  the robbery, right?

16     A.   Again, I plead the Fifth, and I refuse to

17  answer any questions on the grounds that they may

18  incriminate me.

19     Q.   And then you went to Bubble's house with

20  Xavier, right?

21     A.   Again, I plead the Fifth, and I refuse to

22  answer any questions on the grounds that they may

23  incriminate me.

24     Q.   And you saw Boo Boo at Bubble's house in a

25  gray two-door Regal parked outside?

1    A.   Again, I plead the Fifth, and I refuse to

2  answer any questions on grounds that they may

3  incriminate me.

4    Q.   And isn't it true that after you shot Mr.

5  Majdak and you were driving around with Xavier Walker,

6  you asked Xavier Walker to go wipe the van off so you

7  -- it -- it would not have your fingerprints?

8    A.   Again, I plead the Fifth, and I refuse to

9  answer any questions on the grounds that they may

10 incriminate me.

11   Q.   Isn't it true, sir, that, in fact, you did

12 wipe off the van for fingerprints?

13   A.   Again, I plead the Fifth, and I refuse to

14 answer any questions on the grounds that they may

15 incriminate me.

16   Q.   Isn't it true, sir, that not only did you

17 wipe the van off for fingerprints, you wiped down that

18 van clean, right?

19   A.   Again, I'm going to have to plead the Fifth

20 and refuse to answer any questions on the grounds that

21 they may incriminate me.

22   Q.   You wiped it clean because you knew that --

23 or you thought they might be able to find physical

24 evidence if you didn't do that, right?

25   A.   Again, I plead the Fifth, and I refuse to

1 answer any questions on the grounds that they may

2 incriminate me.

3    Q.    You wiped the car clean from fingerprints and

4 any blood or other DNA evidence so they couldn't

5 connect your DNA to this shooting, right?

6    A.    Again, I plead the Fifth, and I refuse to

7 answer any questions on the grounds that they may

8 incriminate me.

9    Q.    Were you aware that Xavier had made these

10 statements about you before today?

11    A.    Again, I plead the Fifth, and I refuse to

12 answer any questions on the grounds that they may

13 incriminate me.

14    Q.    If I ask you any other questions about

15 statements that Xavier made about you and about

16 statements you made to him and others in his presence,

17 are you going to refuse to answer my questions?

18    A.    Again, I plead the Fifth, and I refuse to

19 answer any questions on the grounds that they may

20 incriminate me.

21    Q.    Who's Robert Byrd, B-y-r-d?                1:49:02

22    A.    Again, I plead the Fifth, and I refuse to

23 answer any questions on the grounds that they may

24 incriminate me

25    Q.    Give me one second, sir.  Showing you a

```
 1   document Bates numbered CCSAO Xavier Walker 000290

 2   through 000299.

 3           RECORDER:  Are you marking it Exhibit 6?

 4           MR. NATHAN:  Yeah, let's mark it as Exhibit

 5   6.

 6       Q.   Do you see that document in front of you?

 7       A.   I plead the Fifth.

 8       Q.   Isn't it true that the document marked as

 9   Exhibit 6 that's in front of you is the application

10   that you, Jovanie Long, made on February 26th, 2020 to

11   the Cook County State's Attorney's conviction integrity

12   unit?

13       A.   I plead the Fifth.                    1:50:33

14       Q.   And you put your name down there, right, on

15   page 2 of the document?

16       A.   Again, I plead the Fifth.

17       Q.   And your identification number, inmate

18   identification number, R41261?

19       A.   Again, I plead the Fifth.

20       Q.   The date of your conviction, June 22nd, 2004,

21   right?

22       A.   Again, I plead the Fifth.

23       Q.   And your current attorney, Jarrett Adams,

24   correct?

25       A.   Again, I plead the Fifth.
```

```
 1      Q.   Okay.  Now, just scrolling down to question

 2  14 on this form that you've put forward to the State's

 3  Attorney's Office, do you see there where you -- in

 4  response to the question, "Where did you live at the

 5  time of the crime?" you say, "In May two -- of 2000,

 6  Mr. Long was residing with his father, John Miller, and

 7  stepmother, Pamela Hurd, his two sisters, Tinynta and

 8  Megan Miller, and his infant nephew in Bellwood,

 9  Illinois."  You see that?

10      A.   I plead the Fifth.                      1:51:36

11      Q.   That was a lie, right?

12      A.   Again, I plead the Fifth.

13      Q.   Because you were not living in Bellwood,

14  Illinois.  You were living on Ohio Street -- or on

15  Erie, right?

16      A.   Again, I plead the Fifth.

17      Q.   You were living on Erie Street in Chicago,

18  correct?

19      A.   Again, I plead the Fifth and refuse to answer

20  any questions on the grounds that they may incriminate

21  me.

22      Q.   Okay.  In response to question 16, it said,

23  "Please -- which says, Please describe where you were

24  and what you were doing at the time of the crime," you

25  wrote, "Mr. Long was at his family home in Bellwood,
```

1  Illinois on the evening of May 12th, 2000 and into the

2  morning of May 13th, 2000.  Sometime after 1:00 a.m. on

3  May 13th, 2000, he was picked up by Robert Byrd.  They

4  went to a club located on Lake Street between North

5  Kilpatrick Avenue and North Pulaski Road in Chicago,

6  Illinois.  They arrived at approximately 2:00 a.m., at

7  which time Mr. Long ran into Xavier Walker with two or

8  three other men."  Do you see that?

9      A.   Again, I plead the Fifth and refuse to answer

10 any questions on the grounds that they may incriminate

11 me.

12     Q.   Well this was also a lie because you actually

13 were shooting Mr. Majdak between 1:00 a.m. and 2:00

14 a.m., correct, on May 13th, 2000?

15     A.   Again -- again, I plead the Fifth, and I

16 refuse to answer any questions on the grounds that it

17 may incriminate me.

18     Q.   Regardless, you agree that your family was

19 not an alibi for you because, according to this

20 statement on -- in paragraph -- in response to the

21 question on paragraph 16 of Exhibit 6, you're saying

22 that between 1:00 a.m. and two -- 2:00 a.m. on May

23 13th, 2000, you were already picked up by your friend,

24 Robert Byrd, and you had headed to this club, right?

25     A.   Again, I plead the Fifth, and I refuse to

1  answer any questions on grounds that they may

2  incriminate me.

3      Q.    The answer to question 16 continues, "Mr.

4  Long ultimately left the club and went to Maurice

5  White's house."  Do you see that?

6      A.    Again, I plead the Fifth, and I refuse to

7  answer any questions on the grounds that they may

8  incriminate me.

9      Q.    That's a typo, right?  It should be Maurice

10 Wright, W-r-i-g-h-t, correct?

11     A.    Oh again, I plead the Fifth, and I refuse to

12 answer any questions on the grounds that they may

13 incriminate me.

14     Q.    And Maurice Wright, we talked about him, he's

15 Boo Boo, right?

16     A.    Again, I plead the Fifth, and I refuse to

17 answer any questions on the grounds that they may

18 incriminate me.

19     Q.    Your answer to question 16 continues, "Xavier

20 and his friends gave him a ride.  He let himself in,

21 retrieved drugs, and then returned to Erie and

22 Kilpatrick to sell them.  Because it was slow, at

23 approximately 4:30 or 5:00 a.m., he returned to

24 Maurice's home where he went to sleep for the night."

25 You see that?

1    A.   Again, I plead the Fifth, and I refuse to

2  answer any questions that may incriminate me.

3    Q.   When you told Mr. Rotert in January of 2018

4  that you didn't see Xavier on the night that Majdak was

5  shot, that was a lie, right?

6    A.   Again, I plead the Fifth, and I refuse to

7  answer any questions on the grounds that they may

8  incriminate me.

9    Q.   I mean, it was a lie even if you go with the

10  story you told in February of 2020 to the Conviction

11  Integrity Unit, right?

12    A.   Again, I plead the Fifth, and I refuse to

13  answer any questions on grounds that they may

14  incriminate me.

15    Q.   Because in your statement to the conviction

16  integrity unit in February of 2020, you said that you

17  did meet up with Xavier, and you were selling drugs on

18  Erie and Kilpatrick, right?

19    A.   Again, I plead the Fifth, and I refuse to

20  answer any questions that may incriminate me.

21    Q.   If I ask you any questions about the account

22  that you provided to the conviction integrity unit in

23  2020, are you going to refuse to answer my questions?

24    A.   I plead the Fifth, and I refuse to answer any

25  questions on the grounds that they may incriminate me.

1      Q.   So I've seen affidavits from you dated March

2  10, 2020, August 12th, 2020, one that says June 19th,

3  but is unsigned.  Did you provide or sign any other

4  affidavits in your case or Xavier Walker's case?

5      A.   I'm going to plead the Fifth and refuse to

6  answer any questions on the grounds that they may

7  incriminate me.

8      Q.   Did you sign any other affidavits other than

9  these three I just identified ever in your life?

10      A.   Again, I plead the Fifth, and I refuse to

11  answer any questions on the grounds that they may

12  incriminate me.

13      Q.   Do you've -- do you have any documents in

14  your possession from Xavier Walker?

15      A.   Again, I plead the Fifth, and I refuse to

16  answer any questions on the grounds that they may

17  incriminate me.

18      Q.   Do you own, in your possession, letters

19  between you and Xavier Walker?

20      A.   Again, I plead the Fifth, and I refuse to

21  answer any questions on the grounds that they may

22  incriminate me.

23      Q.   Do you have in your possession any

24  correspondence between you and Antwoine Waddy, Maurice

25  Wright, Ashanti Wright, Hershurla Byrd, or any other

1  witness in connection with your criminal conviction for

2  the --

3      A.    Again --

4      Q.    -- murder of Majdak?  Go ahead.

5      A.    I'm sorry.  Again, I plead the Fifth, and I

6  refuse to answer any questions on the grounds they may

7  incriminate me.

8      Q.    Okay.  I'm going to show you a photograph and

9  the backside of the photograph that was disclosed in

10  this case under Bates number BS005613 through 5614.

11  Let's mark it as Exhibit 7 to your deposition.  Do you

12  see that photograph in front of you?

13      A.    I plead the Fifth, and I refuse to answer any

14  questions on the grounds that they may incriminate me.

15      Q.    That's a picture of you in the police station

16  at the time that you provided the videotaped statement

17  confession on August 5th, 2000, correct?

18      A.    Again, I plead the Fifth, and I refuse to

19  answer any questions on the grounds that they may

20  incriminate me.

21      Q.    And I'm just scrolling to the next page,

22  which is the backside of that photograph, correct?

23  Correct, sir?

24      A.    Again, I plead the Fifth, and I refuse to

25  answer any questions on the grounds that they may

```
 1   incriminate me.

 2        Q.   Is that your handwriting on the back of the

 3   photograph where it says, "Jovanie Long"?

 4        A.   I refuse to answer any questions.  I plead

 5   the Fifth, and I refuse to answer any questions that

 6   may --

 7        Q.   Are you finished with your answer?

 8        A.   I said, I plead the Fifth.                    1:59:44

 9        Q.   Just for the record, I'm showing you a

10   document Bates numbered BS005614.  Hold on one second,

11   okay?  Did you, in a phone call dated March 8th, 2020,

12   tell someone to, quote, "Slide on his ass," referring

13   to Maurice Wright?

14        A.   Again, I plead the Fifth, and I refuse to

15   answer any questions on the grounds that they may

16   incriminate me.

17        Q.   In that same phone call, recorded by the

18   prison system, did you tell that individual, "Keep

19   standing on Hershurla"?

20        A.   Again, I plead the Fifth, and I refuse to

21   answer any questions on the grounds that they may

22   incriminate me.

23        Q.   Isn't it true that you said, "Keep standing

24   on Hershurla," to this individual on March 8th, 2020

25   because you wanted this person to put pressure on
```

1  Hershurla to give the affidavit that would benefit you

2  in your criminal case?

3      A.   Again, I plead the Fifth, and I refuse to

4  answer any questions on the grounds that they may

5  incriminate me.

6      Q.   When -- when talking about Hershurla, it's --

7  you're talking about Hershurla Byrd, the person who

8  actually did give an affidavit after March 8th, 2020,

9  correct?

10     A.   Again, I plead the Fifth, and I refuse to

11 answer any questions on the grounds that they may

12 incriminate me.

13     Q.   And in that same phone call, isn't it true

14 you told your friend to, "Get Boo Boo's ass now"?

15     A.   Again, I plead the Fifth, and I refuse to

16 answer any questions on the grounds that they may

17 incriminate me.

18     Q.   And when you refer to Boo Boo in that phone

19 call, March 8th, 2020, disc one call 387, isn't it true

20 that you were talking -- Boo Boo meant Maurice Wright,

21 the witness in your case, correct?

22     A.   Again, I'm going to plead the Fifth, and I'm

23 going to have to refuse to answer any questions on the

24 grounds that they may incriminate me.

25     Q.   Isn't it true that on April 1st, 2020, disc

```
 1   one call 468, you said to Tank (phonetic), your friend,
 2   and you patched in a guy named Boo Man, that they need
 3   to go find Boo Boo, Maurice Wright?
 4       A.   Again, I'm going to plead the Fifth, I refuse
 5   to ask any questions on the grounds that they may
 6   incriminate me.
 7       Q.   Isn't it true, sir, that Tank and Boo Man are
 8   your fellow gang members who were supposed to go find
 9   Boo Boo -- Boo Man, Maurice Wright, in order to
10   pressure him into cooperating with your side of the
11   story?
12       A.   Again, I plead the Fifth, and I refuse to
13   answer any questions on the grounds that they may
14   incriminate me.
15       Q.   In other words, you were trying to use these
16   people, Boo Man and Tank, to coerce Maurice Wright to
17   provide a false account of the statements that you said
18   to him confessing to the murder, right?
19       A.   Again, I plead the Fifth, and I refuse to
20   answer any questions on the grounds that they may
21   incriminate me.
22       Q.   Isn't it true, sir, that on April 5th, 2020,
23   disc 1475, you talked to a guy named Elbow about him
24   getting his boys to find Boo Boo and Ashanti Wright?
25       A.   Again, I plead the Fifth, and I refuse to
```

1  answer any questions on the grounds that they may

2  incriminate me.

3      Q.   You've talked to Xavier Walker about his

4  efforts to talk to Hershurla Byrd, right?

5      A.   Again, I plead the Fifth, and I refuse to

6  answer any questions on the grounds that they may

7  incriminate me.

8      Q.   In fact, Xavier Walker has told you that he

9  personally went to go visit Hershurla Byrd to get her

10 to sign an affidavit, right?

11     A.   Again, I plead the Fifth, and I refuse to

12 answer any questions on the grounds that they may

13 incriminate me.

14     Q.   And you're refusing to answer that question,

15 not because you don't remember, correct?

16     A.   Again, I plead the Fifth, and I refuse to

17 answer any questions that may incriminate me.

18     Q.   In fact, you do remember it.  You remember it

19 well because you talked to Xavier just in 2020 about

20 this, right?

21     A.   Again, I plead the Fifth, and I refuse to

22 answer any questions on the grounds that they may

23 incriminate me.

24     Q.   So putting aside, for a second, the question

25 of whether you killed Majdak on May 13th, 2020, at that

```
 1  point in time, in that part -- time of your life, have
 2  you described yourself as a, quote, "street mother f-er
 3  selling drugs, gangbanging, and all -- and all types of
 4  dumb shit"?
 5      A.   I plead the Fifth, and I refuse to answer
 6  that question on the grounds that they may incriminate
 7  me.
 8      Q.   And that's because, at that time, you were, I
 9  mean, regularly selling PCP on the street, right?
10      A.   Again, I plead the Fifth, and I refuse to
11  answer any questions on the grounds that that may
12  incriminate me.
13      Q.   And you -- you would regularly have guns on
14  you, right?
15      A.   Again, I plead the Fifth, and I refuse to
16  answer any questions on the grounds that that may
17  incriminate me.
18      Q.   You were a ranking member of the Imperial
19  Insane Vice Lords at the time, right?
20      A.   I plead the Fifth, and I refuse to answer any
21  questions on the grounds that they may incriminate me.
22      Q.   And I mean, you were just -- at that point in
23  time in your life, you were engaged in a wide variety
24  of criminal activities that, if you were caught with
25  any of these different things, you would be going to
```

Exhibit 5, LLC

1  prison for, you know, 100 years or so, right?

2      A.   Again, I plead the Fifth, and I refuse to

3  answer any questions that may incriminate me.

4      Q.   In fact, on January 15th, 2021, did -- isn't

5  it true that you stated, "I wasn't no angel.  I could

6  have been in the rah-rah shit.  I could have been in

7  the fed you went for 100 years"?

8      A.   Again, I plead the Fifth, and I refuse to

9  answer any questions on the grounds that they may

10 incriminate me.

11     Q.   What's the "rah-rah shit"?                  2:06:56

12     A.   Again, I plead the Fifth, and I refuse to

13 answer any questions on the grounds that they may

14 incriminate me.

15         MR. NATHAN:  Okay.  Let's take a break for

16 five minutes, please.

17         RECORDER:  Off record, 11:30 a.m.

18                (Off the record)

19         RECORDER:  On record, 11:35 a.m.

20         MR. NATHAN:  Mr. Long, thank you.  I don't

21 have any more questions.  I think other counsel might

22 have questions for you, but I appreciate your

23 attention.  Thanks.

24         WITNESS:  All right.

25                    EXAMINATION

```
 1   BY MR. MILLER:

 2        Q.   Good morning, Mr. Long.

 3        A.   On.                                    2:07:33

 4        Q.   My name is Graham Miller.  As I said earlier,

 5   I represent the individual Defendants, Chicago Police

 6   Department officers in Xavier Walker's case.  I have

 7   some questions for you, just some follow-up questions.

 8   First and foremost, is the reason that you've invoking

 9   your Fifth Amendment privileges here today because

10   truthful answers would incriminate you or suggest you

11   were involved in the criminal activity?

12        A.   Again, I'm going to -- are you done?

13        Q.   I'm done.

14        A.   Okay.  I'm going to plead the Fifth to that

15   question, too.

16        Q.   Okay.  Are there any other reasons, other

17   than your personal incrimination, that you are invoking

18   the Fifth Amendment privilege here today?

19        A.   Again, I plead the Fifth.                 2:08:29

20        Q.   Okay.  Did you receive a document subpoena

21   from my office, Borkan and Scahill, in the last week or

22   so?

23        A.   I plead the Fifth.

24        Q.   Okay.  And that was a document subpoena

25   asking for a number of potential documents and for you
```

Exhibit 5, LLC

```
 1   to search for documents that could be related to this
 2   case.  Did you receive that?
 3       A.    Again, I plead the Fifth.
 4       Q.    In response to that subpoena, did you search
 5   your property box there at the prison?
 6       A.    Again, I plead the Fifth.
 7       Q.    Okay.  Are you right-handed or left-handed?
 8       A.    Again, I plead the Fifth.
 9       Q.    And were you right-handed or left-handed back
10   in May of 2000?
11       A.    Again, I plead the Fifth.                    2:09:19
12       Q.    We've established or you've been questioned
13   that you have had possession of a firearm throughout
14   your life.  Have you ever actually owned a firearm
15   yourself?
16       A.    Again, I plead the Fifth.
17       Q.    Other than on May 13th, when you shot Mr.
18   Majdak, have you at any other time fired a firearm?
19       A.    Again, I plead the Fifth.
20       Q.    Other than on May 13th of 2000, have you ever
21   committed a robbery?
22       A.    Again, I plead the Fifth.
23       Q.    Other than on May 13th of 2000, have you ever
24   committed an armed robbery?
25       A.    Again, I plead the Fifth.
```

Page 109

```
 1      Q.   Other than May 13th of 2000, have you ever
 2  committed any crime involving a firearm?
 3      A.   Again, I plead the Fifth, and refuse to
 4  answer any questions on the grounds that they may
 5  incriminate me.
 6      Q.   Have you ever, on any occasion other than May
 7  13th of 2000, hit a lick while you were selling drugs?
 8      A.   Again, I plead the Fifth, and I refuse to
 9  answer any questions on the grounds that they may
10  incriminate me.
11      Q.   Did you ever have a sexual relationship with
12  Ashanti Wright?
13      A.   Again, I plead the Fifth, and I refuse to
14  answer any questions on the grounds that they may
15  incriminate me.
16      Q.   Your brother, Timothy Long, did he ever live
17  at Mary Curry's house?
18      A.   Again, I plead the Fifth, and I refuse to
19  answer any questions on the grounds that it may
20  incriminate me.
21      Q.   Did you ever spend any time over there back
22  in May of 2000?
23      A.   I plead the Fifth, and I refuse to answer any
24  questions on the grounds that that may incriminate me.
25      Q.   Other than Mary Curry's house, did you --
```

Exhibit 5, LLC

1  back in 2000, did you ever stay at any other residences

2  on Erie Street?

3      A.   Again, I plead the Fifth, and I refuse to

4  answer any questions on grounds that it may incriminate

5  me.

6      Q.   Do you have any family members that live on

7  that block of Erie?

8      A.   Again, I plead the Fifth, and I refuse to

9  answer any questions on the grounds that they may

10  incriminate me.

11      Q.   You were asked about some of your prior

12  arrests.  Isn't it true that you've been arrested

13  multiple times on the 4700 block and 4800 block of West

14  Ohio in Chicago?

15      A.   Again, I plead the Fifth, and I refuse to

16  answer any questions on the grounds that they may

17  incriminate me.

18      Q.   You've been arrested on multiple occasions on

19  the same block that the murder of Marek Majdak

20  occurred, correct?

21      A.   Again, I plead the Fifth, and I refuse to

22  answer any questions on the grounds that they may

23  incriminate me.

24      Q.   Are you willing, as we sit here today, to

25  show us your tattoos?

1      A.   Again, I -- I plead the Fifth, and I refuse

2  to answer any questions on the grounds that that may

3  incriminate me.

4      Q.   But you have a number of tattoos, correct?

5      A.   Again, I plead the Fifth, and I refuse to

6  answer any questions on the grounds that they may

7  incriminate me.

8      Q.   And you have tattoos that designate you as a

9  member of the Insane Imperial Vice Lord Gang, correct?

10     A.   Again, I plead the Fifth, and I refuse to

11 answer any questions on the grounds that they may

12 incriminate me.

13     Q.   And what is it that you need to do in order

14 to be able to wear tattoos that designate you as a

15 member of that gang?

16     A.   I plead the Fifth, and I refuse to answer any

17 questions on the grounds that they may incriminate me.

18     Q.   Do you have to earn the ability to wear that

19 tattoo?

20     A.   Again, I plead the Fifth, and I refuse to

21 answer any questions on the grounds that they may

22 incriminate me.

23     Q.   When did you become a member of the -- the

24 Vice Lords gang?

25     A.   Again, I plead the Fifth, and I refuse to

1  answer any questions on the grounds that they may

2  incriminate me.

3      Q.    What sorts of activities have you conducted

4  in affiliation with the Vice Lords gang?

5      A.    Again, I plead the Fifth, and I refuse to

6  answer any questions on the grounds that that may

7  incriminate me.

8      Q.    How do you get a star in the Imperial Insane

9  Vice Lords gang?

10      A.    Again, I plead the Fifth, and I refuse to

11  answer any questions on the grounds that they may

12  incriminate me.

13      Q.    Do you know how people can earn a star in the

14  gang?

15      A.    Again, I plead the Fifth, and I refuse to

16  answer any questions on the grounds that they may

17  incriminate me.

18      Q.    Did you ever earn a star in the gang?

19      A.    Again, I plead the Fifth, and I refuse to

20  answer any questions on the grounds that they may

21  incriminate me.

22      Q.    You and Xavier Walker were members of the

23  Insane Imperial Vice Lords gang.  Was Antwoine Waddy a

24  member as well?

25      A.    Again, I plead the Fifth, and I refuse to

```
 1  answer any questions on the grounds that that may

 2  incriminate me.

 3      Q.   When you were dealing drugs back in May of

 4  2000, were you doing it on behalf of your gang?

 5      A.   Again, I plead the Fifth, and I refuse to

 6  answer any questions on the grounds that they may

 7  incriminate me.

 8      Q.   So, for example, Xavier Walker has admitted

 9  that he would get heroin that he dealt from the Vice

10  Lords and would share the proceeds with them.  Was that

11  the same deal that you had?

12      A.   Again, I plead the Fifth, and I refuse to

13  answer any questions on the grounds that they may

14  incriminate me.

15      Q.   What sorts of drugs did you used to deal

16  prior to your incarceration?

17      A.   Again, I plead the Fifth, and I -- and I

18  refuse to answer any questions on the grounds that they

19  may incriminate me.

20      Q.   When did you begin dealing drugs?        2:14:21

21      A.   I -- I plead the Fifth, and I refuse to

22  answer any questions on the grounds that that may

23  incriminate me.

24      Q.   How much money have you made over the years

25  dealing drugs?
```

1    A.   Again, I plead the Fifth, and I refuse to

2  answer any questions on the grounds that they may

3  incriminate me.

4    Q.   When you were dealing drugs over on -- in the

5  Erie, Ohio, Cicero area, did you ever have people

6  standing security for you?

7    A.   Again, I plead the Fifth, and I refuse to

8  answer any questions on the grounds that they may

9  incriminate me.

10    Q.   Would you ever have lookouts when you were

11  dealing drugs?

12    A.   Again, I plead the Fifth, and I refuse to

13  answer any questions on the grounds that they may

14  incriminate me.

15    Q.   Isn't it true that on the night of May 12th

16  and May 13th of 2000, when you were dealing drugs or

17  pretending to deal drugs, that Xavier Walker was

18  serving as a lookout for you?

19    A.   Again, I plead the Fifth, and I refuse to

20  answer any questions on the grounds that they may

21  incriminate me.

22    Q.   Did Antwoine Waddy ever serve as a lookout

23  for you?

24    A.   Again, I plead the Fifth, and I refuse to

25  answer any questions on the grounds that they may

1  incriminate me.

2      Q.   What about Maurice Wright, did he ever serve

3  as a lookout for you?

4      A.   Again, I plead the Fifth, and I refuse to

5  answer any questions on the grounds that they may

6  incriminate me.

7      Q.   And what sorts of drugs have you actually,

8  yourself, used in the past?

9      A.   Again, I plead the Fifth, and I refuse to

10  answer any questions on the grounds that they may

11  incriminate me.

12      Q.   On the night of May 12th and May 13th of

13  2000, you were using PCP, correct?

14      A.   Again, I plead the Fifth, and I refuse to

15  answer any questions on the grounds that they may

16  incriminate me.

17      Q.   Were you using any other substances other

18  than PCP on the night of May 12th, May 13th, 2000?

19      A.   I plead the Fifth, and I refuse to answer any

20  questions on the grounds that that may incriminate me.

21      Q.   You were drinking that night as well,

22  correct?

23      A.   I plead the Fifth, and I refuse to answer any

24  questions on the grounds that they may incriminate me.

25      Q.   How often did you see Xavier Walker in May of

1   2000?

2       A.    I plead the Fifth, and I refuse to answer any

3   questions on the grounds that that may incriminate me.

4       Q.    When you would see Xavier Walker back in May

5   of 2000, would it usually be in the Cicero, Erie, Ohio

6   neighborhood, or was it up by his neighborhood around

7   Potomac?

8       A.    Again, I plead the Fifth, and I refuse to

9   answer any questions that may incriminate me.

10      Q.    We talked about an individual named Tank

11  earlier.  Do you have a familial relationship with

12  Tank?

13      A.    Again, I plead the Fifth, and I refuse to

14  answer any questions on the grounds that they may

15  incriminate me.

16      Q.    What's Tank's real name?                    2:16:47

17      A.    Again, I plead the Fifth, and I refuse to

18  answer any questions on the grounds that they may

19  incriminate me.

20      Q.    What is your relationship with Tank?

21      A.    Again, I plead the Fifth, and I refuse to

22  answer any questions on the grounds that they may

23  incriminate me.

24      Q.    Does Tank have any knowledge of your

25  involvement in the murder of Marek Majdak?

```
 1        A.    I plead the Fifth, and I refuse to answer any

 2   questions on the grounds that they may incriminate me.

 3        Q.    Who is Rusty (phonetic)?

 4        A.    Again, I plead the Fifth, and I refuse to

 5   answer any questions on the grounds that they may

 6   incriminate me.

 7        Q.    What is Rusty's real name?

 8        A.    Again, I plead the Fifth, and I refuse to

 9   answer any questions on the grounds that it may

10   incriminate me.

11        Q.    What is your relationship with Rusty?

12        A.    I plead the Fifth, and I refuse to answer any

13   questions on the grounds that it may incriminate me.

14        Q.    Does Rusty have any knowledge of your

15   involvement in the murder of Marek Majdak?

16        A.    I plead the Fifth, and I refuse to answer any

17   questions on the grounds that they may incriminate me.

18        Q.    Who is Rah-Rah (phonetic)?          2:17:41

19        A.    Again, I plead the Fifth, and I refuse to

20   answer any questions on the grounds that they may

21   incriminate.

22        Q.    Is "Rah-Rah" Robert Byrd?

23        A.    Again, I plead the Fifth, and I refuse to

24   answer any questions that may incriminate me.

25        Q.    What is your relationship with Rah-Rah?
```

1    A.   Again, I plead the Fifth, and I refuse to

2  answer any questions that may incriminate me.

3    Q.   Does Rah-Rah have any knowledge of your

4  involvement in the murder with -- of Marek Majdak?

5    A.   Again, I plead the Fifth, and I refuse to

6  answer any questions on the grounds that they may

7  incriminate me.

8    Q.   Who is Sammy (phonetic)?

9    A.   Again, I plead the Fifth, and I refuse to

10 answer any questions on the grounds that they may

11 incriminate me.

12   Q.   What is Sammy's real name?

13   A.   Again, I plead the Fifth, and I refuse to

14 answer any questions on the grounds that they may

15 incriminate me.

16   Q.   What is your relationship with Sammy?

17   A.   Again, I plead the Fifth, and I refuse to

18 answer any questions on the grounds that they may

19 incriminate me.

20   Q.   Does Sammy have any knowledge about your

21 involvement in the murder of Marek Majdak?

22   A.   Again, I plead the Fifth, and I refuse to

23 answer any questions on the grounds that they may

24 incriminate me.

25   Q.   Who is Little Greg (phonetic)?            2:18:45

1       A.   Again, I plead the Fifth, and I refuse to

2   answer any questions on the grounds that they may

3   incriminate.

4       Q.   Who is Darnell (phonetic)?

5       A.   Again, I plead the Fifth, and I refuse to

6   answer any questions on the grounds that they may

7   incriminate me.

8       Q.   Do you claim that Little Greg and Darnell are

9   the same person?

10      A.   Again, I plead the Fifth, and I refuse to

11  answer any questions on the grounds that they may

12  incriminate me.

13      Q.   What is Little Greg's real name?

14      A.   Again, I plead the Fifth, and I refuse to

15  answer any questions on grounds that they may

16  incriminate me.

17      Q.   What is Red's real name?

18      A.   Again, I plead the Fifth, and I refuse to

19  answer any questions on the grounds that it may

20  incriminate me.

21      Q.   Who is Demonte (phonetic)?

22      A.   Again, I refuse to answer the questions.  I

23  plead the Fifth.

24      Q.   What's Demonte's full name?

25      A.   Again, I plead the Fifth, and I refuse to

Exhibit 5, LLC

```
 1  answer any questions on the grounds that they may
 2  incriminate me.
 3      Q.   What is your relationship with Demonte?
 4      A.   Again, I plead the Fifth, and I refuse to
 5  answer any questions on the grounds that it may
 6  incriminate me.
 7      Q.   What knowledge about your involvement in the
 8  murder of Marek Majdak do Little Greg, Darnell, Red, or
 9  Demonte have?
10      A.   Again, I plead the Fifth, and I refuse to
11  answer any questions on the grounds that they may
12  incriminate me.
13      Q.   Does Tinynta Miller, does she have any
14  knowledge about your involvement in the murder of Marek
15  Majdak?
16      A.   Again, I plead the Fifth, and I refuse to
17  answer any questions on the grounds that they may
18  incriminate me.
19      Q.   Tinynta Miller is actually someone that you
20  got to sign a false affidavit about your whereabouts on
21  May 13th of 2000, correct?
22      A.   Again, I plead the Fifth, and I refuse to
23  answer any questions on the grounds that they may
24  incriminate me.
25      Q.   And that's the same as Jared Panema
```

```
 1   (phonetic), he -- you also were able to get him to sign

 2   a false affidavit on your behalf, correct?

 3        A.   Again, I plead the Fifth, and I refuse to

 4   answer any questions on the grounds that they may

 5   incriminate me.

 6        Q.   You know who Yvette Anderson is?

 7        A.   Again, I plead the Fifth, and I refuse to

 8   answer any questions on the grounds that they may

 9   incriminate me.

10        Q.   Who is Little Lloyd (phonetic)?          2:20:41

11        A.   Again, I plead the Fifth, and I refuse to

12   answer any questions on the grounds that they may

13   incriminate me.

14        Q.   What's Little Lloyd's real name?

15        A.   Again, I plead the Fifth, and I refuse to

16   answer any questions on the grounds that they may

17   incriminate me.

18        Q.   Who is Shaky (phonetic)?

19        A.   Again, I plead the Fifth, and I refuse to

20   answer any -- any questions on the grounds that they

21   may incriminate me.

22        Q.   What is Shaky's real name?

23        A.   Again, I plead the Fifth, and I refuse to

24   answer any questions on the grounds that they may

25   incriminate me.
```

```
 1      Q.   Who is Boss Hog?
 2      A.   Again, I plead the Fifth, and I refuse to
 3 answer any -- any questions on the grounds that they
 4 may incriminate me.
 5      Q.   What is Boss Hog's real name?
 6      A.   Again, I plead the Fifth, and I refuse to
 7 answer any questions on the grounds that they may
 8 incriminate me.
 9      Q.   What is your relationship with Little Lloyd,
10 Shaky, and Boss Hog?
11      A.   Again, I plead the Fifth, and I refuse to
12 answer any questions on the grounds that they may
13 incriminate me.
14      Q.   You were, in fact, with Little Lloyd, Shaky,
15 and Boss Hog on the night of May 12th and May 13th of
16 2000, correct?
17      A.   Again, I plead the Fifth, and I refuse to
18 answer any questions on the grounds that they may
19 incriminate me.
20      Q.   What do they know about your involvement in
21 the murder of Marek Majdak?
22      A.   Again, I plead the Fifth, and I refuse to
23 answer any questions on the grounds that they may
24 incriminate me.
25      Q.   Do you know how the police came to learn of
```

1  your involvement in the murder of Marek Majdak?

2      A.   I plead the Fifth, and I refuse to answer any

3  questions on the grounds that they may incriminate me.

4      Q.   Do you know why Hershurla Byrd was willing to

5  tell the police about your involvement?

6      A.   I plead the Fifth, and I refuse to answer any

7  questions on the grounds that they may incriminate me.

8      Q.   Did you see Mary Curry on May 13th or May

9  12th of 2000?

10     A.   Again, I plead the Fifth, and I refuse to

11 answer any questions on the grounds that they may

12 incriminate me.

13     Q.   She saw you, though, correct?                    2:22:34

14     A.   Again, I plead the Fifth, and I refuse to

15 answer any questions on the grounds that they may

16 incriminate me.

17     Q.   And you're aware that, before she died, Mary

18 Curry told police that you admitted to her the murder

19 of Marek Majdak, correct?

20     A.   Again, I plead the Fifth, and I refuse to

21 answer any questions on the grounds that they may

22 incriminate me.

23     Q.   Did you ever make any calls over to Xavier

24 Walker's house on the night of May 12th and the early

25 morning of May 13th of 2000?

1    A.    Again, I plead the Fifth, and I refuse to

2  answer any questions on the grounds that they may

3  incriminate me.

4    Q.    Were you aware that Ashanti Wright told the

5  police that you had admitted to her the murder of Marek

6  Majdak?

7    A.    Again, I plead the Fifth and refuse to answer

8  any questions on the grounds that they may incriminate

9  me.

10    Q.    Did you speak with Xavier Walker at any point

11  -- well, strike that.  You murdered Marek Majdak in the

12  early morning of Saturday, May 13th.  Did you ever

13  speak with Xavier Walker on May 12th of 2000?

14    A.    Again, I plead the Fifth.                    2:24:01

15    Q.    And did you ever speak with Xavier Walker on

16  May -- on Thursday, May 11th of 2000?

17    A.    Again, I plead the Fifth and refuse to answer

18  any questions on the grounds that they may incriminate

19  me.

20    Q.    Did you speak with Xavier Walker at any point

21  on that Thursday or Friday and make plans with him for

22  the weekend?

23    A.    Again -- again, I plead the Fifth and refuse

24  to answer any questions that may incriminate me.

25    Q.    Who -- did you go to this club either before

```
 1   or after you murdered Marek Majdak, the Wax Factory, on

 2   the night of May 12th and the early morning of May 13th

 3   of 2000?

 4      A.    Again, I plead the Fifth and have to refuse

 5   to answer any of those questions due to the grounds

 6   that they may incriminate me.

 7      Q.    And who did you see at the club?

 8      A.    Again, I plead the Fifth, and I refuse to

 9   answer any questions on the grounds that they may

10   incriminate me.

11      Q.    Who did you speak to while you were at the

12   club?

13      A.    Again, I plead the Fifth, and I refuse to

14   answer any questions on the grounds that they may

15   incriminate me.

16      Q.    Did you admit to anyone at the club that you

17   murdered Marek Majdak that night, or that you had

18   killed anyone, or been involved with an altercation

19   with anyone?

20      A.    Again, I plead the Fifth, and I refuse to

21   answer any of those questions on the grounds that they

22   may incriminate me.

23      Q.    Did you ever speak with Deon Baylock on May

24   12th or May 13th of 2000?

25      A.    Again, I plead the Fifth, and I refuse to
```

1  answer any questions on the grounds that they may

2  incriminate me.

3      Q.   Did you ever speak with Semeon Dorsey on May

4  12th or May 13th of 2000?

5      A.   Again, I plead the Fifth and refuse to answer

6  any of those questions on the grounds that it may

7  incriminate me.

8      Q.   Did you ever speak with a Charles Toles on

9  those night -- on that night?

10      A.   Again, I plead the Fifth and refuse any --

11  and refuse to answer any questions on the grounds that

12  they may incriminate me.

13      Q.   Were you -- well, you actually went over to

14  Antwoine Waddy's house on the early morning of Saturday

15  of May 13th, correct?

16      A.   Again, I plead the Fifth and refuse to answer

17  any questions on the grounds that they may incriminate

18  me.

19      Q.   Are you refusing to answer whether you were

20  at Antwoine Waddy's house at any point on May 12th or

21  May 13th of 2000?

22      A.   Again, I plead the Fifth and refuse to answer

23  -- refuse to answer any questions on the grounds that

24  they may incriminate me.

25      Q.   When you were -- went to Antwoine Waddy's

```
 1   house, you were with Xavier Walker, correct?

 2        A.    Again, I plead the Fifth and refuse to answer

 3   any questions on the grounds that they may incriminate

 4   me.

 5        Q.    And when you were at Antwoine Waddy's house

 6   on Saturday, May 13th, you saw Maurice Wright there,

 7   correct?

 8        A.    Again, I plead the Fifth.              2:26:39

 9        Q.    And when you saw Maurice Wright there, you

10   admitted to him that you had murdered the white guy on

11   Ohio, correct?

12        A.    Again, I plead the Fifth.

13        Q.    And that was in the -- in the presence of

14   Xavier Walker, correct?

15        A.    Again, I plead the Fifth.

16        Q.    In fact, it was Xavier Walker who first told

17   Maurice Wright on May 13th of 2000 that you had killed

18   Marek Majdak, correct?

19        A.    Again, I plead the Fifth and refuse to answer

20   any questions on the grounds that they may incriminate

21   me.

22        Q.    Did Xavier Walker tell Maurice Wright his --

23   Xavier's own role in that murder that night?

24        A.    Again, I plead the Fifth.

25        Q.    Did you see Jamaica Wright (phonetic) on May
```

```
 1   12th or May 13th of 2000?

 2       A.    Again, I plead the Fifth.

 3       Q.    Did you ever tell her, specifically, that you

 4   had killed a man that night?

 5       A.    Again, I plead the Fifth.                      2:27:47

 6       Q.    But she was around when you were telling

 7   Ashanti Wright and Mary Curry, correct?

 8       A.    Again, I plead the Fifth.

 9       Q.    So she would also have knowledge of your

10   confession that night?

11       A.    Again, I plead the Fifth and refuse to answer

12   any questions on grounds that they may incriminate me.

13       Q.    When did you first discover the police were

14   looking for you?

15       A.    Again, I plead the Fifth and refuse to answer

16   any questions on the grounds that they may incriminate

17   me.

18       Q.    How did you first learn that the police were

19   looking for you for the murder of Marek Majdak?

20       A.    Again, I plead the Fifth, and I refuse to

21   answer any questions on the grounds that they may

22   incriminate me.

23       Q.    Why did you not turn yourself in until August

24   4th?

25       A.    Again, I plead the Fifth and refuse to answer
```

```
 1   any questions on the grounds that they may incriminate
 2   me.
 3       Q.   Where were you staying when you were hiding
 4   from the police up until August 4th?
 5       A.   Again, I plead the Fifth, and refuse to
 6   answer any questions on the grounds that they may
 7   incriminate me.
 8       Q.   What conversations did you have with Xavier
 9   Walker prior to Xavier Walker being arrested for the
10   murder of Marek Majdak?
11       A.   Again, I plead the Fifth.                    2:29:01
12       Q.   Because Xavier Walker actually went back to
13   his old neighborhood and spoke to you about the murder,
14   and told you that the police were looking for you,
15   correct?
16       A.   I plead the Fifth.
17       Q.   Were you -- when Xavier Walker came to tell
18   you that the police were looking for him, had you
19   already known that the police were looking for you?
20       A.   I plead the Fifth.
21       Q.   Were you aware that Xavier Walker was
22   collecting money for his defense in the case?
23       A.   Again, I plead the Fifth, and refuse to
24   answer any questions on the grounds that they may
25   incriminate me.
```

1    Q.   When you spoke with Xavier Walker prior to

2  him being arrested, but after the murder, do you know

3  whether he planned to turn himself in or not?

4    A.   Again, I plead the Fifth and refuse to answer

5  any questions on the grounds that they may incriminate

6  me.

7    Q.   Between the night of the murder and when you

8  turned yourself in in August of 2000, did you speak

9  with Maurice Wright at all about the murder, other than

10 the night in question?

11   A.   Again, I plead the Fifth and refuse to answer

12 any questions on the grounds that it may incriminate

13 me.

14   Q.   What about Ashanti Wright, did you speak with

15 her at any point after that -- after admitting to her

16 that you did -- that you did commit the murder on May

17 13th?  Did you ever speak to her again prior to you

18 being arrested?

19   A.   I plead the Fifth.                          2:30:27

20   Q.   What did you -- did you ever have

21 conversations with Regina Long, other than what was

22 already asked, about the murder of Marek Majdak prior

23 to you turning yourself in?

24   A.   Again, I plead the Fifth.

25   Q.   What about Hershurla Byrd, did you speak with

1  her before turning yourself in?

2      A.    Again, I plead the Fifth.

3      Q.    Antwoine Waddy?

4      A.    Again, I plead the Fifth.

5      Q.    Boss Hog, Shaky, or Little Lloyd?

6      A.    Again, I plead the Fifth, and refuse to

7  answer any questions on the grounds that they may

8  incriminate me.

9      Q.    Did you speak with Timothy Long about the

10 murder of Marek Majdak or any of the surrounding

11 circumstances before turning yourself in?

12     A.    Again, I plead the Fifth and refuse to answer

13 any questions on the grounds that they may incriminate

14 me.

15     Q.    When did Robert -- when did you first tell

16 Robert Byrd that you wanted to use him as an alibi

17 witness?

18     A.    Again, I -- again, I refuse to answer any

19 questions.  I plead the Fifth.

20     Q.    Did Robert Byrd agree with you right away

21 that he would serve as an alibi witness for you?

22     A.    Again, I plead the Fifth and refuse to answer

23 any questions on the grounds they may incriminate me.

24     Q.    Did you ever attempt to try to get Robert

25 Byrd to sign an affidavit on your behalf?

```
 1      A.   Again, I -- I plead the Fifth and refuse to

 2  answer any questions on the grounds that they may

 3  incriminate me.

 4      Q.   Did you ever attempt to have Robert Byrd

 5  testify at your criminal trial?

 6      A.   Again, I plead the Fifth and refuse to answer

 7  any questions on the grounds that they may -- may

 8  incriminate me.

 9      Q.   You were asked some questions about

10  statements that Xavier Walker made to a Deborah

11  Bedsole.  Do you recall those questions?

12      A.   I plead the Fifth.                          2:32:08

13      Q.   Did you understand that Deborah Bedsole, who

14  Xavier Walker made those statements to, was his own

15  attorney?

16      A.   Again, I plead the Fifth.

17      Q.   But she wasn't a state's attorney or anybody

18  else investigating this crime, that was Xavier Walker's

19  attorney.  Do you understand that?

20      A.   Again, I plead the Fifth.

21      Q.   And she was the one that he told -- you --

22  you had admitted to him that you had shot Marek Majdak?

23      A.   Again, I plead the Fifth.

24      Q.   And that was just a couple days after he was

25  arrested, right?
```

Exhibit 5, LLC

1     A.   Again, I plead the Fifth.

2     Q.   And were you aware that when Xavier Walker

3 had told his attorney that you had committed that

4 murder that he, himself, tried to not take any

5 responsibility for it, and say that he wasn't there?

6 Were you aware of that?

7     A.   Again, I plead the Fifth and refuse to answer

8 any questions.

9     Q.   Were you aware that after Mr. Walker admitted

10 to Deborah Bedsole, his attorney, that he then said

11 something similar to his next attorney, Gregory Wilson,

12 that you had, in fact, committed the murder?

13     A.   Again, I plead the Fifth and refuse to answer

14 any questions on the grounds that they may incriminate

15 me.

16     Q.   That he told his attorney, his trial

17 attorney, Gregory Wilson, that he had talked to you

18 about what you had done the night of the murder?

19     A.   Again, I plead the Fifth and refuse to answer

20 any questions on the grounds that they may incriminate

21 me.

22     Q.   Why did you ultimately turn yourself in?

23     A.   Again, I plead the Fifth and refuse to answer

24 any questions that may incriminate me.

25     Q.   Well you told -- you turned yourself in

1  because you did, in fact, ultimately feel remorseful

2  about killing Marek Majdak, correct?

3      A.   Again, I plead the Fifth and refuse to answer

4  any questions on the grounds that they may incriminate

5  me.

6      Q.   And you knew that the police were looking for

7  you, correct?

8      A.   Again, I plead the Fifth and refuse to answer

9  any questions on the grounds that they may incriminate

10  me.

11      Q.   And you turned yourself in because you knew

12  the police eventually would find you and arrest you for

13  the murder of Marek Majdak, correct?

14      A.   Excuse me.  Again, I plead the Fifth, and I

15  refuse to answer any questions on the grounds that they

16  may incriminate me.

17      Q.   And when you turned yourself in for the

18  murder of Marek Majdak, you intended to go there and

19  confess to your involvement, correct?

20      A.   Again, I plead the Fifth and refuse to answer

21  any questions on the grounds that they may incriminate

22  me.

23      Q.   Had you thought of an alibi back then, in

24  August of 2000, when you turned yourself in?

25      A.   Again, I plead the Fifth and refuse to answer

 1   any questions on the grounds that they may incriminate

 2   me.

 3       Q.   If you had thought of an alibi, was it the

 4   same alibi that you have up until today recently

 5   espoused, having to do with being at your father's

 6   house that night and being with Robert Byrd?

 7       A.   Again, I plead the Fifth and refuse to answer

 8   any questions on the grounds that they may incriminate

 9   me.

10       Q.   What is your relationship with Reverend

11   Howard?

12       A.   Again, I plead the Fifth and refuse to answer

13   any questions on the grounds that they may incriminate

14   me.

15       Q.   What information does Reverend Major Howard

16   have about your involvement in the -- in the murder of

17   Marek Majdak?

18       A.   Again, I plead the Fifth and refuse to answer

19   any questions on the grounds that they may incriminate

20   me.

21       Q.   Did you ever admit to Reverend Howard that

22   you had, in fact, killed Marek Majdak?

23       A.   Again, I plead the Fifth and refuse to answer

24   any questions on the grounds that they may incriminate

25   me.

1          Q.    What was the purpose of having Reverend Major

2    Howard come with you when you went to turn yourself in?

3          A.    Again, I plead the Fifth and refuse to answer

4    any questions on the grounds that they may incriminate

5    me.

6          Q.    When you did turn yourself in, you attempted,

7    at first, to say that you didn't know about the murder

8    of Marek Majdak, correct?

9          A.    Again, I plead the Fifth and refuse to answer

10   any questions that may incriminate me.

11         Q.    And ultimately, you were shown Xavier

12   Walker's statement where he implicated you in the

13   murder, correct?

14         A.    Again, I plead the Fifth.  I refuse to answer

15   any questions on grounds that they may incriminate me.

16         Q.    And following -- at some point, following

17   seeing the statement of Xavier Walker where he admitted

18   both of your roles in the murder of Marek Majdak, you

19   did ultimately confess to the murder of Marek Majdak,

20   correct?

21         A.    I plead the Fifth.                        2:36:40

22         Q.    Prior to today, had you ever seen your video

23   confession?

24         A.    Again, I plead the Fifth.

25         Q.    Up until today, you had, from time to time,

1  claimed that your video confession on August 5th of

2  2000 was coerced, correct?

3      A.   Again, I plead the Fifth.

4      Q.   What ways have you claimed that that

5  confession was coerced?

6      A.   Again, I plead the Fifth.

7      Q.   But as we sit here today on March 8th of

8  2022, you refuse to testify under oath here today that

9  the confession was coerced, right?

10     A.   Again, I plead the Fifth.

11     Q.   And you are pleading the Fifth because a

12 truthful answer to that question would incriminate you,

13 correct?

14     A.   Again, I plead the Fifth.                    2:37:49

15     Q.   As we sit here today, you will not testify

16 under oath that your May -- your August 5th of 2000

17 confession was not voluntary, right?

18     A.   Again, I plead the Fifth.

19     Q.   Because it was voluntary, correct?

20     A.   Again, I plead the Fifth.

21     Q.   And you won't testify here today under oath

22 that the police made you any false promises to get your

23 confession because that's not true, correct?

24     A.   Again, I plead the Fifth.

25     Q.   And you will not testify here today that the

```
 1   police made any threats to you in order to get that
 2   August 5th of 2000 confession because they didn't do
 3   that, right?
 4        A.    Again, I plead the Fifth on the grounds that
 5   it may incriminate me.
 6        Q.    And again, you're -- you're pleading the
 7   Fifth because, if you did answer truthfully, it would
 8   incriminate you, correct?
 9        A.    Again, I plead the Fifth and refuse to answer
10   any questions on the grounds that they may incriminate
11   me.
12        Q.    Where did you get the gun that you used to
13   kill Marek Majdak?
14        A.    Again, I plead the Fifth and refuse to answer
15   any questions on the grounds that they may incriminate
16   me.
17        Q.    What did you do with it after you killed
18   Marek Majdak?
19        A.    Again, I plead the Fifth and refuse to answer
20   any questions on the grounds that they may incriminate
21   me.
22        Q.    Following your conviction and -- and your
23   appeal for the murder of Marek Majdak, you filed two
24   pro se post-conviction petitions, correct?
25        A.    Again, I plead the Fifth.
```

```
 1      Q.    And in neither of those post-conviction

 2 petitions in 2007 or 2013 did you assert that you were

 3 actually innocent, right?

 4      A.    Again, I plead the Fifth.

 5      Q.    You were only challenging how long your

 6 sentence was, correct?

 7      A.    Again, I plead the Fifth.                    2:40:04

 8      Q.    Isn't it true that you never asserted your

 9 actual innocence following your conviction until the

10 time that Xavier Walker was able to get his conviction

11 vacated?

12      A.    Again, I plead the Fifth.

13      Q.    What's your shoe size?

14      A.    Again, I plead the Fifth.

15      Q.    What was your shoe size on May 13th of 2000?

16      A.    Again, I plead the Fifth.

17      Q.    On -- when you turned yourself in, you

18 requested yourself to take a lie detector test,

19 correct?

20      A.    Again, I plead the Fifth.                    2:41:06

21      Q.    And the police, essentially, they called your

22 bluff, and they took you to -- to take a lie detector

23 test, correct?

24      A.    Again, I plead the Fifth on the grounds that

25 they may incriminate me.
```

Exhibit 5, LLC

1     Q.    And right before they were going to give you

2   the lie detector test, that's when you, for the first

3   time, actually took responsibility for the murder,

4   correct?

5     A.    Again, I plead the Fifth and refuse to answer

6   any questions on the grounds that they may incriminate

7   me.

8     Q.    And you've actually used that ploy on other

9   occasions, correct, the request to take a lie detector

10  test?

11    A.    Again, I plead the Fifth, and I refuse to

12  answer any questions on the grounds that they may

13  incriminate me.

14    Q.    For example, earlier, we talked about the

15  occasion when you were found guilty for assaulting the

16  guard while you were in IDOC, correct?

17    A.    Again, I plead the Fifth, and I refuse to

18  answer any questions on the grounds that they may

19  incriminate me.

20    Q.    And isn't that another occasion where you

21  asked if you could take a lie detector test about your

22  involvement in that offense?

23    A.    Again, I plead the Fifth, and I refuse to

24  answer any questions that may incriminate me.

25    Q.    Have you been involved in any gang activities

Exhibit 5, LLC

1  since you've been incarcerated?

2      A.   Again, I plead the Fifth, and I refuse to

3  answer any questions on the grounds that they may

4  incriminate me.

5      Q.   Have you been in contact with Antwoine Waddy

6  since you were incarcerated for the murder of Marek

7  Majdak?

8      A.   Again, I plead the Fifth, and I refuse to

9  answer any questions on the grounds they may

10  incriminate me.

11      Q.   Have you been in contact with Shunralyn

12  Walker since that time?

13      A.   Again, I plead the Fifth, and I refuse to

14  answer any questions on the grounds that they may

15  incriminate me.

16      Q.   Have you been in contact with Sheleah Walker

17  since that time?

18      A.   Again, I plead the Fifth, and I refuse to

19  answer any questions on the grounds that they may

20  incriminate me.

21      Q.   You were incarcerated at Menard at the same

22  time as Xavier Walker, correct?

23      A.   Again, I plead the Fifth, and I refuse to

24  answer any questions on the grounds that they may

25  incriminate me.

1     Q.    And you would discuss -- during that time,

2  you would discuss with him -- you would meet with him

3  at the law library there, correct?

4     A.    Again, I refuse to answer any questions on

5  the grounds that they may incriminate me.  I plead the

6  Fifth.

7     Q.    And that was the time that you -- you -- you

8  guys would discuss how you were going to go about

9  attempting to get your convictions vacated, correct?

10    A.    Again, I plead the Fifth, and refuse to ask

11 any questions on the grounds that they may incriminate

12 me.

13    Q.    Would you like, today, to take the

14 opportunity under oath to tell us where you were on the

15 night of May 12th and May 13th of 2000 and what you

16 were doing?

17    A.    Again, I plead the Fifth, and I refuse to

18 answer any questions on the grounds that they may

19 incriminate me.

20         MR. MILLER:  All right.  Let me just take a

21 short five-minute break.  I may be done.

22         RECORDER:  Off record, 12:12 p.m.

23              (Off the record)

24         RECORDER:  On record, 12:17 p.m.          2:44:22

25         MR. MILLER:  I -- I do not have any more

```
 1  questions.

 2          MS. SAMUELS:  No questions on behalf of the

 3  Plaintiff.

 4          MR. NATHAN:  Mr. Adams, do you have questions

 5  or want to reserve?

 6          MR. ADAMS:  I'll -- I'll reserve any

 7  questions.  But I also want to state for the record

 8  that we are in receipt -- I, of Counsel of Mr. Long,

 9  was in receipt of the subpoena for records.  I've

10  instructed my client to look, to search, and he

11  informed me that doesn't have anything in his records

12  besides transcripts from the -- the -- the trial is all

13  he has.  If that is something that -- that you guys

14  want, you know, we will -- will work to get the copies

15  made by the institution, and they'll be mailed out to

16  you all.  You just let me know.  And also, just making

17  sure that the record reflects that my client has been

18  advised to plead the Fifth to all questions as he is

19  currently on post-conviction and -- and fighting for

20  his own innocence.  That's all.

21          MR. MILLER:  Do the transcripts have notes on

22  them?

23          MR. ADAMS:  I -- I will -- I -- best I can

24  do, Graham, is -- is just get them and send them to you

25  because I -- I mean, I would have to have a discussion
```

Exhibit 5, LLC

```
 1   with him and another legal call to set up down the road
 2   to go over what is presumed, but from my understanding,
 3   they are -- are nothing more but a direct copy that was
 4   sent to him from the public defender's office when he
 5   was on his first direct appeal.
 6            MR. MILLER:  Yeah, I mean, do we want to ask
 7   him on the record, or I -- you know --
 8            MR. ADAMS:  No.
 9            MR. MILLER:  -- I -- I don't know.  I don't
10   care --
11            MR. ADAMS:  I just want to be --
12            MR. MILLER:  -- what it is, but I just -- if
13   they're not, you know -- if there's no notes, then I
14   don't need them.  If there's notes -- but I need some
15   sort of representation of it, you know.
16            MR. ADAMS:  Okay.  So here's what I'll do.
17   We'll go into a breakout room, and I'll get you an
18   email after -- after this deposition, but for the
19   purposes of playing it safe and being cautious with
20   this unique situation that we have, I just don't want
21   him to answer anything.
22            MR. MILLER:  Okay.  Yeah, that's -- just, you
23   know, as long as you, kind of, represent to me whatever
24   the -- the answer is, that's -- that's okay with me.
25            MR. ADAMS:  I got you.  No problem.        2:46:45
```

```
 1              MR. MILLER:  And as far as Regina Long, I

 2   know you were asking me about that.  I think that's the

 3   -- I think the dates you gave me are the week that I --

 4   I'm out of town.

 5              MR. NATHAN:  Can we -- can we go off the

 6   record now we ended --

 7              MR. MILLER:  Oh yeah, are we on the record?

 8              MR. NATHAN:  -- end the transcript?

 9              MR. MILLER:  Oh okay.

10              RECORDER:  Off record, 12:19 p.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          CERTIFICATION

2     I certify that the deponent was duly sworn by me and

3          that the foregoing is a true and correct

4          transcript from the record of proceedings

5               in the above-entitled matter.

6

7

8               Katie Jasinski

9               March 23, 2022

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25