# EXHIBIT 49

```
 1   STATE OF ILLINOIS )
                       ) SS.
 2   COUNTY OF C O O K )

 3       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT-CRIMINAL DIVISION
 4

 5   THE PEOPLE OF THE STATE OF   )
     ILLINOIS,                    )
 6                                )
                      Plaintiff,  )
 7        -vs-                    ) No. 00 CR 20601-01
                                  )
 8   XAVIER WALKER,               )
                                  )
 9                    Defendant.  )

10              REPORT OF PROCEEDINGS had at the hearing

11   of the above-entitled cause, before the HONORABLE

12   ALFREDO MALDONADO, Judge of said Court, on the 11th

13   day of December, A.D., 2019.

14

15          APPEARANCES:

16              HONORABLE KIMBERLY M. FOXX
                State's Attorney of Cook County
17              BY:  MS. JENNIFER RAVIN and MR. BRIAN BOERSMA
                Assistant State's Attorneys,
18                  on behalf of the People;

19              MS. AMY P. CAMPANELLI
                Public Defender of Cook County
20              BY:  MS. JULIE KOEHLER and MR. HAROLD WINSTON
                Assistant Public Defenders,
21                  on behalf of the Defendant.

22   NATALIE M. DIAZ, CSR
     Official Court Reporter
23   Criminal Division
     Illinois CSR License No. 084-3662
24
```

1

City NK 017909

```
1         THE COURT:  Good morning, Counsels.
2              Good morning, Mr. Walker.  Mr. Walker is in
3    custody.
4              Counsel, state your names for the record,
5    please.
6         MS. KOEHLER:  Assistant Public Defender Julie
7    Koehler, K-o-e-h-l-e-r.
8         MR. WINSTON:  Assistant Public Defender Harold
9    Winston, W-i-n-s-t-o-n.
10        MS. RAVIN:  Assistant State's Attorney Jennifer
11   Ravin, R-a-v-i-n, on behalf of the People.
12        MR. BOERSMA:  And your Honor, Brian Boersma,
13   B-o-e-r-s-m-a, also on behalf of the People.
14        MR. WINSTON:  If I may mention, Robert Drizin,
15   D-r-i-z-i-n, may be joining us.  He had to go to other
16   courtrooms first.
17        THE COURT:  This is here for hearing on the
18   defense's motion to suppress statements.
19        MS. KOEHLER:  Yes.
20        MS. RAVIN:  That's correct, Judge.
21             At this time the State would make a motion
22   state nolle pros.
23        THE COURT:  All right.  Motion state nolle.
24   Defendant released this case only.  Anything else?
```

City NK 017910

```
1          MS. KOEHLER:  No.  Thank you.
2          THE COURT:  He's released this case only.  Unless
3     there's something else holding him, Mr. Walker is
4     going to be released.  I'm writing that right now.  If
5     you --
6          MS. KOEHLER:  No.  We have no questions.
7          THE COURT:  If you want to do a draft order that
8     reflects that as well, that's fine.
9          MS. KOEHLER:  I will.
10                  (Which were all the matters had in the
11                   above-captioned cause.)
12
13
14
15
16
17
18
19
20
21
22
23
24
```

City NK 017911

```
 1        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
               COUNTY DEPARTMENT-CRIMINAL DIVISION
 2
 3   STATE OF ILLINOIS )
                       ) SS.
 4   COUNTY OF C O O K )
 5          I, Natalie M. Diaz, an Official Court
 6   Reporter in the State of Illinois, do hereby certify
 7   that I reported in shorthand the hearing of the
 8   aforementioned cause; that I thereafter caused the
 9   foregoing to be transcribed into typewriting, which I
10   hereby certify to be a true and accurate transcript of
11   the proceedings had.
12
13
14
15
16
17                         /S/NATALIE M. DIAZ
18                       NATALIE M. DIAZ, CSR
                         Official Court Reporter
19
20
21
22   Dated this 8th day
23   of March, A.D., 2021.
24
```

4

City NK 017912