# EXHIBIT 53

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 20-cv-7209


XAVIER WALKER,                          )
                                        )
          Plaintiff,                    )
                                        )
            -vs-                         )
                                        )
CITY OF CHICAGO, et al.,                )
                                        )
          Defendant.                    )


VIDEO DEPOSITION OF ASHANTI RAMON WRIGHT


          The video deposition upon oral examination of
ASHANTI RAMON WRIGHT, a witness produced and sworn
before me, Rhonda J. Hobbs, RPR, Notary Public in
and for the County of Hendricks, State of Indiana,
taken on behalf of the Defendants, at the
Courtyard by Marriott, 411 Kentucky Drive, Kokomo,
Howard County, Indiana, on the 15th day of
December, 2021, scheduled to commence at 10:00
a.m., pursuant to the Federal Rules of Civil
Procedure with written notice as to time and place
thereof.

**CERTIFIED TRANSCRIPT**

WALKER v CITY OF CHICAGO, et al.                                    Pages 2..5
ASHANTI RAMON WRIGHT, 12/15/2021

---

Page 2

```
1            A P P E A R A N C E S
2
3   FOR THE PLAINTIFF(S):
4        Jeanette Samuels
         SAMUELS & ASSOCIATES, LTD.
5        3440 South Cottage Grove Avenue
         Suite 504
6        Chicago, IL  60616
         sam@chicivilrights.com
7
8   FOR THE DEFENDANT(S):
9        Krista E. Stalf (Zoom Appearance)
         Graham P. Miller
10       BORKAN & SCAHILL, LTD.
         20 South Clark Street
11       Suite 1700
         Chicago, IL  60603
12       kstalf@borkanscahill.com
         gmiller@borkanscahill.com
13
14       William B. Oberts (Zoom Appearance)
         TRIBLER ORPETT AND MEYER, P.C.
15       225 West Washington Street
         Suite 2550
16       Chicago, IL  60606
         wboberts@tribler.com
17
18       Robin Shoffner (Zoom Appearance)
         NATHAN & KAMIONSKI LLP
19       33 West Monroe Street
         Suite 1830
20       Chicago, IL  60603
         rshoffner@nklawllp.com
21
22  VIDEOGRAPHER:  Kelly Haering
23  ALSO PRESENT:  Witness's Husband
24
25
```

---

Page 3

```
1              INDEX OF EXAM
2                                            Page
3   DIRECT EXAMINATION . . . . . . . . . . . . .5
         Questions by Ms. Krista E. Stalf
4   CROSS-EXAMINATION . . . . . . . . . . . . .99
         Questions by Mr. William B. Oberts
5   CROSS-EXAMINATION . . . . . . . . . . . .101
         Questions by Ms. Jeanette Samuels
6   REDIRECT EXAMINATION . . . . . . . . . . .104
         Questions by Ms. Krista E. Stalf
7
8
9
10
11
12             INDEX OF EXHIBITS
                                            Page
13  Deposition Exhibits:
14  Exhibit 1  - Statement of Ashanti Wright  . . 31
15  Exhibit 2  - Transcript of Testimony Before . 70
                 the Grand Jury of Cook County
16               Dated May 2000
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
1          (Time Noted 10:05 a.m.)
2        THE VIDEOGRAPHER:  We are going on the
3   record at 10:05 a.m.  Today's date is
4   December 15th, 2021.  This deposition is being
5   held at 411 Kentucky Drive in Kokomo, Indiana.
6        Here begins the video recorded deposition
7   of Ashanti Wright.  This case is filed in the
8   United States District Court, For The Northern
9   District of Illinois, Case No. 20cv7209, In The
10  Matter of Walker versus the City of Chicago, et
11  al.
12       My name is Kelly Haering, I'm the video
13  specialist.  The court reporter is Rhonda Hobbs.
14  Counsel may -- may now state their appearances
15  for the record and the reporter will swear in
16  the witness.
17       MS. STALF:  Krista Stalf on behalf of the
18  individually named Defendant Chicago police
19  officers, along with my colleague, Graham
20  Miller.
21       MR. OBERTS:  Bill Oberts on behalf Mahoney
22  and Brzeniak.
23       MS. SAMUELS:  Jeanette Samuels on behalf of
24  Xavier Walker, the Plaintiff.
25
```

---

Page 5

```
1             ASHANTI RAMON WRIGHT,
2   having been duly sworn to tell the truth, the whole
3   truth, and nothing but the truth relating to said
4   matter, was examined and testified as follows:
5
6        MS. STALF:  All right.  Before we get
7        started, I just wanted to indicate on the record
8        that counsel for the City has indicated that she
9        will be here momentarily and has given her
10       consent for us to proceed in her absence.
11
12  DIRECT EXAMINATION
13    QUESTIONS BY MS. KRISTA E. STALF:
14  Q  With that being said, Miss Wright, could you
15     please state your entire name and spell it for
16     us?
17  A  Ashanti Wright, A-S-H-A-N-T-I, W-R-I-G-H-T.
18  Q  And, for the record, this is the deposition of
19     Ashanti Wright taken pursuant to subpoena under
20     the Federal Rules of Civil Procedure and all
21     applicable local rules.
22        Miss Wright, do you have a middle name?
23  A  Yes, I do.
24  Q  Okay.  And what is your middle name?
25  A  Ramon.
```



WALKER v CITY OF CHICAGO, et al.                                    Pages 6..9
ASHANTI RAMON WRIGHT, 12/15/2021

Page 6

1   Q   R-A-M-O-N-E?
2   A   There's no E.
3   Q   Okay.  R-A-M-O-N.  Thank you.  Miss Wright, have
4       you ever given a deposition, like we're here to
5       do today, where you're being -- your words are
6       being taken down and you're under oath?
7   A   Yes.
8   Q   Okay.  And how many times have you done that
9       before?
10  A   Maybe twice.
11  Q   Okay.  I'm just going to go over a couple of the
12      grounds rules just to make sure that we're on
13      the same page and this goes as smoothly and
14      efficiently as possible.
15          I know you indicated to us this morning
16      that you weren't feeling well, so we're going to
17      do our best to get you out of here as quickly as
18      quick.
19          I'm going to ask you a series of questions,
20      and I ask that you give us responses out loud.
21      We have a court reporter taking everything down,
22      and she can't take down a shake of the head or a
23      uh-huh or an uh-uh.
24          I'm going to do my best not to interrupt
25      you and I ask that you do the same for me.  In

Page 7

1       other words, please let me get out my full
2       question before you go ahead and answer; is that
3       fair?
4   A   Yes, it is.
5   Q   Okay.  If you need to take a break for any
6       reason during this deposition, please let us
7       know, and we're happy to accommodate you.  I
8       just ask that you answer any pending questions
9       before the break is taken; okay?
10  A   I've got a question right now, though.
11  Q   Okay.  What's that?
12  A   Who sent those guys, those investigators to my
13      house?
14  Q   Okay.  Well -- well, we can talk about that when
15      we've off the record.  The purpose of the
16      deposition is to being --
17  A   Nah, I want it on the record because I'm
18      thinking about filing a lawsuit against him
19      because he -- he took me on a chase and damn
20      near totaled my truck out, almost hurt me, then
21      he harass my household, scare my kids, so I want
22      it on the record.
23  Q   Okay.  Well, I -- I don't know who that was.  I
24      don't -- I don't know what happened so I -- I
25      can't answer your question, I apologize.  Okay.

Page 8

1       I know you said that you're not feeling well
2       today, is there anything about your illness that
3       would prevent you from giving truthful answers
4       to questions today?
5   A   No.
6   Q   Okay.  If I ask a question that's unclear and
7       you don't understand it, please let me know, and
8       I'm happy to rephrase the question for you;
9       okay?
10  A   Yes.
11  Q   Okay.  You're here today to give a deposition in
12      a matter, a civil lawsuit brought an individual
13      by the name of Xavier Walker in federal court.
14      Prior to being served with your deposition
15      subpoena, were you aware that Xavier Walker
16      filed a civil lawsuit in federal court?
17  A   No.
18  Q   Okay.  And prior to us speaking here today, were
19      you aware that Xavier Walker was convicted for a
20      2000 murder?
21  A   No --
22  Q   Okay.  Prior to --
23  A   -- not that I can remember.
24  Q   Okay.  Prior to -- or strike that.  Let me ask
25      you something else.

Page 9

1           After you were served with your deposition
2       subpoena, did you tell anyone that you had been
3       served with that subpoena?
4   A   I had to, the investigator told everybody.  He
5       told my husband and -- and my neighbors.
6   Q   Okay.  Did you tell anyone after you had been
7       served with the deposition subpoena?
8   A   No.
9   Q   After being served with the deposition subpoena,
10      did you make any attempts to get in touch with
11      attorneys who represent Mr. Walker?
12  A   No.
13  Q   Okay.  And to get ready for this deposition
14      today, did you look at any paperwork or
15      documents?
16  A   No.
17  Q   All right.  To the best of your recollection,
18      have you ever had any conversations with any
19      attorneys who currently represent or previously
20      represented Mr. Xavier Walker?
21  A   No.
22  Q   After being served with your deposition
23      subpoena, did you make any attempts to reach out
24      to Mr. Walker himself to talk to him about it?
25  A   No.

Page 10

1  Q  All right.  After being served with your
2     subpoena, did you do any research, such as
3     online research, to try to find out information
4     about Mr. Walker's lawsuit?
5  A  No.
6  Q  Okay.  Do you have any social media accounts?
7  A  Yeah.
8  Q  Okay.  Did you make any attempts to look for
9     Mr. Walker on social media after you --
10 A  No.
11 Q  -- you received your subpoena?
12 A  No.
13 Q  Have you connected with Mr. Walker on any social
14    media accounts?
15 A  No.
16 Q  Okay.  Miss Wright, do you go by any nicknames?
17 A  The one that my family call me.
18 Q  Okay.  What does your family call you?
19 A  Why is that relevant?
20 Q  It's just background information, ma'am.  We ask
21    it --
22 A  I don't choose to disclose that.
23 Q  -- of everybody that gives a deposition.  I'm
24    sorry, what's that?
25 A  I don't want to disclose my nickname.

Page 11

1  Q  Okay.  Are you refusing to tell us what your
2     nicknames are?
3  A  I don't see why that's relevant.
4  Q  Okay.  All right.  What is your date of birth?
5  A  ██████████
6  Q  What is your highest level of education?
7  A  Some college.
8  Q  Did you receive your high school diploma or your
9     GED?
10 A  Yes, I did.
11 Q  Okay.  And did you receive a diploma or a GED?
12 A  A GED.
13 Q  When did you receive that?
14 A  Early 2000, somewhere around there.
15 Q  And where did you attend some college classes?
16 A  I've been to Triton College.  I did an online
17    class, but I can't remember the name of the
18    school.
19 Q  Okay.
20 A  And then I did some trade school.
21 Q  Okay.  Did you receive any certificates or
22    degrees from any higher level, higher
23    institutes -- institutes of higher learning?
24 A  I received my medical assistant, and I also have
25    my CNA.

Page 12

1  Q  And CMA, CNA?
2  A  C -- CNA.
3  Q  Thank you.  When did you receive your medical
4     assistant certificate?
5  A  What year is?
6  Q  2021.
7  A  '21.  Maybe about six years ago, something like
8     that.
9  Q  And when did you get your CNA?
10 A  I don't remember.
11 Q  Okay.  Are you currently working, Miss Wright?
12 A  Yes.
13 Q  In what line of work are you currently working
14    in?
15 A  I'm a customer service representative.
16 Q  Okay.  How long have you resided at your current
17    home address?
18 A  Since September of last year.
19 Q  Okay.  Do you have any plans, let's say, in the
20    next two years to move from that address?
21 A  I don't know.
22 Q  Okay.  And you're currently living in the state
23    of Indiana; is that correct?
24 A  Yes.
25 Q  All right.  How long have you lived in the state

Page 13

1     of Indiana, Miss Wright?
2  A  Can I ask a question?  Can I ask you a question?
3  Q  Sure.
4  A  Why is this pertinent to what we're here for?
5  Q  Again, Miss Wright, just as a matter of course,
6     we attorneys get some background information
7     from witnesses when we take depositions.
8  A  Okay.
9  Q  We also need to know how to get ahold of you
10    if -- if there's ever any -- for further use in
11    this -- this litigation.
12 A  Okay.  Well, I don't feel -- I don't feel
13    comfortable stating how long I've been here.  I
14    don't feel comfortable stating how long I may or
15    may not be here --
16 Q  Okay.
17 A  -- to be honest --
18 Q  Why don't you feel --
19 A  -- with you.
20 Q  Why don't you feel comfortable stating that?
21 A  Because of the way I was treated to get me here
22    today, that's why I don't.
23 Q  Okay.  Was there a point in time when you
24    resided within the City of Chicago?
25 A  Can you ask that again, I'm sorry?

WALKER v CITY OF CHICAGO, et al.                                    Pages 14..17
ASHANTI RAMON WRIGHT, 12/15/2021

Page 14

1  Q  Sure.  Have you ever lived in the City of
2     Chicago?
3  A  Yes.
4        (Ms. Shoffner appears by Zoom.)
5        MS. STALF:  And, for the record, we have
6     Ms. Robin Shoffner who has appeared for the
7     City.
8  Q  What is the last address that you had within the
9     City of Chicago?
10 A  I can't remember the exact address.  I just know
11    it was on Monroe and Cicero.
12 Q  Okay.  Was there a point in time where you lived
13    at 5714 West Erie?
14 A  Yeah, that was my mom's home.
15 Q  Okay.  And was there a point in time where you
16    lived at 4653 West Erie?
17 A  I don't remember that address.
18 Q  Was there a point in time that you lived on Erie
19    within the City of Chicago?
20 A  You said was there a point in time that I lived
21    on Erie?
22 Q  Yes.
23 A  Yes.
24 Q  Did you ever live at any Erie addresses other
25    than your mom's house?

Page 15

1  A  Not that I can remember.
2  Q  Okay.  Going way back to May of 2000, do you
3     recall where you lived at that point?
4  A  In May of 2000, I was homeless.  I lived in a
5     couple of places.  My mom had put me out.
6  Q  Did you ever live with your godmother,
7     Mary Curry?
8  A  Yeah.
9  Q  Do you recall what Ms. Curry's address was?
10 A  I don't.
11 Q  Do you recall if Miss Curry lived on Erie
12    Street?
13 A  No.  I just remembered that she stayed off
14    of -- I want to say she stayed off of Kilpatrick
15    and like Chicago Avenue, over there in one of
16    those streets.  I just can't remember the name
17    of the street.
18 Q  Okay.  And for approximately how long --
19       (Recording stopped.)
20       MS. STALF:  I just got a message that the
21    recording stopped; is that accurate?
22       (Recording in progress.)
23       MS. STALF:  There we go.  Is there a
24    problem technically?
25       THE VIDEOGRAPHER:  We -- we aren't

Page 16

1     controlling the recording of the Zoom -- Zoom
2     meeting.
3        MS. STALF:  Who is recording it?
4        THE VIDEOGRAPHER:  Who?  The firm that set
5     up the deposition.
6        MS. STALF:  Okay, that's -- that's my firm
7     but I'm not controlling any recording.
8        THE VIDEOGRAPHER:  The -- the court
9     reporting or videography firm that set up the
10    deposition.
11       MS. STALF:  Okay.  Miss Hobbs, is there any
12    problem with the -- the Zoom, or are we okay?
13       THE REPORTER:  No, there's not.
14       MS. STALF:  Okay.  Thank you.
15 Q  All right.  Sorry for the interruption,
16    Miss Wright.  Approximately -- for how long did
17    you live with Miss Curry?
18 A  I can't remember.  It was off and on.  I wasn't
19    there consistent.
20 Q  Okay.  Did you call Miss Curry by any nicknames?
21 A  No.
22 Q  Did you ever call her Mama?
23 A  Yeah.
24 Q  Did you know anybody else to call Miss Curry
25    Mama?

Page 17

1  A  I'm sure she probably did have other people call
2     her mom.  I mean...
3  Q  Okay.  Back in May of 2000, did you have any
4     children?
5  A  Yes.
6  Q  Did any of your children stay with you back in
7     May of 2000?
8  A  No.
9  Q  In May of 2000, how old were you?
10 A  Shit, May of 2 --
11 Q  I know.  I'm bad a math too.  I -- I -- by my
12    calculation, I think you were 20 years old, and
13    you can correct me if that's wrong.
14 A  Yeah, it's possible, 20, 21, something like
15    that.
16 Q  Okay.  Thank you.  In May of 2000 did you have a
17    job?
18 A  No, not that I can --
19 Q  Were you --
20 A  -- remember.
21 Q  Okay.  Were you taking any classes at any
22    colleges in May of 2000?
23 A  I don't remember what I was doing in 2000, that
24    was over 20 something years ago.
25 Q  I understand.  Do you recall what you did for

WALKER v CITY OF CHICAGO, et al.                                    Pages 18..21
ASHANTI RAMON WRIGHT, 12/15/2021

Page 18

1   fun back in May of 2000?
2   A   Probably the same thing every other 20 or 21
3       year old did.
4           (Recording stopped. Recording in
5       progress.)
6           MS. STALF:  Okay.  I am sorry to interrupt
7       again.  I keep getting a message that the
8       recording is stopping and then it's again in
9       progress.  Miss Hobbs, do you have any idea
10      what -- what that's about.
11          THE REPORTER:  Can we go off the record
12      real quick?
13          MS. STALF:  Yeah, let's go off the record
14      real quick to see if we can resolve that.  I'm
15      sorry for the delay, Miss Wright.  This --
16          THE VIDEOGRAPHER:  We're going --
17          MS. STALF:  -- technology is a little
18      tricky sometimes.
19          THE VIDEOGRAPHER:  We're going off the
20      record at 10:20 a.m.
21          (A discussion was held off the record.)
22          THE VIDEOGRAPHER:  We are back on the
23      record at 10:25 a.m.
24   BY MS. STALF
25   Q   Okay, sorry for that interruption, Miss Wright.

Page 19

1       Back in May of 2000, do you recall, were you
2       married?
3   A   No.
4   Q   Did you have a boyfriend around that time
5       period?
6   A   No.
7   Q   Did you have someone that you considered to be a
8       best friend?
9   A   No.
10  Q   Okay.  Were there any particular spots, homes,
11      or bars or clubs where you would typically
12      socialize back in May of 2000?
13  A   Not that I can recall.
14  Q   Okay.  During the time period that you were
15      living with your godmother, Mary Curry, do you
16      know if there were any gangs that were operating
17      in that neighborhood?
18  A   I don't know.
19  Q   Okay.  Did you --
20  A   It's gangs all over Chicago.  I would assume so.
21  Q   Okay.  Did you have any friends who lived in
22      Miss Curry's neighborhood who were members of a
23      street gang?
24  A   I don't know.
25  Q   Okay.  All right.  Do you know an individual by

Page 20

1       the name of Jovanie Long?
2   A   I know somebody named Vani.  I don't know
3       nothin' about Jovanie Long but I know a
4       Vani -- well, I did.
5   Q   Vani Long?
6   A   I did know a Vani.
7   Q   Okay.  Did you know Vani Long back in May of
8       2000?
9   A   Yeah.
10  Q   Did Vani live in the same neighborhood as your
11      godmother, Mary Curry?
12  A   He frequented the area, I guess.  There was a
13      lot of people that was around there.
14  Q   Okay.  During the time that you lived with
15      Mary Curry, did Vani ever stay at her house too?
16  A   He was friends with her son so he came and went.
17  Q   Okay.  What was the name of Mary Curry's son?
18  A   Boo Boo.
19  Q   What's Boo Boo's real name?
20  A   I can't remember.
21  Q   Was his name Maurice?
22  A   I can't remember.
23  Q   Okay.  Were you of any relation to Boo Boo?
24  A   No.
25  Q   Did you ever go to Vani Long's house?

Page 21

1   A   No.
2   Q   Do you remember if Vani Long is older or younger
3       than you?
4   A   I don't remember.  I really don't know how old
5       he was.
6   Q   Okay.  Back in the May 2000 time frame, did you
7       ever socialize with Vani?
8   A   We all socialized.
9   Q   Okay.
10  A   He came over to the house.
11  Q   Okay.  And when you say, "the house," are you
12      talking about Miss Curry's house?
13  A   Yes.
14  Q   Did you ever have any kind of relationship,
15      romantic relationship with Vani?
16  A   Not that I can remember.
17  Q   Okay.  I know it's a long time ago.  Okay.  Do
18      you know if back in May of 2000, Vani had a job?
19  A   I don't know.
20  Q   Did you know any of Vani's family members?
21  A   I mean I know the people that they -- you know,
22      everybody said they was related.  So I guess if
23      you want to consider that, then I give -- we
24      knew some people.
25  Q   Okay.

WALKER v CITY OF CHICAGO, et al.                                    Pages 22..25
ASHANTI RAMON WRIGHT, 12/15/2021

Page 22

1  A   But if you ask me if I remember them today, no.
2  Q   Okay.  Did you ever meet Vani's dad,
3      John Miller?
4  A   No, I don't -- no.
5  Q   Okay.  Did you know a girl in the May 2000 time
6      frame by the name of Hershala Byrd (Phonetic)?
7  A   No.
8  Q   Did you know a girl by the name of LaKeshia
9      (Phonetic) Smith?
10 A   LaKeshia Smith?  I got a cousin that's there in
11     Mississippi that's named LaKeshia Smith.
12 Q   Okay.
13 A   But I can't recall anybody in Chicago named
14     that, that I knew then.
15 Q   Okay.
16 A   And, again, that's --
17 Q   Did --
18 A   -- about 20 something years ago.
19 Q   I'm sorry.  Sorry to interrupt you.  Did you
20     ever know Vani to be in a gang?
21 A   I don't know.
22 Q   Okay.  Do you know if Vani had any affiliation
23     with the Imperial Insane Vice Lords?
24 A   I don't know.
25 Q   All right.  Do you know if Vani ever sold drugs?

Page 23

1  A   I do not know.
2  Q   Did you ever know Vani to have like a certain
3      reputation in the neighborhood?
4  A   No, I don't.
5  Q   When is the last time that you saw Vani?
6  A   Shit, I can't remember.
7  Q   Have you seen him within the last five years?
8  A   No.
9  Q   Okay.  When's the last time that you spoke to
10     Vani?
11 A   I guess the last time I was at Mary's house.
12 Q   Okay.  Have you ever spoken to Vani while he's
13     been in custody at the Illinois Department of
14     Corrections?
15 A   No.
16 Q   Has he ever attempted to call you, to -- to the
17     best of your knowledge, from the Department of
18     Corrections?
19 A   No.
20 Q   Has Vani ever sent you letters from the
21     Department of Corrections?
22 A   No.
23 Q   Have you ever sent any letters to him in the
24     Department of Corrections?
25 A   No.

Page 24

1  Q   Have you ever tried to visit Vani in prison?
2  A   No.
3  Q   Have any of your friends ever told you that
4      they're going to visit Vani in prison?
5  A   No one's ever told me that, no.
6  Q   Okay.  Have you ever spoken to Vani about his
7      arrest in the year 2000 for a murder that
8      happened that day?
9  A   I have never spoken with him about his arrest,
10     no.
11 Q   Okay.  Have you ever spoken to Vani about his
12     criminal case following his arrest for murder in
13     2000?
14 A   No.
15 Q   Did you ever become aware that Vani gave a
16     videotaped statement confessing to a murder that
17     happened in 2000?
18         MS. SAMUELS:  Objection.  Misstates the
19     record.
20 Q   You can answer.
21 A   Can you repeat the question?
22 Q   Sure.  Have you ever spoken to --
23         MS. STALF:  Madam Court Reporter, could you
24     read back the question?  I apologize, I forgot
25     exactly what I said.

Page 25

1          (The requested text was read back by the
2      reporter.)
3  A   No.
4  Q   Do you know an individual by the name of
5      Xavier Walker?
6  A   I can't recall anybody with that name.
7  Q   Okay.  Did you know somebody that you called
8      Zay?
9  A   I can recall that name.
10 Q   And do you know what Zay's real name was?
11 A   I do not.
12 Q   Did you ever live with Zay?
13 A   No, I did not.
14 Q   Was Zay a friend of Vani's?
15 A   He was either a friend or relative.  I really
16     can't remember.
17 Q   Okay.  Did you ever see Vani and Zay hanging out
18     together?
19 A   Again, they used to hang out with Boo Boo so
20     everybody was hanging out together.
21 Q   Okay.  Were there ever times where you saw Zay
22     and Vani both at Mary Curry's house?
23 A   I can't remember.
24 Q   Okay.  Do you know if Zay lived in Mary Curry's
25     neighborhood?

WALKER v CITY OF CHICAGO, et al.
ASHANTI RAMON WRIGHT, 12/15/2021
Pages 26..29

Page 26

1　A　I don't know where he lived.
2　Q　Okay.  It's fair to say that you never went to
3　　　Zay's house; correct?
4　A　No, I did not?
5　Q　Okay.  Did you ever become aware that Zay was
6　　　arrested for a murder that took place in 2000?
7　A　I became aware when I talked to the
8　　　investigator.
9　Q　Okay.  Have you ever talked to Zay about his
10　　　arrest for murder in 2000?
11　A　No.
12　Q　Have you ever talked to Zay -- or bad question,
13　　　when's the last time you talked to Zay?
14　A　I guess the last time we was out on Erie.  I
15　　　don't know.  It's been a long time.  I have not
16　　　talked to them.
17　Q　Okay.  Have you talked to Zay within the last
18　　　five years?
19　A　No.
20　Q　All right.  Did you ever visit Zay when he was
21　　　in the Department of Corrections?
22　A　No.
23　Q　Did you ever write him letters in the Department
24　　　of Corrections?
25　A　No.

Page 27

1　Q　Did he ever send you letters?
2　A　No.
3　Q　All right.  And I know that you said that you're
4　　　familiar with a guy named Boo Boo who was
5　　　Mary Curry's son; is that correct?
6　A　Yes.
7　Q　All right.  Was Boo Boo a friend of yours back
8　　　in 2000?
9　A　Yes.
10　Q　Did you ever have a romantic relationship with
11　　　Boo Boo?
12　A　No.  He was my brother.
13　Q　Okay.  So you considered him to be like a
14　　　brother; is that correct?
15　A　Yes.
16　Q　Okay.  When you were living with Mary Curry in
17　　　her home, was Boo Boo living there also the
18　　　entire time?
19　A　Yes.
20　Q　Did Boo Boo have a room at Mary's house?
21　A　Yes.
22　Q　Okay.  Where was his bedroom located?
23　A　If you want to call the basement his room.
24　Q　Okay.  The -- the basement of that home, was it
25　　　like a finished space?

Page 28

1　A　It was...
2　Q　I'm sorry, did you give an answer?
3　A　Nah, I was trying to remember.
4　Q　Oh, okay.
5　A　I don't know.  I can't say if it was finished or
6　　　unfinished.  I honestly don't remember.
7　Q　Okay.  Were -- were there multiple rooms down in
8　　　the basement, or was it just one big open space?
9　A　It was kind of open, but it had something -- I
10　　　want to say maybe like a -- something -- I want
11　　　to say I kind of remember a divider but I don't
12　　　really remember a divider.
13　Q　Okay.  Were there any beds down there when you
14　　　were living there?
15　A　Yeah.
16　Q　How many beds were down there?
17　A　I want to say maybe one.
18　Q　Okay.  Was there a bathroom in the basement at
19　　　Miss Curry's house?
20　A　I can't remember.  I'm trying to force myself --
21　Q　Was there --
22　A　-- to remember.  I can't remember.
23　Q　Was there a television in the basement at
24　　　Mary Curry's house?
25　A　I can't remember.

Page 29

1　Q　Were there ever -- was there ever a time where
2　　　you played video games down in Mary Curry's
3　　　basement?
4　A　I don't remember, I'm sorry.
5　Q　Okay, that's all right.  No need for apology.  I
6　　　know it's long time ago.  Do you know if Boo Boo
7　　　ever sold drugs in Mary Curry's neighborhood?
8　A　I don't know.
9　Q　Do you know if Boo Boo was involved in any
10　　　street gangs back in May 2000?
11　A　I don't know.
12　Q　Do you recall that there was a murder that took
13　　　place near Miss Curry's house in May of 2000?
14　A　I believe it was a couple of murders over there
15　　　around that time.
16　Q　Okay.  Do you remember a -- murder in May of
17　　　2000 where a white guy was killed on Erie?
18　A　A white guy?  I can't remember.
19　Q　Okay.  Do you recall ever being interviewed by
20　　　Chicago police about a murder that took place in
21　　　Miss Curry's neighborhood?
22　A　As far as being interviewed, I remember them
23　　　coming to her house.
24　Q　Okay.  And how many police officers came to
25　　　Miss Curry's house?

WALKER v CITY OF CHICAGO, et al.                                    Pages 30..33
ASHANTI RAMON WRIGHT, 12/15/2021

Page 30

1  A   Maybe one or two.  I don't --
2  Q   Okay.
3  A   I don't -- again, I can't remember.
4  Q   Do you remember giving a statement to police
5      officers and an assistant state's attorney about
6      a murder that had taken place in Miss Curry's
7      neighborhood?
8  A   I remember them comin' out to the house askin'
9      me a question about it.
10 Q   Did you ever go to a police department to talk
11     about a murder that took place in Miss Curry's
12     neighborhood?
13 A   I did not go to the police department, not that
14     I can remember.
15 Q   Do you remember ever speaking to a female
16     attorney about a murder that took place in
17     Miss Curry's neighborhood?
18 A   A female attorney?  I can't -- I honestly can't
19     remember.
20 Q   Okay.  Do you remember speaking to any attorney
21     about a murder that took place in that
22     neighborhood?
23 A   I can't remember speaking to -- I honestly can't
24     remember, that was over 20 something years ago.
25 Q   I understand.  I'm going to -- I'm going to try

Page 31

1      to help you out.  I'm going to show you what we
2      will mark as Exhibit 1 to your deposition.
3  A   Uh-huh.
4          (Deposition Exhibit 1 marked for
5      identification.)
6  Q   Bear with me.  Working the computer is not
7      my -- my strong suit, not -- as was indicated
8      earlier when I couldn't figure out what was
9      going on with the video.  Okay.  I am going to
10     show you what will be marked as Exhibit 1 to
11     your deposition.
12 A   Uh-huh.
13 Q   I'm going to enlarge this.  Do you see a
14     document on the computer screen, Miss Wright?
15 A   Uh-huh.
16 Q   Okay.  And for the record I'm showing the
17     witness what we'll mark as Exhibit 1.  It is
18     Bates stamped CITYNK000093 through CITYNK000097.
19         Miss Wright, I'd like to give you the --
20     the opportunity to read through this document
21     before I ask you some questions about it.  I'm
22     going to just scroll down to the beginning of
23     the -- the written portion, and could you please
24     just read it, and let me know when you need me
25     to page down for you -- well, first of all, let

Page 32

1      me ask you this:  Do you recognize this
2      document?
3  A   Can you go down some?
4  Q   Sure.  And here -- it may help you here.  Let me
5      go down to the last page for a second.  So this
6      is -- or the second to last page, CITYNK000096,
7      and then at the bottom of that page there's
8      a -- signature; is that your signature there,
9      Ashanti Wright?  Can you see that there, Miss
10     Wright?
11 A   I'm lookin' at it.  Dang, I left my glasses in
12     the truck.
13 Q   Are you able to read it?
14 A   Uh-huh.
15 Q   Okay.  Is that your signature there on page 96?
16 A   I want to say yes, and then I want to say no.
17 Q   Okay.  Why -- why do you want to say yes and you
18     want to say no?
19 A   I want to say yes, because the -- when I look at
20     it, it's similar to how -- but that's not how my
21     signature is right now.
22 Q   Okay.
23 A   And I can't --
24 Q   Has your signature changed over the years?
25 A   It has, but I can't recall signing this, that's

Page 33

1      why I want to say no because I can't remember
2      signing it.
3  Q   Okay.
4  A   But, again, it's been a while ago.
5  Q   Okay.  I want to give you the opportunity to
6      read through this whole document, then, before
7      we ask any questions about it, so please -- are
8      you able to read this or do you need me to make
9      it larger?
10 A   No, I can see it.
11 Q   Okay.  So just read it, and let me know when you
12     need me to go down to the next page; okay.
13 A   You can go down.
14 Q   (Scrolling.)
15 A   You can go down.
16 Q   (Scrolling.)
17 A   Check on -- who the hell is Timmy, oh -- you can
18     go down.
19 Q   (Scrolling.)
20 A   You can go down.
21 Q   (Scrolling.)
22 A   I don't remember this conversation.  You can go
23     down some more.
24 Q   (Scrolling.)
25 A   You can go down.

WALKER v CITY OF CHICAGO, et al.                                    Pages 34..37
ASHANTI RAMON WRIGHT, 12/15/2021

Page 34

1  Q  (Scrolling.)
2  A  You can go down some more.
3  Q  (Scrolling.)
4  A  I'm done with it.
5  Q  Okay.  And then just this last page, which we
6     already looked at briefly.  Just looking at this
7     document, Miss Wright, refresh your recollection
8     as to having a conversation with an assistant
9     state's attorney and some police detectives?
10 A  It doesn't refresh my memory.  The only thing
11    that I can recall from the police comin' out was
12    them askin' me, me tellin' them I didn't know,
13    and then sayin' that if I didn't talk to them or
14    something of that nature that it would make my
15    godmother out to be a liar.
16 Q  Okay.  When did that conversation occur that you
17    just told us about?
18 A  I can't remember the exact day.  I know it was
19    at night.
20 Q  Where did that conversation take place?
21 A  They came to her house.
22 Q  And that was Mary Curry's house?
23 A  Yes.
24 Q  Was anyone else present for that conversation
25    with the police other than yourself and the

Page 35

1     police?
2  A  No.
3  Q  And how many police officers spoke to you?
4  A  Maybe one or two.  I can't really remember.
5  Q  Do you remember what they looked like?
6  A  I don't.
7  Q  Do you remember if they were male or female?
8  A  I believe they were both males.
9  Q  Do you remember their race?
10 A  I believe they were Caucasian.
11 Q  And where at Mary -- Mary Curry's house did that
12    conversation take place?
13 A  When you walk right there between the living
14    room and the dining room, because that's where
15    you come in, when you walk into the house.
16    I -- yeah -- yeah.
17 Q  Okay.  And what do you remember about what the
18    police officers said to you at that -- during
19    that conversation?
20 A  I honestly can't remember the conversation other
21    than that part, and I do recall them wantin' to
22    take my picture.  I recall --
23 Q  Did they -- sorry, go ahead.
24 A  I recall them makin' that statement to me.  But
25    to say that I under -- remember the details of

Page 36

1     our conversation, I don't.
2  Q  Did they take their picture?
3  A  They did take my picture, I remember that.
4  Q  Where did they take your picture?
5  A  In the same spot that they was talkin' to me at,
6     by the wall.
7  Q  And do you remember at any time going to the
8     police department at Harrison and Kedzie to
9     speak to police officers about the murder that
10    had occurred in Mary Curry's neighborhood?
11 A  I don't remember doing that, no.
12 Q  Okay.  Did you remember an attorney ever coming
13    to Miss Curry's home to speak to you?
14 A  I don't remember an attorney comin', no.
15 Q  Okay.
16 A  I can't say that I remember that.
17 Q  Okay.  Looking at the first page of Exhibit 1,
18    it says Statement of Ashanti Wright taken on
19    May 28th, 2000; do you have any reason to
20    disagree that you spoke with police officers on
21    May 28th, 2000?
22 A  I don't remember the date of which I spoke with
23    them.
24 Q  Okay.  Do you have any reason to disagree that
25    it was May 28th, 2000?

Page 37

1  A  I can't say I do or I don't because I don't
2     remember the date.
3  Q  Okay.  And it says at 4653 West Erie in Chicago.
4     Are you familiar with the address 4653 West
5     Erie?
6  A  As I stated in the beginning, I don't recall
7     what her actual address was, it's been so long
8     ago.
9  Q  Okay.  It then says present ASA Leafblad, comma
10    J.  Do you recall ever meeting an attorney with
11    the last name Leafblad?
12 A  I don't remember.
13 Q  Okay.  And then it says "Detective Cruz," do you
14    recall if one of the police officers that you
15    spoke to at Miss Curry's home was named
16    Detective Cruz?
17 A  I don't remember their names.
18 Q  Okay.  And then underneath that it says
19    "Detective Wolverton," do you recall if one of
20    the detectives that you spoke to at Mary Curry's
21    home was a Detective Wolverton?
22 A  Again, I can't remember their names.
23 Q  Okay.  Do you remember if the police officers
24    that you spoke to at Miss Curry's home were in
25    uniforms or in plain clothes?

WALKER v CITY OF CHICAGO, et al.                                    Pages 38..41
ASHANTI RAMON WRIGHT, 12/15/2021

Page 38

1  A   I can't say that I remember.  I don't remember.
2  Q   Okay.
3  A   It was so long ago.
4  Q   Okay.  At any point in time did you become aware
5      that Mary Curry gave a statement to police about
6      a murder that had occurred in her neighborhood
7      in May of 2000?
8  A   I don't recall them sayin' -- or her sayin' that
9      she give gave a statement.  I just recall the
10     statement that I previously mentioned.
11 Q   Okay.
12 A   That she has told them something.  They never
13     said she made a statement.
14 Q   Did you ever talk to Mary -- Mary Curry about
15     the conversation you had with police officers at
16     her house.
17 A   I told her what they said about her lie -- that
18     if -- you know, if -- if I was to talk to them
19     about her maybe lying or whatever.  So I did the
20     same thing I just told you, I told her.
21 Q   Okay.  And when you told Miss Curry about that
22     conversation, did she tell you that she had
23     given a statement to the police?
24 A   I can't remember if she did or she didn't.
25 Q   Do you remember Miss Curry ever telling you what

Page 39

1      she told the police about the murder that took
2      place in her neighborhood in May of 2000?
3  A   I can't remember.
4  Q   Did you ever tell Miss Curry about the details
5      of what you told police about the murder that
6      took place in her neighborhood in 2000?
7  A   Not that I can recall, no.
8  Q   Okay.  Do you know where Miss Curry was at the
9      time that you were speaking with the police
10     officers in her home?
11 A   What did you say?
12 Q   Do you recall where Miss Curry was at the time
13     that you were speaking to the police officers in
14     her home?
15 A   I can't recall where she was.  I just know that
16     they -- that she wasn't in the room when I was
17     talkin' to them.
18 Q   Okay.
19 A   Where she was in the house at that time, I don't
20     recall.
21 Q   Okay.  Looking again at page 1 of Exhibit Number
22     1, it says "this statement taken regarding the
23     robbery and shooting death of Marek Majdek which
24     occurred on 13 May 2000 at 0100 slash 0114" -- I
25     don't know how to say that time -- "at 4721 West

Page 40

1      Ohio, in Chicago."
2          Do you ever remember hearing about the name
3      of an individual -- or hearing the name Marek
4      Made -- Marek Majdek as someone who was shot in
5      Miss Curry's neighborhood in May of 2000?
6  A   I don't remember that name, no.
7  Q   Okay.  Do you remember hearing about an
8      individual being shot on May 13th, 2000 at 4721
9      West Ohio?
10 A   I don't recall the address of anybody that got
11     shot at that time.  Like I stated before, there
12     was I guess a lot of shootings over there, but
13     to say I remember the exact location of them,
14     no.
15 Q   Okay.  All right.  Going down further on page 1,
16     it reads "After being advised that Assistant
17     State's Attorney Joanna Leafblad is a lawyer and
18     a prosecutor, but not Jovanie Long or Maurice
19     Wright's attorney, Ashanti Wright made the
20     following statement which is a summary but not
21     word for word."
22          Do you remember ever meeting -- remember an
23     attorney ever advising you that she was a lawyer
24     and a prosecutor but not a lawyer for Jovanie
25     Long or Maurice Wright?

Page 41

1  A   I can't remember that.
2  Q   Okay.  The next paragraph on page 1 of Exhibit 1
3      goes on to read "Ashanti states she is 20 years
4      old;" is it accurate that you were 20 years old
5      in May of 2000?
6  A   I was 20 or 21, something like that.
7  Q   Okay.  The statement then goes on to read
8      "Ashanti states she went up to eleventh grade at
9      Westinghouse High School in Chicago;" is it
10     accurate that you went up to eleventh grade at
11     Westington (sic) -- Westingtonhouse High School
12     in Chicago?
13 A   I never went back to Westinghouse.  I used to go
14     to Arts of Living for my sophomore year.
15 Q   And did you ever attend Westinghouse High School
16     in Chicago?
17 A   I did.
18 Q   Okay.  Did you go up to eleventh grade in high
19     school?
20 A   Nah, I went up to tenth grade at Arts of Living.
21 Q   And which grades did you attend Westinghouse?
22 A   My freshman year, and then I left to go because
23     I was pregnant so I went to Arts of Living for
24     my tenth year.
25 Q   Okay.  The statement goes on to read "Ashanti

WALKER v CITY OF CHICAGO, et al.
ASHANTI RAMON WRIGHT, 12/15/2021

Pages 42..45

Page 42

1    states she has 3 children, age 5, 4 and 3;" is
2    it accurate that you had three children age 5, 4
3    and 3 in May of 2000?
4  A  I can't remember their ages but I did have three
5    children, yes.
6  Q  Okay.  What year was your first child born in?
7  A  Is that relevant?
8  Q  Yes.
9  A  My first child was born in what, '94.
10  Q  And when was your second child -- what year was
11    your second child born?
12  A  '96, and the third one was in '97.
13  Q  Okay.  The statement goes on to read "Ashanti
14    states they are all boys;" is it accurate that
15    all three of those children were boys?
16  A  Yes.  I had three sons at the time.
17  Q  Okay.  It then states in the statement on page 1
18    "Ashanti states she lives at 4653 West Erie with
19    her godmother, Maurice Wright, and her
20    godmother's children;" do you see that there?
21  A  I see that.
22  Q  Okay.  And it's -- I know you said you didn't
23    remember Miss Curry's address, but is it
24    accurate that you lived at one time with
25    Mary Curry, Maurice Wright, and Mary Curry's

Page 43

1    children?
2  A  I stated that I spent the night off and on, yes.
3  Q  Okay.  At the bottom of page 1 there are some
4    signatures there, and there's a signature that
5    reads Ashanti Wright; do you recognize that as
6    your signature?
7  A  As I previously stated, I can't -- I -- I mean,
8    I can't say yes and I can't say no because I
9    don't remember what my signature was 20
10    something years ago.
11  Q  Okay.  Moving down to the second page of
12    Exhibit Number 1 which is CITYMK94.  The first
13    line of the statement on this page reads "Her
14    Godmother's name is Mary Curry," and that's
15    accurate that Mary Curry is your godmother;
16    correct?
17  A  Yes.
18  Q  And it reads "Ashanti states on May 13, 2000 she
19    was home with Mary and Ashanti's sister Jamaica
20    Wright and Mary's children;" do you see that
21    there?
22  A  I see that.
23  Q  Okay.  Do you have a sister named Jamaica
24    Wright?
25  A  No.  My sister's name is Jermaica.

Page 44

1  Q  Oh, how do you spell that?
2  A  I think you should ask her how to spell her
3    name.
4  Q  Do you know how to spell your sister's name?
5  A  She knows how to spell it.
6  Q  Okay.  But do you know how to spell it?
7  A  I do.
8  Q  Okay.  How do you spell it?
9  A  I don't want to give that information.
10  Q  Why not?
11  A  Because it's not my place to give you her
12    information.  She's not here to represent
13    herself.
14  Q  Okay.  Are you still in touch with your sister,
15    Jermaica?
16  A  Every blue moon.
17  Q  Okay.  Where is your sister, Jermaica, living?
18  A  In Illinois somewhere.
19  Q  Is she living in the City of Chicago?
20  A  No, she doesn't.
21  Q  Do you know what city she's living in?
22  A  I don't because they recently moved.
23  Q  Where was Jermaica living before she moved?
24  A  Schaumburg, I believe.
25  Q  And does Jermaica still go by the name Jermaica

Page 45

1    Wright?
2  A  Yes.
3  Q  Do you know Jermaica's phone number?
4  A  She doesn't have a phone anymore, she lost her
5    job so she don't have a phone.
6  Q  When's the last time that you spoke to Jermaica?
7  A  What is this, December?  I want to say maybe
8    early November/late October.
9  Q  All right.  When you were staying with Mary
10    Curry, were there ever times where Jermaica
11    would also stay there?
12  A  She spent the night once.
13  Q  Okay.
14  A  I want to say once or twice, but again --
15  Q  Is Jermaica older or younger than you?
16  A  She's older than me.
17  Q  Do you know her date of birth?
18  A  I don't remember.  I got 16 siblings.
19  Q  Okay.  Did any of your other siblings other than
20    Jermaica --
21  A  No.
22  Q  -- ever stay with Mary Curry when you were
23    staying there?
24  A  No.  They don't even know her.
25  Q  Okay.  Other than Boo Boo, do you remember the

WALKER v CITY OF CHICAGO, et al.                                    Pages 46..49
ASHANTI RAMON WRIGHT, 12/15/2021

Page 46

1   names of any of -- other -- any other of
2   Mary Curry's children who stayed at her house
3   when you were staying there?
4   A   I can't remember them.
5   Q   Okay.  Looking again at page 1 of -- the second
6       page of Exhibit 2, it states next Ashanti states
7       "They were playing cards when they heard gun
8       shots;" do you see that there?
9   A   I see it.
10  Q   Was there ever a time that you can recall when
11      you were playing cards with Jermaica and
12      Mary Curry and you heard gunshots?
13  A   I can't remember.
14  Q   Okay.  Do you remember ever hearing gunshots
15      when you were inside of Mary Curry's house?
16  A   I mean, being from the west side, you heard
17      gunshots all the time.
18  Q   Okay.  And that was -- that was something that
19      you can recall is hearing gunshots when you were
20      inside Mary Curry's house; is that correct?
21  A   I'm not sayin' that I recall hearing gunshots
22      when I was in Mary Curry's house.  What I said
23      is I recall hearing gunshots all the time --
24  Q   Okay.
25  A   -- whenever you was on the west side of Chicago.

Page 47

1   Now to say if I heard them, when I was in her
2   house, I don't remember.
3   Q   Okay.  The statement goes on to read on page 2
4       "Ashanti states the shot sounded like it was
5       close by, so they went down to the basement to
6       check on Timmy, Jovanie Long's younger brother;"
7       do you see that there?
8   A   I see it.
9   Q   Do you remember an occasion where you heard
10      gunshots that sounded close by so you went into
11      the basement to check on Jovanie Long's younger
12      brother, Timmy?
13  A   I honestly don't remember.
14  Q   Okay.  Do you -- do you know who Timmy,
15      Jovanie Long's brother, is?
16  A   Timmy -- I don't remember.
17  Q   Do you remember if Jovanie Long had a younger
18      brother?
19  A   I can't remember.
20  Q   Okay.  The statement goes on to read "Ashanti
21      states Timmy wasn't down there and neither was
22      anyone else;" do you remember an occasion where
23      you heard gunshots and went down into
24      Mary Curry's basement and didn't see anybody
25      down there?

Page 48

1   A   I don't recall that.
2   Q   Okay.  The next line reads "Ashanti states they
3       all went back upstairs, but heard noises in the
4       basement 5 to 10 minutes later;" do you see that
5       there?
6   A   I see it.
7   Q   Was there ever an occasion where you went
8       upstairs in Mary Curry's house and then heard
9       noises in the basement 5 to 10 minutes later?
10  A   I can't remember.
11  Q   Do you remember telling the police this
12      statement?
13  A   Again, I remember them comin' out and talkin' to
14      me, sayin' what they said, but to say I recall
15      everything, no, I don't remember.
16  Q   Okay.
17  A   It's been over 20 something years ago.
18  Q   Okay.  Exhibit (sic) 2 goes on to read "Ashanti
19      states they went down again and saw Jovanie who
20      they also call Vani;" do you see that there?
21  A   Uh-huh.
22  Q   I'm sorry, is that a yes?
23  A   I said yes.
24  Q   Thank you.  Do you recall an occasion where you
25      heard gunshots and 5 to 10 minutes later you saw

Page 49

1   Jovanie Long in Mary Curry's basement?
2   A   I can't remember.
3   Q   Okay.  The statement goes on to read "Ashanti
4       states Vani didn't have a shirt on and was in
5       the bathroom;" do you see that there?
6   A   I see it.
7   Q   Do you ever recall a time where you went into
8       the basement of Mary Curry's house
9       following -- hearing gunshots and you saw
10      Jovanie Long without a shirt on in the bathroom?
11  A   I can't remember that.
12  Q   Okay.  The statement, Exhibit 1 of page 2, goes
13      on to read "Ashanti sates that Vani looked
14      nervous.  Ashanti states Vani then went upstairs
15      a short time after;" do you see that there?
16  A   I do.
17  Q   Do you recall a time when you went downstairs in
18      Mary Curry's home and you saw Bonnie in the
19      basement looking nervous?
20  A   I can't remember.
21  Q   Okay.  And as you sit here today, do you
22      remember if you told an assistant state's
23      attorney that you saw Vani looking nervous after
24      you heard gunshots?
25  A   I honestly can't remember.

WALKER v CITY OF CHICAGO, et al.                                          Pages 50..53
ASHANTI RAMON WRIGHT, 12/15/2021

Page 50

1  Q   Going on, on page 2 of Exhibit Number 1.
2  A   Is there some water?
3  Q   The statement reads "Ashanti states the person
4      in Exhibit 1 is Jovanie (Vani) Long;" do you see
5      that there?
6  A   I see that.
7  Q   Okay.  Do you remember an assistant state's
8      attorney ever showing you a picture of Vani and
9      asking you to identify him?
10 A   I don't remember that.
11 Q   All right.  Page 2 of Exhibit 1 goes on to read
12     "Ashanti states Vani said he didn't hear
13     gunshots because he'd been sleeping in the
14     basement;" do you see that there?
15 A   I see it.
16 Q   Okay.  Do you remember ever telling any police
17     officers that Vani told you he'd been sleeping
18     in the basement at the time you heard gunshots?
19 A   I can't remember.
20 Q   Okay.  Going on, on page 2, "Ashanti states she
21     know that wasn't true, but left it alone;" do
22     you see that there?
23 A   I see it.
24 Q   Do you ever remember an occasion where Jovanie
25     Long told you he was sleeping in the basement,

Page 51

1      but you thought he was lying about it?
2  A   I don't remember.
3  Q   Okay.  The statement then says "Ashanti states
4      Vani put on another shirt and told Ashanti and
5      Jamaica to go to the sub place with her to buy
6      loose cigarettes;" do you see that there?
7  A   Uh-huh.
8  Q   I'm sorry, is that a yes?
9  A   Yes.
10 Q   Okay.  Was there a sub place nearby Mary Curry's
11     house where you could buy loose cigarettes?
12 A   I don't remember.
13 Q   Was there ever -- or did you smoke back in May
14     of 2000?
15 A   I think I did, yes.
16 Q   Okay.  Do you remember --
17 A   I -- I -- I want to say I did.
18 Q   Okay.  What is a loose cigarette?
19 A   Is that a serious question?
20 Q   Yeah, I'm -- I'm sorry.  I know I'm not up on
21     the cigarette knowledge.
22 A   Oh, God.
23 Q   Can you please explain to me what a loose
24     cigarette is?
25 A   Loose cigarettes are individual cigarettes that

Page 52

1      are sold out of the pack.
2  Q   Thank you.  I appreciate that explanation.  Do
3      you remember if Vani smoked back in 2000?
4  A   I don't remember.
5  Q   Okay.  The statement goes on to read "Ashanti
6      states on their way back home, they saw the
7      police and walked down the street past where the
8      body was and the van with the hazard lights
9      still flashing;" do you see that there?
10 A   Uh-huh.
11 Q   And I'm sorry, is that a yes?  She can't --
12 A   I mean, yes.  I'm sorry, I'm sorry, yes.
13 Q   No problem.  No problem.  Do you remember a time
14     where you were walking down the street and you
15     saw police and a body laying on the ground?
16 A   I honestly don't remember that.
17 Q   Do you remember telling the police that you saw
18     a body on the ground?
19 A   I don't remember.
20 Q   Do you ever remember being with your sister,
21     Jermaica, and seeing a -- the body of somebody
22     who had been shot on the ground?
23 A   No, I don't remember that.
24 Q   Okay.  As you sit here today, do you know
25     if -- if what's in this statement about you

Page 53

1      seeing a body on the ground with a van with
2      hazard lights flashing is true or untrue?
3  A   I honestly don't remember.  I can't say --
4  Q   So --
5  A   I can't say -- I can't say yes.  I can't say no.
6      I don't remember.
7  Q   Okay.
8  A   I do want to -- I do want to say this.  I've
9      been through so much in the last 20 somethin'
10     years.  I've almost died twice.  I've been in
11     the hospital.  I've had multiple surgeries.  I
12     got a whole lot goin' on health wise so I don't
13     remember a lot of stuff, so I don't remember
14     this.
15 Q   Okay.  Understood.  Have you -- over the years
16     have you sustained any illnesses or injury that
17     have impacted your memory?
18 A   Yes.
19 Q   Okay.  And has a doctor ever told you that your
20     memory has been impacted by illness or injury?
21 A   No.
22 Q   Okay.  What -- what specific injuries have you
23     sustained that have impacted your memory?
24 A   I've been to surgery for 12 hours because I had,
25     um, appendix rupture, to the point of where they

WALKER v CITY OF CHICAGO, et al.                                      Pages 54..57
ASHANTI RAMON WRIGHT, 12/15/2021

Page 54

1   didn't think I was going to make it.
2   Q   Okay.  When --
3   A   I had a son back in 2007 where I almost lost my
4       life then, and they had to do an emergency
5       C-section, and -- and -- and basically didn't
6       know if I was going to make it.  I also suffer
7       from severe anxiety along -- without agoraphobia
8       where I have to take medications for it --
9   Q   Okay.
10  A   -- that I've had to go to therapy for, so my
11      memory is not all that it should be.  This is 20
12      something years later that you guys are askin'
13      me -- what is it, you said 2000, this is 22
14      years later that you guys are askin' me to
15      remember something and I honestly can't
16      remember.
17  Q   I understand.  And I appreciate you for doing
18      your best and trying to remember.  Is there
19      anything about the medications that you take
20      that impact your ability to remember things?
21  A   I honestly don't know all the side effects of
22      the medicines that I take.
23  Q   Okay.
24  A   So I can't say yes and I can't say no.  All I
25      can say is that looking at this, I don't

Page 55

1   remember these things because it's so long ago.
2   Q   Okay.  Going down at the very bottom on page 2,
3       there's a signature again that looks like your
4       signature, is -- to the best of your knowledge,
5       is that your signature on the bottom of page 2
6       of Exhibit Number 1?
7   A   Again, I can't say yes and I can't say no.  I
8       don't remember signing that.  But I do know that
9       it looks drastically than what my signature is
10      today.
11  Q   Okay.  Have any of the injuries that you've
12      sustained over the years changed the way you
13      sign your name?
14  A   I don't know if the injuries did that or if I
15      just changed it over the years.  I mean,
16      sometimes you get tired of writing the whole
17      name, you know, so...
18  Q   You can see above the "I" in Wright of Ashanti
19      Wright --
20  A   I don't --
21  Q   -- at the bottom --
22  A   I don't --
23  Q   -- of Page 2.
24  A   I don't put a circle over my name.  Over my --
25  Q   Okay.  Let me get the whole -- the whole

Page 56

1   question out.  There's a little circle above the
2   "I" in Wright, when you sign your name
3   currently, is there a little circle over your
4   "I"?
5   A   No.  You give me a piece of paper, I'll sign it,
6       and then show you how I sign my name.
7   Q   That's okay.  You don't need to do that right
8       now.  Going down to the third page of Exhibit
9       Number 1, and for the record, this is CITY95.
10      It says "Vani looked like he was crying and the
11      police asked them if they could tell if the body
12      was of somebody they knew;" do you see that
13      there?
14  A   Uh-huh.
15  Q   I'm sorry, is that a yes?
16  A   I mean, yes.
17  Q   Okay.  Is -- was there a time -- do you recall a
18      time where you were out on the street with Vani
19      and Vani looked like he was crying?
20  A   I don't remember.
21  Q   Okay.
22  A   I can't recall that.
23  Q   Okay.  And the statement goes on to read
24      "Ashanti states she doesn't know a lot of people
25      so she didn't go look, but another girl did and

Page 57

1   said it was a white man not from the
2   neighborhood;" do you see that there?
3   A   I see that.
4   Q   Okay.  Do you remember a time where you were out
5       on the street and another girl said that there
6       was a white man on the street who had been shot?
7   A   I don't remember that.
8   Q   Okay.  The statement goes on to read on page 3
9       "Ashanti states they went back home, but before
10      they got home, Vani's friend, Xavier, who they
11      call Zay, pulled up in a black car;" do you see
12      that there?
13  A   I see it.
14  Q   Okay.  Do you remember a time when you were on
15      the street with Vani and Zay pulled up in a
16      black car?
17  A   I don't recall.
18  Q   Do you ever remember Zay driving a black car?
19  A   I can't remember if Zay ever drove, or if I ever
20      saw him drive a car.  I can't remember.
21  Q   Okay.  The statement goes on to read "Ashanti
22      states Vani got into the back seat of the car
23      and they drove away while Ashanti and Jamaica
24      just went on home;" do you see that there?
25  A   Uh-huh.

WALKER v CITY OF CHICAGO, et al.                                    Pages 58..61
ASHANTI RAMON WRIGHT, 12/15/2021

Page 58

| 1 | Q | Sorry, is that a yes? |
| 2 | A | I mean, yes.  Yes. |
| 3 | Q | All right.  Do you remember a time when you were |
| 4 | | out on the street and Vani got into Zay's car |
| 5 | | and drove away? |
| 6 | A | I can't remember that.  I don't recall that. |
| 7 | Q | Okay.  All right.  And then reading on, "Ashanti |
| 8 | | states there were two other people in the car, |
| 9 | | but she doesn't know them;" do you see that |
| 10 | | there? |
| 11 | A | I see that. |
| 12 | Q | And as you sit here today, do your remember |
| 13 | | seeing Jovanie and Zay drive off with two other |
| 14 | | people in the car? |
| 15 | A | I don't remember that. |
| 16 | Q | All right.  The statement goes on to read |
| 17 | | "Ashanti states she, Jamaica and Mary talked |
| 18 | | about the shooting for a while;" do you see that |
| 19 | | there? |
| 20 | A | Yes. |
| 21 | Q | Okay.  Do you remember a time where you and Mary |
| 22 | | Curry and your sister, Jermaica, talked about a |
| 23 | | shooting that took place in the neighborhood? |
| 24 | A | I don't remember or recall. |
| 25 | Q | Okay.  All right.  The statement then goes on to |

Page 59

| 1 | | read "Ashanti states Mary went upstairs and |
| 2 | | Maurice came in.  Ashanti states Maurice went up |
| 3 | | to tell Mary they were back.  Ashanti states |
| 4 | | Vani said he killed the white guy;" do you see |
| 5 | | that there? |
| 6 | A | Uh-huh. |
| 7 | Q | Yes? |
| 8 | A | Yes. |
| 9 | Q | Do you remember a time where Vani told you that |
| 10 | | he killed a white guy? |
| 11 | A | I can't remember. |
| 12 | Q | Okay.  Is -- is it fair to say that it's -- it's |
| 13 | | possible that Vani told you he killed a white |
| 14 | | guy, you just don't remember it? |
| 15 | A | I'm not goin' to say that because I don't |
| 16 | | remember so I don't want to sit here and say |
| 17 | | somethin' that I can't remember. |
| 18 | Q | Okay.  So you don't remember one way or another |
| 19 | | if Vani told you he killed a -- a white guy? |
| 20 | A | I don't remember. |
| 21 | Q | Okay.  The statement goes on to read "Ashanti |
| 22 | | states Vani said he wanted the white guy's |
| 23 | | money, but he put up a fight and was getting the |
| 24 | | best of Vani, so Vani shot him;" do you see that |
| 25 | | there? |

Page 60

| 1 | A | I see that. |
| 2 | Q | Okay.  Do you remember Vani ever telling you |
| 3 | | that he wanted the white guy's money and shot |
| 4 | | him? |
| 5 | A | I don't remember or recall. |
| 6 | Q | Okay.  Do you ever remember seeing Vani with a |
| 7 | | gun? |
| 8 | A | I don't remember seeing him with a gun. |
| 9 | Q | Did Vani ever tell you that he had a gun? |
| 10 | A | I don't remember. |
| 11 | Q | Okay.  The statement then goes on to read |
| 12 | | "Ashanti states they played cards, then Zay |
| 13 | | came.  Ashanti states Zay told her to go with |
| 14 | | him to wipe fingerprints off the van;" do you |
| 15 | | see that there? |
| 16 | A | Uh-huh. |
| 17 | Q | Yes? |
| 18 | A | Yes. |
| 19 | Q | Did Zay -- do you remember Zay ever telling you |
| 20 | | to go with him to like wipe fingerprints off the |
| 21 | | van? |
| 22 | A | I can't remember. |
| 23 | Q | Okay.  So it's fair -- |
| 24 | A | It's so long ago. |
| 25 | Q | Okay.  It's fair to say that you don't remember |

Page 61

| 1 | | one way or another if Zay ever asked you to wipe |
| 2 | | fingerprints off of a van? |
| 3 | A | It's fair to say that I don't remember. |
| 4 | Q | Okay.  The statement then reads "Ashanti states |
| 5 | | she would not go because she didn't want to be a |
| 6 | | part of anything;" do you see that there? |
| 7 | A | Uh-huh.  I mean, yes. |
| 8 | Q | Thank you.  And at the bottom of this page, page |
| 9 | | 3 of the statement of Exhibit 1, CITY page 95, |
| 10 | | again? |
| 11 | A | (Witness coughed.)  Oh, excuse me, I'm sorry. |
| 12 | Q | That's all right.  Are you okay? |
| 13 | A | Uh-huh. |
| 14 | Q | Okay.  The statement at the bottom of page 3, |
| 15 | | again, has the signature of Ashanti Wright.  As |
| 16 | | you sit here today, do you know if that is your |
| 17 | | signature? |
| 18 | A | Again, I don't -- I can't say yes and I can't |
| 19 | | say no.  I don't remember if I signed it. |
| 20 | Q | Okay. |
| 21 | A | And, again, my signature has changed. |
| 22 | Q | Okay.  Looking at the next page which is |
| 23 | | page -- oh, God, what are we on now, page 5, 4 |
| 24 | | of the statement of Exhibit Number 1.  And this |
| 25 | | kind of comes off of page 3.  It says "Ashanti |

WALKER v CITY OF CHICAGO, et al.                                    Pages 62..65
ASHANTI RAMON WRIGHT, 12/15/2021

Page 62

1      states she later told Mary, who they also call
2      Mama, what Vani said about robbing and shooting
3      the white guy;" do you see that there?
4    A  Uh-huh.
5    Q  Yes?
6    A  Yes.
7    Q  Okay.  Do you -- do you recall an occasion where
8      you told Mama that Vani told you that he shot a
9      white guy?
10   A  I don't remember telling her that.
11   Q  Okay.  Do you remember any occasions where Vani
12     told you that he shot somebody?
13   A  I can't say that I remember.
14   Q  Okay.  Did you hear any rumors from any person
15     that Vani had shot someone?
16   A  I can't remember.  Again, it's been so long ago,
17     I -- I honestly can't remember.
18   Q  Okay.  Would it surprise you if Vani shot
19     somebody?
20   A  What type of question is that?  I mean, you
21     askin' me to judge his character -- I mean, I
22     can't do that because I don't know.  I don't
23     know what one person could do.  I mean, you
24     could have a -- a person sit in front of you
25     that can be, forgive me for saying this, a

Page 63

1      priest, and they could kill somebody so I don't
2      know.
3    Q  Understood.  Thank you.  And going on in the
4      statement on page 4 of Exhibit 1, it reads "Vani
5      found out Ashanti told and told Ashanti she was
6      bogus for telling Mama;" do you see that there?
7    A  Yes.
8    Q  Okay.  Do you recall a time where Vani came to
9      you and told you were bogus for telling Mama
10     about him shooting somebody?
11   A  I don't remember.
12   Q  All right.  And the statement on page 4 goes on
13     to read Ashantis (Phonetic) -- "Ashanti states
14     she left with Jamaica soon after that.  Ashanti
15     states Vani called the house today and told her
16     he heard that Maurice who they call Boo Boo was
17     trickin' on him, referring to Maurice being at
18     the police station talking to police;" do you
19     see that there?
20   A  I see that.
21   Q  Okay.  Do you remember an occasion where Vani
22     called the house and told you that he heard Boo
23     Boo was trickin' on him?
24   A  I don't remember that.
25   Q  Okay.  Do -- did you ever learn from any source

Page 64

1      that Maurice was at the police station talking
2      to the police about Vani?
3    A  I don't remember or recall anything like that.
4    Q  All right.  And then the statement goes on to
5      read "Ashanti states she's been treated well
6      by -- by and Assistant State's Attorney Joanna
7      Leafblad.  Ashanti states she has been allowed
8      to smoke when she wanted and that she was
9      interviewed at home in her own dining room;" do
10     you see that there?
11   A  Uh-huh.
12   Q  Is that a yes?
13   A  Yes, I'm sorry.
14   Q  Okay.  That's okay.  And does this in any way
15     refresh your recollection as to an interview
16     that took place with a state's attorney in your
17     dining room?
18   A  I don't recall talking to a state's attorney.
19     As I stated previously, I vaguely remember the
20     police comin' out, but I don't remember anything
21     else.
22   Q  Okay.  And the statement that Ashanti says she's
23     been treated well by the police and
24     assist -- Assistant State's Attorney Joanna
25     Leafblad; do you remember ever making that

Page 65

1      statement to an assistant state's attorney?
2    A  I don't remember.
3    Q  Okay.  And it further reads on page 4 "Ashanti
4      state no threats or promises were made in
5      exchange for this statement;" do you see that
6      there?
7    A  Uh-huh.  I mean, yes.
8    Q  Okay.  And as you sit here today, do you recall
9      if anyone threatened you at the time that you
10     gave a statement about a murder that took place
11     in Mary Curry's neighborhood?
12   A  I don't remember that.
13   Q  Okay.  And the bottom of this page it says
14     "Ashanti states she speaks, reads and writes
15     English and demonstrated this ability by reading
16     the first paragraph of this statement out loud;"
17     do you see that there?
18   A  I do see that.
19   Q  And is it accurate that back in May of 2000 that
20     you could speak, read, and write English?
21   A  Yes, it is.
22   Q  Okay.  And we already discussed this --
23   A  The --
24   Q  -- signature at the bottom of page 4.  There's
25     also a signature up here on kind of the second

WALKER v CITY OF CHICAGO, et al.
ASHANTI RAMON WRIGHT, 12/15/2021

Pages 66..69

Page 66

1    line from the bottom of the statement on page 4;
2    do you see that there?
3  A  I see it.
4  Q  Okay.  Do you know if this is your signature?
5  A  Again, I can't say it is and I can't say that it
6    isn't.
7  Q  Okay.  And then looking at the very last page of
8    this exhibit, there's some photocopies of some
9    photographs that are incredibly difficult to
10   see, and understanding that this is a difficult
11   task, in any way, can you identify the people
12   that are depicted in this -- these pictures.
13 A  I can't even see the faces of the people in
14   these pictures.
15 Q  Okay.  Do you remember an occasion where you
16   were shown photographs of people at Mary Curry's
17   house by a state's attorney?
18 A  I can't remember.
19 Q  Okay.  There's a signature under the first page
20   of -- the first photograph on page 5; is this
21   your signature?
22 A  Again, I can't say yes or no because I mean --
23 Q  Okay.
24 A  -- my signature has changed so I can't say if
25   that is or not -- isn't -- is or isn't my

Page 67

1    signature.
2  Q  Okay.  And then looking at -- oh, that's it,
3    that's the last signature.  Okay.  We are done
4    with this exhibit.  I'm going to put this down
5    for now.  So -- just so that I'm understanding
6    fully, is it fair to say that as you sit here
7    today you don't remember one way or -- or
8    another whether you gave a statement to an
9    assistant state's attorney in May 2000 about a
10   shooting that took place in Mary Curry's home?
11 A  I can't remember because it's been so long ago.
12 Q  Okay.  And what you do remember is at least one
13   police officer coming to Mary Curry's house; is
14   that correct?
15 A  I vaguely remember that, yes.
16 Q  Okay.  And have you told us everything that you
17   remember that police officer saying?
18 A  From my -- what I can remember, yes.
19 Q  Okay.  And it was something to the effect that
20   they were going to say that Mary Curry was
21   lying; is that what it was?
22 A  I do remember him sayin' that she would be
23   considered a liar, yes.
24 Q  Okay.
25 A  I need some water.

Page 68

1  Q  You know what, this is a -- good time just to
2    take a five-minute break to stretch your legs.
3  A  Okay.  Also, can you tell me how long this is
4    goin' take because I do have to get back to
5    work?
6  Q  Okay.  What time do you have to leave to go back
7    to work?
8  A  I was actually supposed to be back by eleven
9    because I thought this was going to take an
10   hour.
11 Q  Okay.  I probably have at least another 30
12   minutes of questions to ask you.
13 A  Okay.  Well, we can continue because I really do
14   need to get back to work.
15 Q  Okay.  Do you recall an occasion where you
16   appeared before a grand injury to provide
17   testimony in a case against Mr. Walker and
18   Mr. Long?
19 A  I recall -- let me see -- I'm tryin' to
20   remember.  I do recall me and my sister going to
21   on California, but I remember us going in and
22   comin' right out.  I don't remember goin' to
23   trial for anybody.
24 Q  Okay.  Do you remember taking a witness stand
25   and taking an oath to tell the truth about

Page 69

1    information regarding a murder that took place
2    in 2000 in Mary Curry's neighborhood?
3  A  Okay, yeah, I remember that.
4  Q  Okay.  Do you remember that you were questioned
5    by an attorney on that occasion?
6  A  I'm pretty sure I was questioned if I took the
7    stand so...
8  Q  Okay.  And did you provide answers to the
9    attorney's questions?
10 A  I mean, I'm pretty sure I did.
11 Q  Okay.  And when you provided answers to the
12   attorney's questions, when you were on the
13   stand, did you provide truthful answers?
14 A  What I'm goin' to say is at the time I believe I
15   probably did provide truthful answers, but I
16   would say that right now if that attorney asked
17   me that 22 -- 20 somethin' years later, I
18   probably couldn't because I don't remember.
19 Q  Understood.  That's completely reasonable.  I'm
20   going to show you what we're going to mark as
21   Exhibit Number 2 to your deposition.
22 A  Excuse me, one second, I've got to take this
23   phone call.
24 Q  Sure.  Go ahead.
25     MS. STALF:  And let's -- let's just go off

WALKER v CITY OF CHICAGO, et al.                                         Pages 70..73
ASHANTI RAMON WRIGHT, 12/15/2021

Page 70

1    so Miss Wright can take this phone call.
2         THE VIDEOGRAPHER:  We're going off the
3    record at 11:20 a.m.
4         (A recess was taken between 11:20 a.m. and
5    11:24 a.m.)
6         THE VIDEOGRAPHER:  We're back on the record
7    at 11:24 a.m.
8    BY MS. STALF
9  Q  Miss Wright, before we took our break, we were
10     talking about some testimony that you gave
11     before the grand jury.  I now have an exhibit on
12     the screen that we will mark as Exhibit 2 to
13     your deposition.
14          And, for the record, this is Plaintiff
15     Xavier Walker 004054 through Plaintiff Xavier
16     Walker 004072.
17          And can you see that exhibit on your
18     screen, Miss Wright?
19 A  Yes.
20          (Deposition Exhibit 2 marked for
21     identification.)
22 Q  Okay.  And this says "Before the Grand Jury of
23     Cook County May 2000 Transcript of Testimony In
24     the Above Entitled Matter on the 30th Day of May
25     A.D., 2000.  Present Mr. Luke Sheridan Assistant

Page 71

1    State's Attorney," and then a list of witnesses,
2    Ashanti Wright; do you see your name there on
3    the document?
4  A  Yes.
5  Q  Okay.  Going down to the second page of this
6    document, Foreperson, would you raise your right
7    hand, please, and the witness is sworn; do you
8    see that there?
9  A  Oh, yes.
10 Q  Okay.  And I -- I think you said that you
11     remember that you went to the courthouse with
12     your sister on the day that you gave testimony;
13     is that right?
14 A  I said I recall going to the courthouse with my
15     sister, yes.
16 Q  Okay.  Was that your sister, Jermaica?
17 A  Yes.
18 Q  Okay.  Do you know if Jermaica was ever asked to
19     provide any testimony about the murder that took
20     place in Mary Curry's neighborhood in 2000?
21 A  I don't know and I don't remember.
22 Q  Okay.  All right.  And further down on this page
23     2, it says Mr. Sheridan:  I'm Assistant State's
24     Attorney Luke Sheridan of the Homicide Sex Unit.
25          Does seeing this name, Luke Sheridan,

Page 72

1    refresh your recollection about being questioned
2    by an attorney by the name of Luke Sheridan?
3  A  No, it does not.  I don't remember that.
4  Q  Okay.  As you sit here today, can you remember
5    being in a room and being questioned by an
6    attorney about the homicide that took place in
7    Mary Curry's neighborhood in May 2000?
8  A  I honestly don't remember.
9  Q  Okay.  And the document goes on to read I'm
10     appearing on Grand Jury Number 852, which is a
11     John Doe investigation relating to the murder of
12     Marek Majdek which occurred on May 13, the year
13     2000; do you see that there?
14 A  I see it.
15 Q  Okay.  And I'm going to move down a little bit
16     here.  At the bottom of that page, which is
17     4055, it has your name, Ashanti Wright, and it
18     says "Having been first duly sworn, was examined
19     and testified as follows;" do you see that
20     there?
21 A  I do see that.
22 Q  Okay.  And do you recall that you gave an oath
23     to tell the truth at the time that you
24     testified?
25 A  I would imagine that I did.  I mean, you do that

Page 73

1    any time you go to the courthouse but, again, I
2    don't remember all this.
3  Q  Okay.  And is it your understanding when you
4    take that oath -- oath at the courthouse you're
5    taking that oath to tell the truth?
6  A  Yes.
7  Q  Okay.  And as you sit here today, can you think
8    of any reason why you would not have answered
9    the questions that were given to you on this
10     date truthfully?
11          MS. SAMUELS:  Objection.  Calls for
12     speculation.
13 Q  You can answer the question, Miss Wright.
14 A  I don't see a reason why I wouldn't but,
15     again -- but I don't remember.
16 Q  Okay.  And then moving down to the third page of
17     Exhibit Number 2, you're asked to spell your
18     name, and it says Ashanti Wright, W-R-I-G-H-T;
19     do you see that there?
20 A  I see it.
21 Q  Okay.  And you're asked how old you are, and you
22     state 20; is that -- is that -- do you see that
23     there?
24 A  I do see that.
25 Q  And we -- we've already gone over that, it's

Page 74

```
1    accurate that you were 20 in the year 2000;
2    correct?
3  A  If you do your math, I guess.  I mean, I'm not a
4    math genius so I can't say that's --
5  Q  I know.  I'm not good at math either, but I
6    think that that's accurate.  Looking now a
7    little bit further down into the testimony,
8    you're asked who do you live there with?  And
9    you answer Mary Curry and Maurice Wright; do you
10   see that there?
11 A  I see that.
12 Q  All right.  And it's accurate in the year 2000
13   you lived at Mary Curry's home; correct?
14 A  I did spend the night there occasionally, yes.
15 Q  Okay.  And it's accurate that Maurice Wright or
16   Boo Boo also lived at that home; correct?
17 A  Yes.
18 Q  All right.  And you're asked if Mary Curry has a
19   nickname, and you answer Mama; do you see that
20   there?
21 A  Yes, I do.
22 Q  And that is truthful that Mary Curry was called
23   Mama; correct?
24 A  Yes.
25 Q  And you're asked what about Maurice, and you
```

Page 75

```
1    answer Boo Boo, and that's correct that Maurice
2    was called Boo Boo; correct?
3  A  Yes.
4  Q  All right.  And then you were asked and,
5    Ashanti, did you attend high school, and you say
6    yes.  You're asked what high school did you
7    attend, the answer Westington (sic) Vocational
8    High School.  And you're asked how far did you
9    go, and you say junior year; is that what you
10   see there?
11 A  I see that.
12 Q  Okay.  And we talked about your high school
13   education already; correct?
14 A  Uh-huh, and I can remember sayin' that.
15 Q  Okay.  And then you're asked your date of birth,
16   and you give the answer ████████████ and is
17   that your accurate birth date?
18 A  Yes, it is.
19 Q  All right.  Next, you're asked I'm going to ask
20   you some questions about the early morning hours
21   of May 13, 2000.  Between 1:00 and 1:30 on May
22   13 the year 2000, do you remember where you
23   were?  And I'm going on to page 4, your answer,
24   I was home.
25        Do you see that there?
```

Page 76

```
1  A  I see that.
2  Q  And the question:  Who were you home with?
3    Answer:  Mama and my sister.  Question:  What's
4    your sister's name?  Answer:  Jamaica Wright.
5        Do you see that there?
6  A  Uh-huh, yes, I do.
7  Q  Okay.  And do you have any reason to doubt that
8    you were home with Mama and Jamaica at your
9    house on May 13th, 2000, at the hours indicated
10   in this transcript?
11 A  I can't remember.
12 Q  Okay.  Do you have any reason to doubt it
13   though?
14 A  I can't say yes and I can't say no.  I don't
15   remember.
16 Q  Okay.  If -- if you were -- well, let me ask you
17   this question:  Would your memory of May 13th,
18   2000, been better at the time that you gave this
19   testimony back in 2000 than it is here today?
20 A  Of course, it could have been.
21 Q  Okay.  And is it fair to say that if you were
22   telling the truth, when you were being asked
23   these questions, you were indeed at home with
24   Mama and Jermaica on May 13th, 2000 between 1:00
25   and 1:30 a.m.?
```

Page 77

```
1        MS. SAMUELS:  Objection.  Compound.
2    Incomplete hypothetical.
3  Q  Is -- is -- can you answer that question?
4  A  And, again, I can't remember so I can't answer
5    that.
6  Q  Okay.  And understanding that you -- that you
7    don't remember now, if your memory of the events
8    was clearer back when you gave that testimony
9    and that -- that testimony that you gave was
10   true, is it accurate that you were home with
11   Mama and Jermaica on May 13th, 2000?
12 A  It's a --
13       MS. SAMUELS:  Same objections.
14 A  Again, I don't remember.
15 Q  Okay.  All right.  Going on, on page 4, it asks
16   at Line 7, Question:  And what were the three of
17   you doing?  Answer:  Playing Spades?  Question:
18   While you were playing Spades, did anything
19   unusual happen?  Answer:  We heard a gunshot.
20       Do you see that there, Miss Wright?
21 A  I do.
22 Q  Okay.  And do you remember as you sit here today
23   an occasion where you were playing Spades and
24   heard gunshots at mama's house?
25 A  I don't remember.
```

WALKER v CITY OF CHICAGO, et al.                              Pages 78..81
ASHANTI RAMON WRIGHT, 12/15/2021

Page 78

1  Q   Okay.  And going down a little further, at Line
2      15, it asks "When you heard that shot, did you
3      go anywhere to investigate the shot"?  Answer:
4      We went into the basement to check on Timmy.
5          Do you see that there?
6  A   I see it.
7  Q   Okay.  And does anything about seeing this
8      transcript refresh your recollection about
9      hearing a gunshot and then going into mama's
10     basement to check on Timmy?
11 A   I don't remember.
12 Q   I'm going to go down a little bit further, to
13     page 5 of this exhibit.  Line 9 asks "who went
14     into the basement all the way?"  Answer:  Mama.
15     Question:  Did Mama check the basement?  Answer:
16     Yes.  Question:  Did you guys see anyone in the
17     basement?  Answer:  Nobody was down there.
18         Do you see that line of questioning,
19     Miss Wright?
20 A   Yes.
21 Q   Okay.  Does that refresh your recollection
22     regarding an occasion where you and Mama went
23     into the basement after you heard gunshots and
24     you didn't see anyone in the basement?
25 A   I don't remember nor recall.

Page 79

1  Q   Okay.  And going back --
2  A   (Witness coughed.)  Excuse me.
3  Q   No problem.  Line 21, Question:  When you were
4      upstairs, did you hear any noises later?
5      Answer:  We heard a noise coming from the
6      basement and that was about 5 or 10 minutes
7      later.
8          Do you see that there?
9  A   I see that.
10 Q   Okay.  And is it accurate that you were asked
11     those questions and you gave those answers?
12 A   I don't remember.
13 Q   Okay.  Well, according to this transcript, is it
14     accurate that you were asked those questions and
15     you gave those answers?
16 A   I don't remember.
17 Q   Okay.  Does this refresh -- refresh your
18     recollection regarding a time where you heard
19     gunshots and then heard noises in the basement
20     about 5 or 10 minutes later?
21 A   No, it does not.
22 Q   Okay.  All right.  Going further down on page 6
23     of this transcript, Line 10, Question:  When you
24     went down to the basement on this occasion to
25     check on the noises, did you see anyone in the

Page 80

1      basement?  Answer:  Vani was standing there.
2      Question:  And what was Vani doing when you saw
3      him down there?  Answer:  He was going to the
4      bathroom.  Question:  Was he fully dressed?
5      Answer:  He had on pants but no shirt.
6          Do you see that line of questioning Miss
7      Wright?
8  A   I do.
9  Q   Okay.  And does this refresh your recollection
10     as to an incident where you heard gunshots, and
11     then a short time after, saw Vani in the
12     basement without a shirt on?
13 A   It does not refresh my recollection.  I don't
14     remember.
15 Q   Okay.  As you sit here today, do you have any
16     reason to doubt that this happened, that you
17     heard gunshots, and then saw Vani in the
18     basement?
19 A   As I sit here today, I don't remember.
20 Q   Okay.
21 A   So I don't want to give inaccurate information
22     because I don't remember.
23 Q   Okay.  Okay.  All right.  Okay.  Going down to
24     page 7, Line 8, Question:  Prior to leaving to
25     get cigarettes, did you notice any marks on

Page 81

1      Vani?  Answer:  His neck was scratched.
2      Question:  Now, as you were walking to go get
3      the cigarettes, did you have a conversation with
4      Vani about the scratches?  Answer:  Yes, I did.
5      Question:  And what did Vani say to you?
6      Answer:  He said that if anyone asked where the
7      scratches came from, to say I did.
8          Do you see it there -- see that there?
9  A   I see it.
10 Q   Do you have any recollection of an incident
11     where Vani had some scratches on his neck?
12 A   I don't remember.
13 Q   Okay.  Do you remember Vani ever telling you to
14     say that you made the scratches on his neck if
15     you were asked about them?
16 A   I don't remember.
17 Q   Okay.  All right.  And then going on to page 8,
18     Line 1, Question:  And what did you see when you
19     were walking down Ohio?  Answer:  We saw a man
20     lying on the street on the sidewalk.  Question:
21     Describe that man.  Answer:  I really didn't see
22     him.  All I could see is he was white.
23         Do you see that there?
24 A   I see it.
25 Q   Okay.  And as you sit here today, do you have a

WALKER v CITY OF CHICAGO, et al.                                   Pages 82..85
ASHANTI RAMON WRIGHT, 12/15/2021

Page 82

1    recollection on -- of any occasions where you
2    saw a white man lying on the street on the
3    sidewalk?
4  A  I don't remember or recall.
5  Q  Okay.  Going further down, there's a question at
6    Line 8 that says "And did the police say
7    anything to you as you were walking down the
8    street?"  Answer:  Yes, he asked us if anybody
9    could identify him.  And we told him we didn't
10   know nobody.  So he asked the other girls
11   what -- that was walking with us.
12       Do you see that there?
13 A  I see it.
14 Q  Okay.  Do you remember any occasion where a
15   police officer asked you if you could identify a
16   white man who was laying dead on a sidewalk?
17 A  I don't remember that.
18 Q  Okay.  Going further down this transcript that
19   we've marked as Exhibit Number 2 -- okay, at
20   Line 13, it says "Now, when Vani got in the car
21   with Zay, was there anybody in Zay's car?"
22   Answer:  Two other people.  Question:  When Vani
23   got in that car, did the car drive off?  Answer:
24   Yes.  Question:  And then is that the last time
25   that you saw either Zay or Vani in the early

Page 83

1    morning hours of the 13th of May?  No.
2       Do you see that there?
3  A  I see it.
4  Q  Okay.  And would agree that this information
5    about Vani getting into a car with Zay and two
6    other people is the same as the information that
7    was provided in that statement that we looked
8    at, at Paragraph No. 1?
9  A  As I stated before, I don't remember.
10 Q  Okay.  But do you remember seeing the statement
11   that we marked Exhibit -- as Exhibits 1 today?
12 A  I do recall you mentioning that in the previous
13   documents, yes.
14 Q  Okay.  And you remember that in that previous
15   document there were some statements about Vani
16   getting into the car with Zay and there being 2
17   other people in the car; correct?
18 A  I do recall that from you statin' that in the
19   previous document, yes.
20 Q  Okay.  And you saw that written in the previous
21   document; correct?
22 A  I did see that written in the previous document,
23   yes.
24 Q  Okay.
25 A  Do I remember?  No.

Page 84

1  Q  Okay.  All right.  And then going down to the
2    bottom of page 9, Line 23, Question:  When did
3    you next see Zay or Vani?  Answer:  When they
4    came back from picking up -- picking Boo Boo up.
5    And then going on to page 10, Question:  About
6    how much later after you saw them drive off in
7    Zay's car?  Answer:  I'd say about an hour,
8    hour-and-a-half.  Question:  When they came back
9    with Boo Boo, did any of those guys come back
10   inside your car?  Answer:  Only Vani and Boo
11   Boo.  Question:  And Boo Boo is Maurice Wright?
12   And then Answer:  Yes.  And then Line 9,
13   Question:  When Vani came back in your house,
14   did you have a conversation with him?  Answer:
15   Yes.  Question:  Where were you sitting?
16   Answer:  Sitting at the dining room table.
17   Question:  Was anyone else present with you?
18   Answer:  My sister Jamaica Wright.  Question:
19   And what was Vani talking to you about?  Answer:
20   He told us, he was like I killed that mark.
21   Question:  What did Vani tell you when you were
22   talking to him?  Answer:  That he killed the
23   white man.
24       Do you see that there?
25 A  I see it.

Page 85

1  Q  Okay.  Do you remember any occasion where you
2    were sitting at the table at Mary Curry's house
3    with Vani and your sister, Jamaica, and Vani
4    said he killed a white guy?
5  A  I don't remember nor recall.
6  Q  Okay.  Do you remember any occasion where you
7    were sitting at the table at Mary Curry's house
8    where Vani told you that he killed anybody?
9  A  Not that I can remember, no.  Not that I can
10   recall.
11 Q  Do you know what -- Line 17, where it says he
12   told us, he was like I killed that mark; do you
13   know what that means when someone says "that
14   mark?"
15 A  You probably would have to talk to somebody
16   that's a street nigga, because I ain't.  I'm
17   just being honest.  I don't know nothin' -- I
18   don't know.
19 Q  Okay.  And then you were asked later down Line
20   22, Answer:  I killed that mark.  Question:
21   What is a mark?  Answer:  That's another word
22   for man or dude.
23       As you sit here today, is that your
24   understanding that the word "mark" is another
25   word for man or dude?

WALKER v CITY OF CHICAGO, et al.                                Pages 86..89
ASHANTI RAMON WRIGHT, 12/15/2021

Page 86

1  A   I could probably ask one of my sons to clarify
2      but I honestly don't remember stating that and
3      I --
4  Q   Okay.  Okay.  All right.  Going on to page 11 of
5      the transcript, Line 5, Question:  So what did
6      he say, that he killed that mark?  Answer:  And
7      we asked him who he was talking about, he said
8      the white man around the corner.  Question:  The
9      white man around the corner, is that what he
10     said?  Answer:  Yes.  Question:  And did you
11     know what he was talking about when he said that
12     white man around the corner?  Answer:  Yeah.
13     Question:  And did you know him referring to?
14     Answer:  The white man lying around the corner
15     dead.
16         Do you see that testimony there?
17 A   I do see that.
18 Q   Okay.  So according to this transcript and the
19     testimony that you gave at the time that
20     you -- you testified to in 2000, at that time,
21     you remember Jovanie telling you about killing a
22     white man around the corner; is that correct?
23         MS. SAMUELS:  Objection.  Misstates the
24     record.
25 A   Again, I don't remember.  It's been so long, so

Page 87

1      I cannot say yes to that.  So, no, I do not
2      remember.
3  Q   Okay.  All right.  And going onto page 12 of
4      Exhibit Number 2, Line 2, Question:  He wouldn't
5      let the money go.  And what happened after that,
6      what did Vani say?  Answer:  He said he had to
7      shoot him.  Question:  Did he say how he shot
8      him?  Answer:  No.  Question:  Did he say how
9      many times he fired the gun?  Answer:  No.
10         Do you see that testimony there,
11     Miss Wright?
12 A   Yes, I see it.
13 Q   Do you recall an occasion where Jovanie told you
14     that he shot someone?
15 A   I do not recall and I can't remember.
16 Q   Okay.  Did you ever hear from any source that
17     Vani shot any person?
18 A   I can't remember.
19 Q   Okay.  And then at Line 12, Question:  After you
20     were talking to Vani, did Zay come up and talked
21     to you?  Answer:  Zay came and walked around the
22     door.  Question:  Did Zay -- Zay say anything to
23     you?  Answer:  Yes.  Question:  What did he say
24     to you?  Answer:  He asked to walk on Ohio with
25     him.  Question:  Did he say why he wanted you to

Page 88

1      go with him on Ohio?  Answer:  So he could wipe
2      the fingerprint off.  Question:  Did he say he
3      wanted to -- say what he wanted to wipe the
4      fingerprints off?  Answer:  The van.
5          Do you see that testimony there?
6  A   I do.
7  Q   Okay.  And, again, as you sit here today, do you
8      remember an incident where Zay asked you to wipe
9      a fingerprint off of a van?
10 A   I can't remember.
11 Q   Okay.  Does anything about seeing your sworn
12     testimony, here in Exhibit 2, refresh your
13     recollection about Zay asking to you wipe a
14     fingerprint off a van?
15 A   Again, I cannot remember.
16 Q   Okay.
17 A   I cannot recall.  And, I'm sorry, I'm sittin'
18     here and I'm tryin' to force myself to remember,
19     and I just can't.
20 Q   Okay.  Okay.  Going down to page 13 of Exhibit
21     Number 2, Line 15, Question:  Now, did have you
22     a conversation with Mama later on in the morning
23     about this conversation that you had with Vani?
24     Answer:  Yes.  Question:  And did you tell Mama
25     that Vani had told you that he had shot the

Page 89

1      white guy?  Answer:  Yes.  Question:  To your
2      knowledge, did Vani ever find out that you had
3      told Mama what he had told you?  Answer:  Yes.
4          Do you see that there?
5  A   Yes.  I see that.
6  Q   Okay.  Does this refresh your recollection at
7      all as to a conversation you had with Mama about
8      Vani shooting a white guy?
9  A   No, I can't remember.  Excuse me.
10 Q   All right.  And then on page 14 of Exhibit
11     Number 2, Line 6, Question:  Now, had an
12     opportunity to be at the police station over at
13     Area 4 and talk to an assistant state's attorney
14     previous to coming down to the building today;
15     is that correct?  Answer:  Yes.  Question:  And
16     the statement that you gave, was that still
17     written down?  Answer yes.  Question:  And did
18     you have an opportunity to read and review the
19     statement?  Answer:  Yes.
20         Do you see that there?
21 A   I see it.
22 Q   Okay.  Do you recall an occasion where you were
23     at the Area 4 Police Headquarters when you
24     reviewed the handwritten statement that we
25     looked at as Exhibit 1 of this deposition?

WALKER v CITY OF CHICAGO, et al.                                    Pages 90..93
ASHANTI RAMON WRIGHT, 12/15/2021

Page 90

1  A   I don't remember that.
2  Q   Okay.  All right.  And then going on to Line 20
3      on that same page of Exhibit 2, Question:  I'm
4      going to show you what's been marked as People's
5      Exhibit Number 1.  Do you recognize this?
6      Answer:  Yes, I do.  Question:  And what do you
7      recognize it to be?  Answer:  The statement that
8      I gave.
9          Do you see that testimony there,
10     Miss Wright?
11 A   I see it.
12 Q   Do you remember being in court on this occasion
13     and being shown that handwritten statement that
14     we showed you previously as Exhibits Number 1?
15 A   I don't remember.
16 Q   Do you understand my question?
17 A   I said I don't remember.  Can she not hear me?
18 Q   Yeah, I -- I just heard you, so I think
19     your -- the screen might have frozen for a
20     moment, but I heard you say I don't remember.
21         Okay.  All right.  And now we're going to
22     page 15 of this transcript, Exhibit Number 2,
23     Line 8 --
24 A   (Witness cleared throat.)  Excuse me.
25 Q   -- Question:  You're asked and does this

Page 91

1      signature appear at the bottom of each -- does
2      your signature appear at the bottom of each
3      page?  Answer:  Yes.  Question:  Now, the facts
4      that you told the Ladies and Gentlemen today,
5      those are the same facts that you told the
6      assistant state's attorney and the detective?
7      Answer:  Yes.
8          Do you see that testimony there?
9  A   I do.
10 Q   Okay.  So at -- at the time that you gave this
11     testimony in court, at that time you identified
12     your signature as being at the bottom of each
13     page of that handwritten statement that we
14     looked at as -- as Exhibit 1; correct?
15     MS. SAMUELS:  Objection.  Calls for
16     speculation.
17 A   According to this document, yes.  But, again, as
18     I stated today, I can't say if that's my -- my
19     signature or not because my signature has
20     drastically changed.
21 Q   Okay.
22 A   I can't remember what my signature was 20
23     somethin' years ago.
24 Q   Okay.  And would you agree that back in the year
25     2000, you would have known what your signature

Page 92

1      in the year 2000 looked like?
2  A   Back in 2000, I believe anybody would know, but
3      today, I don't remember.
4      MS. STALF:  Did we get an answer to that
5      question?
6      THE REPORTER:  Yes.
7      MS. STALF:  You know what, I'm -- I'm
8      sorry.  The -- the feed is breaking up for me.
9      Is anybody else having trouble hearing the
10     witness?
11     MR. OBERTS:  Yes.
12     MS. SHOFFNER:  I am.  I am.
13     MS. STALF:  Okay.  Court Reporter, could
14     you please read back my last question and the
15     witness's answer as well?
16     (The requested text was read back by the
17     reporter.)
18 Q   All right.  I think I asked a dumb question.
19     Let me ask that again.  Back in the year 2000,
20     would you have known what your signature looked
21     like at that time?
22 A   Back in 2000, I believe everybody would know
23     what their signature looks like back then.  But,
24     today, again, I can't say that that was my
25     signature or not because I --

Page 93

1  Q   Understood.
2  A   -- cannot remember.
3  Q   Understood.
4  A   (Witness cleared throat.)  Excuse me.
5  Q   Okay.  All right.  I am going to put away this
6      exhibit for now.  At any time, Miss Wright, did
7      you become aware that Boo Boo gave a statement
8      incriminating Vani and Zay in a murder that took
9      place near Vani Curry's house in the year 2000?
10     MS. SAMUELS:  Objection.  Misstates the
11     record.
12 A   I can't remember.
13 Q   Okay.  To the best of your recollection, have
14     you ever spoken to Boo Boo about the murder that
15     took place near Mary Curry's house in May of
16     2000?
17 A   I have not talked to Boo Boo since probably when
18     I left Mama's house, and that was over 20
19     somethin' years ago.
20 Q   All right.  Are you aware that Boo Boo testified
21     before a grand jury as you did pertaining to the
22     murder that took place in Mary Curry's
23     neighborhood in 2000?
24 A   I'm aware, now that you said it, but previously
25     I don't remember anything like that.

WALKER v CITY OF CHICAGO, et al.                                    Pages 94..97
ASHANTI RAMON WRIGHT, 12/15/2021

Page 94

1  Q    Okay.  Previously, did you become aware from any
2       source that Boo Boo provided testimony before
3       the grand jury implicating Jovanie and Zay in
4       that murder?
5  A    I can't remember.
6           MS. SAMUELS:  Objection.  Misstates the
7       record.
8  Q    I'm sorry, did we get an answer to that
9       question?
10 A    I can't remember.
11 Q    Okay.  Have you ever become aware that Boo
12      Boo -- let me ask a different question.  Have
13      you ever visited Boo Boo when he was detained in
14      the Department of Corrections?
15 A    No.
16 Q    Did you ever become aware that Boo Boo provided
17      testimony in the criminal trial for Zay and Vani
18      arising out of a murder that took place in 2000?
19 A    I don't remember that and, no, I don't know
20      that.
21 Q    Okay.  Did Boo Boo ever tell you that he ran
22      into Zay when he was in the Department of
23      Corrections?
24 A    No, because I have not spoken with him.
25 Q    Okay.  Do you remember ever receiving a subpoena

Page 95

1       to provide testimony at a criminal trial
2       pertaining to Jovanie Long and Maurice -- or,
3       I'm sorry, Jovanie Long and Xavier Walker in the
4       year 2000?
5  A    I can't remember.  The only subpoena that I
6       recall, that I can recall today is the one I got
7       to be here today.
8  Q    Okay.
9  A    And the year 2000, that's 22 years ago, I don't
10      remember that.
11 Q    Okay.  At some point in time did you learn that
12      Vani was arrested for the murder that took place
13      in 2000?
14 A    I can't remember.
15 Q    At some point in time did you learn that Zay was
16      arrested for the murder that took place in 2000?
17 A    Again, I can't remember.  I haven't spoken to
18      anybody to know anything until these subpoenas
19      started comin' today -- well, not today, but
20      recently.
21 Q    Do you have any concerns today about Jovanie
22      Long learning that you're giving testimony in
23      this case?
24 A    Do I have any concerns?  I mean, any person
25      would have concerns today, you know, sittin'

Page 96

1       here listenin' to and seein' what -- apparently,
2       they're -- they're sayin' that I said that I
3       don't remember that I said.  I mean, anybody
4       would have concerns, especially with what's
5       goin' on in the world today.  People don't care
6       about another person's life, you know.
7  Q    Okay.
8  A    But, again, I don't recall the events or
9       remember so, at this point, I'm going to say no,
10      because, again, I don't remember and I don't
11      recall.
12 Q    Okay.  If you -- if your testimony that you gave
13      before the grand jury was accurate and Vani did
14      indeed tell you that he had killed a white man
15      in 2000, do you think that Jovanie would be
16      angry that you would testify in that matter?
17          MS. SAMUELS:  Objection.  Compound.  Calls
18      for speculation.  Form.  Incomplete
19      hypothetical.
20          THE REPORTER:  Ms. Samuels, you faded out
21      on your objection, could you repeat it?
22          MS. SAMUELS:  I apologize.  I believe I
23      said it was an incomplete hypothetical.
24      Objection to form.  It was a compound question
25      and it's calls for speculation.

Page 97

1           THE REPORTER:  Thank you.
2           MS. STALF:  Did we get an answer to the
3       question?
4           THE WITNESS:  Can you read -- what -- what
5       was the question again?
6           MS. STALF:  Could you repeat the question,
7       please, Madam Court Reporter.
8           THE REPORTER:  Yeah.
9           (The requested text was read back by the
10      reporter.)
11 A    Again, I don't remember the testimony that's
12      been said that I gave.  But if I would have to
13      speak hypothetically or just thinkin' if I was
14      that person, then I mean, yeah, you know.  But,
15      again, I don't remember these events so I can't
16      say yes or no.
17 Q    Okay.  Are you concerned that Jovanie may be
18      angry about the way that you testified before
19      the grand jury back in 2000?
20 A    I don't know.
21 Q    Has there ever been a time where you've been
22      concerned that Jovanie may be angry about the
23      way that you testified in 2000?
24 A    I don't remember and I don't know.
25 Q    Has there ever been a time that you've been

WALKER v CITY OF CHICAGO, et al.                                Pages 98..101
ASHANTI RAMON WRIGHT, 12/15/2021

Page 98

1  concerned that Jovanie Long may seek some sort
2  of revenge based upon the testimony that you
3  gave before the grand jury in 2000?
4  A  Again, I don't remember and I don't know.
5  Q  Okay.  The same question with Xavier Walker, has
6  there ever been a time that you've been
7  concerned that Xavier Walker may be angry about
8  the way that you testified before the grand jury
9  in 2000?
10  A  I don't know.  I can't say that because I don't
11  remember givin' those testimonies.
12  Q  Okay.  Well, now that you've seen the testimony
13  and you see what you said in that transcript,
14  are you concerned that Xavier Walker may be
15  angry about the way that you testified at the
16  time you gave that testimony?
17  A  I don't know.  I can't speak for how someone
18  else may feel.
19  Q  Okay.  I think I may be done with my questions,
20  Miss Wright.  If we could just go off the record
21  for just 3 minutes, and then come back on; would
22  everyone agree with that?
23      MS. SHOFFNER:  That's fine by me.
24      THE VIDEOGRAPHER:  We are going off the
25  record at 11:54 a.m.

Page 99

1      (A recess was taken between 11:54 a.m. and
2  12:00 p.m.)
3      THE VIDEOGRAPHER:  We are back on the
4  record at 12:00 p.m.
5      MS. STALF:  Okay.  Miss Wright, I don't
6  have any further questions for you at this time
7  but I'm going to pass you on to the other
8  attorneys to see if they have anything to ask
9  you briefly.
10      MS. SHOFFNER:  Robin Shoffner on behalf of
11  the State, we have no questions.
12
13  CROSS-EXAMINATION,
14    QUESTIONS BY MR. WILLIAM B. OBERTS:
15  Q  Miss Wright, my name is Bill Oberts.  I just
16  have a couple of questions.  You said you gave
17  about two prior depositions, when was
18  that -- when were those depositions?
19  A  I believe that they were in reference to some
20  car -- I think it was like car accidents or
21  somethin' like that.
22  Q  Okay.  And do you recall being in New Orleans
23  back in 2000, 2004, sometime around
24  there -- well, strike that.
25      Have you ever been to New Orleans?

Page 100

1  A  No.  I don't --
2      THE WITNESS:  Have we ever been to New
3  Orleans?
4      UNIDENTIFIED SPEAKER:  Not you.
5      THE WITNESS:  Oh, right.
6  A  No.
7  Q  Never been to New Orleans, have you ever been in
8  the state of Louisiana?
9  A  Yeah.  I went with my husband to visit
10  his -- his mother -- I mean, his mother's
11  sister.
12  Q  I'm sorry, you -- you went what?
13  A  I've been to New Orleans with my husband to
14  visit his inlaws, yeah.
15  Q  And when was that?
16  A  That was like, what, 2018, '19, somethin' like
17  that.
18  Q  Okay.  And do you recall --
19  A  It could have been --
20  Q  -- ever being in New -- in New Orleans before
21  then, before 2018?
22  A  Your aunt -- I don't -- his auntie doesn't stay
23  in New Orleans.
24  Q  Okay.  Do you recall ever being in Louisiana
25  before 2018?

Page 101

1  A  No.  That was when we went to go visit your
2  auntie in like '18; right -- yeah, it was in '18
3  or somethin' like that, but I can't recall being
4  there before that, no.
5  Q  Okay.
6      MR. OBERTS:  All right.  I have no other
7  questions.  Thank you, ma'am.  I hope you feel
8  better.
9      THE WITNESS:  Why you -- wait, I've got a
10  question.
11      MR. OBERTS:  Oh, I'm sorry.
12
13  CROSS-EXAMINATION,
14    QUESTIONS BY MS. JEANETTE SAMUELS:
15  Q  Ms. Wright, I have some questions for you real
16  quick.
17  A  Okay.
18  Q  Have you played Spades before?
19  A  What black family hasn't, yes.
20  Q  How many people does it take to play Spades?
21  A  It depends on how many people is there.
22      MS. STALF:  Objection.
23  A  Two.
24      MS. STALF:  Objection.  Form.  Form.
25  Foundation.

WALKER v CITY OF CHICAGO, et al.                                    Pages 102..105
ASHANTI RAMON WRIGHT, 12/15/2021

Page 102

1  Q  Go ahead and answer.
2  A  Two or three, maybe four or five, you know.
3  Q  All right.  When you play generally, how many
4     people are playing?
5        MS. STALF:  Objection. form.
6  A  Again, some -- most of the times we play with 3
7     people because, you know, it's probably just
8     three of us there.  We play, what is called,
9     Beat Out or somethin' in Spades or whatever.
10 Q  Okay.  Do you remember where Mary Curry worked
11    at the time?
12 A  I can't remember.
13 Q  Do you have any recollection of her working at a
14    liquor store?
15 A  I can't remember.
16 Q  All right.  Do you have any recollection of her
17    working overnights?
18 A  Again, I can't remember.
19 Q  Do you recall whether or not Mary Curry ever had
20    any foster children?
21 A  The smaller kids, I think they were foster kids,
22    yes.
23 Q  And this would have been around that 2000 time
24    frame?
25 A  Yeah, because that's when I was at her house.

Page 103

1     So I do -- I do believe that those kids were
2     foster kids -- either foster kids or grandkids
3     or somethin' like that, I really can't remember.
4  Q  All right.  Do you remember if Mary Curry moved
5     from Chicago at any time?
6  A  I don't know.
7  Q  Okay.  How long did you -- or roughly how long
8     did you live with Mary Curry before you moved
9     out or moved someplace else?
10 A  I can't remember.
11 Q  All right.  And then I believe -- and -- and I
12    just want to make sure I get this clear, the one
13    thing you specifically remember is being told
14    words to the effect of -- by the police that if
15    you said something -- what -- what -- what do
16    you remember the police telling you about your
17    statement and Mary's statement?
18 A  I vaguely remember --
19       MS. STALF:  Objection.  Asked and answered.
20 Q  Go ahead.
21 A  I -- I vaguely remember them stating that she
22    would be considered a liar.
23 Q  All right.  And was that after you had already
24    been talking to the police for a while?
25 A  I don't remember.

Page 104

1  Q  All right.  Do you remember what they told you
2     would happen if they decided one -- either you
3     or her were lying?
4        MS. STALF:  Objection.  Form and
5  foundation.
6        MR. OBERTS:  Objection.  Assumes facts not
7  in evidence.
8  A  I don't remember.
9        MR. OBERTS:  Objection.
10 Q  All right.  Do you recall --
11       MS. STALF:  Also, assumes facts in evidence
12  tacked onto that last objection.
13       MR. OBERTS:  Not in evidence.  Not in
14  evidence.
15       MS. SAMUELS:  Sure. those are all the
16  questions that I have for you this morning.
17  Thank you for your time, Ms. Wright.
18       THE WITNESS:  Thank you.
19
20 REDIRECT EXAMINATION,
21    QUESTIONS BY MS. KRISTA E. STALF:
22 Q  Really quickly, Miss Curry, just to -- to tack
23    onto that.  Has Miss Curry passed?
24 A  I don't know.
25 Q  Okay.  Back in 2000, what was your opinion of

Page 105

1     Miss Curry?
2  A  That she was a lovin' person.
3  Q  Did you know Miss Curry to be an honest person?
4  A  To say I have no reason to believe that she
5     wouldn't be.
6  Q  Okay.
7        MS. STALF:  All right.  I don't have any
8  further questions at this time.  Anyone else?
9        THE WITNESS:  I got a question.
10       MS. SAMUELS:  No questions based on that.
11       MS. STALF:  Okay.  Miss Wright, the last
12  thing that we need to ask you about is
13  signature.  So there's going to be a written
14  transcript that's going to be made of your
15  deposition testimony.  You can choose to reserve
16  signature, which would mean that you would
17  review the written transcript and check it for
18  any spelling problems or grammar problems, and
19  then you would sign off on it.
20       Or you can do what we call waiving
21  signature where you would just trust that
22  everything that the court reporter took down is
23  accurate, that relieves you of the need to
24  review the transcript.
25       So you just have to let us know what you

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WALKER v CITY OF CHICAGO, et al.                                    Pages 106..109
ASHANTI RAMON WRIGHT, 12/15/2021

Page 106

1  want to do, if you want to reserve signature and
2  read the transcript or waive signature and not
3  read the transcript.
4      THE WITNESS:  So if I reserve signature
5  because I don't want to say I trust anything at
6  this point because of the stuff that I saw
7  today -- I don't even remember, and I don't want
8  to be in that situation again.
9      So if I reserve signature, how would I
10  receive that document to sign it because, again,
11  I just started a new job and I really do got to
12  get back.  I'm already past the time --
13      MS. STALF:  Sure.
14      THE WITNESS:  -- I should have been back.
15      MS. STALF:  Madam Court Reporter, can you
16  explain the -- the procedure that you follow for
17  that?
18      THE VIDEOGRAPHER:  We're going off the
19  record in the video recorded deposition of
20  Ashanti Wright.  The time is 12:08 p.m.
21      (Time Noted 12:08 p.m.)
22
23
24
25

Page 107

1  AND FURTHER THE DEPONENT SAITH NOT.
2
3
4
5  _____
            ASHANTI RAMON WRIGHT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 108

1  STATE OF INDIANA        )
                          )  SS:
2  COUNTY OF HENDRICKS     )
3      I, Rhonda J. Hobbs, RPR, a Notary
4  Public in and for the County of Hendricks, State
5  of Indiana at large, do hereby certify that
6  ASHANTI RAMON WRIGHT, the deponent herein, was
7  by me first duly sworn to tell the truth, the
8  whole truth, and nothing but the truth in the
9  aforementioned matter;
10      That the foregoing deposition was
11  taken on behalf of the Defendants, at the
12  Courtyard by Marriott, 411 Kentucky Drive,
13  Kokomo, Howard County, Indiana, on the 15th day
14  of December, 2021, commencing at the hour of
15  10:05 a.m., pursuant to the Federal Rules of
16  Civil Procedure;
17      That said deposition was taken down
18  stenographically and transcribed under my
19  direction, and that the typewritten transcript
20  is a true record of the testimony given by the
21  said deponent; and thereafter presented to said
22  deponent for his/her signature;
23      That the parties were represented by
24  their counsel as aforementioned.
25      I do further certify that I am a

Page 109

1  disinterested person in this cause of action;
2  that I am not a relative or attorney of either
3  party, or otherwise interested in the event of
4  this action, and am not in the employ of the
5  attorneys for any party.
6      IN WITNESS WHEREOF, I have hereunto
7  set my hand and affixed my notarial seal this
8  29th day of December, 2021.
9
10      _____
11           N O T A R Y   P U B L I C
12
13
14  My Commission Expires:
    August 24, 2025
15  County of Residence:
    Hendricks
16
17
18
19
20
21
22
23
24
25

WALKER v CITY OF CHICAGO, et al.                                    Pages 110
ASHANTI RAMON WRIGHT, 12/15/2021

                                                    Page 110

1                    Errata Sheet

2    NAME OF CASE:       WALKER v CITY OF CHICAGO, et al.

3    DATE OF DEPOSITION: 12/15/2021

4    NAME OF WITNESS:    ASHANTI RAMON WRIGHT

5    Reason Codes:  1. To clarify the record.

6                   2. To conform to the facts.

7                   3. To correct transcription errors.

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24                              _____

25                              ASHANTI RAMON WRIGHT



(866) 715-7770
advancedONE.com