# EXHIBIT 54

## UNITED STATES OF AMERICA

State of Illinois   )
Cook County     )  SS.

Pleas, before a branch of the Circuit Court of Cook County, in said County and

and State, begun and held at the Circuit Court, in the City of Chicago, in said County, __COOK__

__TWO HUNDRED__ and __2000__ AND OF THE

INDEPENDENCE OF THE UNITED STATES OF AMERICA, THE TWO HUNDRED AND TWENTY-FOURTH

PRESENT:

**PAUL P. BIEBEL**
Judge of the Circuit Court of Cook County

**RICHARD DEVINE**
State's Attorney

**MICHAEL F. SHEAHAN**
Sheriff of Cook County

**DOROTHY BROWN**
Clerk

Attest:

And afterwards, to wit, on **AUGUST** _____ , __2000__ ,

in the year last aforesaid, the Sheriff of Cook County returned into Court the Venire Facias heretofore

issued for the Grand Jury and returnable to-day, by which it appears that they were duly summoned to

appear this day and serve as Grand Jurors of this Court.

The panel of Grand Jurors being now filled, the Court having now here appointed

a foreman of said Grand Jury, they were duly sworn and charged by the Court. and thereupon retired

to consider their presentments.

BS002106

Illinois Torture Inquiry and Relief Commission 068

G.J. No. 529
GENERAL NO. 00 CR- 20601

COPY

------------------------------
CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
August, 2000
------------------------------

The People of the State of
Illinois
v.
Xavier Walker
Jovanie Long

******************
* INDICTMENT FOR *
******************

FIRST DEGREE MURDER
------------------------------

A TRUE BILL
-----------

_Foreman of the Grand Jury_

================================
WITNESSES
DEET. PIETRYLA

_____
_____
_____
_____
_____
_____
_____
_____

================================
Filed _____, 20 ____
_____, Clerk
Bail $_____
================================

BS002107

Illinois Torture Inquiry and Relief Commission 069

```
**************************************************************
```

STATE OF ILLINOIS )
               ) SS.
COUNTY OF COOK   )

The AUGUST 2000 Grand Jury of the
Circuit Court of Cook County.

The Grand Jurors chosen, selected and sworn in and for
the County of Cook, in the State of Illinois, in the name and by
the authority of the people of the State of Illinois, upon their
oaths aforesaid present that on or about MAY 13, 2000 at and within
the County of Cook

XAVIER WALKER
JOVANIE LONG

committed the offense of     FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR

KNOWINGLY SHOT AND KILLED MAREK MAJDAK WHILE ARMED WITH A FIREARM,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(A)(1)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the
same People of the State of Illinois.

CHARGE ID CODE: 735000

BS002108

Illinois Torture Inquiry and Relief Commission 070

COUNT 2

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

XAVIER WALKER
JOVANIE LONG

committed the offense of     FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, SHOT AND KILLED MAREK

MAJDAK WHILE ARMED WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A

STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO MAREK MAJDAK,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(A)(2)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 735100

BS002109

Illinois Torture Inquiry and Relief Commission 071

COUNT 3

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

XAVIER WALKER

JOVANIE LONG

committed the offense of        FIRST DEGREE MURDER

in that THEY, WITHOUT LAWFUL JUSTIFICATION, SHOT AND KILLED MAREK

MAJDAK WHILE ARMED WITH A FIREARM DURING THE COMMISSION OF A

FORCIBLE FELONY, TO WIT: ARMED ROBBERY,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(A)(3)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 735200

BS002110

Illinois Torture Inquiry and Relief Commission 072

COUNT 4

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

JOVANIE LONG

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR

KNOWINGLY SHOT AND KILLED MAREK MAJDAK WITH A FIREARM, AND DURING

THE COMMISSION OF THE OFFENSE, JOVANIE LONG PERSONALLY DISCHARGED

A FIREARM.

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(A)(1)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 735000

BS002111

Illinois Torture Inquiry and Relief Commission 073

COUNT 5

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

JOVANIE LONG

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, SHOT AND KILLED MAREK

MAJDAK WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG

PROBABILITY OF DEATH OR GREAT BODILY HARM TO MAREK MAJDAK, AND

DURING THE COMMISSION OF THE OFFENSE, JOVANIE LONG PERSONALLY

DISCHARGED A FIREARM.

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(A)(2)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 735100

COUNT 6

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

JOVANIE LONG

committed the offense of       FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, SHOT AND KILLED MAREK

MAJDAK WITH A FIREARM, DURING THE COMMISSION OF A FORCIBLE FELONY,

TO WIT: ARMED ROBBERY AND DURING THE COMMISSION OF THE OFFENSE OF

FIRST DEGREE MURDER, JOVANIE LONG PERSONALLY DISCHARGED A FIREARM.

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(A)(3)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 735200

COUNT 7

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

JOVANIE LONG

committed the offense of     FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY SHOT AND KILLED MAREK MAJDAK WITH A FIREARM, DURING THE COMMISSION OF THE OFFENSE, JOVANIE LONG DISCHARGED A FIREARM THAT PROXIMATELY CAUSED DEATH.

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(A)(1) OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 735000

BS002114

Illinois Torture Inquiry and Relief Commission 076

COUNT 8

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

JOVANIE LONG

committed the offense of      FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, SHOT AND KILLED MAREK

MAJDAK WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG

PROBABILITY OF DEATH OR GREAT BODILY HARM TO MAREK MAJDAK AND

DURING THE COMMISSION OF THE OFFENSE, JOVANIE LONG DISCHARGED A

FIREARM THAT PROXIMATELY CAUSED DEATH.

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(A)(2)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 735100

BS002115

Illinois Torture Inquiry and Relief Commission 077

COUNT 9

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

JOVANIE LONG

committed the offense of       FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, SHOT AND KILLED MAREK

MAJDAK WITH A FIREARM DURING THE COMMISSION OF A FORCIBLE FELONY,

TO WIT: ARMED ROBBERY AND DURING THE COMMISSION OF THE OFFENSE OF

FIRST  DEGREE  MURDER,  JOVANIE  LONG  DISCHARGED  A  FIREARM  THAT

PROXIMATELY CAUSED DEATH.

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 9-1(A)(3)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 735200

BS002116

Illinois Torture Inquiry and Relief Commission 078

COUNT 10

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

XAVIER WALKER
JOVANIE LONG

committed the offense of     ARMED ROBBERY

in that THEY, KNOWINGLY TOOK UNITED STATES CURRENCY FROM THE PERSON

OR PRESENCE OF MAREK MAJDAK, BY THE USE OF FORCE OR THREATENING THE

IMMINENT USE OF FORCE AND THEY CARRIED ON OR ABOUT THEIR PERSONS OR

WERE OTHERWISE ARMED WITH A FIREARM.

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 18-2(a)(2)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 12366

COUNT 11

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

JOVANIE LONG

committed the offense of     ARMED ROBBERY

in that HE, KNOWINGLY TOOK UNITED STATES CURRENCY FROM THE PERSON

OR PRESENCE OF MAREK MAJDAK, BY THE USE OF FORCE OR THREATENING THE

IMMINENT USE OF FORCE AND DURING THE COMMISSION OF THE OFFENSE,

JOVANIE LONG PERSONALLY DISCHARGED A FIREARM.

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 18-2(a)(3)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 12367

COUNT 12

The Grand Jurors chosen, selected and sworn in and for the County of Cook, in the State of Illinois, in the name and by the authority of the people of the State of Illinois, upon their oaths aforesaid present that on or about MAY 13, 2000 at and within the County of Cook

JOVANIE LONG

committed the offense of     ARMED ROBBERY

in that HE, KNOWINGLY TOOK UNITED STATES CURRENCY FROM THE PERSON

OR PRESENCE OF MAREK MAJDAK, BY THE USE OF FORCE OR THREATENING THE

IMMINENT USE OF FORCE AND DURING THE COMMISSION OF THE OFFENSE,

JOVANIE LONG PERSONALLY DISCHARGED A FIREARM THAT PROXIMATELY

CAUSED DEATH TO MAREK MAJDAK.

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 18-2(a)(4)
OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 12368