# EXHIBIT 57



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

-VS-                                                    **NUMBER: 00CR2060102**

### LONG, JOVANIE

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 001 | 720-5/9-1(A)(1) | FM | MURDER/INTENT TO KILL/INJURE | 8/5/2000 |
| 002 | 720-5/9-1(A)(2) | FM | MURDER/STRONG PROB KILL/INJUR | 8/5/2000 |
| 003 | 720-5/9-1(A)(3) | FM | MURDER/OTHER FORCIBLE FELONY | 8/5/2000 |
| 004 | 720-5/9-1(A)(1) | FM | MURDER/INTENT TO KILL/INJURE | 8/5/2000 |
| 005 | 720-5/9-1(A)(2) | FM | MURDER/STRONG PROB KILL/INJUR | 8/5/2000 |
| 006 | 720-5/9-1(A)(3) | FM | MURDER/OTHER FORCIBLE FELONY | 8/5/2000 |
| 007 | 720-5/9-1(A)(1) | FM | MURDER/INTENT TO KILL/INJURE | 8/5/2000 |
| 008 | 720-5/9-1(A)(2) | FM | MURDER/STRONG PROB KILL/INJURE | 8/5/2000 |
| 009 | 720-5/9-1(A)(3) | FM | MURDER/OTHER FORCIBLE FELONY | 8/5/2000 |
| 010 | 720-5/18-2(A)(2) | FX | ARMED ROBBERY ARMED W/FIREARM | 8/5/2000 |
| 011 | 720-5/18-2(A)(3) | FX | ARMED ROBBERY/DISCHRGE FIREARM | 8/5/2000 |
| 012 | 720-5/8-4(18-2(A)4) | F1 | ATT (ARMED ROBBRY/FIREARM/HRM) | 8/5/2000 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**9/7/2000 INDICTMENT/INFORMATION-CLERKS OFFICE-PRESIDING JUDGE**

00CR2060102 ID# CR100610306

**9/12/2000 CASE ASSIGNED**

FITZGERALD, THOMAS R.

**9/12/2000 DEFENDANT IN CUSTODY**

1 of 37

BS002046

Illinois Torture Inquiry and Relief Commission  008



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                              **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

    I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

    WOOD, WILLIAM S

**9/12/2000 DEFENDANT IN CUSTODY**

    SALONE, MARCUS

**9/12/2000 PRISONER DATA SHEET TO ISSUE**

    SALONE, MARCUS

**9/12/2000 PUBLIC DEFENDER APPOINTED**

    SALONE, MARCUS

**9/12/2000 CONTINUANCE BY AGREEMENT**

    SALONE, MARCUS

**9/20/2000 DEFENDANT IN CUSTODY**

    SALONE, MARCUS

**9/20/2000 PRISONER DATA SHEET TO ISSUE**

    SALONE, MARCUS

**9/20/2000 CONTINUANCE BY AGREEMENT**

    SALONE, MARCUS

**10/19/2000 DEFENDANT IN CUSTODY**

    SALONE, MARCUS

**10/19/2000 PRISONER DATA SHEET TO ISSUE**

    SALONE, MARCUS

**10/19/2000 CONTINUANCE BY AGREEMENT**

    SALONE, MARCUS

**11/21/2000 PRISONER DATA SHEET TO ISSUE**

Printed: 12/17/2020 3:09:04 PM

BS002047

Illinois Torture Inquiry and Relief Commission  009

 **Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                          **NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**11/21/2000 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**11/21/2000 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**12/21/2000 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**12/21/2000 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**12/21/2000 WITNESSES ORDERED TO APPEAR**

SALONE, MARCUS

**12/21/2000 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**2/13/2001 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**2/13/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**2/13/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**3/14/2001 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**3/14/2001 PRISONER DATA SHEET TO ISSUE**

Printed: 12/17/2020 3:09:04 PM

BS002048

Illinois Torture Inquiry and Relief Commission  010



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

VS                        **NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**3/14/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**4/12/2001 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**4/12/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**4/12/2001 WITNESSES ORDERED TO APPEAR**

SALONE, MARCUS

**4/12/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**5/14/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**5/14/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**6/12/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**6/12/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**7/12/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**7/12/2001 WITNESSES ORDERED TO APPEAR**

Printed: 12/17/2020 3:09:04 PM

BS002049

Illinois Torture Inquiry and Relief Commission 011



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                    **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

     I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**7/12/2001 MOTION DEFT - CONTINUANCE**

SALONE, MARCUS

**8/27/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**8/27/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**10/2/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**10/2/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**10/29/2001 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**10/29/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**10/29/2001 MOTION DEFT - CONTINUANCE**

SALONE, MARCUS

**11/7/2001 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**11/7/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**11/7/2001 CONTINUANCE BY AGREEMENT**

Printed: 12/17/2020 3:09:04 PM

BS002050

Illinois Torture Inquiry and Relief Commission 012



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                        **NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**11/9/2001 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**11/9/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**11/9/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**11/19/2001 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**11/19/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**11/19/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**11/26/2001 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**11/26/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**11/26/2001 WITNESSES ORDERED TO APPEAR**

SALONE, MARCUS

**11/26/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**12/4/2001 DEFENDANT IN CUSTODY**

Printed: 12/17/2020 3:09:04 PM

BS002051

Illinois Torture Inquiry and Relief Commission 013

 **Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 00CR2060102**

**LONG, JOVANIE**

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**12/4/2001 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**12/4/2001 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**1/7/2002 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**1/7/2002 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**1/7/2002 WITNESSES ORDERED TO APPEAR**

SALONE, MARCUS

**1/7/2002 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**2/22/2002 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**2/22/2002 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**2/22/2002 WITNESSES ORDERED TO APPEAR**

SALONE, MARCUS

**2/22/2002 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**3/28/2002 DEFENDANT IN CUSTODY**

Printed: 12/17/2020 3:09:04 PM

BS002052

Illinois Torture Inquiry and Relief Commission 014



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                          **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**3/28/2002  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**3/28/2002  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**5/1/2002  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**5/1/2002  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**6/5/2002  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**6/5/2002  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**6/5/2002  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**7/18/2002  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**7/18/2002  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**9/12/2002  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**9/12/2002  WITNESSES ORDERED TO APPEAR**

Printed: 12/17/2020 3:09:04 PM

BS002053

Illinois Torture Inquiry and Relief Commission  015



**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                                    NUMBER: 00CR2060102

LONG, JOVANIE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**9/12/2002  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**10/25/2002  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**10/25/2002  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**12/3/2002  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**12/3/2002  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**12/3/2002  WITNESSES ORDERED TO APPEAR**

SALONE, MARCUS

**12/3/2002  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**1/23/2003  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**1/23/2003  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**1/23/2003  SPECIAL ORDER**

MOTION TO QUASH WITHDRAWN

SALONE, MARCUS

Printed: 12/17/2020 3:09:04 PM

BS002054

Illinois Torture Inquiry and Relief Commission  016



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**1/23/2003 WITNESSES ORDERED TO APPEAR**

SALONE, MARCUS

**1/23/2003 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**2/7/2003 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**2/7/2003 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**2/7/2003 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**2/19/2003 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**2/19/2003 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**2/19/2003 MOTION TO SUPPRESS - FILED**

STATEMENTS

SALONE, MARCUS

**2/19/2003 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**3/20/2003 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**3/20/2003 PRISONER DATA SHEET TO ISSUE**

Printed: 12/17/2020 3:09:04 PM

BS002055

Illinois Torture Inquiry and Relief Commission  017



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                                    **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**3/20/2003  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**4/3/2003  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**4/3/2003  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**4/3/2003  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**5/6/2003  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**5/6/2003  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**5/6/2003  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**6/19/2003  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**6/19/2003  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**6/19/2003  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**7/16/2003  DEFENDANT IN CUSTODY**

Printed: 12/17/2020 3:09:04 PM

BS002056

Illinois Torture Inquiry and Relief Commission  018



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

— VS —   **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**7/16/2003  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**7/16/2003  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**7/25/2003  PRISONER DATA SHEET TO ISSUE**

PALMER, STUART E.

**7/25/2003  CONTINUANCE BY AGREEMENT**

PALMER, STUART E.

**7/30/2003  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**7/30/2003  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**7/30/2003  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**8/8/2003  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**8/8/2003  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**8/8/2003  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**8/25/2003  DEFENDANT IN CUSTODY**

Printed: 12/17/2020 3:09:04 PM

BS002057

Illinois Torture Inquiry and Relief Commission  019

 **Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                    NUMBER: 00CR2060102

LONG, JOVANIE

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

8/25/2003  PRISONER DATA SHEET TO ISSUE

SALONE, MARCUS

8/25/2003  CONTINUANCE BY AGREEMENT

SALONE, MARCUS

9/18/2003  DEFENDANT IN CUSTODY

SALONE, MARCUS

9/18/2003  PRISONER DATA SHEET TO ISSUE

SALONE, MARCUS

9/18/2003  CONTINUANCE BY AGREEMENT

SALONE, MARCUS

9/30/2003  DEFENDANT IN CUSTODY

SALONE, MARCUS

9/30/2003  PRISONER DATA SHEET TO ISSUE

SALONE, MARCUS

9/30/2003  CONTINUANCE BY AGREEMENT

SALONE, MARCUS

10/14/2003  DEFENDANT IN CUSTODY

SALONE, MARCUS

10/14/2003  PRISONER DATA SHEET TO ISSUE

SALONE, MARCUS

10/14/2003  TRIAL COMMENCED AND CONTINUED

Printed: 12/17/2020 3:09:04 PM

BS002058

Illinois Torture Inquiry and Relief Commission  020



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                              **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**11/4/2003  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**11/4/2003  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**11/4/2003  TRIAL COMMENCED AND CONTINUED**

SALONE, MARCUS

**12/1/2003  DEFENDANT IN CUSTODY**

OBBISH, JAMES M.

**12/1/2003  PRISONER DATA SHEET TO ISSUE**

OBBISH, JAMES M.

**12/1/2003  TRIAL COMMENCED AND CONTINUED**

OBBISH, JAMES M.

**1/14/2004  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**1/14/2004  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**1/14/2004  TRIAL COMMENCED AND CONTINUED**

SALONE, MARCUS

**2/19/2004  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**2/19/2004  PRISONER DATA SHEET TO ISSUE**

Printed: 12/17/2020 3:09:04 PM

BS002059

Illinois Torture Inquiry and Relief Commission  021



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

**VS**                                                    NUMBER: 00CR2060102

### LONG, JOVANIE

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

2/19/2004  **TRIAL COMMENCED AND CONTINUED**

SALONE, MARCUS

4/8/2004  **DEFENDANT IN CUSTODY**

SALONE, MARCUS

4/8/2004  **PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

4/8/2004  **TRIAL COMMENCED AND CONTINUED**

SALONE, MARCUS

4/26/2004  **DEFENDANT IN CUSTODY**

SALONE, MARCUS

4/26/2004  **PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

4/26/2004  **TRIAL COMMENCED AND CONTINUED**

SALONE, MARCUS

5/7/2004  **PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

5/7/2004  **TRIAL COMMENCED AND CONTINUED**

SALONE, MARCUS

6/4/2004  **PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

6/4/2004  **TRIAL COMMENCED AND CONTINUED**

Printed: 12/17/2020 3:09:04 PM

BS002060

Illinois Torture Inquiry and Relief Commission 022



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                           **NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**6/22/2004 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**6/22/2004 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**6/22/2004 PLEA OF NOT GUILTY**

SALONE, MARCUS

**6/22/2004 JURY WAIVED**

SALONE, MARCUS

**6/22/2004 FINDING OF GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF NOT GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF NOT GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF NOT GUILTY**

Printed: 12/17/2020 3:09:04 PM

BS002061

Illinois Torture Inquiry and Relief Commission  023



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                    **NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**6/22/2004 FINDING OF NOT GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF NOT GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF NOT GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF NOT GUILTY**

SALONE, MARCUS

**6/22/2004 FINDING OF NOT GUILTY**

SALONE, MARCUS

**6/22/2004 BAIL REVOKED**

SALONE, MARCUS

**6/22/2004 PRE-SENTENCE INVESTIGATION ORDERED AND CONTINUED**

SALONE, MARCUS

**6/22/2004 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**7/19/2004 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**7/19/2004 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**7/19/2004 CONTINUANCE BY AGREEMENT**

Printed: 12/17/2020 3:09:04 PM

BS002062

Illinois Torture Inquiry and Relief Commission 024



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

      **VS**                    **NUMBER: 00CR2060102**

      **LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

    I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

    SALONE, MARCUS

**8/31/2004 DEFENDANT IN CUSTODY**

    SALONE, MARCUS

**8/31/2004 PRISONER DATA SHEET TO ISSUE**

    SALONE, MARCUS

**8/31/2004 CONTINUANCE BY AGREEMENT**

    SALONE, MARCUS

**9/8/2004 DEFENDANT IN CUSTODY**

    SALONE, MARCUS

**9/8/2004 PRISONER DATA SHEET TO ISSUE**

    SALONE, MARCUS

**9/8/2004 MOTION DEFENDANT - NEW TRIAL - FILED**

    SALONE, MARCUS

**9/8/2004 WITNESSES ORDERED TO APPEAR**

    SALONE, MARCUS

**9/8/2004 CONTINUANCE BY AGREEMENT**

    SALONE, MARCUS

**10/15/2004 DEFENDANT IN CUSTODY**

    SALONE, MARCUS

**10/15/2004 PRISONER DATA SHEET TO ISSUE**

    SALONE, MARCUS

**10/15/2004 CONTINUANCE BY AGREEMENT**

Printed: 12/17/2020 3:09:04 PM

BS002063

Illinois Torture Inquiry and Relief Commission 025



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                          **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**10/20/2004  DEFENDANT IN CUSTODY**

SALONE, MARCUS

**10/20/2004  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**10/20/2004  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**12/2/2004  PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**12/2/2004  CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**1/11/2005  DEFENDANT SENTENCED ILLINOIS DEPARTMENT OF CORRECTIONS**

SALONE, MARCUS

**1/11/2005  DEFENDANT SENTENCED ILLINOIS DEPARTMENT OF CORRECTIONS**

SALONE, MARCUS

**1/11/2005  DEFENDANT SENTENCED ILLINOIS DEPARTMENT OF CORRECTIONS**

SALONE, MARCUS

**1/11/2005  DEFENDANT SENTENCED ILLINOIS DEPARTMENT OF CORRECTIONS**

SALONE, MARCUS

**1/11/2005  CREDIT DEFENDANT FOR TIME SERVED**

1620 DAYS.

SALONE, MARCUS

Printed: 12/17/2020 3:09:04 PM

BS002064

Illinois Torture Inquiry and Relief Commission  026



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

VS

**NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**1/11/2005 ORDER OF COURT, STAY OF MITTIMUS**

SALONE, MARCUS

**1/11/2005 CHANGE PRIORITY STATUS**

SALONE, MARCUS

**2/1/2005 MITTIMUS TO ISSUE**

SALONE, MARCUS

**2/7/2005 MOTION TO REDUCE SENTENCE - FILED**

**2/7/2005 HEARING DATE ASSIGNED**

**2/16/2005 DEFENDANT NOT IN COURT**

PANTLE, KATHLEEN M

**2/16/2005 CONTINUANCE BY AGREEMENT**

PANTLE, KATHLEEN M

**2/24/2005 MOTION DEFT - CONTINUANCE**

SALONE, MARCUS

**3/29/2005 MOTION TO REDUCE SENTENCE - FILED**

**3/29/2005 HEARING DATE ASSIGNED**

**4/5/2005 MOTION TO REDUCE SENTENCE - FILED**

SALONE, MARCUS

**4/25/2005 NOTICE OF APPEAL FILED, TRANSFERRED**

**4/25/2005 NOTICE OF NOTICE OF APPEAL MAILED**

**4/25/2005 HEARING DATE ASSIGNED**

**4/29/2005 ILLINOIS STATE APPELLATE DEFENDER APPOINTED**

Printed: 12/17/2020 3:09:04 PM

BS002065

Illinois Torture Inquiry and Relief Commission  027



**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                     NUMBER: 00CR2060102

LONG, JOVANIE

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

BIEBEL, PAUL

4/29/2005  ORDER OF COURT FREE REPORT OF PROCEEDINGS ORDERED

BIEBEL, PAUL

4/29/2005  MEMO OF ORDERS & NOTICE OF APPEAL PICKED-UP

BIEBEL, PAUL

5/1/2005  APPELLATE COURT NUMBER ASSIGNED

10/25/2005  COMMON LAW RECORD PREPARED

ONE VOLUME

10/27/2005  COMMON LAW RECORD RECEIVED BY APPOINTED COUNSEL

STATE APPELLATE DEFENDER - ONE VOLUME

11/22/2005  SUPPLEMENTAL REPORT OF PROCEEDINGS PREPARED

ONE VOLUME

11/22/2005  SUPPLEMENTAL RECORD RECEIVED BY APPELLATE COUNSEL

STATE APPELLATE DEFENDER - ONE VOLUME

11/22/2005  SUPPLEMENTAL REPORT OF PROCEEDINGS PREPARED

CERTAIN DOCUMENTS (1)VOL

12/23/2005  SUPPLEMENTAL REPORT OF PROCEEDINGS PREPARED

EXHIBITS - ONE VOLUME

1/3/2006  SUPPLEMENTAL RECORD RECEIVED BY APPELLATE COUNSEL

STATE APPELLATE DEFENDER - ONE VOLUME

1/4/2006  SUPPLEMENTAL COMMON LAW RECORD PREPARED

CERTAIN DOCUMENTS (1)VOL

Printed: 12/17/2020 3:09:04 PM

BS002066

Illinois Torture Inquiry and Relief Commission  028



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

VS                                              **NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**1/10/2006  SUPPLEMENTAL RECORD RECEIVED BY APPELLATE COUNSEL**

STATE APPELLATE DEFENDER - ONE VOLUME

**6/12/2006  TRANSCRIPT PROCEEDINGS RECEIVED/FILED CLERKS OFFICE**

FOUR VOLUMES

**6/14/2006  REPORT OF PROCEEDINGS RECEIVED BY APPOINTED ATTORNEY**

STATE APPELLATE DEFENDER - FOUR VOLUMES

**6/14/2006  REPORT OF PROCEEDINGS PREPARED**

1 OF 4 VOLUME(S)

**6/14/2006  REPORT OF PROCEEDINGS PREPARED**

2 OF 4 VOLUME(S)

**6/14/2006  REPORT OF PROCEEDINGS PREPARED**

3 OF 4 VOLUME(S)

**6/14/2006  REPORT OF PROCEEDINGS PREPARED**

4 OF 4 VOLUME(S)

**6/23/2006  SUPPLEMENTAL REPORT OF PROCEEDINGS PREPARED**

SUPPLEMENTAL REPORT OF PROCEEDINGS (1)VOL

**6/27/2006  SUPPLEMENTAL RECORD RECEIVED BY APPELLATE COUNSEL**

STATE APPELLATE DEFENDER - ONE VOLUME

**3/2/2007  MANDATE FILED**

**3/13/2007  SPECIAL ORDER**

AFFIRMED IN PART

BIEBEL, PAUL

Printed: 12/17/2020 3:09:04 PM

BS002067

Illinois Torture Inquiry and Relief Commission  029

 **Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS-**

**NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**3/13/2007 CASE ASSIGNED**

BIEBEL, PAUL

**3/16/2007 MITTIMUS TO ISSUE**

SALONE, MARCUS

**3/16/2007 SPECIAL ORDER**

FG CT4 REMAININF CONSECTIVE ARE VACATED OFF CALL

SALONE, MARCUS

**4/18/2011 SPECIAL ORDER**

MOTION-APPOINTMENT OF COUNSEL.

**4/18/2011 HEARING DATE ASSIGNED**

**7/25/2011 DEFENDANT NOT IN COURT**

HIGGINS-GRANT, ROSEMARY

**7/25/2011 SPECIAL ORDER**

MOTION IS DENIED

HIGGINS-GRANT, ROSEMARY

**5/28/2013 HEARING DATE ASSIGNED**

TO INQUIRY

**6/4/2013 DEFENDANT NOT IN COURT**

HIGGINS-GRANT, ROSEMARY

**6/4/2013 CONTINUANCE BY ORDER OF COURT**

HIGGINS-GRANT, ROSEMARY

**7/11/2013 DEFENDANT NOT IN COURT**

Printed: 12/17/2020 3:09:04 PM

BS002068

Illinois Torture Inquiry and Relief Commission 030



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**        **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

    I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

    HIGGINS-GRANT, ROSEMARY

**7/11/2013 PUBLIC DEFENDER APPOINTED**

    HIGGINS-GRANT, ROSEMARY

**7/11/2013 CONTINUANCE BY AGREEMENT**

    HIGGINS-GRANT, ROSEMARY

**8/14/2013 DEFENDANT NOT IN COURT**

    HIGGINS-GRANT, ROSEMARY

**8/14/2013 PUBLIC DEFENDER APPOINTED**

    HIGGINS-GRANT, ROSEMARY

**8/14/2013 CONTINUANCE BY ORDER OF COURT**

    HIGGINS-GRANT, ROSEMARY

**9/26/2013 DEFENDANT NOT IN COURT**

    HIGGINS-GRANT, ROSEMARY

**9/26/2013 CONTINUANCE BY ORDER OF COURT**

    HIGGINS-GRANT, ROSEMARY

**10/16/2013 DEFENDANT NOT IN COURT**

    HIGGINS-GRANT, ROSEMARY

**10/16/2013 CONTINUANCE BY AGREEMENT**

    HIGGINS-GRANT, ROSEMARY

**12/11/2013 DEFENDANT NOT IN COURT**

    HIGGINS-GRANT, ROSEMARY

**12/11/2013 CONTINUANCE BY ORDER OF COURT**

Printed: 12/17/2020 3:09:04 PM

BS002069

Illinois Torture Inquiry and Relief Commission 031



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                                          **NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

HIGGINS-GRANT, ROSEMARY

**2/5/2014 DEFENDANT NOT IN COURT**

HIGGINS-GRANT, ROSEMARY

**2/5/2014 CONTINUANCE BY ORDER OF COURT**

HIGGINS-GRANT, ROSEMARY

**3/5/2014 DEFENDANT NOT IN COURT**

HIGGINS-GRANT, ROSEMARY

**3/5/2014 CONTINUANCE BY AGREEMENT**

HIGGINS-GRANT, ROSEMARY

**4/16/2014 DEFENDANT NOT IN COURT**

HIGGINS-GRANT, ROSEMARY

**4/16/2014 CONTINUANCE BY AGREEMENT**

HIGGINS-GRANT, ROSEMARY

**6/18/2014 DEFENDANT NOT IN COURT**

HIGGINS-GRANT, ROSEMARY

**6/18/2014 CONTINUANCE BY AGREEMENT**

HIGGINS-GRANT, ROSEMARY

**7/23/2014 DEFENDANT IN CUSTODY**

HIGGINS-GRANT, ROSEMARY

**7/23/2014 CONTINUANCE BY AGREEMENT**

HIGGINS-GRANT, ROSEMARY

**9/24/2014 DEFENDANT NOT IN COURT**

Printed: 12/17/2020 3:09:04 PM

BS002070

Illinois Torture Inquiry and Relief Commission 032



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                    **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

HIGGINS-GRANT, ROSEMARY

**9/24/2014 CONTINUANCE BY AGREEMENT**

HIGGINS-GRANT, ROSEMARY

**12/3/2014 DEFENDANT NOT IN COURT**

HIGGINS-GRANT, ROSEMARY

**12/3/2014 DEFENDANT IN CUSTODY**

HIGGINS-GRANT, ROSEMARY

**12/3/2014 CONTINUANCE BY AGREEMENT**

HIGGINS-GRANT, ROSEMARY

**2/11/2015 DEFENDANT NOT IN COURT**

REDDICK, ERICA L

**2/11/2015 CONTINUANCE BY AGREEMENT**

REDDICK, ERICA L

**4/15/2015 DEFENDANT IN CUSTODY**

REDDICK, ERICA L

**4/15/2015 CONTINUANCE BY AGREEMENT**

REDDICK, ERICA L

**6/10/2015 DEFENDANT IN CUSTODY**

REDDICK, ERICA L

**6/10/2015 CONTINUANCE BY AGREEMENT**

REDDICK, ERICA L

**9/9/2015 DEFENDANT NOT IN COURT**

Printed: 12/17/2020 3:09:04 PM

BS002071

Illinois Torture Inquiry and Relief Commission  033



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

    REDDICK, ERICA L

**9/9/2015  CONTINUANCE BY AGREEMENT**

    REDDICK, ERICA L

**10/14/2015  DEFENDANT NOT IN COURT**

    REDDICK, ERICA L

**10/14/2015  CONTINUANCE BY AGREEMENT**

    REDDICK, ERICA L

**11/18/2015  NOTICE OF MOTION/FILING**

    RELIEF FROM JUDGMENT

**12/7/2015  DEFENDANT NOT IN COURT**

    MUNARI-PETRONE, ANGELA

**12/7/2015  CONTINUANCE BY AGREEMENT**

    MUNARI-PETRONE, ANGELA

**1/21/2016  DEFENDANT NOT IN COURT**

    REDDICK, ERICA L

**1/21/2016  CONTINUANCE BY AGREEMENT**

    REDDICK, ERICA L

**2/17/2016  DEFENDANT NOT IN COURT**

    REDDICK, ERICA L

**2/17/2016  CONTINUANCE BY AGREEMENT**

    REDDICK, ERICA L

**3/23/2016  DEFENDANT NOT IN COURT**

Printed: 12/17/2020 3:09:04 PM

BS002072

Illinois Torture Inquiry and Relief Commission  034



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** - --                                                **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

REDDICK, ERICA L

**3/23/2016 CONTINUANCE BY AGREEMENT**

REDDICK, ERICA L

**4/13/2016 DEFENDANT NOT IN COURT**

REDDICK, ERICA L

**4/13/2016 CONTINUANCE BY AGREEMENT**

REDDICK, ERICA L

**6/28/2016 DEFENDANT NOT IN COURT**

REDDICK, ERICA L

**6/28/2016 MOTION FOR DISCOVERY**

REDDICK, ERICA L

**6/28/2016 CONTINUANCE BY AGREEMENT**

REDDICK, ERICA L

**8/31/2016 DEFENDANT NOT IN COURT**

REDDICK, ERICA L

**8/31/2016 CONTINUANCE BY AGREEMENT**

REDDICK, ERICA L

**10/11/2016 DEFENDANT NOT IN COURT**

REDDICK, ERICA L

**10/11/2016 CONTINUANCE BY AGREEMENT**

DEFT GRANTED LEAVE TO FILE RESPONSE

REDDICK, ERICA L

Printed: 12/17/2020 3:09:04 PM

BS002073

Illinois Torture Inquiry and Relief Commission 035



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

        **VS**                     **NUMBER: 00CR2060102**

    **LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**12/8/2016 DEFENDANT NOT IN COURT**
    REDDICK, ERICA L

**12/8/2016 CONTINUANCE BY AGREEMENT**
    REDDICK, ERICA L

**1/18/2017 DEFENDANT NOT IN COURT**
    REDDICK, ERICA L

**1/18/2017 CONTINUANCE BY AGREEMENT**
    REDDICK, ERICA L

**2/16/2017 DEFENDANT NOT IN COURT**
    REDDICK, ERICA L

**2/16/2017 CONTINUANCE BY AGREEMENT**
    REDDICK, ERICA L

**3/22/2017 DEFENDANT NOT IN COURT**
    REDDICK, ERICA L

**3/22/2017 CONTINUANCE BY ORDER OF COURT**
    REDDICK, ERICA L

**4/13/2017 DEFENDANT NOT IN COURT**
    REDDICK, ERICA L

**4/13/2017 POST-CONVICTION PETITION DENIED**
    REDDICK, ERICA L

**4/13/2017 NOTICE OF APPEAL FILED, TRANSFERRED**
    REDDICK, ERICA L

Printed: 12/17/2020 3:09:04 PM

BS002074

Illinois Torture Inquiry and Relief Commission  036



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS                                    NUMBER: 00CR2060102

### LONG, JOVANIE

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**4/13/2017 NOTICE OF APPEAL FILED, TRANSFERRED**

**4/24/2017 NOTICE OF NOTICE OF APPEAL MAILED**

**4/24/2017 HEARING DATE ASSIGNED**

**4/28/2017 ILLINOIS STATE APPELLATE DEFENDER APPOINTED**

    MARTIN, LEROY K, JR.

**4/28/2017 ORDER OF COURT FREE REPORT OF PROCEEDINGS ORDERED**

    MARTIN, LEROY K, JR.

**4/28/2017 MEMO OF ORDERS & NOTICE OF APPEAL PICKED-UP**

    MARTIN, LEROY K, JR.

**5/16/2017 APPELLATE COURT NUMBER ASSIGNED**

    17-1132

**5/24/2017 REPORT OF PROCEEDINGS ORDERED FROM COURT REPORTER**

**7/30/2017 TRANSCRIPT PROCEEDINGS RECEIVED/FILED CLERKS OFFICE**

**9/5/2017 TRANSCRIPT PROCEEDINGS RECEIVED/FILED CLERKS OFFICE**

**9/6/2018 CASE FILE IMAGED**

**12/10/2020 MOTION DEFENDANT VACATE PLEA, FINDING, VERDICT**

**12/15/2020 CONTINUANCE BY AGREEMENT**

    MARTIN, LEROY K, JR.

**HEARINGS**

| | | |
|---|---|---|
| 9/12/2000 | 9:00 AM Continued to | Criminal Division, Courtroom 101 |
| 9/12/2000 | 9:00 AM Continued to | Criminal Division, Courtroom 206 |

Printed: 12/17/2020 3:09:04 PM

BS002075

Illinois Torture Inquiry and Relief Commission 037



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| 9/20/2000 | 9:00 AM | By Agreement |
|---|---|---|
| 10/19/2000 | 9:00 AM | By Agreement |
| 11/21/2000 | 9:00 AM | By Agreement |
| 12/21/2000 | 9:00 AM | By Agreement |
| 2/13/2001 | 9:00 AM | By Agreement |
| 3/14/2001 | 9:00 AM | By Agreement |
| 4/12/2001 | 9:00 AM | By Agreement |
| 5/14/2001 | 9:00 AM | By Agreement |
| 6/12/2001 | 9:00 AM | By Agreement |
| 7/12/2001 | 9:00 AM | By Agreement |
| 8/27/2001 | 9:00 AM | Motion Defendant |
| 10/2/2001 | 9:00 AM | By Agreement |
| 10/29/2001 | 9:00 AM | By Agreement |
| 11/7/2001 | 9:00 AM | Motion Defendant |
| 11/9/2001 | 9:00 AM | By Agreement |
| 11/19/2001 | 9:00 AM | By Agreement |
| 11/26/2001 | 9:00 AM | By Agreement |
| 12/4/2001 | 9:00 AM | By Agreement |
| 1/7/2002 | 9:00 AM | By Agreement |
| 2/22/2002 | 9:00 AM | By Agreement |
| 3/28/2002 | 9:00 AM | By Agreement |
| 5/1/2002 | 9:00 AM | By Agreement |

Printed: 12/17/2020 3:09:04 PM

BS002076

Illinois Torture Inquiry and Relief Commission 038



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                        **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| Date | Time | Disposition |
|------|------|-------------|
| 6/5/2002 | 9:00 AM | By Agreement |
| 7/18/2002 | 9:00 AM | By Agreement |
| 9/12/2002 | 9:00 AM | By Agreement |
| 10/25/2002 | 9:00 AM | By Agreement |
| 12/3/2002 | 9:00 AM | By Agreement |
| 1/23/2003 | 9:00 AM | By Agreement |
| 2/7/2003 | 9:00 AM | By Agreement |
| 2/19/2003 | 9:00 AM | By Agreement |
| 3/20/2003 | 9:00 AM | By Agreement |
| 4/3/2003 | 9:00 AM | By Agreement |
| 5/6/2003 | 9:00 AM | By Agreement |
| 6/19/2003 | 9:00 AM | By Agreement |
| 7/16/2003 | 9:00 AM | By Agreement |
| 7/30/2003 | 9:00 AM | By Agreement |
| 7/30/2003 | 9:00 AM | By Agreement |
| 8/8/2003 | 9:00 AM | By Agreement |
| 8/25/2003 | 9:00 AM | By Agreement |
| 9/18/2003 | 9:00 AM | By Agreement |
| 9/29/2003 | 9:00 AM | By Agreement |
| 10/14/2003 | 9:00 AM | By Agreement |
| 11/4/2003 | 9:00 AM | Continued to |
| 12/1/2003 | 9:00 AM | Continued to |

Printed: 12/17/2020 3:09:04 PM

BS002077

Illinois Torture Inquiry and Relief Commission 039



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                    **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| Date | Time | | |
|------|------|---|---|
| 1/14/2004 | 9:00 AM | Continued to | |
| 2/19/2004 | 9:00 AM | Continued to | |
| 4/8/2004 | 9:00 AM | Continued to | |
| 4/26/2004 | 9:00 AM | Continued to | |
| 5/7/2004 | 9:00 AM | Continued to | |
| 6/4/2004 | 9:00 AM | Continued to | |
| 6/22/2004 | 9:00 AM | Continued to | |
| 7/19/2004 | 12:00 AM | By Agreement | |
| 8/31/2004 | 12:00 AM | By Agreement | |
| 9/8/2004 | 9:00 AM | By Agreement | |
| 10/15/2004 | 9:00 AM | By Agreement | |
| 10/20/2004 | 9:00 AM | By Agreement | |
| 12/2/2004 | 9:00 AM | By Agreement | |
| 1/11/2005 | 9:00 AM | By Agreement | |
| 2/1/2005 | 9:00 AM | Continued to | Criminal Division, Courtroom 206 |
| 2/16/2005 | 9:00 AM | Hearing | Criminal Division, Courtroom 206 |
| 2/24/2005 | 9:00 AM | By Agreement | |
| 4/5/2005 | 9:00 AM | Hearing | Criminal Division, Courtroom 206 |
| 4/29/2005 | 9:00 AM | Hearing | |
| 6/14/2005 | 9:00 AM | Motion Defendant | |
| 3/13/2007 | 9:00 AM | Continued to | Criminal Division, Courtroom 101 |
| 3/16/2007 | 10:00 AM | Continued to | Criminal Division, Courtroom 206 |

Printed: 12/17/2020 3:09:04 PM

BS002078

Illinois Torture Inquiry and Relief Commission  040



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                              **NUMBER: 00CR2060102**

**LONG, JOVANIE**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| 7/25/2011 | 9:30 AM | Hearing | Criminal Division, Courtroom 206 |
| 6/4/2013 | 9:30 AM | Hearing | Criminal Division, Courtroom 206 |
| 7/11/2013 | 9:30 AM | Order of Court | Criminal Division, Courtroom 206 |
| 8/14/2013 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 9/26/2013 | 9:30 AM | Order of Court | Criminal Division, Courtroom 206 |
| 10/16/2013 | 9:30 AM | Order of Court | Criminal Division, Courtroom 206 |
| 12/11/2013 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 2/5/2014 | 9:30 AM | Order of Court | Criminal Division, Courtroom 206 |
| 3/5/2014 | 9:00 AM | Order of Court | Criminal Division, Courtroom 206 |
| 4/16/2014 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 6/18/2014 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 7/23/2014 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 9/27/2014 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 12/3/2014 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 2/11/2015 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 4/15/2015 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 6/10/2015 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 9/9/2015 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 10/14/2015 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 12/1/2015 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |
| 12/7/2015 | 9:30 AM | Motion | Criminal Division, Courtroom 206 |
| 1/21/2016 | 9:30 AM | By Agreement | Criminal Division, Courtroom 206 |

Printed: 12/17/2020 3:09:04 PM

BS002079

Illinois Torture Inquiry and Relief Commission 041



**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                                    NUMBER: 00CR2060102

LONG, JOVANIE

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 2/17/2016 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 3/23/2016 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 4/13/2016 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 6/28/2016 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 8/31/2016 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 10/11/2016 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 12/8/2016 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 1/18/2017 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 2/16/2017 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 3/22/2017 | 9:30 AM By Agreement | Criminal Division, Courtroom 206 |
| 4/13/2017 | 9:30 AM Order of Court | Criminal Division, Courtroom 206 |
| 4/13/2017 | 12:00 AM Continued to | |
| 4/28/2017 | 12:00 AM Hearing | |
| 12/15/2020 | 9:30 AM Motion | Criminal Division, Courtroom 101 |
| 1/11/2021 | 9:30 AM Status or Progress Report | Criminal Division, Courtroom 101 |

**PLEAS, DISPOSITIONS AND SENTENCES:**

**Disposition:**

| 001 | 6/22/2004 FINDING OF GUILTY |
|---|---|
| 002 | 6/22/2004 FINDING OF GUILTY |

Printed: 12/17/2020 3:09:04 PM

BS002080

Illinois Torture Inquiry and Relief Commission 042



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

VS                                    **NUMBER: 00CR2060102**

**LONG, JOVANIE**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 003 | 6/22/2004 | FINDING OF NOT GUILTY |
| 004 | 6/22/2004 | FINDING OF GUILTY |
| 005 | 6/22/2004 | FINDING OF GUILTY |
| 006 | 6/22/2004 | FINDING OF NOT GUILTY |
| 007 | 6/22/2004 | FINDING OF NOT GUILTY |
| 008 | 6/22/2004 | FINDING OF NOT GUILTY |
| 009 | 6/22/2004 | FINDING OF NOT GUILTY |
| 010 | 6/22/2004 | FINDING OF NOT GUILTY |
| 011 | 6/22/2004 | FINDING OF NOT GUILTY |
| 012 | 6/22/2004 | FINDING OF NOT GUILTY |

**Sentence (Credit):**

| | | | |
|---|---|---|---|
| 001 | 1/11/2005 | IDOC | Term: 45 yrs |
| 002 | 1/11/2005 | IDOC | Term: 45 yrs |
| 004 | 1/11/2005 | IDOC | Term: 45 yrs |
| 005 | 1/11/2005 | IDOC | Term: 45 yrs |

| | | |
|---|---|---|
| 001 | 1/11/2005 | IDOC |
| 002 | 1/11/2005 | IDOC |
| 004 | 1/11/2005 | IDOC |
| 005 | 1/11/2005 | IDOC |

Printed: 12/17/2020 3:09:04 PM

BS002081

Illinois Torture Inquiry and Relief Commission 043



**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                                    NUMBER: 00CR2060102

LONG, JOVANIE

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

**Date: 12/17/2020**

IRIS Y MARTINEZ
**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

Printed: 12/17/2020 3:09:04 PM

BS002082

Illinois Torture Inquiry and Relief Commission  044