# EXHIBIT 58

(FILED UNDER SEAL)



