# EXHIBIT 60

**INVESTIGATIVE FILE INVENTORY**
CHICAGO POLICE DEPARTMENT

RD NO. F-282-753

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | | DATE OF ENTRY |
|---|---|---|---|---|---|
| 1. | IR# 1165-297 ARR. RPT. — LONG | | WMS | 20603 | 16 Nov 00 |
| 2. | POLYGRAPH RPT (BARTIK) | | / | / | / |
| 3. | JOVONIE LONG FROM 13 PG TYPED STATEMENT VIDEO | | / | / | / |
| 4. | MAURICE WRIGHT — 29 MAY 00 7 PG H/W STATEMENT | | / | / | / |
| 5. | ASANTI WRIGHT 28 MAY 00 4 PG H/W STATEMENT 1 PG PHOTO | | / | / | / |
| 6. | MARY CURRY 29 MAY 00 4 PG H/W STATEMENT | | WMS | 20603 | 16 Nov 00 |
| 7. | 51 PG GPR | | " | " | " |
| 8. | LAB RPT. (ZIELINSKI) 31 OCT 00 | | " | " | 17 Nov 00 |
| 9. | 2 PG LAB RPT. (BOSCO) 21 NOV 00 | | " | " | 11 DEC 00 |
| 10. | 2 Page ISP Report | | FG | 20808 | 13 May 03 |
| 11. | 6 Page ISP Forensic Rpt. | | " | " | 5 Oct 03 |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.
DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division in the following three instances: (1) all homicide investigations; (2) cases in which a Detective is assigned, an offender is arrested and felony charges have been approved; (3) cases in which a Detective is assigned and a felony warrant has been issued.

CPD-23.121 (REV. 9/89)

RD NO. F-282-753

City NK 000001

# INVESTIGATIVE FILE INVENTORY
## CHICAGO POLICE DEPARTMENT

RD NO. F-282-753

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | 6 PG PROG RPT. (PIETRYLA) | | WMS 20603 | 2 NOV 00 |
| 2. | 6 PG PROG RPT (PIETRYLA) | | | |
| 3. | 6 PG PROG RPT (PIETRYLA) | | | |
| 4. | 6 PG PROG RPT (PIETRYLA) | | | |
| 5. | 6 PG PROG. RPT. (PIETRYLA) | | | |
| 6. | 6 PG PROG. RPT. (PIETRYLA) | | | |
| 7. | 9 PG CLR-CLSD-RPT. (PIETRYLA) | | WMS 20603 | 2 NOV 00 |
| 8. | VEH. TOW RPT (BURKE) 13 MAY 00 | | | 16 NOV 00 |
| 9. | TOWED VEH. DISPO. (PIETRYLA) | | | |
| 10. | TO/FROM (PIETRYLA) | | | |
| 11. | XAVIER WALKER FROM 16 PG TYPED STATEMENT VIDEO | | | |
| 12. | IR# 1184-879 ARR RPT — WALKER | | | |
| 13. | COPY - SOC. SEC. INFO | | | |
| 14. | COPY - W-4 FORM | | | |
| 15. | 4 PG COPIES VARIOUS ID'S | | | |
| 16. | INV # 2320-783-784 + 785 | | | |
| 17. | INV # 2320-797 | | | |
| 18. | INV # 2321-181-182 + 183 | | | |
| 19. | CSP RPT. (DUFFY) 17 MAY 00 | | | |
| 20. | CSP RPT. (KULAK) 13 MAY 00 | | | |
| 21. | EVID. RECEIPT | | | |
| 22. | CCIFM - BODY CHART. | | | |
| 23. | CSP RPT. (TOVAR) 13 MAY 00 | | | |
| 24. | STOP ORDER (CRUZ) 29 MAY 00 | | | |
| 25. | FEL 101'S | | WMS 20603 | 16 NOV 00 |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.
DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division in the following three instances: (1) all homicide investigations; (2) cases in which a Detective is assigned, an offender is arrested and felony charges have been approved; (3) cases in which a Detective is assigned and a felony warrant has been issued.

CPD-23.121 (REV. 9/89)

RD NO. F-282-753

City NK 000002

...GATIVE FILE INVENTORY
...O POLICE DEPARTMENT

R.D. NO. F-282-753

| .HIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | | DATE OF ENTRY |
|---|---|---|---|---|---|
| 1. | GOCR (BURKE) 13 MAY 00 | | WMS | 20603 | 16 MAY 00 |
| 2. | CSP RPT. (TOVAR) 13 MAY 00 | | | | 29 MAY 00 |
| 3. | CSP RPT. (KULAK) 13 MAY 00 | | | | |
| 4. | INV# 2320-783-784 + 785 | | | | |
| 5. | INV# 2320-797 | | | | |
| 6. | CSP RPT. (DUFFY) 17 MAY 00 | | | | |
| 7. | INV# 2321-181-182 + 183 | | WMS | 20603 | 29 MAY 00 |
| 8. | SCENE PHOTOS | X | " | " | 12 JUN 00 |
| 9. | 11 PG PROG RPT. (CRUZ) | | " | " | 15 JUN 00 |
| 10. | 3 PG MORGUE RPT. (FOLEY) | | | | 21 JUN 00 |
| 11. | 4 PG PROG RPT. (CRUZ) | | | | |
| 12. | LAB RPT (PETRUNCIO) 13 JUN 00 | | | | |
| 13. | CSP RPT. (TOVAR) 13 MAY 00 | | WMS | 20603 | 21 JUN 00 |
| 14. | LAB RPT. (PETRUNCIO) 13 JUN 00 | | " | " | 26 Jul 00 |
| 15. | 6PG POST. RPT. (AN) 1PG TOX. (CHEN) 7 AUG 00 | | " | " | " |
| 16. | TOWED VEH RPT. (PIETRYLA) | | " | " | 21 SEP 00 |
| 17. | TOWED-VEH. RPT. 26 JUL 00 | | " | " | " |
| 18. | POLYGRAPH RPT (HOWLEY) | | " | " | " |
| 19. | 9 pg. Progress Report (CRUZ) | | | | |
| 20. | 6PG PROG RPT (WRIGHT) | | | | 2 NOV 00 |
| 21. | 9 PG PROG RPT (PIETRYLA) | | | | |
| 22. | 9 PG CLR-OPEN RPT. (PIETRYLA) | | | | |
| 23. | 6PG PROG RPT (PIETRYLA) | | | | |
| 24. | 6PG PROG RPT (PIETRYLA) | | | | |
| 25. | 6PG PROG RPT (PIETRYLA) | | WMS | 20603 | 2 NOV 00 |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

R.D. NO. F-282-753

CPD-23.121 (1/83)

City NK 000003