**EXHIBIT 61**

```
 1    IN RE:  PEOPLE VS. XAVIER WALKER

 2                    GJ# JUNE 614

 3                    ARR DATE: 07-12-00

 4                    00 CR 15722

 5               BEFORE THE GRAND JURY

 6                OF COOK COUNTY,

 7                    JUNE, 2000

 8

 9

10            TRANSCRIPT OF TESTIMONY TAKEN IN

11    THE ABOVE ENTITLED MATTER ON THE 21ST DAY OF JUNE,

12    A.D., 2000.

13

14
      PRESENT:  MR. LUKE SHERIDAN,
15               MS. MARCELLE LECOMPTE,
                 ASSISTANT STATE'S ATTORNEYS
16
      REPORTED BY:  DEBRA L. KELLY
17                  CERTIFIED SHORTHAND REPORTER
                    ILLINOIS LICENSE. NO. ███
18

19

20

21    LIST OF WITNESSES:

22    DETECTIVE SANDERS

23

24
```

Plaintiff Xavier Walker 004126

```
 1            THE FOREPERSON:  Would you raise your right
 2    hand, please?
 3                      (Witness duly sworn.)
 4            MR. SHERIDAN:  Ladies and gentlemen, I'm
 5    Assistant State's Attorney Luke Sheridan.  I'm
 6    assigned to the Homicide Sex Unit.  I'm here with
 7    my partner Marcelle LeCompte.
 8            We are seeking a True Bill of indictment
 9    against the Defendant Xavier Walker for the
10    offense of first degree murder and armed robbery
11    committed against Marek Majdak on or about May
12    13th of the 2000 at the area of approximately 4721
13    West Ohio in Chicago, Cook County, Illinois.
14            This is Grand Jury Number June 614.  I
15    ask leave to call Detective Sanders.
16            The Grand Jury does have the right to
17    subpoena and question any person against whom the
18    State's Attorney is seeking a Bill of Indictment,
19    or any other person, and to obtain and examine any
20    documents or transcripts relevant to the matter
21    being prosecuted by the State's Attorney.
22            DETECTIVE SANDERS,
23    having been first duly sworn, was examined and
24    testified as follows:
```

1                    EXAMINATION

2                         BY

3                   MR. SHERIDAN:

4        Q.   Detective, please state your name, star

5   number and area of assignment?

6        A.   My name is Detective Stanley Sanders,

7   S-a-n-d-e-r-s, Star 20369.  I'm assigned to Area 4

8   Violent Crimes.

9        Q.   Have you just been previously sworn?

10       A.   Yes, sir.

11       Q.   Were you assigned to investigate the

12  murder committed by Xavier Walker upon Marek

13  Majdak on or about May 13th of the year 2000?

14       A.   Yes.

15       Q.   Did your investigation reveal Marek

16  Majdak was alive prior to approximately 1:00 to

17  1:15 in the morning on May 13th of the year 2000?

18       A.   Yes, sir, he was.

19       Q.   Did your investigation reveal Marek

20  Majdak was in the area of 4721 West Ohio at

21  approximately 1:00 to 1:15 in the morning on May

22  13th of the year 2000?

23       A.   Yes, sir, he was.

24       Q.   Did your investigation reveal the

1  Defendant Xavier Walker along with a co-offender
2  were also present at that date, time, and
3  location?
4      A.  Yes, sir.
5      Q.  Did your investigation reveal the
6  co-offender was armed with a handgun?
7      A.  Yes, sir.
8      Q.  Did your investigation reveal that
9  Xavier Walker along with the co-offender
10 formulated a plan that they would pose as drug
11 dealers and rob prospective customers of money?
12     A.  Yes, sir.
13     Q.  Did your investigation reveal the
14 co-offender shot Marek Majdak in the course of an
15 armed robbery?
16     A.  Yes, sir.
17     Q.  Did your investigation reveal the
18 co-offender took United States Currency from the
19 victim's person while armed with a handgun?
20     A.  Yes, sir.
21     Q.  Did your investigation reveal Xavier
22 Walker participated in this crime in the planning,
23 staging, as well as a look out during the course
24 of the armed robbery?

1   A.   Yes, sir.

2   Q.   Did your investigation reveal Dr.
3   Anderson of the medical examiner's office
4   determined that Marek Majdak died as a result of a
5   gunshot wound?

6   A.   Yes, sir.

7   Q.   Did your investigation reveal that Marek
8   Majdak died on May 13th of the year 2000?

9   A.   Yes, sir.

10  Q.   Tell the ladies and gentlemen of the
11  Grand Jury what if any relationship there was
12  between the defendant and the victim?

13  A.   No relationship.

14  Q.   Can you tell the Grand Jury what is the
15  basis of your testimony this morning?

16  A.   The basis of my testimony is interviews
17  with witnesses and reports.

18  MR. SHERIDAN:   Are there any questions?

19                          (No response.)

20                          (Witness Excused.)

21                          Whereupon the Grand Jury was
22                          left alone to deliberate,
23                          after which the following
24                          proceedings were had:

Plaintiff Xavier Walker 004130

| | |
|---|---|
| 1 | THE FOREPERSON: True Bill. |
| 2 | Whereupon the above |
| 3 | entitled cause was |
| 4 | sent for arraignment to |
| 5 | the Presiding Judge of |
| 6 | the Criminal Division |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

Plaintiff Xavier Walker 004131

```
 1    STATE OF ILLINOIS )
 2                      ) SS:
 3    COUNTY OF C O O K )
 4
 5
 6              I, DEBRA L. KELLY, a Certified
 7    Shorthand Reporter licensed to practice in the
 8    State of Illinois, do hereby certify that I
 9    reported in shorthand the proceedings had in the
10    hearing of the above entitled cause; that I
11    thereafter caused the foregoing to be transcribed
12    into typewriting, which I hereby certify is a true
13    and accurate transcript of the proceedings had
14    before the Grand Jury of Cook County.
15
16                          [signature]
17                          DEBRA L. KELLY, CSR
18
19
20
21
22
23
24
```

Plaintiff Xavier Walker 004132