# EXHIBIT 65



**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                          NUMBER: 00CR1572201

WALKER, XAVIER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|---|---|---|---|---|
| 001 | 720-5/9-1(A)(1) | FM | MURDER/INTENT TO KILL/INJURE | 5/29/2000 |
| 002 | 720-5/9-1(A)(2) | FM | MURDER/STRONG PROB KILL/INJURE | 5/29/2000 |
| 003 | 720-5/9-1(A)(3) | FM | MURDER/OTHER FORCIBLE FELONY | 5/29/2000 |
| 004 | 720-5/18-2(A)(2) | FX | ARMED ROBBERY ARMED W/FIREARM | 5/29/2000 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

EVENTS AND ORDERS OF THE COURT:

6/28/2000 INDICTMENT/INFORMATION-CLERKS OFFICE-PRESIDING JUDGE
   00CR1572201 ID# CR100441348

7/12/2000 CASE ASSIGNED
   FITZGERALD, THOMAS R.

7/12/2000 DEFENDANT IN CUSTODY
   FITZGERALD, THOMAS R.

7/12/2000 DEFENDANT IN CUSTODY
   SALONE, MARCUS

7/12/2000 PRISONER DATA SHEET TO ISSUE
   SALONE, MARCUS

7/12/2000 APPEARANCE FILED
   SALONE, MARCUS

7/12/2000 CONTINUANCE BY AGREEMENT

Printed: 3/4/2021 5:40:43 PM

**City NK 000360**



### Clerk of the Circuit Court of Cook County

PEOPLE OF THE STATE OF ILLINOIS

VS                                                 NUMBER: 00CR1572201

WALKER, XAVIER

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SALONE, MARCUS

**8/17/2000 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**8/17/2000 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**8/17/2000 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**9/20/2000 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**9/20/2000 PRISONER DATA SHEET TO ISSUE**

SALONE, MARCUS

**9/20/2000 CONTINUANCE BY AGREEMENT**

SALONE, MARCUS

**10/19/2000 DEFENDANT IN CUSTODY**

SALONE, MARCUS

**10/19/2000 NOLLE PROSEQUI**

SALONE, MARCUS

**10/19/2000 CHANGE PRIORITY STATUS**

SALONE, MARCUS

**HEARINGS**

7/12/2000      9:00 AM Continued to                Criminal Division, Courtroom 206

Printed: 3/4/2021 5:40:43 PM

**City NK 000361**



### Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

VS                                                                     NUMBER: 00CR1572201

**WALKER, XAVIER**

#### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| Date | Time | | Location |
|---|---|---|---|
| 7/12/2000 | 9:00 AM | Continued to | Criminal Division, Courtroom 101 |
| 8/17/2000 | 9:30 AM | By Agreement | |
| 9/20/2000 | 9:00 AM | By Agreement | |
| 10/19/2000 | 9:30 AM | By Agreement | |

**PLEAS, DISPOSITIONS AND SENTENCES:**

Disposition:

| | | |
|---|---|---|
| 001 | 10/19/2000 | NOLLE PROSEQUI |
| 002 | 10/19/2000 | NOLLE PROSEQUI |
| 003 | 10/19/2000 | NOLLE PROSEQUI |
| 004 | 10/19/2000 | NOLLE PROSEQUI |

Sentence (Credit):

Printed: 3/4/2021 5:40:43 PM

City NK 000362



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 00CR1572201**

**WALKER, XAVIER**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

I hereby certify that the foregoing has been entered of record on the above captioned case.

Date: 3/4/2021

**IRIS Y MARTINEZ**
**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**