# EXHIBIT 66

# CHICAGO POLICE ARREST REPORT
CPD-11.420 (REV. 6/92)

| Field | Value |
|---|---|
| 1. NAME (LAST - FIRST - MIDDLE) | WALKER, Xavier |
| 2. SEX | M |
| 3. RACE | B |
| 4. AGE | 19 |
| 5. DATE OF BIRTH | [redacted] |
| 6. C.B. NO | 14493760 |
| 7. ALIAS OR NICKNAME | James Littleton / Rashard Orbsy |
| 8. DIST. RES | 025 |
| 9. HEIGHT | 508 |
| 10. WEIGHT | 150 |
| 11. HAIR | blk |
| 12. HAIR STYLE | short |
| 13. EYES | brn |
| 14. COMPLEXION | med. |
| 15. I.R. NO | 1184879 |
| 16. RESIDENCE ADDRESS | 5431 W. Potomac Hse. |
| 17. DISTING MARKS, SCARS, DISABILITIES, ETC | none visible |
| 18. SOCIAL SECURITY NO | unk |
| 19. Y.D. NO | |
| 16A. CITY-STATE | Chicago, Ill. |
| ZIP CODE | 60651 |
| HOME TELEPHONE | unk |
| 20. STATE/PLACE OF BIRTH | Ill. |
| 21. DRIVERS LICENSE NO | none |
| 22. RD NO | F-282 753 |
| 23. OCCUPATION | none |
| 24. BUSINESS NAME - ADDRESS | none |
| 25. ADDRESS OF ARREST | 3151 W. Harrison St. |
| 26. NO ARRESTED | 01 |
| 27. LOCATION CODE FOR NATURE OF PREMISES | 330 |
| 28. BEAT OF ARREST | 1115 |
| 29. DATE OF ARREST | 29 May 00 1800 |
| 30. ARRESTEE TRANSPORTED TO UNIT | 640 BY BEAT 5436 1700 28 May |
| 31. RESISTED ARREST | NO |
| 32. WEAPON | PISTOL-REVOLVER, RIFLE-SHOTGUN |
| 33. PROPERTY INVENTORY NO(S) | none |
| 34. FOR NARCOTIC ARREST | N |
| 35. VEHICLE OF ARRESTEE | D-----N------A |
| 36. PERSON IN INVESTIGATIVE UNIT NOTIFIED | Det. S. Sanders |
| UNIT NOTIFIED | A/4 V/C |
| 37. DOES ARRESTEE HAVE DEPENDENT CHILDREN | NO |
| 38. NAME OF ASA/FEL. REV | ASA LEAFBLAD |
| CHARGES APPROVED | YES |
| TIME | 0015 hrs. |
| 39. VICTIM/COMPLAINANT NAME | Madjak, Marek (deceased) |
| SEX/RACE/AGE | M W 29 |
| HOME ADDRESS | 6952 W. Diversey |
| CITY-STATE | Chicago, Ill. |
| VICTIM INJURED | YES — Fatal GSW's to head |

### Offenses

| 40. REFERENCES (CH.-PAR.) | 41. OFFENSES | 42. DISPOSITIONS |
|---|---|---|
| 720 ILCS 5/9-1 | 1st Degree Murder | |
| FU 000079 | ESCAPE WRT | |

### 43. NARRATIVE

Subject arrested after he admitted being with co-defendant, and attempting to comitt robbery of victim Marek Madjak shot victim about his face causing his death.

Additional arresting officers: Cruz #20887 / Wolverton #20014   SGT. Holy #2525

ESCAPEE FROM IDOC

---

First Arresting Officer's Signature: S. Sanders   STAR NO 20369   UNIT 640
Det. S. Sanders 20369   5436   8A   6
Det. D. Wright 21234   5436   11B   6
Pietryla #1209   640
Brzezniak #224 CCSP

50. ARRESTEE SEARCHED BY: J. Hurley 2897 011   DATE RECEIVED LOCKUP: 30 MAY 00   TIME: 9240   P/3   379-2605
54. BOOKING OFFICER: L. MAXWELL 1922 011   TIME FINGERPRINTED: 0327   TIME PHOTOGRAPHED: 0320   PLACED IN CELL NO: D3 A

59. ARR OFF DESIRED COURT DATE: 30 May 00   BRANCH-CALL: 66-2
60. COURT SGT TO HANDLE: YES
61. INITIAL COURT DATE: 31 May 00   BRANCH-CALL: 66

PERMANENT RECORD — RECORDS DIV.

## MOVING OF ARRESTEE OUT OF & INTO ARREST/DETENTION FACILITY

| | DATE | TIME | TURNED OVER TO/ RECEIVED FROM | STAR/ EMPL NO | REASON | LOCKUP KEEPER/ OTHER DEPT. MEMBER | STAR/ EMPL NO |
|---|---|---|---|---|---|---|---|
| OUT | | | | | | | |
| IN | | | | | | | |
| OUT | | | | | | | |
| IN | | | | | | | |

## RECORD OF INTERVIEWS IN LOCKUP

| DATE | TIME | INTERVIEWER | STAR NO | REASON | LOCKUP KEEPER/ OTHER DEPT. MEMBER | STAR/ EMPL NO |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

## RECORD OF VISITORS TO ARRESTEE

| DATE | TIME IN | TIME OUT | VISITOR'S NAME - ADDRESS - TELEPHONE | RELATIONSHIP | W.C.'S APPROVAL (SIGNATURE) | |
|---|---|---|---|---|---|---|
| 30 MAY | 1100 | 1225 | BEDSOLE, DEBORAH 824 ELM WHEATON IL 773-292-9780 | ATTY | Lt MAlulowa | 397 |
| 30 MAY | 1130 | 1225 | QAZI, SALUHMAN 1246 PRATT CHGO 773 2929280 | ATTY APST | Lt MAlulowa | 397 |

**RECEIVING SCREENING RECORD FOR ARRESTEE TO BE HELD IN LOCKUP** — REFER TO GUIDELINES FOR DISPOSITION OF ARRESTEE, CPD-11 523 NOTE: ALL "YES" ANSWERS REQUIRE ACTION

DATE: 30 MAY 00  TIME: 0240

ARRESTEE'S NAME: WALKER, Xavier  CB NO:  LOCKUP KEEPER'S NAME (PRINT): J. Hurley  STAR NO: 2897

| | LOCKUP KEEPER'S VISUAL CHECK | YES | NO |
|---|---|---|---|
| 1 | DOES ARRESTEE HAVE OBVIOUS PAIN OR INJURY? | ☐ | ☒ |
| 2 | IS THERE OBVIOUS SIGN OF INFECTION? | ☐ | ☒ |
| 3 | APPEARS TO BE UNDER THE INFLUENCE OF ALCOHOL/DRUGS | ☐ | ☒ |
| 4 | ARE THERE VISIBLE SIGNS OF ALCOHOL AND/OR DRUG WITHDRAWAL? | ☐ | ☒ |
| 5 | DOES ARRESTEE APPEAR TO BE DESPONDENT? | ☐ | ☒ |
| 6 | DOES ARRESTEE APPEAR TO BE IRRATIONAL? | ☐ | ☒ |
| 7 | IS ARRESTEE CARRYING MEDICATION? | ☐ | ☒ |

| | LOCKUP KEEPER'S-ARRESTEE QUESTIONNAIRE | YES | NO | REFUSED |
|---|---|---|---|---|
| 8 | ARE YOU PRESENTLY TAKING ANY MEDICATION? (For what ) | ☐ | ☒ | ☐ |
| 9 | (IF FEMALE) ARE YOU PREGNANT? | ☐ | ☐ | ☐ |
| 10 | IS THIS THE FIRST TIME YOU HAVE EVER BEEN ARRESTED? | ☐ | ☒ | ☐ |
| 11 | HAVE YOU EVER TRIED TO KILL YOURSELF OR DONE SERIOUS HARM TO YOURSELF? | ☐ | ☒ | ☐ |
| 12 A | DO YOU HAVE ANY SERIOUS MEDICAL OR MENTAL PROBLEMS? (IF YES, specify problem under REMARKS) | ☐ | ☒ | ☐ |
| 12 B | ARE YOU RECEIVING ANY TREATMENT? (If YES, specify under REMARKS) | ☐ | ☒ | ☐ |

PERSON TO BE NOTIFIED IN CASE OF EMERGENCY - NAME: WALKER, Leroy  ADDRESS: 5131 W. Potomac  TELEPHONE: 379-2605  RELATIONSHIP: Father

REMARKS:

## SPECIAL DISPOSITION
COMPLETE ONLY FOR ARRESTEES REFERRED OUT OR TO BE MONITORED

| REFERRED TO (Specify) | PLACED IN ONE-PERSON CELL NO (for communicable disease cases) | PLACED IN TWO OR MORE PERSON CELL NO UNDER SPECIAL/CLOSE OBSERVATION (potential suicides) |
|---|---|---|
| | | |

NOTE: LOCKUP KEEPER MUST SIGN IN ALL INSTANCES  LOCKUP KEEPER'S SIGNATURE

## RELEASE OF ARRESTEE FROM CUSTODY

FOR THE FOLLOWING REASON(S), I HAVE DETERMINED THERE IS NOT SUFFICIENT CAUSE TO FURTHER DETAIN/CHARGE THE ARRESTEE:

| SIGNATURE - ARR OFF /DETECTIVE | STAR NO | UNIT | APPROVED - W/C - DETENTION FAC - STAR NO | DATE-TIME RELEASED FROM CUSTODY |
|---|---|---|---|---|
| | | | | |

BS000432

B426