# EXHIBIT 67

| CHICAGO POLICE **ARREST REPORT** CPD-11.420 (REV 6/92) | 1 NAME (LAST - FIRST - MIDDLE) LONG, Jovanie | | | | | 2 SEX M | 3 RACE 1 | 4 AGE 21 | 5 DATE OF BIRTH DAY MONTH YEAR |
|---|---|---|---|---|---|---|---|---|---|
| 6 C.B. NO. | 7 ALIAS OR NICKNAME " VONIE " | | | 8 DIST RES 025 | 9 HEIGHT 5'7 | 10 WEIGHT 155 | 11 HAIR Blk | 12 HAIR STYLE Shaved | 13 EYES 14 COMPLEXION Brn Med |
| 15 I.R NO 1165297 | 16 RESIDENCE ADDRESS 4230 W. Crystal | APT NO FLOOR 3rd Fl. | | TATTOOS: DOUBLE EYES BOTH UP. ARMS, II & LOVE MOM LFT ARM | | | | 18 SOCIAL SECURITY NO | |
| 19 Y.D. NO | 16A CITY STATE Chicago, Il. | ZIP CODE 60614 | HOME TELEPHONE 773 278-8657 | | 20 STATE PLACE OF BIRTH IL. | | 21 DRIVERS LICENSE NO None | | STATE |
| 22 RD NO F-282753 | 23 OCCUPATION None | 24 BUSINESS NAME - ADDRESS D N A | | | CITY - STATE ZIP CODE | | BUSINESS TELEPHONE NONE | | |
| 25 ADDRESS OF ARREST 3151 W. Harrison | | 26 ARRESTED 1 | 27 LOCATION CODE 292 | 28 BEAT OF ARREST 1134 | 29 DATE OF ARREST DAY MONTH YEAR 05 AUG 00 | TIME 1710 | 30 ARRESTEE TRANSPORTED BEAT 640 | DR N A | 04AUG00 1140hrs |
| 31 RESISTED ARREST YES ☒ | 32 WEAPON PISTOL ☐ RIFLE ☐ REVOLVER ☒ SHOT GUN ☐ KNIFE ☐ OTHER SPECIFY ☐ | | 33 PROPERTY INVENTORY NOS | | 34 FOR NARCOTIC ARREST ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROL SUBSTA N | | APPRX AMT NO PKGS A | EST STREET VALUE CALLORIG CDVT PKG FEE $ | |
| 35 VEHICLE OF ARRESTEE D | YEAR N | MAKE A | MODEL | BODY STYLE | COLOR | STATE LICENSE NO OR VIN | | DISPOSITION OF VEHICLE | |
| 36 PERSON INVESTIGATIVE UNIT NOTIFIED DET. PIETRYLA | UNIT NOTIFIED A/4 | TIME 1140 | 37 DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☒ NO | YES - NAME OF MO/MEMBER NOTIFIED - TIME | | 38 NAME OF A.S.A. REL. NAVARRE | | CHARGES APPROVED ☒ YES ☐ NO | 1710 |
| 39 VICTIM/ COMPLAIN-ANT | NAME MADJAK, Marek (deceased) | SEX M | RACE 2 | AGE 29 | HOME ADDRESS 6952 W. DIVERSY | | CITY - STATE Chicago, IL. | ZIP CODE | TELEPHONE NO |
| VICTIM INJURED ☒ YES ☐ NO | IF YES - DESCRIBE INJURIES GSW to Head (FATAL) | | | | VICTIM HOSPITALIZED ☐ YES ☐ NO ☐ TREATED & RELEASED | D N | HOSPITAL NAME A | | |

| 40 REFERENCES (CH - PAR) | 41 OFFENSES | 42 DISPOSITIONS | 40 REFERENCES (CH - PAR) | 41 OFFENSES | 42 DISPOSITIONS |
|---|---|---|---|---|---|
| 1 720 ILCS 5/9-1 | 1st Degree MURDER | | 5 | | |
| 2 720 ILCS 5/18-2(a) | Armed Robbery | | 6 | | |
| 3 | | | 7 | | |
| 4 | | | 8 | | |

43 NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

Above subject arrested after he admitted to fatally shooting Marek MADJAK in the face during the commission of an armed robbery.

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge

FIRST ARREST OFFICERS SIGNATURE J. Rinle  STAR NO #60040  BEAT 640

DEPUTY CLERK'S SIGNATURE

44 FIRST ARRESTING OFFICERS PRINT NAME J. RIORDAN #60040  STAR NO 5423  11  DO GRP 6  MISD ORD CRT KEY

45 SECOND ARRESTING OFFICERS PRINT NAME - STAR NO M. PIETRYLA #21209  K. KROFEL #60049  640

46 VEH CL ASSIGNED ☐ ONE ☒ TWO ☐ PO ☐ OTHER

47 INITIAL APPROVAL OF PROBABLE CAUSE - SIG - STAR | 48 RESULTS OF FINGERPR CHECK WAIVED BY-SIG - STAR | DATE | TIME | 49 APPROVAL OF CHARGES - SIG - STAR | DATE | TIME

WATCH COMMANDER'S NOTATIONS

| 50 ARRESTEE SEARCHED BY | STAR EMPL NO | UNIT | 51 DATE RECEIVED - LOCKUP | TIME | 52 PERS. PROPERTY / RECEIPT NO | 53 TELEPHONE NO CALLED | TIME |
| 54. BOOKING OFFICER | STAR/EMPL NO | UNIT | 55 TIME FINGERPRINTED | | 56. TIME PHOTOGRAPHED | 57. TIME FED | 58 PLACED IN CELL NO |

**COURT INFORMATION**

| 59 1ST OFF DES RED COURT DATE Aug 2000 | BRANCH - CALL 66-2 | 60 COURT SGT TO HANDLE ☐ YES ☒ NO | 61. INITIAL COURT DATE | BRANCH-CALL | 62 FINAL CRT DATE | BRANCH - CALL |
| 63 BONDED - DATE | TIME | 64 BOND RECEIPT NO | 65 COURT DOCKET NO | | 66. FINAL JUDGE'S NAME | |

City NK 000208