# EXHIBIT 68

Order  CCG N002-300M-2/24/05 (

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JUDGE BARBARA A. McDONALD
MAY 25 2011
Circuit Court-1693

Lopez

v.

City of Chicago, et al

No. 2008 L 7549

## ORDER

This matter coming to be heard at a post-trial status held on May 25, 2011 in front of the Honorable Judge Barbara McDonald, The Court hereby orders:

4231 (1) The parties' respective briefs on legal issues are due on June 27, 2011. Courtesy copies 4574

4231 (2) Response briefs are due on July 11, 2011. Each side to provide courtesies of their briefs to be delivered on July 11, 2011.

4217 (3) Oral arguments on the legal issues will be held on July 20, 2011 at 12pm.

4217 (4) A pre-trial status Trial will be held on August 22, 2011 at 9:30 AM.

4036 (5) By agreement, Robert Gliwa, Michael Pietryla, and Thomas Flaherty are hereby dismissed with prejudice.

(6) Judge McDonald will retain the matter.

Atty. No.: 45018
Name: Jonathan Boulahanis
Atty. for: Defendants
Address: 53 W. Jackson Blvd. Suite 1800
City/State/Zip: Chicago, IL 60604
Telephone: 312 371 9646

ENTERED:
Dated: _____
BAMcDonald 1693
Judge / Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
ORIGINAL - COURT FILE