# EXHIBIT 69
## (FILED UNDER SEAL)















