# EXHIBIT 70

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

## AFFIDAVIT OF MAURICE WRIGHT

Maurice Wright states on oath that I have personal knowledge of the facts contained in this Affidavit and that they are true and correct:

1. I was born on ███████

2. At the time that I was arrested on this case, I lived at 4653 West Erie.

3. I was friends with Jovanie Long because Jovanie lived across the street from me and I knew Xavier Walker (Xav) from the neighborhood.

4. Both Jovanie and Xav babysat my mother's, Mary Curry's, foster children from time to time. *She will pay them - MW*

5. On May 27, 2000, some black men came to my ~~house looking for Jovanie Long~~ *house. They did not tell me why they were or who they were - MW*

6. They tried to bumrush themselves into my house and I fought with them when they tried to do that.

7. During this struggle, the men *did not - MW* identified themselves as police officers.

8. They were in plain clothes and not wearing uniforms. *They handcuffed and put me in a unmarked police car wen I got 2 the police station not they told me they were looking for Jovanie - MW*

9. One officer was about 5'9" tall and chubby and wore a goatee.

10. Another officer was dark skinned and was about 6'0" and weighed 190 pounds.

11. The last officer was about 5'7" tall and skinny with a goatee, a mustache and a fade haircut.

12. After the struggle, the officers placed me in handcuffs and took me to the police station at Harrison and Kedzie.

13. After I sat in the police station by myself for a couple of hours, a chubby white police officer who wore blue jeans came into the room where I was locked up and asked me if I knew what happened on Ohio and Kilpatrick, where a murder had occurred two weeks ago.

14. I told the officer that I did not. ~~~~ KNOW MW

15. A couple of hours after that the officer who arrested me who was 5'7" tall and skinny came into the room where I was locked up at Harrison and Kedzie.

16. That officer punched me in the face and ~~around the~~ MY UPPER MW body.

17. The officer told me that the police had information that Jovanie had committed the murder on Ohio and Kilpatrick but they said nothing about Xav's role in the killing.

18. The officer threatened me by telling me that if I did not tell him who did the murder at Ohio and Kilpatrick then they would pin the murder on me.

19. That officer also told me that they would take the foster kids away from my mother if I did not tell them who did the murder.

20. After those threats, I told the police what I told them so that I would not be charged with the crime and so that my mother would not lose her foster children.

21. So I told the police that Xav told me that Jovanie had killed the victim of the murder on Ohio and Kilpatrick.

22. I also told a State's Attorney the same thing and testified to that before the grand jury.

23. The officer also asked me if I knew a girl by the name of Trina.

24. I did not talk to Xav about Jovanie shooting anyone.

25. I don't know anything about what happened at Ohio and Kilpatrick on the night the murder occurred.

26. On the night the murder occurred, I was hanging out with my friend Bubba and a girl that we both knew.

27. When we were with the girl, we were in L-Town, west of where the murders occurred. I MW

28. ~~We~~ did not see Jovanie or Xav until the next day when I saw them across the street at Jovanie's house.

29. Jovanie lived across the street from me at that time.

30. Neither Xav nor Jovanie told me anything about the murder at Ohio and Kilpatrick at that time.

31. Nor were they in a car at the time that I saw them.

32. I am signing this affidavit of my own free will.

33. No promises or threats were made to persuade me to sign this affidavit. B. KAY 40T — MW.
34 I SCEN THEM Approximately 9:30PM
35 9:30PM or 10:00PM THEY WITH TO TB AND PCILY PANT AND JACKET
TO THE CIUNBAND I WITH BOBMN

Maurice Wright

MAURICE WRIGHT


Subscribed and sworn to before me
This 12 day of December, 2013


Notary Public

OFFICIAL SEAL
JENNIFER ROBISON
Notary Public, State of Illinois
My Commission Expires 08/22/2016