# EXHIBIT 71

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF ) Indictment No. 00-CR-20601 (02)
ILLINOIS )
)
)
vs. )
)
JOVANIE LONG )
)

## AFFIDAVIT OF MAURICE WRIGHT

I, Maurice Wright, being duly sworn, depose and say that:

1. In or around May of 2000, police officers from the Chicago Police Department interviewed me regarding the death of Marek Madjak.

2. I did not voluntarily make any statement to law enforcement during that interview, or at any other time, that Jovanie Long or Xavier Walker was in any way involved in the murder of Marek Madjak.

3. I have no reason whatsoever to believe Jovanie Long or Xavier Walker was in any way involved in the murder of Marek Madjak.

4. However, during my interview with the police, they did attempt to get me to provide a false statement regarding having knowledge surrounding the circumstances of the murder of Marek Madjak.

5. Specifically, the police attempted to coerce me into saying that Jovanie Long and Xavier Walker was involved in the murder.

6. In an attempt to obtain this false statement from me, detectives arrived at my home and, without identifying themselves as officers, took me to the police station where I was kept in a holding cell for a couple of hours. The officers then interviewed me for hours, despite the fact that I told them I did not know who killed Marek Madjak. They then threatened me by telling me that they were going to take my mother's house and her foster children from her, and that they could charge me with drug sales crimes. They then provided me with a statement, which I was told to reiterate to the Assistant State's Attorney and sign.

7. Unfortunately, the detective's tactics were initially successful, and I agreed to provide a false statement implicating Jovanie Long and Xavier Walker in the murder of Marek Madjak in exchange for them discontinuing the abuse against me; I did provide such a signed false statement to the Assistant State's Attorney.

1

CCSAO XAVIER WALKER 000341

8. However, I later corrected my false statement and testified under oath that I did not have knowledge that Jovanie Long or Xavier Walker was in any way connected to the murder of Marek Madjak.

9. My statement under oath at Jovanie Long and Xavier Walker's trial for the murder of Marek Madjak that my initial statement to police was false, was fully accurate and truthful.

10. My statement under oath at the same trial regarding being threatened by detectives in an attempt to get me to provide a statement falsely implicating Jovanie Long and Xavier Walker in the death of Marek Madjak was fully accurate and truthful.

11. No substantive part of my signed statement to police and the State's Attorney's Office as it pertained to Jovanie Long and Xavier Walker's culpability for the murder of Marek Madjak was truthful.

12. To this day, I do not know who killed Marek Madjak.

13. I have willfully and voluntarily provided this statement because I wholeheartedly believe Jovanie Long's conviction was wrongful and should also be vacated.

Dated _6-29-20_

_Maurice Wright_
Maurice Wright

Sworn before me on this _29_
day of _June_, 2020.

_Alana Brooke Mullins_
Notary Public

**ALANA BROOKE MULLINS**
Notary Public,
State of Ohio
My Commission
Expires
July 26, 2023

2

CCSAO XAVIER WALKER 000342