**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **XAVIER WALKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 20CV7209 |
| | ) |
| **CITY OF CHICAGO, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF FILING**

To:   Attorneys of Record

YOU ARE HEREBY NOTIFIED that on May 16, 2023, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Addendum to Individual CPD Defendants' Statement of Undisputed Material Facts, a copy of which is attached hereto.

/s/ Borkan & Scahill, Ltd.
BORKAN & SCAHILL, LTD.

Steven B. Borkan (6193463)
Timothy P. Scahill (6287296)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on May 16, 2023.

/s/ Graham P. Miller
Graham P. Miller
Special Assistant Corporation Counsel